UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-Administrator of the Estate of Christian R. Klorczyk, FREDERICK KLORCZYK, JR., Individually, LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk, and LYNNE KLORCZYK, individually<br>　　　　　Plaintiffs<br><br>v.<br><br>SEARS, ROEBUCK AND CO., SHINN FU CORPORATION, SHINN FU COMPANY OF AMERICA, INC., and MVP (HK) INDUSTRIES, LTD.<br>　　　　　Defendants | : : : : : : : : : : : : : : : : | NO.: 3:13-CV-00257 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 13, 2013 |

## MOTION FOR PROTECTIVE ORDER

The defendants, Shinn Fu Corporation, Shinn Fu Company of America, Inc., and MVP (HK) Industries, Ltd. (hereinafter referred to collectively as "defendants"), pursuant to Fed. R. Civ. P. Rule 26(c), Local Rule 37, and the court's Standing Protective Order, hereby move the court for a protective order regarding the plaintiffs' requests for discovery concerning the Craftsman Heavy Duty Jack Stand, Model No. 50163, that is the subject of this action, as well as other products. As is more particularly set forth in the memorandum of law and exhibits submitted in support of this motion, the discovery requests are overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Further, the requests seek the production of

**ORAL ARGUMENT IS REQUESTED**

confidential trade secret information. Lastly, as to the Shinn Fu defendants, the discovery requests are oppressive and intended to harass, as those defendants neither manufactured nor distributed the Craftsman Heavy Duty Jack Stand, Model No. 50163.

In accordance with Rule 26(c)(1) and Local Rule 37, counsel certifies that the movants conferred with counsel for the plaintiffs on August 16, 2013, in a good faith effort to resolve the dispute that is the subject of this motion, but the parties were unable to agree upon a resolution.

WHEREFORE, it is respectfully requested that the defendants' motion for protective order be granted.

DEFENDANTS,
SHINN FU CORPORATION, SHINN FU
COMPANY OF AMERICA, INC., and MVP
(HK) INDUSTRIES, LTD.


By\_\_\_\_/s/ Philip T. Newbury, Jr.\_\_\_\_\_
   Philip T. Newbury, Jr.
   ct05283
   Christopher M. Vossler
   ct00373
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   pnewbury@hl-law.com
   cvossler@hl-law.com

   ***Pro Hac Vice:***
   Sean P. Flynn
   phv05949
   Foley & Mansfield, PLLP
   300 South Grand Avenue
   Suite 2800
   Los Angeles, CA  90071
   (213) 283-2100
   (213) 283-2101 (Fax)
   sflynn@foleymansfield.com

## **CERTIFICATION**

This is to certify that on September 13, 2013, a copy of the foregoing Motion for Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

David J. Elliott, Esq. (ct04301)
Bryan J. Orticelli, Esq. (ct28643)
Kaitlin A. Canty, Esq. (ct29074)
DAY PITNEY, LLP
242 Trumbull Street
Hartford, CT 06103-1212
**(860) 275-0100**
**(860) 275-0343 fax**
**djelliott@daypitney.com**
**borticelli@daypitney.com**
**kcanty@daypitney.com**

*PRO HAC VICE*
Joseph Donat, Esq.
Howard Wexler, Esq.
Howard Edinburgh, Esq.
Michael Gallub, Esq.
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, NY 10004
**(212) 471-8500**
**(212) 344-3333 fax**
**jdonat@herzfeld-rubin.com**
**hwezler@herzfeld-rubin.com**
**hedinburgh@herzfeld-rubin.com**
**mgallub@herzfeld-rubin.com**

Michael R. Keller, Esquire
Thomas O. Anderson, Esquire
Morrison Mahoney, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
**T. (860) 616-4441**
**F. (860) 244-3800**
**mkeller@morrisonmahoney.com**
**tanderson@morrisonmahoney.com**

Erica Weyer Todd, Esquire
Trotta, Trotta & Trotta
900 Chapel Street
P.O. Box 802
New Haven, CT 06503
**(203) 787-6756**
**(203) 776-4538 fax**
**etodd@trottalaw.com**

    /s/ Philip T. Newbury, Jr.
Philip T. Newbury, Jr.