**WATERFORD POLICE DEPARTMENT**
41 Avery Lane
Waterford, Connecticut

DATE _03-11-11_
CASE _2011-00495_

( )  RECEIVED FROM THE WATERFORD POLICE DEPARTMENT:

(X)  RECEIVED FROM: _Tina Martin - RN - L&M Hospital_
ADDRESS: _365 Montauk AVE New London, CT 06385_

1. _____(1) PANTS_____
2. _____(4) Underwear_____
3. _____(3) Shirts_____
4. _____(1) Sneakers_____
   _____(1) Socks_____
   _____(1) gloves_____

23793

REC'D BY _Tina Martin_
ADDRESS _New London_
OFFICER _____#54_

COPY

**EXHIBIT A, p. A-1**

# INCIDENT REPORT
# NARRATIVE

| AGENCY Waterford Police Department | ORI #: CT0015200 | INCIDENT #: 2011-00495 | REPORT DATE 3/11/2011 4:11:18 PM |
|---|---|---|---|

Title: Narrative From CAD
Complaint Type: MVA WITH - VEHICLE ACCIDENT WITH INJURIES
Caller Name: KLORCZYK,FREDERICK
Officer ID: , Officer Name:

[03/11/2011 16:42:47 : pos2 : VBUKLEJA]
W-39 OFF THE AIR

[03/11/2011 16:40:43 : pos2 : VBUKLEJA]
PER COMMAND, UNDER CONTROL,ALL UNITS PICKING UP , PD HAS THE SCENE, COMMAND
TERMINATED

[03/11/2011 16:33:06 : pos2 : VBUKLEJA]
W-3 ON SCENE

[03/11/2011 16:26:54 : pos1 : SGDESCISCIOLO]
w-100 xporting trama code to lm

[03/11/2011 16:24:18 : pos2 : VBUKLEJA]
PER W30 WORKING TRAUMA CODE,NOTIFY L.M

[03/11/2011 16:23:20 : pos1 : SGDESCISCIOLO]
54 TRANSPORTING FAMILY//60 ON SCENE

[03/11/2011 16:22:15 : pos2 : VBUKLEJA]
PER W-30 CANCEL LIFE STAR,CANCEL CO R FOR THE LZ.

[03/11/2011 16:22:06 : pos1 : SGDESCISCIOLO]
LIFE STAR CANCELLED

[03/11/2011 16:19:24 : pos1 : SGDESCISCIOLO]
LIFE STAR REQUESTED

[03/11/2011 16:17:40 : pos1 : SGDESCISCIOLO]
REQUETING LIFE STAR

[03/11/2011 16:16:24 : pos2 : VBUKLEJA]
W-30,W-39 RESPONDING.W-100 APPROACHING QUARRY RD.W-30 ON SCENE

[03/11/2011 16:15:29 : pos1 : SGDESCISCIOLO]
W-32 REQUESTS W-11 TO RESPOND

[03/11/2011 16:11:54 : pos2 : VBUKLEJA]
Special Comment:: 82 YR OLD F/M  IN RESIDENCE ALONE DURING DAYTIME
Cross streets: GREAT NECK ROAD//WEST NECK ROAD
21 YR OLD MALE STUCK UNDER A VEHICLE

COPY

**EXHIBIT A, p. A-2**

# INCIDENT REPORT
## NARRATIVE

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

Title: Initial Report 2011-00495 03/11/11

Initial Report:

On Friday, March 11, 2011, at approximately hrs, Officer Krysztofiak and I were dispatched to 55 Westwood DR for a mechanical accident, 21 year old male, trapped under a vehicle.

Upon arrival I observed a white male, later identified as Christian Klorczyk, date of birth still partially under the front passenger side of the vehicle. The vehicle was located in the garage, which was attached to the left side of the residence. The vehicle was described as a red, BMW bearing Connecticut registration 976TWM. At this time a female, identified as Lynn Klorczyk, who is Christians mother, was holding Christian and was checking for a pulse, Christian at this time was unresponsive. A Waterford emergency service member was providing treatment immediately. I observed that the vehicle was now jacked back up utilizing a hydraulic floor jack and also placed under the passenger side compartment was one jack stand. The vehicle also had the front passengers side tire removed. Emergency medical personnel were on scene at this time, I then ask Christians father, identified as Frederick J. Klorczyk, to come out side of the garage and speak with me. I attempted to calm Mr. Klorczyk down. Mr. Klorczyk was only able to give me the name of his son and also a date of birth. I attempted to ask Mr. Klorczyk for any other information such as a possible time frame the incident may have occurred, but he could barely speak, and was pacing back and forth. Fire fighters and emergency medical personnel removed Christian out from underneath the vehicle and transported him to Lawrence and Memorial Hospital.

Officer Krysztofviak followed the ambulance down to the hospital and also transported Mr. and Mrs. Klorczyk to a private waiting area located at the hospital. I remained on scene and secured the area, LT. Mahoney and Detective Davis arrived on scene shortly after. Photographs were taken of the residence, garage, the vehicle, and of inside the garage where Christian was working.

All photographs were attached to the case. The hydraulic floor jack was seized as evidence and brought to the Waterford Police Department.

There is no evidence of foul play in the death of Christian Klorczyk. This untimely death appears to be accidental.

Off. Nicolas V. Surdo #60 _____ Waterford Police Department.

**COPY**

# INCIDENT REPORT
## NARRATIVE

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

Title: Supplemental Report 2011-00495 03/11/11

On Friday, March 11, 2011, at approximately 1611 hours Officer Surdo and I were dispatched to 55 Westwood Drive in Waterford, Connecticut for a mechanical accident. Prior to our arrival Waterford Police Dispatch informed us a twenty-one year old male was trapped under a vehicle.

Upon our arrival we made contact with Frederick J. Klorczyk, W/M,          , and Lynne S. Klorczyk, W/F,                , in the driveway and entrance to the garage. Inside the left bay of the garage I observed a red colored BMW, bearing Connecticut marker plate 976TWM, with the passenger side front tire removed. Under the same area of the BMW I observed an unresponsive white male, later identified as Christian R. Klorczyk, W/M,              who was being treated by a Waterford emergency service member. At this time the passenger side of the BMW was jacked up with a jack stand under the passenger side front door and pump jack near the passenger side front tire.

As Christian was being treated Officer Surdo spoke with Mr. Klorczyk and I spoke with Mrs. Klorczyk. As Christian was being treated he was placed into an ambulance and transported to Lawrence & Memorial Hospital in New London, Connecticut. I escorted Mr. and Mrs. Klorczyk as we followed the ambulance to the hospital. At the hospital I escorted the Klorczyks to the private waiting area where they were joined by family, friends, and hospital staff members.

