UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-Administrator of the Estate of Christian R. Klorczyk, FREDERICK KLORCZYK, JR., Individually, LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk, and LYNNE KLORCZYK, individually<br>　　　　　Plaintiffs<br><br>v.<br><br>SEARS, ROEBUCK AND CO., SHINN FU CORPORATION, SHINN FU COMPANY OF AMERICA, INC., and MVP (HK) INDUSTRIES, LTD.<br>　　　　　Defendants | : : : : : : : : : : : : : : : : | NO.: 3:13-CV-00257 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 13, 2013 |

**AFFIDAVIT OF SEAN P. FLYNN IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER**

STATE OF CALIFORNIA　　　)
　　　　　　　　　　　　　　　) ss:
COUNTY OF LOS ANGELES　)

I, Sean P. Flynn, being duly sworn, do hereby depose and say that:

1. I am over eighteen years of age;

2. I believe in the obligation of the oath;

3. I have personal knowledge of the facts stated herein;

4. On July 30, 2013, I sent a letter to David J. Elliott, Esquire, counsel for the plaintiffs, seeking to limit the scope of the plaintiffs' interrogatories served on the

# EXHIBIT D

defendants, Shinn Fu Corporation, Shinn Fu Company of America, Inc., and MVP (HK) Industries, Ltd.  A copy of my letter is attached as Exhibit C to the defendants' motion for protective order;

    5.    On August 16, 2013, I participated in a teleconference with counsel for the plaintiffs in a good faith effort to resolve the dispute concerning the scope of discovery from the defendants;

    6.    Despite these efforts, the parties were unable to reach an agreement as to limiting the scope of the discovery requests.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Executed September 13, 2013, at Irvine, California.

_____
Sean P. Flynn

: