# EXHIBIT C

 **DAY PITNEY** LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

DAVID J. ELLIOTT
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0196 F: (860) 881-2447
djelliott@daypitney.com

June 16, 2014

**VIA E-MAIL**

Thomas O. Anderson
Michael R. Keller
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

      Re:   <u>Klorczyk et al. v. Sears, Roebuck & Co. et al.</u>

Dear Tom and Mike:

      We are writing in response to your letter of May 23, 2014 concerning discovery responses by your client, Sears, Roebuck & Co. ("Sears"). We are in receipt of Sears's Supplemental Discovery Responses dated May 23, 2014.

      We have received a copy of the executed verification from your client. We have not received an index of all documents produced by your client. Please provide.

      We would like clarification on the issue of what jack stand model(s) and load capacity(ies) the other defendants in this matter manufactured, distributed or sold to your client. Interrogatory No. 5 asked Sears to identify by model number and load capacity, each model or type of Jack Stand which any of the other defendants manufactured, distributed or sold to Sears. Sears responded: "Craftsman Professional, Heavy Duty Jack Stands Model 50163." Do we understand correctly that the only jack stand model that the other defendants in this case manufactured, distributed, or sold to your client is model 50163? If so, please provide the load capacity and the other information requested in the request.

      Our confusion on the foregoing issue is propounded by your supplemental discovery responses. You indicated that you revised your supplemental responses to Requests for Production Nos. 10 and 20 to indicate that Sears has no documents responsive to those requests *with respect to jack stand model number 50163*. We also noted that your supplemental responses to Request for Production No. 27 (compliance with ISO standards), No. 28 (ASME standards),

**DAY PITNEY** LLP

June 16, 2014
Page 2

30 (use of a single jack stand), and No. 34 (jack stand failures) are limited in the same manner. You imposed a different limitation to your responses to Interrogatory Nos. 2 and 3, namely, to jack stands with the same manufacturer(s) and seller(s), i.e. any party to this litigation, as the subject jack stand. Can you please provide model numbers and load capacities of the jack stands with the same manufacturer(s) and seller(s), i.e. any party to this litigation, as the subject jack stand?

We remind you that plaintiffs' Requests to Produce and Interrogatories are not limited to model 50163. We have requested responses and interrogatory answers with respect to similar and comparable jack stands sold by Sears. Certainly jack stands sold by Sears with a ratchet/pawl design are similar, regardless of their weight or load capacity. By unilaterally and arbitrarily limiting Sears response, and also its document search, to a particular model (50163) rather than conducting a diligent search of records encompassing other similarly designed models (even if having different weight/load capacity) Sears is in violation of Federal Rule of Civil Procedure Rule 26 (g).

Additionally, you did not respond to the inquiry in our April 9, 2014 letter concerning what, if any, limitation you imposed on your response to Request for Production No. 9 concerning complaints and litigation. Please respond.

Further, our review of documents produced by all defendants to date reveals that Sears was involved in the testing, inspection, quality control, and/or quality assurance of the Jack Stands. You responded in relevant part to interrogatories requesting information concerning testing of jack stands: "From 2006 until the time of the alleged incident, the manufacturer was responsible for the testing of the subject jack stands sold to Sears Roebuck and Co" and "Sears, Roebuck and Co. relies on the manufacturer to test the product and meet applicable safety standards." (See responses to Interrogatory Nos. 4, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, and 20.) With regard to testing, inspection, quality control, and/or quality assurance of the Jack Stands, you produced only test protocol, purchase orders, and the vendor/factory accreditation report. Please reconsider your responses and corresponding document production. (See Requests for Production Nos. 3, 4, 11, 12, 13, 14, 15, 16, 18, 27, and 37.) For instance, in Request for Production No. 13, we requested all documents concerning jack stand testing conducted by or on behalf of Sears at Sears' laboratories or testing facilities or at any other laboratory or test facility. You responded, "None for jack stand model 50163 with respect to the time frame of January 1, 2003 through the date of the alleged incident." The enclosed e-mail produced by defendant Wei Fu (Taishan) Machinery & Electric Co., Ltd., WFT002512, indicates that Sears conducted testing at its laboratory of jack stand model 50163 in 2007. Please reconsider your responses to all aforementioned discovery requests.

**DAY PITNEY** LLP

June 16, 2014
Page 3

Very truly yours,

David J. Elliott

DJE
Enclosure

cc:     All counsel of record

**DAY PITNEY** LLP

頁 1 / 1

## Nora Lee

**From:** James Wang [jwang@shinnfuamerica.com]
**Sent:** 2007年1月25日星期四 1:13
**To:** 'James Wang'; 'Maggie-Ma'; nora-lee@mvphk.com; 'Johnson Wang'; 'May Lee'
**Cc:** 'Joey Su'; 'Betty Hung ???'; ' 嬿 - 蕭昕'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; tony-choi@mvphk.com; 'Dennis Yu - SFA'

**Subject:** RE: Sears 50163 (4-ton jack stand)

Just a reminder, Sears's scheduled re-set date for this item is April (that means the merchandises need to arrive in store by April). Thank you.

Best Regards,

James Wang

**From:** James Wang [mailto:jwang@shinnfuamerica.com]
**Sent:** Wednesday, January 24, 2007 9:49 AM
**To:** 'Maggie-Ma'; 'nora-lee@mvphk.com'; 'Johnson Wang'; 'May Lee'
**Cc:** 'Joey Su'; 'Betty Hung ???'; '偉富 - 伍青雁'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; 'tony-choi@mvphk.com'; 'Dennis Yu - SFA'
**Subject:** Sears 50163 (4-ton jack stand)

Dear All,

Good News!

Mark just got a phone call from Barb confirming our 4-ton jack stands (#50163) passed the testing at Sears lab (thank you, everyone!). I will follow up with Sears art department to get the approval on the packaging accordingly. However, Barb requires us to provide the shipping schedule for their initial order quantity - 6,000 pairs by tomorrow. Here is what she wants to know:

1. The earliest ship date for complete 6,000 pairs.
2. The schedule (date and quantity) for partial shipments.

Best Regards,

James Wang
SFA Companies
Office:  816.410.5688
Office:  816.891.6390x147
Mobile:  816.255.0425

19/12/2013

Confidential - Subject to a Protective Order

WFT002512