# EXHIBIT J

頁 1 / 1

## Nora Lee

| | |
|---|---|
| **From:** | James Wang [jwang@shinnfuamerica.com] |
| **Sent:** | 2007年1月25日星期四 1:13 |
| **To:** | 'James Wang'; 'Maggie-Ma'; nora-lee@mvphk.com; 'Johnson Wang'; 'May Lee' |
| **Cc:** | 'Joey Su'; 'Betty Hung ???'; ' 嶸 -   蔭呧'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; tony-choi@mvphk.com; 'Dennis Yu - SFA' |
| **Subject:** | RE: Sears 50163 (4-ton jack stand) |

Just a reminder, Sears's scheduled re-set date for this item is April (that means the merchandises need to arrive in store by April). Thank you.

Best Regards,

James Wang

---

**From:** James Wang [mailto:jwang@shinnfuamerica.com]
**Sent:** Wednesday, January 24, 2007 9:49 AM
**To:** 'Maggie-Ma'; 'nora-lee@mvphk.com'; 'Johnson Wang'; 'May Lee'
**Cc:** 'Joey Su'; 'Betty Hung ???'; '偉富 - 伍菁雁'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; 'tony-choi@mvphk.com'; 'Dennis Yu - SFA'
**Subject:** Sears 50163 (4-ton jack stand)

Dear All,

Good News!

Mark just got a phone call from Barb confirming our 4-ton jack stands (#50163) passed the testing at Sears lab (thank you, everyone!). I will follow up with Sears art department to get the approval on the packaging accordingly. However, Barb requires us to provide the shipping schedule for their initial order quantity - 6,000 pairs by tomorrow. Here is what she wants to know:

1. The earliest ship date for complete 6,000 pairs.
2. The schedule (date and quantity) for partial shipments.

Best Regards,

James Wang
SFA Companies
Office:  816.410.5688
Office:  816.891.6390x147
Mobile: 816.255.0425