# EXHIBIT K

| | |
|---|---|
| **From:** | Michelle Tyner-Voigts <SHINN FU AMERICA/FIRST ADMINISTRATIVE GROUP/RECIPIENTS/MIHO> |
| **To:** | Bridget Marshall <bridget@sfacompanies.com> |
| **Subject:** | FW: Grainger vs. wf product transfer |
| **Sent:** | 10/15/2013 8:10:27 PM +00:00 |

3ZC65 (F-345W, WF 34802)

**From:** May Lee
**Sent:** Friday, March 29, 2013 3:52 PM
**To:** Tracy Chang ??????; Jemmy Tsaur; Christine Wang ??????
**Cc:** John Liu; Min Liao ?????F; Christopher Leonhard; Michelle Tyner-Voigts
**Subject:** RE: Grainger vs. wf product transfer

Dear Tracy,

Thank you for the update.  When you say all samples can be ready to test in June, do you mean early June, mid June or the end of June?  Please advise.  And how soon after test we can ask GGS China to visit QY to inspect the samples if test goes smoothly?  We believe all samples pass the 2009 new ANSI Standards!

For Grainger jacks,

If QG86308 = AGI G29023, then this is discontinued.

3ZC65 (F-345W, WF 34802) ?C per Jemmy in July 2012, this was ready for GGS to inspect the product.  Why QY has not started the product development as of now?  When will the sample be ready for test and for inspection?  Please advise.

For Grainger jack stands,

How soon QY will get the 3, 4, 6 and 12 ton jack stands sample ready?  Can we ask GGS China to visit QY to

Confidential - Subject to a Protective Order

SFA000105

inspect these 4 type of jack stands samples first?  (if 7 ton and 20 ton are ready for inspection, we can ask GGS China to review the 6 samples all together in one trip)

What about 7 (ready yet at QY?), 10 and 22 ton jack stands samples?  Is QY going to develop 10 and 22 ton models, and when?

Per Min, JSP20 (QT6120J) transfer is completed.  When we can get the sample for GGS/AGI to inspect?  See point 1.  Please advise.

Best regards,

May Lee

Shinn Fu Company of America, Inc.

Tel: 816 891 6390 ext 104

Fax: 816 891 6599

e-mail: mlee@shinnfuamerica.com

**From:** Tracy Chang ?????? [mailto:tracy@shinnfu.com]
**Sent:** Friday, March 29, 2013 11:58 AM
**To:** May Lee; Jemmy Tsaur; Christine Wang ??????
**Cc:** John Liu; Min Liao ?????F; Christopher Leonhard; Michelle Tyner-Voigts
**Subject:** RE: Grainger vs. wf product transfer

Dear May,

Please see below revise in red.

Thank you.

Confidential - Subject to a Protective Order

SFA000106

BR,

Tracy

**From:** Tracy Chang ?????
**Sent:** Saturday, March 30, 2013 12:50 AM
**To:** 'May Lee'; Jemmy Tsaur; Christine Wang ??????
**Cc:** John Liu; Min Liao ?????F; Christopher Leonhard; 'Michelle Tyner-Voigts'
**Subject:** RE: Grainger vs. wf product transfer

Dear May,

I review confirmed whole samples of Grainger and Fastenal.

Now QY is proceeding to service jacks, and will follow below produce schedule.

G59510 ?? will be ready in May.

G880XX(for SFE) ?? will be ready at the end of Apr.

G48903 ?? will be ready at the middle of May.

G93M00 ?? will be ready at the end of May.

G86308 ?? will be ready in Jun.

About of jack stands(QT93600, QT93740, QT93660, QT93720), QY would be provided samples soon for pairs.

Therefore, all of samples can be finished and arrange to test at QY in June.

Thank you.

Confidential - Subject to a Protective Order

SFA000107

BR,

Tracy

---

**From:** May Lee [mailto:mlee@shinnfuamerica.com]
**Sent:** Friday, March 29, 2013 1:00 AM
**To:** Jemmy Tsaur; Christine Wang ??????; Tracy Chang ??????
**Cc:** John Liu; Min Liao ?????F; Christopher Leonhard
**Subject:** RE: Grainger vs. wf product transfer


Dear Jemmy, Dear Tracy,


Please give us an update on the product transfer project for Grainger after you have visited QY yesterday.  It is very important that we have QY have all samples available for GGS to inspect.


Please advise.  Thank you.


Best regards,


May Lee

Shinn Fu Company of America, Inc.

