# EXHIBIT L



# Presentation of SHINN FU CORPORATION

## 2011

# Milestones

1971 – **Shinn Fu**, first manufacturer of hydraulic jacks in Taiwan is founded.

1978 – **Shinn Fu America** established in Kansas City, Missouri, U.S.A..

1988 – **MVP Hong Kong** is established.

1994 – **Shinn Fu Europe**, is founded to serve as sales/marketing office for Eur

– **Shinn Fu Australia**, is established to provide localized support for Aust

– **Shinn Hai Electric and Machinery** is established in Shanghai, China.

1995 – **Shinn Chia Machinery & Foundry**, is founded in Kun-Shang, China sp

2004 – **Shinn Fu** of Taiwan Headquarters relocated to Taipei.

– **Shinn Fu Japan** established in Osaka, Japan.

– **Shinn Fu Canada** established in Toronto, Canada.

2010 – **Shanghai Shinn Shou** sales office established in Shanghai, China

2011 – **Shinn Fu Scandinavia AB** established in Eskilstuna, Sweden

– **SFT, LLC**, established in Seattle, Washington, USA

Shinn Fu Corp.


# Shinn Fu (Taiwan) Headqu...






- Shinn Fu Group in total 2000+ employees worldwide.
- Shinn Fu Taiwan supplies product development and manufacturing services to Shinn Fu affiliated companies throughout the world.
- Headquarters located in Taipei, Taiwan.
- QC and sourcing team located in Tai-Chung, Taiwan.

Shinn Fu Corp.






# Affiliate Facilities



**SFA Company**     Kansas City, MO, U.S.A.



Shinn Fu Australia    Melbourn



Shinn Fu Japan    Osaka, Japan



Shinn Fu Europe B.V.   Roosend



Shinn Fu Corp.



# Business Focus

- ➢ **Professional Hydraulic Lifting Equipment**
- ➢ **Industrial Hydraulic Lifting Equipment**
- ➢ **Health & Fitness Equipment**
- ➢ **Cleaning Equipment**
- ➢ **Automotive Related Parts & Accessories**
- ➢ **Battery Chargers**
- ➢ **Trading / Outsourcing Products**
  **(Tools, Outdoor Accessories, Consumer Electron**

Shinn Fu Corp.



# Market Segmentation / Manufactu

## Shinn Fu Group

| Retail (DIY) Market | Professional Market | Indust |

  

  

Shinn Fu Corp.