UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, et al., | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:13-cv-00257-JAM |
| *Plaintiffs*, | : | |
| | : | |
| vs. | : | |
| | : | |
| SEARS, ROEBUCK AND CO., et al., | : | |
| | : | |
| *Defendants.* | : | November 21, 2014 |

**PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS OR, IN THE ALTERNATIVE, MOTION FOR LEAVE FOR AN EXTENSION OF TIME REGARDING PLAINTIFFS' RESPONSES**

In accordance with the Court's instruction of November 12, 2014, Plaintiffs, Frederick Klorczyk, Jr., as co-administrator of the Estate of Christian R. Klorczyk, and Lynne Klorczyk, as co-administrator of the Estate of Christian R. Klorczyk (collectively, the "Plaintiffs"), hereby object to the Interrogatories, Requests for Production, and Requests for Admission served by Defendants, MVP (HK) Industries, Ltd. ("MVP") and Wei Fu (Taishan) Machinery Elec. Co., Ltd. ("Wei Fu") (collectively, the "Defendants"), on December 4, 2013, and February 18, 2014, respectively. In support of this objection, Plaintiffs state the following:

1.      On December 4, 2013, MVP served Plaintiffs with Interrogatories, Requests for Production, and Requests for Admission. The Interrogatories, Requests for Production, and Requests for Admission are identical to those previously served by Defendants, Shinn Fu Corporation ("SFC") and Shinn Fu Co. of America, Inc. ("SFA") on October 25, 2013, to which Plaintiffs have served objections and responses. Accordingly, on December 16, 2013, Plaintiffs' counsel wrote to counsel for MVP, objecting to MVP's Interrogatories, Requests for Production, and Requests for Admission on the grounds that they were unreasonably cumulative and

duplicative, and served no purpose other than to harass and unduly burden Plaintiffs.  (**Exhibit A**, Dec. 16, 2013 Letter.)  Plaintiffs' counsel also objected to MVP's Interrogatories and Requests for Production as untimely pursuant to the Court's Scheduling Order Regarding Case Management Plan, which requires that "[i]nitial interrogatories and requests for production . . . be served by **November 18, 2013**."  Dkt. No. 75 (emphasis in original); (see also Ex. A.)

2.      On February 18, 2014, Wei Fu served Plaintiffs with Interrogatories, Requests for Production, and Requests for Admission.  The Interrogatories, Requests for Production, and Requests for Admission are largely identical to and duplicative of those served by MVP and, as a corollary, are identical to and duplicative of those served by SFC and SFA.  Accordingly, on March 18, 2014, Plaintiffs' counsel wrote to counsel for Wei Fu, objecting to Wei Fu's Interrogatories, Requests for Production, and Requests for Admission for the same reasons Plaintiffs objected to MVP's Interrogatories, Requests for Production, and Requests for Admission.  (**Exhibit B**, Mar. 18, 2014 Letter.)

3.      On November 12, 2014, the Court held a telephonic discovery conference, during which the Court instructed Plaintiffs to file the instant objection, formally raising for the Court's adjudication the objections set forth in Plaintiffs' letters of December 16, 2013, and March 18, 2014.  (See Exs. A, B.)  In accordance with the Court's instruction, Plaintiffs request that the objections raised in their letters be sustained.  Alternatively, in the event that the Court instructs Plaintiffs to provide additional responses to Defendants' Interrogatories, Requests for Production, and/or Requests for Admission, Plaintiffs respectfully request leave to serve such responses thirty (30) days after the Court's ruling.

**WHEREFORE**, Plaintiffs respectfully request that the Court sustain Plaintiffs' objections to Defendants' Interrogatories, Requests for Production, and Requests for Admission.

-2-

PLAINTIFFS,
FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, and LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk

By:  */s/ David J. Elliott*
David J. Elliott (ct04301)
Bryan J. Orticelli (ct28643)
Kaitlin A. Canty (ct29074)
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
(860) 275-0100
(860) 275-0343 (fax)
*djelliott@daypitney.com*
*borticelli@daypitney.com*
*kcanty@daypitney.com*

Howard S. Edinburgh
Howard L. Wexler
Joseph E. Donat
Michael Gallub
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
(212) 271-8529
(212) 344-3333 (fax)
*hedinburgh@herzfeld-rubin.com*
*hwexler@herzfeld-rubin.com*
*jdonat@herzfeld-rubin.com*
*mgallub@herzfeld-rubin.com*

Their Attorneys

## <u>CERTIFICATION</u>

     I HEREBY CERTIFY that on this date, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

By:    /s/ Bryan J. Orticelli           

          Bryan J. Orticelli (ct28643)