# Exhibit B


# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**BRYAN J. ORTICELLI**
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0618 F: (860) 881-2490
borticelli@daypitney.com

March 18, 2014

**VIA E-MAIL**

Sean Flynn
Foley & Madsfield
300 S. Grand Ave., Suite 2800
Los Angeles, CA 90071

Re:   Klorczyk et al. v. Sears, Roebuck & Co. et al.: Wei Fu Discovery Requests

Dear Sean:

On February 18, 2014, Defendant Wei Fu (Taishan) Machinery & Elec. Co., Ltd., served Plaintiffs with twelve sets of discovery requests, including interrogatories, requests for production, requests for admission and demands for inspection (collectively, "Wei Fu's Discovery Requests").

Wei Fu's Discovery Requests are largely identical to and duplicative of those served by Defendant MVP (HK) Indus., Ltd. ("MVP") in December 2013 and, as a corollary, are identical to and duplicative of those served by Defendants Shinn Fu Corp. and Shinn Fu Co. of America ("SFA") in October 2013.

Wei Fu's Discovery Requests, like those served by MVP, have no purpose other than to unduly harass and overburden Plaintiffs in contravention of the Federal and Local Rules of Civil Procedure. Plaintiffs have no obligation to respond to such unreasonably cumulative and duplicative discovery as that served by Wei Fu and MVP. In addition, Wei Fu's Discovery Requests, like those served by MVP, are untimely pursuant to the Scheduling Order, which provides in relevant part: "Initial interrogatories and requests for production of documents will be served by **November 18, 2013**." (Dkt. No. 75) (emphasis in original.)

Accordingly, with respect to Wei Fu's Discovery Requests, Plaintiffs incorporate their objections and responses to the requests served by Shinn Fu Corp. and SFA.

# DAY PITNEY LLP

March 18, 2014
Page 2

Very truly yours,

Bryan J. Orticelli

BJO

cc: All counsel of record (via e-mail)