

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW      125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**Howard L. Wexler**
Direct Line: (212) 471-8480
hwexler@herzfeld-rubin.com

July 2, 2015

**VIA E-FILING**
Hon. Holly B. Fitzsimmons
United States Magistrate Judge
United States Courthouse
915 Lafayette Boulevard, Suite 266
Bridgeport, CT 06604

      Re:    <u>Klorczyk et al. v. Sears, Roebuck & Co. et al. (Civil Action No. 3:13-cv-00257)</u>

Dear Magistrate Judge Fitzsimmons:

    Thank you for providing the parties with the opportunity to attempt to work out certain discovery conflicts. We are happy to jointly report that the issues underlying your June 22 Memorandum of Conference and Order have been resolved. The parties agreed as follows, using the item numbers in the June 22, 2015 Order:

> (1) The parties have reached a compromise regarding the scope of documents requested in the notice of deposition for Shinn Fu America's Rule 30(b)(6) witness. The parties are in good faith, attempting to arrive at a scope of documents to be produced by the other non-Sears defendants.
>
> (2) Shinn Fu America shall produce the documents concerning the specific jack stand model at issue on or before July 24, 2015. It shall produce documents relating to other, similar models on or before August 17. The parties are requesting that all further defendant and all expert depositions be scheduled after August 17, so that the documents can be reviewed prior to the depositions.
>
> (3) Plaintiffs shall respond to the unanswered December 4, 2013 MVP and February 18, 2014 Wei Fu Interrogatories and Document Requests on or before July 17, 2015.
>
> (4) Sears' opposition to the further deposition of Ms. Guerra has been filed.



Honorable Holly B. Fitzsimmons
July 2, 2015
Page 2

      (5) Plaintiffs shall provide the information regarding Mr. Heath on or before July 17, 2015.

Again, we thank you for your efforts and attention herein. We await your further rulings. Have a happy Fourth of July Holiday!

Respectfully yours,

Howard L. Wexler

HLW:mb

cc:     All Counsel