## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, *et al.*, | : : : : | CIVIL ACTION NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK & CO., *et al.*, | : : | |
| *Defendants*. | : | JULY 13, 2015 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan (Dkt. No. 75), the undersigned counsel hereby submit this Joint Status Report.

I.   **Case Status**

    A.   **Pending or Anticipated Motions**

        1.   **Pending**

Plaintiffs' request for a second Rule 30(b)(6) deposition of Sears, Roebuck & Co. ("Sears").  The Plaintiffs filed a Memorandum in Support of Re-Notice of Continued Rule 30(b)(6) Deposition of Defendant Sears, Roebuck & Co. on June 16, 2015 (Dkt. No. 183), and an Addendum on June 18, 2015 (Dkt. No. 187).  Pursuant to this Court's Order (Dkt. No. 190), Sears filed its Opposition on June 30, 2015 (Dkt. No. 192).  Plaintiff will be filing its Reply brief July 14, 2015.

The parties are also awaiting the Court's ruling on the Defendants' request for a limited second deposition session with each of the Plaintiffs.  Depending on the outcome of these

depositions, the parties' may submit motions requesting additional relief as appropriate.

The parties are also awaiting a new scheduling order to be issued in light of the issues discussed at their June 17, 2015 discovery conference and the agreements regarding fact discovery that were subsequently submitted to the Court.

The issues that were brought to the Court's attention at the June 17, 2015 conference regarding written discovery are discussed below under Section II(B), and the issues regarding the non-Sears Defendants' Rule 30(b)(6) depositions and the Plaintiffs' expert depositions are discussed below in Section II(C)(i). The parties are actively meeting and conferring to resolve these issues without judicial intervention.

### 2. Anticipated/Potential

The Defendants are evaluating three potential motions: (1) a motion for relief based on the Plaintiff's disclosed expert Frederick Heath's prior expert engagements with the Defendants; (2) a motion for relief based on the Plaintiffs alleged alteration of and/or failure to preserve three pieces of evidence; and (3) motions for summary judgment on behalf of all Defendants.

Plaintiffs are considering a motion for sanctions regarding the failure of defendants to notify plaintiffs in advance of scheduled depositions in Kansas City of Shinn Fu America (SFA) and that SFA it had not done an appropriate document search in advance of the depositions. Defendants contend this issue was raised and resolved during the June 17, 2015, conference when SFA agreed to reimburse Plaintiff's Counsels' costs. Plaintiff's Counsel relayed their travel costs on June 23, 2015. That payment request has since been submitted by Defense Counsel. Thus, it is Defendants' position that this issue is moot.

### B. Written Discovery

The non-Sears related Defendants provided responses to the Plaintiffs' Fourth Set of

Requests for Production on July 9, 2015.  Plaintiff has reviewed these responses and will be conferring with the non-Sears Defendants regarding the sufficiency of those responses later this week.

Sears will provide its responses to Plaintiff's Fourth Set of Requests for Production on or before July 17, 2015.

The Plaintiffs will provide responses to MVP and Wei Fu's Interrogatories and Requests for Production by July 17, 2015, and will provide information regarding their expert Frederick Heath's prior engagements with any of the Defendants for the past twelve years by the same date.

SFA will produce additional documents concerning the specific model of jack stands at issue by July 24, 2015, and will produce additional documents relating to similar models by August 17, 2015.

Lastly, the parties are conferring in good faith to agree upon the scope of additional documents to be produced by the other non-Sears Defendants.

### C. Depositions and Inspections

#### i. Depositions

In their July 2, 2015 joint letter to the Court (Dkt. No. 193), the parties requested that all further Defendant and expert depositions be scheduled after August 17, 2015, so that the parties can review the documents that are to be produced before continuing the deposition process.  The fact depositions left to be completed are SFA's Rule 30(b)(6) deposition; Sears' second Rule 30(b)(6) deposition (only if ordered by the Court); the Rule 30(b)(6) deposition of the other non-Sears Defendants; any Defendant employee depositions to be noticed by the Plaintiffs; and the second limited deposition of each Plaintiff.  The depositions of all four of the Plaintiffs'

disclosed experts are also yet to be scheduled, though they were due to take place by July 17, 2015 under this Court's April 9, 2015 Discovery Ruling and Case Management Order (Dkt. No. 171).  Pursuant to that same Order, the Defendants were due to disclose their experts on August 17, 2015 and to submit to expert depositions by September 30, 2015.  The parties respectfully request that these deadlines be extended to allow for the completion of fact discovery as outlined above.

