UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, et al., | : : : | CIVIL ACTION NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK AND CO., et al., | : : | |
| *Defendants*. | : | SEPTEMBER 23, 2015 |

## **APPEARANCE**

Please enter the appearance of Dennis O. Brown as attorney for the Defendants Shinn Fu Corporation, Shinn Fu Company of America, Inc., MVP (HK) Industries, LTD., Wei Fu (Taishan) Machinery & Electric Co., LTD., and Sears, Roebuck & Co., in the above-captioned matter.

Dated at Glastonbury, Connecticut, this 23rd day of September, 2015.

                SHINN FU CORPORATION,
                SHINN FU COMPANY OF AMERICA, INC.,
                MVP (HK) INDUSTRIES, LTD., WEI FU
                (TAISHAN) MACHINERY & ELECTRIC CO.,
                LTD., and SEARS, ROEBUCK & CO.

By:    */s/ Dennis O. Brown (ct04598)*
        Dennis O. Brown, Esq. (ct04598)
        Gordon & Rees LLP
        95 Glastonbury Blvd., Ste 206
        Glastonbury, CT 06033
        Phone: (860) 278-7448
        Fax: (860) 560-0185
        Email: dbrown@gordonrees.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 23rd day of September, 2015.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                   */s/ Dennis O. Brown*
                                                  Dennis O. Brown