## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, *et al.*, | : : : : | CIVIL ACTION NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK & CO., *et al.*, | : : | |
| *Defendants*. | : | OCTOBER 13, 2015 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan (Dkt. No. 75), the undersigned counsel hereby submit this Joint Status Report.

**I.    Case Status**

    **A.  Pending or Anticipated Motions**

        **1.  Pending**

Counsel for the parties met on October 6, 2015, and are continuing to seek agreement on outstanding issues to move forward with depositions and complete fact discovery. Further discussions will likely occur this week. Following the parties' June 17, 2015 discovery conference with Magistrate Judge Fitzsimmons, the parties have been awaiting the issuance of an updated scheduling order and rulings on two key issues. First, Plaintiffs have moved for a second Rule 30(b)(6) deposition of Sears, Roebuck & Co. ("Sears"), and Sears has opposed this request. (Dkt. Nos. 183, 190, 192 & 195). Second, Defendants have sought a limited second deposition session with each of the Plaintiffs — the issue remaining under discussion by the

parties in regard to the depositions of the Plaintiffs is the appropriate time limit which should be imposed upon questioning.

Because the Plaintiffs were of the view that an impending discovery dispute existed concerning document production made in July and August 2015 by Shinn Fu Company of America, Inc. in connection with the Shinn Fu Company of America, Inc. Rule 30(b)(6) deposition, the Plaintiffs and the Defendants agreed to submit to the Court a series of correspondence among counsel and the Court describing the probable discovery dispute and requested that the Court determine whether Judge Meyer or Magistrate Judge Fitzsimmons would address the dispute. That question remains pending.

Meet-and-confer efforts are continuing on several issues which have arisen since the discovery conference in hopes of resolving as many discovery issues as possible without judicial intervention.

        **2. Anticipated/Potential Motions**

The Defendants are evaluating four potential motions: (1) a motion for relief based on the Plaintiff's disclosed expert Frederick Heath's prior expert engagements with the Defendants; (2) a motion for relief based on the Plaintiffs alleged alteration of and/or failure to preserve three pieces of evidence; (3) motions for summary judgment on the grounds that Shinn Fu Corporation and Shinn Fu Company of America, Inc. were not part of the stream of commerce for the jack stands at issue; and (4) motions for summary judgment as to liability by all Defendants.

  **B. Written Discovery**

The non-Sears Defendants provided responses to the Plaintiffs' Fourth Set of Requests for Production on July 9, 2015, and Sears provided its responses to Plaintiff's Fourth Set of Requests for Production on July 17, 2015. The Plaintiffs served responses to the non-Sears

Defendants' First Set of Combined Requests for Admission on September 8, 2015. Further, Shinn Fu Company of America, Inc. produced additional documents to the Plaintiffs on July 24, August 17, and August 21, 2015. After these discovery responses raised additional questions and requests for clarification, Plaintiffs' counsel initiated meet and confer efforts which led to the discussions last week. Judicial intervention may very well be warranted on the discovery dispute described in Part I.A.1 after the Court reviews the correspondence discussed above.

**Depositions and Inspections**

### i. Depositions

In their July 2, 2015 joint letter to the Court (Dkt. No. 193), the parties requested that all further Defendant and expert depositions be scheduled after August 17, 2015, so that the parties can review the documents that are to be produced before continuing the deposition process. The fact depositions left to be completed are SFA's Rule 30(b)(6) deposition; Sears' second Rule 30(b)(6) deposition (only if ordered by the Court); the Rule 30(b)(6) deposition of the other non-Sears Defendants; any Defendant employee depositions to be noticed by the Plaintiffs; third party fact witness depositions; and the second limited deposition of each Plaintiff (only if ordered by the Court). Given that the parties are awaiting a new scheduling order as discussed at the June 17, 2015 status conference, the foregoing depositions and depositions of Plaintiffs' experts remain, along with disclosures and depositions of Defendants' experts.

### ii. Inspections

The parties previously agreed to hold a second inspection of the BMW, pump jack, and jack stands alleged to have been involved in this case, though this has not yet been scheduled. The parties will agree upon a mutually convenient time for this inspection upon receipt of the anticipated discovery order and scheduling requirements.

-4-

## II. Referral for Settlement Purposes

This matter was referred to The Honorable Holly B. Fitzsimmons, United States Magistrate Judge, for a settlement conference that occurred on June 23, 2014. The matter did not settle. The parties submit that a further referral for settlement purposes is not appropriate at this time given the current posture of discovery, but the parties will request a referral if and when it is appropriate and likely to be productive.

## III. Trial Request

All parties have requested a jury trial. The parties do not consent to a trial before a magistrate judge at this time.

## IV. Estimated Length of Trial

The estimated length of trial is 10-14 days.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, and LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk | SHINN FU CORPORATION, SHINN FU COMPANY OF AMERICA, INC., MVP (HK) INDUSTRIES, LTD., WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD., and SEARS, ROEBUCK & CO. |

By:     */s/ David J. Elliott*
    David J. Elliott (ct04301)
    Bryan J. Orticelli (ct28643)
    Kaitlin A. Canty (ct29074)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, Connecticut 06103-1212
    (860) 275-0100
    (860) 275-0343 (fax)
    *djelliott@daypitney.com*
    *borticelli@daypitney.com*
    *kcanty@daypitney.com*

By:   */s/ Dennis O. Brown*
    Dennis O. Brown (ct04598)
    Sean P. Flynn (phv05949)
    Steven J. Zakrzewski (ct28934)
    Gordon & Rees, LLP
    95 Glastonbury Blvd., Suite 206
    Glastonbury, CT 06033
    (860) 278-7448
    (860) 560-0185 (fax)
    *sflynn@gordonrees.com*
    *szakrzewski@gordonrees.com*

    Howard S. Edinburgh
    Howard L. Wexler
    Joseph E. Donat
    Michael Gallub
    Herzfeld & Rubin, P.C.
    125 Broad Street
    New York, NY 10004
    (212) 271-8529
    (212) 344-3333 (fax)
    *hedinburgh@herzfeld-rubin.com*
    *hwexler@herzfeld-rubin.com*
    *jdonat@herzfeld-rubin.com*
    *mgallub@herzfeld-rubin.com*

DEFENDANT,

SEARS, ROEBUCK & CO.

By:   */s/ Erica W. Todd*
    Erica W. Todd (ct13897)
    Trotta, Trotta & Trotta
    900 Chapel Street, 12th Floor
    P.O. Box 802
    New Haven, CT 06503
    (203) 787-6756
    (203) 776-4538 (fax)
    *etodd@trottalaw.com*

-6-

## **CERTIFICATION**

       I hereby certify that on this date the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                    */s/ David J. Elliott*