Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 1 hours 6 minutes

DATE: 1/4/2017   START TIME: 2:32   END TIME: 3:38

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:13-cv-00257-JAM

Frederick Klorczyk, Jr

vs

Sears, Roebuck & Co.

H. Edinburgh, H. Wexler, P. William

Plaintiff's Counsel

E. Todd, S. Zakrzewski

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[ ] Evidentiary Hearing
[ ] Miscellaneous Hearing
[ ] Show Cause Hearing
[ ] Judgment Debtor Exam

[✓] .....#228 Motion for Preclude Testimony _____ [ ] granted [ ] denied [✓] advisement
[ ] .....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ..... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ..... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ..... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ..... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ..... [ ] Briefs(s) due ____ [ ] Proposed Findings due ____ Response due ____
[ ] ..... _____ [ ] filed [ ] docketed
[ ] ..... _____ [ ] filed [ ] docketed
[ ] ..... _____ [ ] filed [ ] docketed
[ ] ..... _____ [ ] filed [ ] docketed
[ ] ..... _____ [ ] filed [ ] docketed
[ ] ..... _____ [ ] filed [ ] docketed
[ ] ..... _____ Hearing continued until _____ at _____

Notes: