**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator | : | CIVIL ACTION NO. |
| of the Estate of Christian R. Klorczyk, et al. | : | |
| | : | |
| *Plaintiffs*, | : | 3:13-cv-00257-JAM |
| | : | |
| vs. | : | |
| | : | |
| SEARS, ROEBUCK AND CO., et al., | : | |
| | : | |
| *Defendants*. | : | July 14, 2017 |

**<u>MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiffs Frederick Klorczyk, Jr. and Lynne Klorczyk, as co-administrators of the Estate of Christian R. Klorczyk, respectfully move for an extension of time to complete expert discovery and briefing on dispositive motions.

By letter dated May 31, 2017, counsel advised the Court that Plaintiffs intended to file for bankruptcy protection. At the time, counsel confirmed Plaintiffs' intentions with their separately retained bankruptcy attorney. However, Plaintiffs recently advised that they no longer intend to file for bankruptcy. As noted in the May 31st letter, if Plaintiffs did not file for bankruptcy, Plaintiffs would proceed with depositions of the defendants' four liability experts, which Plaintiffs are doing. The parties have agreed to conduct these depositions on July 25th, July 27th, August 3rd and August 21st. Plaintiffs are filing this motion because these agreed-upon dates are beyond the July 23rd deadline for completing depositions of the defendants' liability experts under the existing Scheduling Order.

Additionally, the existing Scheduling Order contemplates that both parties will have an opportunity to conduct rebuttal expert discovery following the completion of the foregoing

depositions.   To facilitate timely completion of this final stage of discovery and briefing on dispositive motions, Plaintiffs request an extension of the deadlines in the existing Scheduling Order as follows:

1. Depositions of Defendants' liability experts by July 23, 2017 (extend to August 31, 2017).

2. Disclosure of rebuttal liability experts by July 14, 2017 (extend to September 29, 2017).

3. Depositions of rebuttal liability experts by September 1, 2017 (extend to October 3, 2017).

4. Dispositive motions by November 17, 2017 (extend to December 18, 2017).

5. Opposition to dispositive motions by December 18, 2017 (extend to January 31, 2018).

This is Plaintiffs' second request for an extension of the deadline to depose the defendants' liability experts, and first request for an extension with respect to all other deadlines. Plaintiffs' counsel has inquired of counsel for the defendants and the defendants do not consent to this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion.

PLAINTIFFS,
FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, and LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk

By: /s/ Paul D. Williams_____
      Paul D. Williams (ct05244)
      Bryan J. Orticelli (ct28643)
      Kaitlin A. Canty (ct29074)
      DAY PITNEY LLP
      242 Trumbull Street
      Hartford, CT 06103-1212
      860-275-0100
      860-275-0343 (fax)
      *pdwilliams@daypitney.com*
      *borticelli@daypitney.com*
      *kcanty@daypitney.com*

      Howard S. Edinburgh
      Howard L. Wexler
      Herzfeld & Rubin, P.C.
      125 Broad Street
      New York, NY 10004
      (212) 271-8529
      (212) 344-3333 (fax)
      *hedinburgh@herzfeld-rubin.com*
      *hwexler@herzfeld-rubin.com*

      Their Attorneys

## **CERTIFICATION**

I HEREBY CERTIFY that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By:____/s/ Paul D. Williams _____
Paul D. Williams (ct05244)