# *EXHIBIT A*

1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015

2             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT

3                                              CERTIFIED COPY

4

5   FREDERICK KLORCZYK, JR., as           )
    co-administrator of the Estate        )
6   of Christian R. Klorczyk, and         )
    LYNNE KLORCZYK, as                    )
7   co-administrator of the Estate        )
    of Christian R. Klorczyk,             )
8                                         )
              Plaintiffs,                 )
9                                         )
         vs.                              )   No. 3:13-cv-00257-RNC
10                                        )
    SEARS, ROEBUCK & CO., SHINN           )
11  FU CORPORATION, SHINN FU              )
    COMPANY OF AMERICA, MVP (HK)          )
12  INDUSTRIES, LTD., and WEI FU          )
    (TAISHAN) MACHINERY & ELECTRIC        )
13  CO., LTD.,                            )
                                          )
14            Defendants.                 )

15

16            CONFIDENTIAL - ATTORNEYS' EYES ONLY

17

18            30(b)(6) deposition of SEARS, ROEBUCK & CO.,

19  by and through its representative KATHRYN GUERRA, taken

20  before NADINE J. WATTS, CSR, RPR, and Notary Public,

21  pursuant to the Federal Rules of Civil Procedure for the

22  United States District Courts pertaining to the taking

23  of depositions, at Suite 1800, 311 South Wacker Drive,

24  in the City of Chicago, Cook County, Illinois, at 9:15

25  o'clock a.m. on the 6th day of May, A.D., 2015.

1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
2      A    Correct.
3      Q    Okay.  And the primary vendor source of those
4  materials are Asian companies?
5      A    To the best of my knowledge, yes.
6      Q    Are there other Sears corporate entities?
7      A    There's an entity called KCD --
8      Q    What's that?
9      A    -- which owns the brand Kenmore, Craftsman,
10 Diehard.  There are probably others that I don't really
11 work with, so I'm not really very familiar with them.
12     Q    Okay.  What is your present title?
13     A    Director of product safety.
14     Q    And what are your duties and responsibilities as
15 director of product safety?
16     A    I'm responsible for reporting any product safety
17 issues to the government, the CPSC, Consumer Product
18 Safety Commission, and managing our product safety
19 database where we catalog all incidents and share that
20 information with our merchant teams, our buyers, and the
21 manufacturers.
22          I also work with the Hong Kong testing lab on
23 test protocols and maintaining current regulations,
24 reviewing California Prop 65 activities.
25     Q    Tell me about your product safety database.

30(b)(6), Attorneys Eyes Only
KATHRYN GUERRA - 05/06/2015                                    Page 24

```
 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2   Model No. is 50163, right?
 3      A    Correct.
 4      Q    And on Duenas it's 50182, right?
 5      A    Yes.
 6      Q    Okay. Generally, could you describe generally
 7   the difference between those two models? Are they
 8   substantially the same? Are they very different? Are
 9   they similar?
10      A    I have no idea. I believe they're just
11   different capacity ratings.
12      Q    Are they both ratchet and pawl designs?
13      A    That's my understanding, yes.
14      Q    Okay. But they're different load capacities?
15      A    Correct.
16      Q    Okay. Did the Becigneul and Duenas matters
17   result in litigation?
18      A    I don't know.
19      Q    If they did, would that be noted in your
20   database?
21      A    No.
22      Q    Do you have a separate database for matters in
23   litigation?
24      A    Sedgwick, our third-party claims administrator,
25   manages all of that. So they would have that
```

```
 1       30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2   information.
 3       Q   They keep track of claims and complaints and
 4   lawsuits?
 5       A   Correct.
 6       Q   All right.  And what -- Where would I go at
 7   Sedgwick -- Who at Sedgwick is in charge of the Sears
 8   account relative to claims, complaints, and litigation,
 9   if you know?
10       A   Well, in this case Rob Fanning is working with
11   them.  He's our risk management, so they work with
12   Sedgwick on this information.
13       Q   Rob Fanning is a Sears person?
14       A   Correct.
15       Q   I have a different question.  Who at Sedgwick?
16       A   I don't know.
17       Q   You don't know who the Sedgwick person who's in
18   charge of the Sears account is?
19       A   Not specifically, no.
20       Q   Where is the Sedgwick office that you deal with
21   for these subjects?
22       A   At Hoffman Estates, the same location.
23       Q   Are they kind of a captive claims administrator
24   of Sears?
25       A   I'm not sure I know what that means.
```

