# *EXHIBIT B*



Sears/Kmart Incident Center
Sedgwick Claims Management Services, Inc.
P.O. Box 95407, Hoffman Estates, IL 60195-0407
Phone: (866) 852-1521
Fax: (866) 876-7050

GT0002 027456

May 04, 2006

Shinnu Fu Company of America Inc
Attn: Risk Management/Legal
10939 N. Pomona Ave.
Kansas City, MO 64153

RE: Jennifer Raymond as Administrator of the Estate of Christopher Raymond and Jennifer Raymond as the parent and next friend of Blake Raymond and Page Raymond, minors v. Sears, Roebuck and Co.

Sedgwick Claim No.: 20060444306

To Whom It May Concern:

The plaintiff in the above-captioned case alleges a Craftsman 3.5 ton capacity jack stand Model No. 950157 failed without warning causing the plaintiffs' decedent to be crushed. They allege the product was defective in design and manufacture.

Based upon the detailed allegations in the Complaint that Sears, Roebuck and Comanpy was the manufacturer and designer of the Craftsman jack, actually manufactured by Shinn Fu Company of America Inc., Sears looks to Shinn Fu Company of America Inc. to assume the defense of Sears, Roebuck and Company in the matter. We request that you defend, protect, indemnify and hold Sears, Roebuck and Company harmless in this matter. In the event that you reach a settlement, please be sure to protect Sears, Roebuck and Company.

I have enclosed documentation relating to this matter for your review. If there is anything else you need, please let me know.

Please acknowledge your acceptance of this tender in writing.

Sincerely,

Wendy Hostler
Sedgwick CMS
Sears/Kmart Incident Center
Phone: 847-645-0866
Fax: 847-645-0864

Enclosure
cc: Scott McLeod of Lynch, Dallas, P.C.

Confidential - Attorney Eyes Only Subject to a Protective Order

SFT000056