# *EXHIBIT D*

Howard S. Edinburgh

| | |
|---|---|
| **From:** | Erica W. Todd-Trotta <etodd@trottalaw.com> |
| **Sent:** | Friday, February 24, 2017 4:04 PM |
| **To:** | Orticelli, Bryan J.; 'Steven Zakrzewski'; Dennis Brown; Jennifer Zakrzewski; Erica Todd |
| **Cc:** | Howard S. Edinburgh; Howard L. Wexler; ~lf Zachary Kuperman; Paul Williams; Canty, Kaitlin A. |
| **Subject:** | Re: Klorczyk -- Scheduling |

As to the Sedgwick subpoena I will once again start working on it, I was doing it with an assistant and she left. Promise will get done in next few weeks.

On 2/21/2017 2:01 PM, Orticelli, Bryan J. wrote:

> Steve:
>
> Thank you for being patient. We can confirm Heath's deposition on March 23rd and recommend that the deposition be held at the following location:
>
> Court Reporting Services
> 6013 Brownsboro Park Blvd.
> Building A
> Louisville, KY 40207
>
> We also agree to have your experts inspect the exemplar stands on the same day of the deposition, provided that we have an opportunity to view the inspection consistent with the inspections conducted to date. We suggest that you contact Court Reporting Services to confirm that they have the requisite office space for a simultaneous deposition and inspection. Given the short timeframe for completing this round of depositions, we also wanted to point out that Heath's testing assistant, Glenn Felpel, is in Naples, FL through the end of April. Please let us know as soon as possible if the defendants plan to depose Mr. Felpel, so that we may coordinate scheduling and logistics.
>
> We attach our objections and responses to the defendants' notice of deposition of Dr. Boelhouwer.
>
> Finally, we still have not received a response regarding the subpoena to Sedgwick. Unless we receive a response by the close of business on Friday, February 24th, we will assume that the defendants refuse to respond to the subpoena, and pursue appropriate relief from the Court.
>
>> **From:** Steven Zakrzewski [mailto:szakrzewski@gordonrees.com]
>> **Sent:** Tuesday, February 21, 2017 9:34 AM
>> **To:** Orticelli, Bryan J.; Dennis Brown; Jennifer Zakrzewski; 'etodd@trottalaw.com'
>> **Cc:** 'Howard S. Edinburgh'; 'Howard L. Wexler'; 'Zachary Kuperman'; Williams, Paul D.; Canty, Kaitlin A.
>> **Subject:** RE: Klorczyk -- Scheduling
>>
>> Good Morning, Please let us know about Mr. Heath's deposition when you can. – Steve

1

**Howard S. Edinburgh**

| | |
|---|---|
| **From:** | Orticelli, Bryan J. <borticelli@daypitney.com> |
| **Sent:** | Friday, September 23, 2016 5:21 PM |
| **To:** | 'Erica W. Todd-Trotta' |
| **Cc:** | 'Steven Zakrzewski'; 'dbrown@gordonrees.com'; Paul Williams; Canty, Kaitlin A.; Howard L. Wexler; Howard S. Edinburgh |
| **Subject:** | RE: Klorczyk v. Sears - Sedgwick Subpoena |
| **Attachments:** | image001.jpg; image002.jpg; image003.png; image004.jpg |

Erica,

We have not received a response to my e-mail below. Please respond at your earliest convenience.

Bryan

From: Orticelli, Bryan J. [mailto:borticelli@daypitney.com]
Sent: Thursday, September 15, 2016 10:50 AM
To: 'Erica W. Todd-Trotta'
Cc: 'Steven Zakrzewski'; dbrown@gordonrees.com; Williams, Paul D.; Canty, Kaitlin A.; 'Howard L. Wexler' (HWexler@herzfeld-rubin.com); Howard S. Edinburgh (HEdinburgh@herzfeld-rubin.com)
Subject: RE: Klorczyk v. Sears - Sedgwick Subpoena

Erica,

Please let us know where things stand on the Sedgwick subpoena responses.

From: Erica W. Todd-Trotta [mailto:etodd@trottalaw.com]
Sent: Monday, August 08, 2016 10:34 AM
To: Orticelli, Bryan J.; Erica Todd
Subject: Re: Klorczyk v. Sears - Sedgwick Subpoena

Sorry Bryan:

A little crazy at the end of the week. I spoke with Sedgwick they would need until the end of August to gather the records. As you can imagine, there are numerous vacations this month, so realistically it would be the end of August.

1

Erica

On 8/8/2016 10:27 AM, Orticelli, Bryan J. wrote:
Erica,

We expected to hear from you last week regarding Sedgwick's subpoena response.  Please let us know where things stand.

Bryan

Bryan J. Orticelli | Attorney at Law | Attorney Bio<http://www.daypitney.com/professionals/O/Orticelli-Bryan-J>

[cid:image001.jpg@01D215BE.06EC88A0]<http://www.daypitney.com/>

242 Trumbull Street | Hartford CT 06103-1212 t (860) 275 0618 | f (860) 881 2490 | m (860) 830 4938 borticelli@daypitney.com<mailto:borticelli@daypitney.com> | www.daypitney.com<http://www.daypitney.com>
BOSTON<http://www.daypitney.com/about/offices/boston> | CONNECTICUT<http://www.daypitney.com/about/offices> | FLORIDA<http://www.daypitney.com/about/offices>  | NEW JERSEY<http://www.daypitney.com/about/offices/parsippany> | NEW YORK<http://www.daypitney.com/about/offices/new-york> | WASHINGTON, DC<http://www.daypitney.com/about/offices/washington-dc>   [Day Pitney LLP on Facebook] <http://facebook.com/DayPitney>  [Follow Day Pitney LLP on Twitter] <http://www.twitter.com/daypitneyllp>   [Day Pitney LLP on Linkedin] <https://www.linkedin.com/company/day-pitney-llp>

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

--

Erica W. Todd-Trotta, Esq.

Trotta, Trotta & Trotta

P.O. Box 802

900 Chapel Street, 12th Floor

New Haven, Connecticut 06503-0802

203-787-6756

etodd@trottalaw.com<mailto:etodd@trottalaw.com>

Board Certified in Civil Trial Advocacy by the National Board of Trial Advocacy

A.M.Best Recommended Insurance Attorney

~ Selected as a "Go to Law Firm" by Fortune 500 General Counsel ~


E-MAIL CONFIDENTIALITY NOTICE - This transmission may be: (1) subject to the

Attorney-Client Privilege, (2) an attorney work product; or, (3) strictly

confidential. If you are not the intended recipient of this message, you may

not disclose, print, copy or disseminate this information. If you have received

this in error, please reply and notify the sender (only) and delete the message.

Unauthorized interception of this e-mail is a violation of federal criminal