UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, et al., | : : : | CIVIL ACTION NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK AND CO., et al., | : : | |
| *Defendants*. | : | APRIL 6, 2018 |

## JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT ORDER

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the Defendants, Sears, Roebuck & Co., Shinn Fu Corporation, Shinn Fu Company of America, Inc., MVP (H.K.) Industries, Ltd., and Wei Fu (Taishan) Machinery & Electric Co., Ltd., together with the Plaintiffs, Frederick Klorczyk Jr. as co-administrator of the Estate of Christian R. Klorczyk and Lynne Klorczyk as co-administrator of the Estate of Christian R. Klorczyk, hereby move for modification of the operative case management order (ECF No. 288) in accord with the dates set forth below.

Good cause exists for the requested modification in that the parties have been working diligently to complete fact discovery and liability expert discovery in this case. Liability expert discovery is now complete. Further, the Rule 30(b)(6) depositions of Shinn Fu Corporation, MVP (HK) Industries, Ltd., and Wei Fu (Taishan) Machinery & Electric Co., Ltd. will proceed as previously scheduled by agreement in Taipei, Taiwan from April 11th to April 13th. The Defendants Shinn Fu Corporation, Shinn Fu Company of America, Inc., and MVP (HK) Industries, Ltd., however, are designating a domestic witness as to 7 of the 26 topics on the Plaintiffs' Rule 30(b)(6) deposition notices. This witness is located in Kansas City, Missouri,

but he has agreed to travel to Connecticut in the month of May for his deposition so that the parties' can avoid the time and expense of deposing him in Missouri.  Plaintiffs' counsel have agreed to an extension of the fact deposition deadline to accommodate this, on the condition that all subsequent deadlines be extended by a corresponding 45-day period.  A modification of the operative case management order is necessary in order to accommodate this mutually agreed-upon schedule, as follows:

- Fact and liability expert discovery deadline:  5/31/18 (current deadline: 4/15/18)

- Dispositive motions filed:  7/15/18 (current deadline:  6/1/18)

- Opposition to dispositive motions:  9/1/18 (current deadline:  7/15/18)

- Joint trial memorandum:   7/15/18, or within 30 days after Court's ruling on dispositive motions

- Damages expert discovery:  Schedule to be agreed upon following Court's ruling on dispositive motions, if necessary (per ECF No. 252)

**WHEREFORE,** for the foregoing reasons, the movants respectfully ask that the Court grant this Motion.

DEFENDANTS,

SEARS, ROEBUCK AND CO.,
SHINN FU CORPORATION,
SHINN FU COMPANY OF AMERICA, INC.,
MVP (HK) INDUSTRIES, LTD., and
WEI FU (TAISHAN) MACHINERY &
ELECTRIC CO., LTD.

By: _/s/ Steven J. Zakrzewski_____
    Dennis O. Brown, Esq. (ct04598)
    Steven J. Zakrzewski, Esq. (ct28934)
    Gordon & Rees, LLP
    95 Glastonbury Blvd., Suite 206
    Glastonbury, CT 06033
    (860) 278-7448
    (860) 560-0185 (fax)
    *dbrown@gordonrees.com*
    *szakrzewski@gordonrees.com*

    Their Attorneys


PLAINTIFFS,

FREDERICK KLORCZYK, JR. as co-administrator of the Estate of Christian R. Klorczyk and LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk

By: _/s/ Howard S. Edinburgh_____
    Howard S. Edinburgh
    Howard L. Wexler
    Herzfeld & Rubin, P.C.
    125 Broad Street
    New York, NY 10004
    (212) 271-8529
    (212) 344-3333 (fax)
    *hedinburgh@herzfeld-rubin.com*
    *hwexler@herzfeld-rubin.com*

    Their Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via U.S. mail and via electronic transmission, pursuant to Rule 5(b), Fed. R. Civ. P., on this 6th day of April, 2018.

                                      */s/ Steven J. Zakrzewski*
                                      Steven J. Zakrzewski