

KLORCZYK000082