ASME PALD-2009
(Revision of ASME PALD-2005)

# Safety Standard for Portable Automotive Lifting Devices

AN AMERICAN NATIONAL STANDARD

 The American Society of Mechanical Engineers

 ASME

# ASME PALD COMMITTEE
## Portable Automotive Lifting Devices

(The following is the roster of the Committee at the time of approval of this Standard.)

### STANDARDS COMMITTEE OFFICERS

D. A. Alexander, *Chair*
R. D. Claypool, *Vice Chair*
T. W. Schellens, *Secretary*

### STANDARDS COMMITTEE PERSONNEL

- D. A. Alexander, Alexander Professional Services
- R. D. Claypool, Shinn Fu Co. of America, Inc.
- V. Fletcher, Blitz USA
- E. R. Garrastacho, Rally Manufacturing, Inc.
- K. S. Guerra, Sears Holdings Corp.
- V. J. Hakim, General Motors — Vehicle Structure and Safety Integration
- F. G. Heath, Heath & Associates
- R. Joos, SPX Corp.
- J. Barrios, *Alternate*, SPX Corp.
- G. A. Kattleman, Parker Services/Sentry Insurance
- S. McKee, Gray Manufacturing Co., Inc.
- D. J. Renard, Allied International
- S. A. Sargent, Consumer Testing Laboratories, Inc.
- J. Willis, *Alternate*, Consumer Testing Laboratories, Inc.
- T. W. Schellens, The American Society of Mechanical Engineers
- D. W. Soos, Intertek

vi