Case 3:13-cv-00257-JAM   Document 295-9   Filed 07/27/18   Page 1 of 4

Eric J. Boelhouwer, Ph.D.                                    March 9, 2017
                         Klorczyk vs. Sears

```
                                                              Page 1

 1            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
 2
 3
      FREDERICK KLORCZYK, JR.,
 4    as co-administrator of the
      Estate of Christian R.
 5    Klorczyk, et al.,
 6            Plaintiffs,
                                        Civil Action File No.
 7       vs.
                                        3:13-cv-00257-JAM
 8    SEARS, ROEBUCK & CO., et al.,
 9            Defendants.
10
11
12
13
14
15    VIDEOTAPED DEPOSITION OF ERIC J. BOELHOUWER, PH.D.
16
17             March 9, 2017 - 9:40 a.m.
18
19              3455 Peachtree Road, NE
20
21                   Suite 1500
22
23                 Atlanta, Georgia
24
25            J. David Brown, B-1401
```

Case 3:13-cv-00257-JAM   Document 295-9   Filed 07/27/18   Page 2 of 4

Eric J. Boelhouwer, Ph.D.
Klorczyk vs. Sears

March 9, 2017

Page 143

0142

1  provide a warning as it relates to the false
2  engagement that we've been discussing today.
3     Q.  Let's break this down real simple.  You
4  disagree with Fred Heath's statement that the manual
5  doesn't comply with ANSI Z535?
6         MR. WEXLER:  Objection.
7     A.  Based on my review of EB10, Exhibit EB10
8  and my understanding of the ANSI Z535.6 standard,
9  Mr. Heath and I are not -- I do not reach the same
10 conclusion as Mr. Heath as it relates to the manual
11 with respect to ANSI Z535.6.
12    Q.  And 535.6 is the sub-section of the ANSI
13 Z535 standard that relates to product manuals?
14    A.  The ANSI Z535 series encompasses .1 through
15 .6, but they're all individual stand-alone
16 standards.  So .1, .2, .3, .4, .5 and .6 are all
17 stand-alone series.  And while there is some
18 commonalities between them, they are stand alone.
19    Q.  And you think 535.6 is the series that
20 would apply to this manual?
21    A.  ANSI Z535.6 would be the standard that
22 would apply from a formatting perspective for safety
23 communications as it relates to product manuals.
24    Q.  And you think that the manual complies with
25 that standard?

Eric J. Boelhouwer , Ph.D.
Klorczyk vs. Sears

March 9, 2017

Page 144

```
    0143
 1     A.  I may have some technical criticisms, again
 2  like we discussed earlier, but generally I would say
 3  it complies with the formatting conventions that are
 4  presented in ANSI Z535.6.
 5     Q.  Do you have an opinion about whether you or
 6  Mr. Heath is more qualified to speak on this topic?
 7         MR. WEXLER:  Objection.
 8     A.  I don't know Mr. Heath's qualifications, so
 9  I'm not sure I have an opinion at this time.
10  BY MR. ZAKRZEWSKI:
11     Q.  Do you think you're well-qualified to speak
12  on this topic?
13     A.  Yes, sir, I do.
14     Q.  I would like to get back to your report,
15  which is Exhibit 11.  And we're on to page five, and
16  we're now on to Section 3 of your facts and
17  opinions.
18     A.  Yes, sir.
19     Q.  Do you see where it says potential for
20  confusion related to rated capacity?
21     A.  Yes, sir.
22     Q.  And does that first paragraph sum up your
23  opinion on this point fairly well?
24     A.  Yes.  The first sentence does generally, I
25  think, encompass my opinion that the rated capacity
```

Veritext Legal Solutions
800.808.4958                                        770.343.9696

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.