While in the waiting area Mrs. Klorczyk stated at approximately 1500 hours she picked Mr. Klorczyk up at the train station in New London, Connecticut and drove home. Mrs. Klorczyk said at home at approximately 1526 hours she texted Christian asking, "Where are you?" Mrs. Klorczyk stated earlier at approximately 1342 hours she texted Christian and sent the message, "On the way to pick up Parker?" Mrs., Klorczyk stated the message was in reference to Christian picking up his brother Parker for his appointment later in the day. Mrs. Klorczyk stated after Christian was not responding to her texts she and her husband were wondering if he had a possible mechanical issue with his vehicle or if he was involved in an accident. Mrs. Klorczyk said at this time she called Christian's friend Jordan Ransom who did not know Christian's location. Mrs. Klorczyk stated she and Mr. Klorczyk decided to check the garage and see if their red BMW was inside as Christian often drives it. Mrs. Klorczyk stated as she entered the garage she observed the red BMW was on top of Christian and a pump jack had, which was initially holding the vehicle had moved. Mrs. Klorczyk said she could not wake Christian but located a pulse on his neck. Mrs. Klorczyk stated Christian remained unresponsive and she called 911. Mrs. Klorczyk stated as she was on 911 Mr. Klorczyk jacked the BMW up and placed a jack stand underneath. Mrs. Klorczyk said as the BMW was lifted off Christian's body she observed visible injuries to his face/ head. Mrs. Klorczyk also stated that she believed the clothes dryer was on during the incident. Mrs. Klorczyk further stated the dryer runs for approximately 45 minutes and no other person was home other than Christian who could have turned it on.

Mrs. Klorczyk provided both verbal and written statements regarding this incident. Mr. and Mrs. Klorczyk were provided with information and advised to contact the Waterford Police Department if they needed any assistance with their loss.

While on scene I requested Waterford Police Dispatch contact an employee at St. Thomas Moore regarding Mr. and Mrs. Klorczyk's son Parker. Waterford Police Dispatch later informed me a member of the Connecticut State Police gave the message to school staff who later called Mrs. Klorczyk at the hospital. While on scene family, friends, and hospital staff assisted the Klorczyk's in contacting additional friends and family members.

On scene I spoke with Tina Martin, RN who stated Dr. Diane Marini pronounced Christian Klorczyk deceased at 1658 hours. Ms. Martin was provided with a Waterford Police Department receipt, 23793, as Christian's clothing was seized for evidence processing.

Officer Tadeusz J. Krysztofiak # 54
Waterford Police Department

**COPY**

# INCIDENT REPORT
## NARRATIVE

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

Title: Supplmental Report 03/11/11

On Friday, March 11, 2011, at approximately 1615 hrs, I was listening to the police radio and heard Officers dispatched to 55 Westwood Drive, Waterford, Connecticut for a mechanical accident, 21 year old male, trapped under a vehicle. As other Detective units were working on another case, I went to the scene to assist Sergeant Dimmock and Officer Surdo. While enroute to the scene, Sergeant Dimmock told me that he had to leave for a personnel issue in the Dispatch Center.

Upon arrival I spoke with Officer Surdo, and observed the scene as it had been left. A maroon BMW 325 was in the middle bay of a three car garage, with the front right tire off. The car had a jack under it, in a raised position, and a jack stand immediately to the left of the jack. The garage was crowded with building supplies to the left of the BMW, and a covered DeLorean automobile to the right of the car.
The right front tire of the BMW was removed and had been placed near the DeLorean automobile. I noticed the lug nuts from the BMW were placed in a "well" area of the car jack. To the immediate right of the front wheel I saw a mechanic's creeper flipped over. Next to that I saw a smear of blood extending under the car. On the ground were several pieces of teeth and tissue. Looking under the car I saw some more blood and tissue on the car's undercarriage, near the area that the right swingarm connects to the car frame. This appeared to be the area that landed on the victim. Underneath the car, still connected to the drain plug, was a ratchet handle with a ratchet.

Officer Surdo said that numerous medical personnel had been attending to the patient, who he stated was 21year old Christian Klorczyk. Officer Surdo said that he was unaware who had placed the jack underneath the car.  Officer Surdo stated that upon his arrival, he had seen Christian Klorczyk laying on the ground, with the car already raised with the jack. Chrristain Klorczyk was still under the car, with his feet sticking out from underneath. His feet were in the direction of the front wall of the garage. I asked Officer Surdo if he knew who re-raised the jack, he stated he did not. I later spoke with the ambulance personnel and Fire Marshall who had responded to the scene, all said that they had not touched the jack, and all assumed that Christian Klorczyk's father had done so.
As I continued around the car, I saw a mechanic's tool box with several open drawers to the front left of the car. The hood of the car was open, and an empty "Fram" oil filter box on the left front of the engine area.

To the left of the car was a large plastic trash can, full. On top of the other trash was a used oil filter, with used oil still dripping from the filter. In front of the trash can were three black and yellow car jack stands. These jack stands appeared to match the aforementioned stand already underneath the car.

Officer Surdo took several pictures of the scene with a Waterford Police Department issued camera, until the battery failed.

I asked Officer Surdo if he knew who re-raised the jack, he stated he did not. I later spoke with the ambulance personnel and Fire Marshall who had responded to the scene, all said that they had not touched the jack, and all assumed that Christian Klorczyk's father had done so.

Before leaving the scene, Detective Davis, Officer Surdo and I decided to make the car more stable for anyone coming back to the home. Detective Davis and Officer Surdo jacked the BMW a bit higher, and repositioned the jack stand that was already under the car. We then used two more jack stands already located in the garage, and placed them under the car as well, making it more stable. While doing this we raised and lowered the jack several times, it appeared to be in working order. I then

COPY

# INCIDENT REPORT
## NARRATIVE

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

cleaned the scene with Officer Surdo, as I did not want the parents to come home to see their son's blood and remains in the garage.

The jack was seized as evidence. While bringing the jack to Officer Surdo's car, I noticed that it did not have the "cup" part normally located on top of the swingarm portion of the jack. The top of the swingarm portion of the jack was smooth metal without the cup portion on it. The weather was foggy, and a small bit of condensation had developed on the bare metal.

It was clear from the items left at the scene that Christian Klorczyk was changing the oil on his car, while having the car jacked up. As the jack did not have the "cup" portion, the jack could easily slip as there would be no way for it to stay attached aside from pressure. While Christian Klorczyk was applying pressure to the ratchet, it may have forced the jack and car to slide away from each other, causing the car to fall.

As Officer Surdo's camera had a dead battery, and Detective Davis did not have a camera, I had to take several pictures using my Department issued Blackberry phone. These photographs were transferred to the WPD case, and the images removed from the phone.

Lieutenant Brett Mahoney L2
Waterford Police Department

COPY

# INCIDENT REPORT
## NARRATIVE

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

Title: Supplemental Report 2011-00495  4/7/2011
On Thursday, April 7, 2011, at approximately 1420 hours, I photographed the clothing that was worn by Christian Klorcyzk on March 11, 2011.  After each item was photographed, it was placed in a paper bag.  The pictures were downloaded and attached to the file.