Tel: 816 891 6390 ext 104

Fax: 816 891 6599

e-mail: mlee@shinnfuamerica.com


**From:** Jemmy Tsaur

**Sent:** Thursday, March 21, 2013 3:55 AM
**To:** Christine Wang ??????
**Cc:** John Liu; Tracy Chang ??????; Min Liao ?????F; May Lee
**Subject:** ??????: Grainger vs. wf product transfer

Dear Christine:

Noted,  ?x?x?????????L?? QY ??????????????????????????????C??

Regards,

Jemmy

?????????C?1??

Christine Wang ?????? <Christine@shinnfu.com> ????:

**Dear Jemmy,**

**?????cQY????GGS??????????(?G????????)??????????, ?????cQY?r????????, ??????????????????_?1???a???????K?????A???????r?g, ????????????, thanks:**

| SMP255 | TS11211006 | 3ZC65 | WF F348 | 3PCS | QY???????? |
|---|---|---|---|---|---|

Confidential - Subject to a Protective Order

SFA000109

| SMP255 | ??QY?_?J???????a?? | 3ZC67A | QG48903 | 3PCS | ??????????G489 ??????????????G48903????????????????????????(?????????M?????), ?????????o?????_?]) |
| --- | --- | --- | --- | --- | --- |
| ?? | | | | ?? | |
| SMP255 | TS11211006 | 5ML65A | QG93M00 | 3PCS | ???S???????????a, ?A??5????????????. |
| SMP255 | TS11211006 | 5ML67A | QG59510 | 3PCS | |

| SMP255 | TS11211012 | 3ZC73A | QT93600 | 3PRS | ??????????????????????????????????????????????????? |
| --- | --- | --- | --- | --- | --- |
| SMP255 | TS11211012 | 5M475A | QT93740 | 3PRS | |
| SMP255 | TS11211012 | 3ZC74A | QT93660 | 3PRS | |
| SMP255 | TS11211012 | 3ZC75B | QT93720 | 3PRS | |
| SMP252 | TS11210020 | 4GU79A | QT61070 | 2PRS | 4????OK |

Christine

March 21, 2013

**From:** Jemmy Tsaur [mailto:jtsaur@shinnfuamerica.com]
**Sent:** Thursday, March 21, 2013 6:24 AM
**To:** May Lee
**Cc:** John Liu; Tracy Chang ??????; Christine Wang ??????
**Subject:** RE: grainger vs. wf product transfer

Dear May:

SFT Tracy ???????S?????L QY ???S, ???????t????????, ?B?????? WF ?D?S?? TH ?????? 10 Ton ???? (2 ??), ?c 22 Ton ????, ???€???????? Grainger ???S?c??????????.

???? 10 ?????????? Grainger ?????^?????a???D?S??, ???? Tracy ???????S???????L???P?f???S, ?????? Grainger ????????????, ????????????M??. ?x?x.

Regards,

Jemmy

---

**From:** May Lee
**Sent:** Wednesday, March 20, 2013 10:28 AM
**To:** Jemmy Tsaur
**Cc:** John Liu
**Subject:** RE: grainger vs. wf product transfer

Dear Jemmy,

??????????????Grainger???S?K??????????????????a??????????????????????????^?m?????a???D??????
?]???a?????N??????????

??????????????????I??????????????????o??????

?x?x????????

Best regards,

May Lee

Shinn Fu Company of America, Inc.

Tel: 816 891 6390 ext 104

Fax: 816 891 6599

e-mail: mlee@shinnfuamerica.com

**From:** Jemmy Tsaur
**Sent:** Tuesday, March 19, 2013 5:23 PM
**To:** May Lee
**Cc:** John Liu
**Subject:** ??????: grainger vs. wf product transfer

Dear May:

????????????Grainger ?@?€??????????????WF?a???D?S???r?????? Halfords ?? Autobacs ?????????????????????r???????€ 3ZC65 ???????ˆ 2009 ?????????????X???€?????????? Grainger ???????S??????Oct.22 ?????? Grainger ???????L????????Grainger ?M?????????S??????????????? SFT ?? Tracy ??????????

???????????????k?????? Tracy ???????? Projects, ???????f?????????M???????r?????????????????????????????????????o???????????r??Tracy ?????????????????? ?????c QY, ?????????????? Grainger???K?f?{???S?????????????????M?????x?x??

Regards,

Jemmy

?????????C?1??

May Lee <mlee@shinnfuamerica.com> ????:

**Dear Jemmy**,

Confidential - Subject to a Protective Order          SFA000112

????????Grainger transfer project ???M????

??????????????email??????GGS?€????QY???S????QY?]???|???????oGGS???????@??????
????????Christine 2/26 ??????email (in blue and red correspondences)??  ??????????????????????????????
(PO SMP255) ????model??3??????????]?a???o????????
?????_?J?ˆ??Grainger???????a???D???????????????e????????????