As set forth above in Section I(A)(1), the parties are awaiting the Court's ruling on the Defendants' request for a second deposition session with each Plaintiff.

      **ii.**   **Inspections**

The parties previously agreed to hold a second inspection of the BMW, pump jack, and jack stands alleged to have been involved in this case, though this has not yet been scheduled. The parties will agree upon a mutually convenient time for this inspection upon receipt of Judge Fitzsimmons' anticipated Order and scheduling requirements.

**II.**    **Referral for Settlement Purposes**

This matter was referred to The Honorable Holly B. Fitzsimmons, United States Magistrate Judge, for a settlement conference that occurred on June 23, 2014.  The matter did not settle.  The parties submit that a further referral for settlement purposes is not appropriate at this time given the current posture of discovery, but the parties will request a referral if and when it is appropriate and likely to be productive.

**III.**   **Trial Request**

All parties have requested a jury trial.  The parties do not consent to a trial before a magistrate judge at this time.

IV.  **Estimated Length of Trial**

The estimated length of trial is 10-14 days.

PLAINTIFFS,
FREDERICK KLORCZYK, JR., as co-
administrator of the Estate of Christian R.
Klorczyk, and LYNNE KLORCZYK, as co-
administrator of the Estate of Christian R.
Klorczyk


By:      */s/ Howard L. Wexler*
         David J. Elliott (ct04301)
         Bryan J. Orticelli (ct28643)
         Kaitlin A. Canty (ct29074)
         DAY PITNEY LLP
         242 Trumbull Street
         Hartford, Connecticut 06103-1212
         (860) 275-0100
         (860) 275-0343 (fax)
         *djelliott@daypitney.com*
         *borticelli@daypitney.com*
         *kcanty@daypitney.com*

         Howard S. Edinburgh
         Howard L. Wexler
         Joseph E. Donat
         Michael Gallub
         Herzfeld & Rubin, P.C.
         125 Broad Street
         New York, NY 10004
         (212) 271-8529
         (212) 344-3333 (fax)
         *hedinburgh@herzfeld-rubin.com*
         *hwexler@herzfeld-rubin.com*
         *jdonat@herzfeld-rubin.com*
         *mgallub@herzfeld-rubin.com*

DEFENDANTS,

SHINN FU CORPORATION,
SHINN FU COMPANY OF AMERICA,
INC.,
MVP (HK) INDUSTRIES, LTD.,
WEI FU (TAISHAN) MACHINERY &
ELECTRIC CO., LTD., and SEARS,
ROEBUCK & CO.

By:    */s/ Sean P. Flynn*
       Sean P. Flynn, Esq. (phv05949)
       Steven J. Zakrzewski, Esq. (ct28934)
       Gordon & Rees, LLP
       95 Glastonbury Blvd., Suite 206
       Glastonbury, CT 06033
       (860) 278-7448
       (860) 560-0185 (fax)
       *sflynn@gordonrees.com*
       *szakrzewski@gordonrees.com*


DEFENDANT,

SEARS, ROEBUCK & CO.

By:   */s/ Erica W. Todd*
      Erica W. Todd (ct13897)
      Trotta, Trotta & Trotta
      900 Chapel Street, 12th Floor
      P.O. Box 802
      New Haven, CT 06503
      (203) 787-6756
      (203) 776-4538 (fax)
      *etodd@trottalaw.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has

been served upon all counsel of record via U.S. Mail and electronic transmission, pursuant to

Rule 5(b), Fed.R.Civ.P., on the 14th day of June, 2015.


<u>*/s/ Sean P. Flynn*</u>
Sean P. Flynn