1       30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
2    Q   Is Sears their only client?
3    A   I don't know.
4        MS. TODD-TROTTA: And, Dave, just for
5    clarification, I learned yesterday that the head of that
6    department actually changed jobs. So I think the
7    position is open.
8    BY MR. ELLIOTT:
9    Q   Okay. Do you know who Attorney Todd is
10   referring to --
11   A   No.
12   Q   -- the one that just changed departments?
13   A   No.
14       MS. TODD-TROTTA: Changed --
15       MR. ELLIOTT: Changed jobs.
16       MS. TODD-TROTTA: Changed jobs.
17       MR. ELLIOTT: Okay.
18       MS. TODD-TROTTA: Different location.
19   BY MR. ELLIOTT:
20   Q   Let me discuss with you Exhibit 2A, the column
21   Summary of Incident with respect to the Klorczyk matter.
22   Okay?
23       It says Summary of Incident, this incident was
24   previously reported to the CPSC. Tell me about that.
25   A   So this -- If you look under Reporter Name

```
 1       30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2   Sedgwick, we got this information -- Every week we get a
 3   report from Sedgwick on claims.  And when a death notice
 4   comes in, we immediately send a letter to the CPSC
 5   indicating the death with information.
 6            So that first line that says when it was
 7   previously reported is referring to the notice that was
 8   sent.
 9       Q    The report of death?
10       A    Yes.
11       Q    Okay.  Other than the report of death, was there
12   any other previous reporting to the CPSC regarding the
13   Klorczyk matter?
14       A    Not by my office, no.
15       Q    All right.  Now, let's take Klorczyk as an
16   example.  When Sears makes a report to the CPSC, does
17   the CPSC do an investigation of that circumstance of
18   that event?
19       A    I don't know.
20       Q    Did they in the Klorczyk case?
21       A    Not to my knowledge.
22       Q    Do they ever?
23       A    Do additional investigations?
24       Q    Yes.
25       A    I'm sure they do.
```

```
 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2   Exhibit 2A when Sears made the report to CPSC?
 3      A   So we received the report on 2-7-2013.  So
 4   whatever the Friday of that week was would be the date
 5   that it was sent to the CPSC.
 6      Q   Okay.  With respect to the Klorczyk matter, did
 7   Sears perform an internal investigation of that event?
 8      A   I did not because it was being managed by
 9   Sedgwick.
10      Q   Do you know if Sedgwick performed an independent
11   investigation of the Klorczyk event?
12      A   I don't have the details.  I don't know.
13      Q   Well, do you know if -- I'm not asking about
14   details.  Do you know if they did or did not do an
15   investigation of the Klorczyk matter?
16      A   I have no specifics.  I do not know.
17      Q   Okay.  Was there a Sedgwick person assigned to
18   the Klorczyk matter?
19      A   There's a claims administrator assigned to each
20   case.
21      Q   Yes.  Do you know who was assigned to Klorczyk?
22      A   I do not.
23      Q   Okay.  When you deal with Sedgwick, Ms. Guerra,
24   is there a particular Sedgwick person that you deal with
25   on Sears claims?
```

```
 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2      A    No, it could be a number of different people.
 3      Q    Would you give me the names of the different
 4  people that you deal with?
 5      A    I don't know their names.  I actually -- Kathy
 6  and Margaret, who work with me, deal with them more
 7  directly.
 8      Q    So you don't know the names of any Sedgwick
 9  personnel who handles Sears claims?
10      A    Not off the top of my head, no.
11      Q    So is it your testimony that Sears itself, not
12  Sedgwick, Sears, did not do any independent internal
13  investigation of the Klorczyk event?
14      A    Well, I don't know that either, because, as I
15  stated, when we send this report that we received from
16  Sedgwick, who is managing the claim, we send it to the
17  CPSC, we send it to our merchant team, we send it to our
18  engineering team, we send it to the manufacturers.  I
19  don't know specifically if the engineering team did any
20  review, had any discussion with the manufacturer.  I'm
21  not privy to that information.
22      Q    Is it one of the responsibilities of the product
23  safety group, the group that you head, to do these kinds
24  of investigations of an event like the Klorczyks'?
25      A    No, I give the information to the people who are
```