Officer Gil Maffeo #43

COPY

# INCIDENT REPORT
## NARRATIVE

| AGENCY | ORI #: | INCIDENT #: | REPORT DATE |
|---|---|---|---|
| Waterford Police Department | CT0015200 | 2011-00495 | 3/11/2011 4:11:18 PM |

Title: Supplemental Report2011-00495
PHOTO REPORT

On Thursday, April 7, 2011, at approximately 1420 hours, I photographed the clothing that was worn by Christian Klorcyzk on March 11, 2011. I took a series of photographs of the scene at 19 Dayton RD, Waterford, Connecticut. The camera employed in taking the photographs was a Nikon Coolpix5000 digital camera equipped with a Nikon Zoom Lens, 7.1-21.4mm, 1:2.8-4.8, serial #3563267, having a built-in flash. The photographs are captured on a Compact Flash/SanDisk Ultra 256mb Smart Card. A Nikon Speedlight SB-50DX External Flash; Serial #2065023, was also employed.

The photos consisted of the following:

Photo #1          Depicts a grey sweatshirt

Photo #2          Depicts a pair of black box/brief style underwear

Photo #3          Depicts a blue t-shirt

Photo #4          Depicts a grey Waterford High School tennis sweatshirt

Photo #5          Depicts a pair of Holister jeans

Photo #6                    Depicts a pair of Nike shoes

Photo # 7                    Depicts a pair of socks

Photo #8                    Depicts a pair of Mechanic gloves

*[signature]* #43

**COPY**

**EXHIBIT A, p. A-8**

WATERFORD POLICE DEPARTMENT                    CASE NUMBER:  2011-00495
INVESTIGATION REPORT

SUPPLEMENTAL REPORT – TUESDAY, MAY 17, 2011

Contact:                    OFFICE OF THE CHIEF MEDICAL EXAMINER
                            11 Shuttle Road
                            Farmington, Connecticut 06032

On or about Tuesday, May 17, 2011 the Waterford Police Department received the postmortem
examination report having been completed pursuant to Christian Klorczyk's death.

With an autopsy finding of Traumatic Asphyxia, the manner of death was determined to be that of
an accident.

I notified Waterford Police Lieutenant Brett Mahoney of the receipt of said report and its
conclusions, placing the report copy into this investigative case jacket.

REPORTING OFFICER                              SUPERVISOR
Detective John A. Davis, #22                   Det. Sgt. Joseph D. DePasquale, #S-10

COPY

PAGE    OF    PAGES

EXHIBIT A, p. A-9

# INCIDENT REPORT

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

**ADMIN**

| DATE(S) OF INCIDENT:   TIME(S) OF INCIDENT: | EXCEPTIONAL<br>CLEARANCE | Reporting Officer (ID/Name)   8652  Surdo, Nicolas V. |
|---|---|---|
| Start   03-11-2011   Start   16:11 | | Assisting Officer (ID/Name) |
| End   03-11-2011   End   19:29 | EXCEPTIONAL<br>CLEARANCE<br>DATE: | Reviewing Officer (ID/Name) |
| | | Approving Officer (ID/Name) |

LOCATION OF INCIDENT
55 WESTWOOD DRIVE WATERFORD CT

| | STATUTE<br>UCR CODE | STATUTE DESCRIPTION<br>UCR CODE DESCRIPTION | STATUS<br>COMPLETED OR ATTEMPTED |
|---|---|---|---|
| 1 | | | ☐ |
| 2 | | | ☐ |
| 3 | | | ☐ |

**OFFENSE**

| BIAS MOTIVATION<br>(OFFENSE 1 - 3) | LOCATION OF OFFENSE<br>(OFFENSE 1 - 3) |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |

| TYPE CRIMINAL ACTIVITY: | TYPE WEAPON/<br>FORCE INVOLVED | |
|---|---|---|
| 1 | 1 | AUTOMATIC |
| 2 | 2 | AUTOMATIC |
| 3 | 3 | AUTOMATIC |

| (For Burglary Only)<br>NUMBER OF<br>PREMISES ENTERED   METHOD OF ENTRY: | OFFENDER(S) USED: |
|---|---|
| | ☐ ALCOHOL      ☐ DRUGS |
| | ☐ COMPUTER EQUIP |

**VICTIM**

| VICTIM NUMBER: 1 | VICTIM NAME: Klorczyk, Christian R | HOME PHONE<br>860-442-4815 | CONNECTED TO OFFENSES: |
|---|---|---|---|
| | 55 Westwood DR Waterford CT 06385- | | 1.   6. |

ADDRESS: (Street, City, State, Zip)

| | | | | | | 2.   7. |
| | | | | | | 3.   8. |

| TYPE OF VICTIM | RACE | SEX: | RESIDENT STATUS: | ETHNICITY: | AGE: | 4.   9. |
|---|---|---|---|---|---|---|
| | WHITE | MALE | RESIDENT | NON- | 21 | 5.   10. |

| AGGRAVATED ASSAULT CIRCUMSTANCES | JUSTIFIABLE HOMICIDE CIRCUMSTANCE | INJURY TYPE |
|---|---|---|
| 1 | | ☐ BROKEN BONES      ☐ NONE |
| | | ☐ POSS INT INJURIES      ☐ MINOR INJURY |
| 2 | | ☐ SEVERE LACERATION      ☐ MAJOR INJURY |
| | | ☐ UNCONSCIOUSNESS      ☐ LOSS OF TEETH |

RELATIONSHIP OF VICTIM TO OFFENDER 1 - 10:

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

**COPY**

**EXHIBIT A, p. A-10**

INCIDENT REPORT

| AGENCY | | | ORI #: | | INCIDENT #: | | REPORT DATE | |
|---|---|---|---|---|---|---|---|---|
| Waterford Police Department | | | CT0015200 | | 2011-00495 | | 3/11/2011 4:11:18 PM | |

| | TYPE PROPERTY LOSS/ETC | DESCRIPTION CODE | QTY | DESCRIPTION | VALUE | DATE RECOVERED |
|---|---|---|---|---|---|---|
| **PROPERTY** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | QTY | MEASURE | SUSPECTED TYPE |
|---|---|---|---|
| **DRUGS** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | STATUS | YEAR | MAKE | MODEL | STYLE | COLOR | LIC/LIS | VIN |
|---|---|---|---|---|---|---|---|---|
| **VEHICLES** | | 2001 | BMW | | 4 Door | RED | 976TWM CT | WBAAV33481EE26612 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**COPY**