?F??GGS & AGI (Acklands Grainger) ?????????????a???€???a?????@?€?D???????H?????????? Grainger USA???€??Grainger Canada?? ?????????????M???????????N??????
?????N?r??????????????????????GGS???????T????QY?_?J?@???a????

Best regards,

May Lee

Shinn Fu Company of America, Inc.

Tel: 816 891 6390 ext 104

Fax: 816 891 6599

e-mail: mlee@shinnfuamerica.com

| | |
|---|---|
| **From:** | Christopher Leonhard <SHINN FU AMERICA/FIRST ADMINISTRATIVE GROUP/RECIPIENTS/CHLE> |
| **To:** | 1. Sara Sunderman <sara@shinnfuamerica.com> <br> 2. Steven Novak <stevennovak@omegalift.com> |
| **Subject:** | FW: SHINN FU GGS-AG 2012 Prices active 2-1-12.xlsx |
| **Sent:** | 2/6/2012 8:11:46 PM +00:00 |
| **Attachments:** | SHINN FU GGS-AG 2012 Prices active 2-1-12.xlsx |

FYI....


Chris Leonhard

Director of Sales

SFA Companies (Professional and DIY Divisions)

10939 N. Pomona Ave.

Kansas City, MO 64153

Ph:  888-332-6419 ext 116

Fx:  816-891-6599

www.heinwerner-automotive.com


**From:** Glenn Wallace [mailto:wallaceg@agi.ca]
**Sent:** Monday, February 06, 2012 1:43 PM
**To:** Dennis Smith; Lee Lovett
**Cc:** John Franchuk; William Stratman; Christopher Leonhard
**Subject:** FW: SHINN FU GGS-AG 2012 Prices active 2-1-12.xlsx


Approved. Effective Feb 1 – apply all new costs.


Tks,

Glenn

**Glenn Wallace | Acklands-Grainger Inc.** | General Manager, Private Brand Merchandising
11708 - 167 Str. NW  | Edmonton, AB T5M 3Z2 | ☎ 780-732-4130 | 🖷 780-453-2708 | ✉ wallaceg@agi.ca

The contents of this communication, including any attachments, are confidential and may be privileged. If you are not the intended recipient, please notify the sender immediately and destroy this communication without reading it, forwarding it, or retaining any record of it. Thank you.

**From:** Stratman, William [mailto:William.Stratman@grainger.com]
**Sent:** Monday, February 06, 2012 9:47 AM
**To:** Glenn Wallace
**Subject:** SHINN FU GGS-AG 2012 Prices active 2-1-12.xlsx

Confidential - Attorney Eyes Only Subject to a Protective Order    SFA000115

| | |
|---|---|
| **From:** | "Paaske, Kurt" <kpaaske@searshc.com> |
| **To:** | markb@1282bbbg.com |
| **CC:** | 1. "Grosche, John" <John.Grosche@kcdbrands.com><br>2. Johnny Lu <johnnylu@shinnfuamerica.com><br>3. Mandy Hall <mandy@sfacompanies.com> |
| **Subject:** | RE: Shinn Fu Company of America Lift Equipment |
| **Sent:** | 9/6/2013 7:11:44 PM +00:00 |

Mark Thanks for the follow up.

Im confused, you are moving bottle jacks from factory where I buy the 50357, the item that I need the least qty to fill container, and the items that I buy most consistent? Not sure the best idea.

I would have rather seen the opposite move, all 50159,50163,50182, 52036 all into the same location as bottle jacks and 50357…….. I will have the same problem still, I have to buy large qtys, up to mth at time to fill demand on bottle and stands………. Not ideal to flow mth qtys at time, better to flow 2wks at a time to better flow inventory and better control inventory levels .

Who was part of this plan that knew the regular buy factors to leave 50357 at its own location.

**From:** Mark Breckan [mailto:markb@1282bbbg.com]
**Sent:** Friday, September 06, 2013 2:00 PM
**To:** Paaske, Kurt
**Cc:** Grosche, John; 'Johnny Lu'; mandy@sfacompanies.com
**Subject:** Shinn Fu Company of America Lift Equipment

Kurt –

We are in contact with your HK team as we will be moving the manufacturing of the four (4) Bottle Jacks (50280, 50282, 50284 & 50285) from our Shandong Qiyang Tools (QY) facility to our Jiaxing Datong Machinery (DT) facility were the Jack Stands are currently manufactured. The Bottle Jacks have been submitted to ITS for testing and passed to meet the 2009 PALD ANSI standards. This change is in follow up to a promise made to the previous merchant, the KCD team, inventory management and the engineering team. This will obviously simplify the order process your team has been working with.

Thank you in advance for your support and cooperation of the Shinn Fu Company of America program.

Confidential - Subject to a Protective Order                                                                                      SFA002654