 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2   familiar with the products and ask them to review it and
 3   get back to me with information.
 4      Q    Did anybody get back to you -- Did anyone within
 5   Sears to whom you referred the Klorczyk matter -- you
 6   just mentioned a number of different functions there --
 7   report back to you about the Klorczyk matter?
 8      A    No.
 9      Q    Okay. So manufacturing, engineering -- the
10   manufacturer, your engineering people. Who else did you
11   report to on Klorczyk?
12      A    Our buyers.
13      Q    The buyers. None of those folks reported back
14   to you about Klorczyk?
15      A    No.
16      Q    Apart from this litigation, and I'm not asking
17   you anything about what your attorneys did or said to
18   you, is there anything else that you're aware of that
19   Sears did internally to analyze the events of the
20   Klorczyk situation?
21      A    I have no knowledge of anything.
22      Q    Okay. Do you know anybody who would at Sears if
23   you don't?
24      A    Well, I would imagine Sedgwick, who's managing
25   the claim, would have information.

```
 1       30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2       Q    And this was in Michigan?
 3       A    That was where the customer lived, yes.
 4       Q    Okay.  Let's go to Duenas.  This was in November
 5  of 2008, right?
 6       A    Correct.
 7       Q    And it involves the Model 50182 jack stand?
 8       A    Correct.
 9       Q    Okay.  And under the Summary of Incident it
10  says, while the consumer was using the jack stands under
11  his vehicle, one stand collapsed.  Let me just stop
12  there.
13            When the words are used one stand collapsed, do
14  you understand what that means, what collapsed means?
15  Other than the word collapsed, do you have any more
16  information about what happened here?
17       A    No.
18       Q    It goes on to say, the consumer reports damage
19  to the front grille of his vehicle, no personal
20  injuries.  As you sit here today, do you know anything
21  about this claim?
22       A    No.  We got the information from Sedgwick
23  because a claim was filed for personal -- or for the
24  property damage, and Sedgwick did follow up with an
25  investigation.
```

```
 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2      Q    Does Sears maintain any paper files concerning
 3   similar incidents?
 4      A    No.
 5      Q    Does Sears contain any -- Other than the product
 6   safety database, does Sears maintain any other
 7   electronically stored information concerning product
 8   safety events?
 9      A    Well, Sedgwick, which is part of Sears, but, no.
10      Q    Okay.  Does Sears have electronic access to the
11   Sedgwick database on product safety events or on claims?
12      A    No.
13      Q    But you could -- If you asked Sedgwick for its
14   data on product safety events and events similar to the
15   Klorczyk matter, you could get it from Sedgwick, right?
16      A    Correct.
17      Q    Okay.  Now, I see from -- I'm looking at Exhibit
18   2.  I see from 2004 to 2008 you were the group
19   engineering manager for product quality assurance.  What
20   were your duties and responsibilities in that job?
21      A    It's the same organization, they just changed
22   the name from merchandise development testing to product
23   quality assurance.  That's when we moved from Chicago to
24   Hoffman Estates.  And at that point I had more engineers
25   reporting to me, broader product lines responsibility.
```