**EXHIBIT A, p. A-11**

# INCIDENT REPORT
## PERSONS INVOLVED

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

| INVOLVEMENT: PARENT | | |
|---|---|---|
| NAME:<br>Klorczyk, Frederick J Jr | | DOB | AGE<br>56 |
| ADDRESS:<br>55 Westwood DR | | SOCIAL SECURITY NUMBER | |
| CITY:<br>Waterford | STATE:<br>CT | ZIP:<br>06385- | HOME PHONE NUMBER<br>860-442-4815 |
| EMPLOYER: | OCCUPATION:<br>10 | UNKNOWN OR NOT | WORK PHONE NUMBER |
| DRIVERS LICENSE NUMBER/STATE/CLASS:<br>226585987 CT | RACE:<br>W | SEX:<br>M | HEIGHT:<br>603 | WEIGHT:<br>220 | ETHNICITY:<br>NON- |
| HAIR: | EYE COLOR: | COMPLEXION: | FACIAL HAIR: | BUILD: | TEETH: | SPEECH/VOICE: |
| COLOR: LENGTH: STYLE: | | | | | | |
| CLOTHING: | | | | | | |

| INVOLVEMENT: PARENT | | |
|---|---|---|
| NAME:<br>Klorczyk, Lynne S | | DOB | AGE<br>57 |
| ADDRESS:<br>55 Westwood DR | | SOCIAL SECURITY NUMBER | |
| CITY:<br>Waterford | STATE:<br>CT | ZIP:<br>06385- | HOME PHONE NUMBER<br>860-442-4815 |
| EMPLOYER: | OCCUPATION:<br>10 | UNKNOWN OR NOT | WORK PHONE NUMBER |
| DRIVERS LICENSE NUMBER/STATE/CLASS:<br>136585969 CT | RACE:<br>W | SEX:<br>F | HEIGHT: | WEIGHT:<br>0 | ETHNICITY:<br>NON- |
| HAIR: | EYE COLOR: | COMPLEXION: | FACIAL HAIR: | BUILD: | TEETH: | SPEECH/VOICE: |
| COLOR: LENGTH: STYLE: | | | | | | |
| CLOTHING: | | | | | | |

COPY

**EXHIBIT A, p. A-12**

Entered By: TADEUSZ J. KRYSZTOFIAK, On 3/11/2011 7:57:16 PM
Edited By: TADEUSZ J. KRYSZTOFIAK, On 3/11/2011 9:01:40 PM

Title: Supplemental Report 2011-00495 03/11/11

On Friday, March 11, 2011, at approximately 1611 hours Officer Surdo and I were
dispatched to 55 Westwood Drive in Waterford, Connecticut for a mechanical accident.
Prior to our arrival Waterford Police Dispatch informed us a twenty-one year old male
was trapped under a vehicle.

Upon our arrival we made contact with Frederick J. Klorczyk, W/M,
and Lynne S. Klorczyk, W/F,                               , in the driveway and entrance to the
garage. Inside the left bay of the garage I observed a red colored BMW, bearing
Connecticut marker plate 976TWM, with the passenger side front tire removed. Under
the same area of the BMW I observed an unresponsive white male, later identified as
Christian R. Klorczyk, W/M,                     who was being treated by a Waterford
emergency service member. At this time the passenger side of the BMW was jacked up
with a jack stand under the passenger side front door and pump jack near the passenger
side front tire.

As Christian was being treated Officer Surdo spoke with Mr. Klorczyk and I spoke with
Mrs. Klorczyk. As Christian was being treated he was placed into an ambulance and
transported to Lawrence & Memorial Hospital in New London, Connecticut. I escorted
Mr. and Mrs. Klorczyk as we followed the ambulance to the hospital. At the hospital I
escorted the Klorczyks to the private waiting area where they were joined by family,
friends, and hospital staff members.

While in the waiting area Mrs. Klorczyk stated at approximately 1500 hours she picked
Mr. Klorczyk up at the train station in New London, Connecticut and drove home. Mrs.
Klorczyk said at home at approximately 1526 hours she texted Christian asking, "Where
are you?" Mrs. Klorczyk stated earlier at approximately 1342 hours she texted Christian
and sent the message, "On the way to pick up Parker?" Mrs., Klorczyk stated the
message was in reference to Christian picking up his brother Parker for his appointment
later in the day. Mrs. Klorczyk stated after Christian was not responding to her texts she
and her husband were wondering if he had a possible mechanical issue with his vehicle
or if he was involved in an accident. Mrs. Klorczyk said at this time she called
Christian's friend Jordan Ransom who did not know Christian's location. Mrs. Klorczyk
stated she and Mr. Klorczyk decided to check the garage and see if their red BMW was
inside as Christian often drives it. Mrs. Klorczyk stated as she entered the garage she
observed the red BMW was on top of Christian and a pump jack had, which was initially
holding the vehicle had moved. Mrs. Klorczyk said she could not wake Christian but

COPY

**EXHIBIT A, p. A-13**

located a pulse on his neck. Mrs. Klorczyk said Christian remained unresponsive and she called 911. Mrs. Klorczyk stated as she was on 911 Mr. Klorczyk jacked the BMW up and placed a jack stand underneath. Mrs. Klorczyk said as the BMW was lifted off Christian's body she observed visible injuries to his face/ head. Mrs. Klorczyk also stated that she believed the clothes dryer was on during the incident. Mrs. Klorczyk further stated the dryer runs for approximately 45 minutes and no other person was home other than Christian who could have turned it on.

Mrs. Klorczyk provided both verbal and written statements regarding this incident. Mr. and Mrs. Klorczyk were provided with information and advised to contact the Waterford Police Department if they needed any assistance with their loss.

While on scene I requested Waterford Police Dispatch contact an employee at St. Thomas Moore regarding Mr. and Mrs. Klorczyk's son Parker. Waterford Police Dispatch later informed me a member of the Connecticut State Police gave the message to school staff who later called Mrs. Klorczyk at the hospital. While on scene family, friends, and hospital staff assisted the Klorczyk's in contacting additional friends and family members.

On scene I spoke with Tina Martin, RN who stated Dr. Diane Marini pronounced Christian Klorczyk deceased at 1658 hours. Ms. Martin was provided with a Waterford Police Department receipt, 23793, as Christian's clothing was seized for evidence processing.

Officer Tadeusz J. Krysztofiak # 54

Waterford Police Department

COPY

**EXHIBIT A, p. A-14**

Entered By: GILBERT J. MAFFEO, On 4/7/2011 2:42:36 PM

Title: Supplemental Report 2011-00495  4/7/2011

On Thursday, April 7, 2011, at approximately 1420 hours, I photographed the clothing that was worn by Christian Klorcyzk on March 11, 2011.  After each item was photographed, it was placed in a paper bag.  The pictures were downloaded and attached to the file.

Officer Gil Maffeo #43

COPY

**EXHIBIT A, p. A-15**

WATERFORD POLICE DEPARTMENT
INVESTIGATION REPORT

CASE NUMBER: 2011-00495

PHOTO REPORT

On Thursday, April 7, 2011, at approximately 1420 hours, I photographed the clothing that was
worn by Christian Klorcyzk on March 11, 2011. I took a series of photographs of the scene at 19
Dayton RD, Waterford, Connecticut. The camera employed in taking the photographs was a Nikon
Coolpix5000 digital camera equipped with a Nikon Zoom Lens, 7.1-21.4mm, 1:2.8-4.8, serial
#3563267, having a built-in flash. The photographs are captured on a Compact Flash/SanDisk Ultra
256mb Smart Card. A Nikon Speedlight SB-50DX External Flash; Serial #2065023, was also
employed.

The photos consisted of the following:

Photo #1            Depicts a grey sweatshirt

Photo #2            Depicts a pair of black box/brief style underwear

Photo #3            Depicts a blue t-shirt

Photo #4            Depicts a grey Waterford High School tennis sweatshirt

Photo #5            Depicts a pair of Holister jeans

Photo #6            Depicts a pair of Nike shoes

Photo # 7           Depicts a pair of socks

Photo #8            Depicts a pair of Mechanic gloves

COPY

REPORTING OFFICER
Officer Gil Maffeo, #43

SUPERVISOR
Detective Sgt. DePasquale # S10

PAGE   OF   PAGES
**EXHIBIT A, p. A-16**

**WATERFORD POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Case Number 2011-00495
Date 03-11-11
Time Started 1800
Time Ended 1755
@ 1611

WITNESS STATEMENT OF _Lynne Klorczyk_

I, _Lynne S. Klorczyk_, date of birth
of _55 Westwood Dr_, town / city of _Waterford, CT_,
make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157. (1860)

   I, Lynne S. Klorczyk, reside at 55 Westwood Drive
in Waterford, Connecticut. On Friday, March 11, 2011
at approximately 3:00 PM I was picking my husband
Frederick Klorczyk, at the train station, in New
London, Connecticut and drove home. When we
were home I texted Christian at approximately 3:26 PM
asking "Where are you". Previously at approximately at
1:42 pm I texted Christian "On the way to pick
up Parker?". Christian was supposed to pick my other
son Parker up and bring him to a 1:30 PM
appointment. My husband and I were thinking of
where Christian may have been, if he was in an
accident or had vehicle trouble. We were contemplating
whether to call the police. During this time I began
to call Christian's friends and called Jordan
Rosam at approximately 4:05 PM. After speaking
with Jordan we decided to check the garage to
see if the red BMW was inside as Christian
often drove it. As I entered the garage I saw
the red BMW was on top of Christian. My husband
jacked the vehicle off Christian. I could not

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____ #57

Signature: _____ **COPY**

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

**WATERFORD POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Case Number 11-00495

STATEMENT OF Lynne S. Kluczyk (Cont.)

wake Christian but found a pulse by his neck.
We attempted to wake him by shaking his legs. Christian
remained unresponsive. I could not tell if he was
breathing and he appeared to have a visibly injury
to his head/face. I immediately called 911 and
emergency services responded. I do remember the dryer
being on, which normally cycles for 45 minutes.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____ #5L

Witness: _____

Signature: _____ **COPY**

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

WPD: 2011-00495



**EXHIBIT A, p. A-19**



WPD: 2011-00495



**EXHIBIT A, p. A-20**



WPD: 2011-00495



**EXHIBIT A, p. A-21**



WPD: 2011-00495



**EXHIBIT A, p. A-22**



WPD: 2011-00495



EXHIBIT A, p. A-23



WPD: 2011-00495



**EXHIBIT A, p. A-24**



WFD 2011-00495



**EXHIBIT A, p. A-25**



WPD: 2011-00495


COPY

**EXHIBIT A, p. A-26**

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032-1939
Telephone: (860) 679-3980 Fax: (860) 679-1257



May 13, 2011

Detective Sergeant Joseph D. DePasquale
Waterford Police Department
41 Avery Lane
Waterford, CT 06385-2819

Town:  New London

County:  New London

Dear Detective Sergeant DePasquale:

Enclosed please find a copy of the Autopsy and Toxicology Report on the following case(s):

| CASE NUMBER | NAME OF DECEASED | DATE OF DEATH |
|---|---|---|
| 11-03880<br>WPD# 2011-00495 | Christian Klorczyk | 3/11/2011 |

Sincerely,



H. Wayne Carver II, M.D.
Chief Medical Examiner

lc

**COPY**

**EXHIBIT A, p. A-27**




**WATERFORD POLICE DEPARTMENT**
**41 AVERY LANE**
**WATERFORD, CT 06385-2819**

Murray J. Pendleton
Chief of Police

(860) 442-9451  TEL
(860) 442-2557  FAX

March 22, 2011

Dr. H. Wayne Carver II
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Road
Farmington, Connecticut        06032

Re:    **M.E. Case Number 11-3880**
         **KLORCZYK, Christian R. W/M;**

         **WPD Case Number 2011-00495**

Dr. Carver:

Upon completion of your Autopsy and Toxicology reports pertaining to KLORCZYK, Christian R., under your M.E. Case Number 11-3880, please forward a copy of said reports to this Agency to assist us in completing our investigation.

If you have any questions regarding this matter, please contact Detective Sergeant Joseph D. DePasquale, of the Waterford Police Department – Detective Division, at (860) 442-0645.

Sincerely,

Murray J. Pendleton
Chief of Police

/kc



**EXHIBIT A, p. A-28**



**STATE OF CONNECTICUT**
Office of the Chief Medical Examiner
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: 11-03880-Klorczyk, Christian**

Date of Death: **03/11/2011**                    Time of Death: **4:58 PM**
County of Death: **New London**                    City of Death: **New London**

This is to certify that **Ira J. Kanfer, M.D., Associate Medical Examiner**, performed a postmortem examination on the body of **Christian Klorczyk** at the Office of the Chief Medical Examiner on **03/12/2011** at **8:00 AM**

### EXTERNAL EXAMINATION:

The body is that of a well-developed, well-nourished white male appearing the stated age of 21 years. The weight is 210 lbs. The height is 74 inches.

The hair is brown. The teeth are natural.

The upper and lower extremities are symmetric.

The back is straight.

The external genitalia are those of a normal male.

There is petechiae about the face and conjunctivae and congestion about the upper portion of the body.

### EVIDENCE OF MEDICAL INTERVENTION:

1. There are abrasions about the face and chest.
2. An endotracheal tube is present and in place.
3. An IV is present in the left supraclavicular region.
4. An IV is present in the left antecubital fossa.

### INTERNAL EXAMINATION:

### HEART AND GREAT VESSELS:

The 500 gram heart has a normal amount of subepicardial fat and a right predominant coronary arterial system which has no significant atherosclerosis. Sectioning of the heart discloses a firm, brown, homogeneous myocardium without abnormalities. The cardiac valves and coronary orifices are unremarkable. The intimal surface of the aorta is free of any lacerations or intimal tears.

**COPY**



**STATE OF CONNECTICUT**
Office of the Chief Medical Examiner
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: 11-03880-Klorczyk, Christian**

### LUNGS:

The right and left lungs weigh 980 and 880 grams each, respectively. They are hyperinflated. No foci of consolidation are seen or palpated. The pulmonary arteries, bronchi and veins are unremarkable.

### LIVER AND GALLBLADDER:

The liver weighs 2300 grams. It is homogeneous red-brown throughout. No focal lesions are found. The gallbladder is collapsed and has approximately 30 cc. of green bile within the lumen. No gallstones are found.

### SPLEEN:

The purple-blue spleen weighs 360 grams. The capsule is intact. The cut surface reveals a normal trabeculated appearance. The lymphoid follicles are not unusual.

### GENITOURINARY SYSTEM:

The right and left kidneys weigh 240 and 240 grams each, respectively. The cortex is smooth. The corticomedullary junction is distinct. The ureters are thin-walled and nondilated. The bladder is distended and has approximately 200 cc. of clear urine within the lumen.

### HEAD AND BRAIN:

The brain weighs 1590 grams. It is symmetrical. There is no evidence of subdural or subarachnoid collections of blood. There is no evidence of skull fracture. Examination of the circle of Willis is unremarkable. The cut surface fails to reveal any focal lesions.

### ENDOCRINE SYSTEM:

The pancreas, adrenals, prostate, thyroid and testicles are unremarkable exteriorly and on cut section.

### NECK ORGANS:

The larynx, trachea and main stem bronchi are unremarkable externally and along the mucosal surfaces. The hyoid bone is intact. The tongue is free of any lacerations or contusions.



**POST MORTEM REPORT**          **Page 2 of 3**

**EXHIBIT A, p. A-30**



**STATE OF CONNECTICUT**
Office of the Chief Medical Examiner
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: 11-03880-Klorczyk, Christian**

### GASTROINTESTINAL SYSTEM:

The esophagus, stomach and small and large bowel are present. There is no evidence of tumor, polyp, obstruction or ulceration. The stomach has approximately 100 cc. of partially digested food and fluid material within the lumen.

### LABORATORY PROCEDURES:

Specimens taken for toxicological analysis:  Blood, Cardiac; Gastric Contents; Urine; Brain,; Liver; Vitreous Fluid.

### AUTOPSY FINDINGS:

TRAUMATIC ASPHYXIA

### POSTMORTEM COMPLETED AT:  9:30 AM

### CAUSE OF DEATH:

TRAUMATIC ASPHYXIA

### MANNER OF DEATH:

ACCIDENT

This is a true statement of the postmortem findings upon the body of Christian Klorczyk.

Ira J. Kanfer, M.D.
**Associate Medical Examiner**
**18 April 2011**

*Unless the Office of the Chief Medical Examiner is notified in writing, any tissue retained in the course of this case will be destroyed 5 years after the date of the autopsy. Specimens sent to other institutions for analysis are subject to the retention policies of that institution.*

COPY

POST MORTEM REPORT                    Page 3 of 3

**EXHIBIT A, p. A-31**



# Office of the Chief Medical Examiner
## State of Connecticut
11 Shuttle Road    Farmington, CT 06032
(860) 679-3980

## TOXICOLOGY REPORT

DATE OF REPORT:    05/05/11

| LAB NUMBER: | DECEASED: | ME CASE NUMBER: |
|---|---|---|
| L11-0370 | Christian Klorczyk | 11-03880 |

SPECIMENS SUBMITTED BY:  Dr. Ira Kanfer

| Sample Type | Amount | Received | Received By | Sample Type | Amount | Received | Received By |
|---|---|---|---|---|---|---|---|
| Blood, Cardiac | 105 mL | 03/14/11 | T. Loveless | Brain | 95 g | 03/14/11 | T. Loveless |
| Gastric Contents | 65 mL | 03/14/11 | T. Loveless | Liver | 53 g | 03/14/11 | T. Loveless |
| Vitreous | 4.5 mL | 03/14/11 | T. Loveless | DNA Label | | 03/14/11 | T. Loveless |
| Urine | 50 mL | 03/14/11 | T. Loveless | DNA Label | | 03/17/11 | T. Loveless |

## ANALYTICAL FINDINGS

| SCREEN     Blood, Cardiac     Analyte | Results | Method |
|---|---|---|
| Alcohol | None Detected | Micro Diffusion |
| Acidic/Neutral Drugs | None Detected | GC/MS |
| Basic Drugs | None Detected | GC/MS |
| Cocaine Metabolite | None Detected | ELISA |
| Opiates | None Detected | ELISA |
| Oxycodone | None Detected | ELISA |

*Carol Fletterick*

Carol Fletterick

Toxicologist



**COPY**

Unless OCME is notified in writing, specimens and/or evidence retained in this case will be destroyed one year after the date of this report.

**EXHIBIT A, p. A-32**

**INVENTORY OF PROPERTY SEIZED
WITHOUT A SEARCH WARRANT**
JD-CR-18 Rev. 9/10
C.G.S. §§ 21a-262, 26-85, 26-90, 42-472a, 46b-121,
54-36a,g,h,o, and P.A. 10-112 § 1

☑ FOR P.D. USE ONLY
☐ WARRANT APPLIED FOR
☐ TO COURT

☐ To Court
☐ Destroy - No Value
☐ Case Pending
☐ Return to Owner
☐ Prisoner's
☐ Juvenile

Police case/receipt number: 2011-00495/23793

**Part A**
Court Docket Number

**Part B**
Court Docket Number

**Juvenile**
Court Docket Number

**Instructions**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint.
4. Last copy for Police Department use.

**Asset Forfeiture**
Court Docket Number

To the Superior Court at (Address of court)   ☐ Juvenile Matters   ☐ Geographical Area Number

Uniform Arrest Report/Juvenile Summons Number

Court Appearance Date | Arrest/Referral ☐ Made ☐ Pending
Police case/receipt number: 2011-00495/23793
Companion case number

Name, address and telephone number of defendant(s)/subject(s)
1. KLORCZYK, Christian (860) 442-4815
   55 Westwood Dr
2. Waterford, CT 06385
3.

Name, address and telephone number of complainant(s)/owner(s)
1.
2.
3.

Type of incident: Untimely Death / Mechanical Accident

Town of seizure: Waterford   Date of seizure: 03/11/11   Type of property: ☐ Stolen ☑ Evidence ☐ Lost/found ☑ Investigation

The following property was seized, in connection with a criminal/delinquency case: (Describe quantity, type, color, serial number, etc.)

1. (1) PR. Mechanic Gloves / BLK
2. (1) PR Nike Air Speakers
3. (1) BLK Socks
4. (1) GRY Long Sleeve Shirt / Thermal
5. (1) LT. BLU T-Shirt
6. (1) GRY Sweatshirt w/ 2007 Lancers / Christian
7. (1) Calvin Klein / Underwear / BLK
8. (1) PR Hollister Jeans
9. (1) Yellow / Blk Fleece jack
10.
11.
12.

If cash money was seized, enter total amount here (List each denomination separately on the numbered lines above.)  Total amount of cash $ 0

Signed (Police officer)   Title: Patrolman   Badge number: 54   Date: 03/11/11   Department: Waterford

**Property Room Use Only**

Evidence photographed ☐ No ☐ Yes   Date   Remarks

COPY

Date out | Reason | By |

Part A inventory number
Part B inventory number
Juvenile inventory number

**EXHIBIT A, p. A-33**   (over)   INVENTORY OF SEIZED PROPERTY

## Order Of the Court

| Proceedings Forfeiture | Item(s) number | The preceding item(s) of property in the foregoing inventory is/are subject to an in rem asset forfeiture proceeding pursuant to C.G.S. § 54-36h or an in rem proceeding pursuant to C.G.S. § 54-36o. *See attached form.* |
|---|---|---|

| Return To Owner(s) | Item(s) number | The preceding item(s) of property in the foregoing inventory is/are hereby ordered returned to the rightful owner(s) within **6 months** from the date of this order, upon proper claim therefore, OTHERWISE the property shall be disposed of pursuant to C.G.S. § 54-36a as follows:<br>☐ money shall be turned over to the Clerk of the Court for deposit to the General Fund.<br>☐ in the case of seizures pursuant to C.G.S. § 54-36o, money shall be turned over to the Clerk of the Court for deposit to the privacy protection guaranty and enforcement account established by C.G.S. § 42-472a.<br>☐ in the case of seizures pursuant to P.A. 10-112 § 1, money shall be turned over to the Clerk of the Court for deposit to the General Fund.<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund.<br>☐ in the case of seizures under C.G.S. §54-36o, or ☐ in the case of seizures under P.A. 10-112 § 1, the property should be turned over to the Commissioner of Administrative Services for sale at public auction. The proceeds of the sale shall be applied: (1) to payment of balance due on any lien preserved by the court in the forfeiture proceedings; (2) to payment of any costs incurred for the storage, maintenance, security and forfeiture of such property; and (3) to payment of court costs. For seizures under C.G.S. § 54-36o, the balance, if any, shall be deposited in the privacy protection guaranty and enforcement account established. For seizures under P.A. 10-112 § 1, the balance, if any, shall be deposited in the General Fund.<br>☐ destroyed.<br>☐ turned over to the following charitable, educational or governmental agency or institution: *(Specify name and address)* |
|---|---|---|

| Evidentiary Funds At A Financial Inst. | The financial institution holding evidentiary funds seized by the _____ Police Department/law enforcement agency shall issue a check in the amount of _____ dollars payable to _____ |
|---|---|

| Controlled Substance(s) | Item(s) number | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be controlled drug(s), substance(s) or drug paraphernalia and it is hereby ordered that said item(s) be:<br>☐ destroyed (C.G.S. §§54-36a; 54-36g).   ☐ delivered to the Commissioner of Consumer Protection (C.G.S. § 21a-262). |
|---|---|---|

| Firearms/ Contraband | Item(s) number | The preceding item(s) of property in the foregoing inventory is/are hereby adjudged to be contraband and it is hereby ordered that said item(s) be turned over to the Bureau of Identification of the Connecticut State Police Division for ☐ destruction ☐ appropriate use ☐ disposal by sale at public auction<br>(C.G.S. § 54-36e) or ☐ turned over to the Commissioner of Environmental Protection in accordance with C.G.S. §§ 26-85 and 26-90. |
|---|---|---|

| Nuisance, Contraband Or Other Property; Gambling | Item(s) number | The preceding item(s) of property in the attached inventory is/are hereby adjudged to be a nuisance, contraband or other property, or such property is hereby adjudged seized, pursuant to C.G.S. § 53-278c, ordered to be forfeited and it is hereby ordered disposed of as follows:<br>☐ money shall be turned over to the Clerk of Court for deposit to the General Fund. Item number(s) ___<br>☐ in the case of seizures pursuant to C.G.S. § 54-36o, money shall be turned over to the Clerk of the Court for deposit to the privacy protection guaranty and enforcement account established by C.G.S. § 42-472a. Item number(s) ___<br>☐ in the case of seizures pursuant to P.A. 10-112 § 1, money shall be turned over to the Clerk of the Court for deposit to the General Fund. Item number(s) ___<br>☐ turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund. Item number(s) ___<br>☐ property used in gambling shall be turned over to the Examiner of Seized Property for disposition, provided that if it is a valuable prize, it shall be sold at public auction or private sale and the proceeds remitted to the State and deposited to the General Fund. Item number(s) ___<br>☐ in the case of seizures under C.G.S. § 54-36o, or ☐ in the case of seizures under P.A. 10-112 § 1, the property should be turned over to the Commissioner of Administrative Services for sale at public auction. The proceeds of the sale shall be applied: (1) to payment of balance due on any lien preserved by the court in the forfeiture proceedings; (2) to payment of any costs incurred for the storage, maintenance, security and forfeiture of such property; and (3) to payment of court costs. For seizures under C.G.S. § 54-36o, the balance, if any, shall be deposited in the privacy protection guaranty and enforcement account established under C.G.S. § 42-472a. For seizures under P.A. 10-112 § 1, the balance, if any, shall be deposited in the General Fund. Item number(s) ___<br>☐ destroyed. Item number(s) ___<br>☐ turned over to the following charitable, educational or governmental agency or institution: Item number(s) ___ *(Specify name and address)* |
|---|---|---|

| By Order of the Court *(Name of Judge)* | Judicial District, Geographical Area or Juvenile | Signed *(Judge)* | Date signed |
|---|---|---|---|

### Notice Of Order Of The Court

NOTICE is hereby given of the foregoing Order of the Court. C.G.S. § 54-36a requires you to comply with the order within 90 days of receipt. If the court has rendered an order returning the seized property to the rightful owner and the owner does not claim the property, you are required to comply within 90 days following the expiration of the six month claim period. A return of compliance to the preceding order must be filed with this court within 72 hours of compliance.

| To *(Name of Police Department)* | From *(Name of Court)* | Signed *(Clerk of Court, Authorized Assistant)* | Date signed |
|---|---|---|---|

**Return Of Compliance**

The undersigned represents that the person or department having custody or possession of said property has complied with the above Order of the Court by:

☑ 1. turning said property over to:

| *(Name of individual)* | *(Title of individual)* | *(Date turned over)* |
|---|---|---|
| Heinrich Kieczyk | Decedent father | 06/01/11 |

☐ 2. destroying said property in the following manner (C.G.S. § 54-36g):

| *(Manner of destruction)* | *(Date Destroyed)* | *(By Whom)* | *(Name of Witness)* |
|---|---|---|---|

☐ State Toxicology Lab notified.   ☐ Turned over to Narcotics Control Unit/Department of Consumer Protection. (C.G.S. § 54-36g)

| Name of Police department | Signature and title | Date |
|---|---|---|
| WTFD PD | | 6/X/11 |

I acknowledge receipt of the item(s) listed below and relieve the above Police Department of responsibility for said item(s).

| Item number(s) | Signed *(Owner/Agent)* | Released by *(Print name)* | Date released |
|---|---|---|---|
| All | | Stahl | 6/X/11 |

COPY

**EXHIBIT A, p. A-34**



**WATERFORD POLICE DEPARTMENT**
**41 AVERY LANE**
**WATERFORD, CT 06385-2819**



Murray J. Pendleton
Chief of Police

(860) 442-9451  TEL
(860) 442-2557  FAX

# Press Release

On Friday March 11, 2011, at approximately 1611 hours, members of the Waterford Police Department, along with Waterford Fire and Emergency Services, responded to a Mechanical Accident at 55 Westwood Avenue in Waterford.

As a result of this accident, a 21 year old male was transported to the L&M Hospital where he was pronounced dead from the injuries he sustained.

At this time the incident remains under investigation, but is not considered suspicious.

Sgt James Dimmock #17

Authorized by Lt Brett Mahoney



**EXHIBIT A, p. A-35**

A Father's Strength - Waterford, CT Patch#photo-5354171                                    Page 1 of 3



# WaterfordPatch  ☁ 37°



**The Neighborhood Files**

## A Father's Strength

*Dealing With The Unfathomable With Courage And Grace*

By Paul Petrone | Email the author | 4:55am

1 of 1



At UConn, the Zeta Beta Tau fraternity honored its fallen brother by painting a rock on campus. The same rock was painted for former UConn football player Jasper Howard after he was slain in 2009. Credit: Paul Petrone          Share 🔗

On March 11, **Christian Klorczyk died** when the BMW he was changing the oil on fell on top of him. He was 21.

But for his father, Frederick Klorczyk, Jr., it is important to concentrate on how he lived.

"Christian was a man who lived more in 21 years than I have in 56," he said. "Just a fine, fine man, as are ... his brothers."

Last week, more than 1,000 people came to pay respects to the Waterford High School graduate at his wake. And one day later, his father eulogized his son at Christian's funeral.

"As difficult as it is to comprehend, the time to move on will come, and the manner in which we do so will show our true integrity and respect for Christian," said he said in his eulogy. "Moving on doesn't mean forgetting. It means taking the positive impact he left behind and using his legacy as motivation to strive for success in honor of his life."

Christian was one of three sons, the others Frederick III and Parker, born to Frederick and Lynne Klorczyk. The couple met on their first day of college, when Frederick was 17.

"Lynne and I were in exact agreement in how we wanted to raise our sons to be self-responsible gentlemen in a c̶i̶v̶i̶l̶ society," Frederick eulogized. "Some of you may know all of them, and some of you may only know one.  However, by knowing just one of them you probably know the others to a large degree and you likely know Lynne and me as well. We are a very close family, with a DNA thread that transcends distance (as witnessed by our cellphone and text message bills). We can pretty much read others' minds."

COPY

**EXHIBIT A, p. A-36**

http://waterford.patch.com/articles/a-fathers-strength                                    3/22/2011

A Father's Strength - Waterford, CT Patch#photo-5354171                                  Page 2 of 3

In 2002, for Christmas, Frederick wrote a letter to his son. Christian would hold onto that letter until the day he died, and it remained as true that day as it did then, Frederick said.

The letter:

Dear Christian,

You have become quite the young and good man in the past few years. It seems to me that you leapfrogged some of the steps from child / adolescent to young man. I am happy to know that you enjoy your life in this family and the world and want to assure you that you add a huge amount to it. Our family is far from normal for several reasons, such as your grandmother living with us, me being ill, having our own company and thus having a variable income structure. Additionally, you are growing up in an unusual age — seeing our freedom-based country attacked on our own soil, living in heightened security greater than ever before, dealing with day-by-day reports of war and people attacking what America stands for is something a little odd for us. You have managed to adapt to all of that and still become the most wonderful son and young man.

Your abstract and complex sense of humor always makes me laugh and seeing your motivation to learn new things like working hard on the car, chipping tile and hanging wallpaper is a sign that you will accomplish great things and not accept the world as is. The fact that you have accepted your role academically, you recognize your responsibilities as a student, without whining and prodding, just get the work and studying and studying done on your own accord, is fantastic. That gives me great confidence that you will succeed when you go off to college and on your own as I believe you truly understand the connection, creativity, self-discipline, open-mindedness, academics, happiness and success, however you define that.

Nothing gives me greater pleasure and adds value to my life than being with you working on the car, the tractor, in the yard, traveling, snowboarding, etc., and seeing you learn and being happy. Seeing you appreciate the difficult cultures in San Francisco and L.A. was really neat for me and seeing you listen to the music I listened to when I was young and reading the stuff I read such as Steinbeck is rewarding.

You have given me much pleasure and support over the past years and I hope that I have done my job as a father, role model and friend as well as I could, as that is what you deserve.

I could not be happier and more proud of having you as a son.

You have made my life better simply by being in it.

If I were to die tomorrow, I would do so knowing that you will carry on our name with great pride.

Merry Christmas 2002... and know I love you. Forever.

Dad

### The Story of the Accident

On March 11, Lynne Klorczyk picked up Frederick Klorczyk Jr. at 3 p.m. at the train station. They got home at 3:30 p.m., and found out Christian was late picking up his brother from St. Thomas More.

After calling his friends and coming up empty, Lynne decided to search the garage. At just after 4 p.m., she opened the door and saw Christian underneath a red BMW.

At first she thought her son was just working on the BMW and began talking to him. But when he didn't answer, she realized he was crushed and called her husband.

As Lynne called 9-1-1, Frederick rushed in and jacked the car back up, with the same jack Christian originally used. He then added two jack stands underneath the car (there were already two underneath) and pulled his son out from under the car.

Frederick began chest compressions, trying to get him to speak. When responders arrived to bring Christian to Lawrence and Memorial Hospital, he was pronounced dead on the scene.

COPY

**EXHIBIT A, p. A-37**

A Father's Strength - Waterford, CT Patch#photo-5354171                                Page 3 of 3

Christian, had two jack stands underneath the car, and the jack itself did not fail. Frederick refused to release the exact way the car came crushing down.

"No one in the world knows but me... what he was doing and it was 100 percent safe," he said. "To recreate it would take a tsunami and earthquake such as Japan is suffering now - one in a billion chances."

That said, Frederick did release this message:

"To those of you who are 'car guys' out there, please invest in the more expensive jacks with backup pins rather than those sold in local retail outlets so this tragedy is never repeated again," he wrote.

Christian Klorczyk was a member of the Zeta Beta Tau fraternity at UConn. To honor its fallen brother, the fraternity painted a rock in campus honoring Klorczyk.
The same rock was used to honor former UConn football player Jasper Howard after he was slain in 2009.


Locations:

- 55 Westwood Dr
  Waterford, CT 06385



**EXHIBIT A, p. A-38**