# INCIDENT REPORT NARRATIVE

| AGENCY<br>Waterford Police Department | ORI #:<br>CT0015200 | INCIDENT #:<br>2011-00495 | REPORT DATE<br>3/11/2011 4:11:18 PM |
|---|---|---|---|

Title: Supplmental Report 03/11/11
On Friday, March 11, 2011, at approximately 1615 hrs, I was listening to the police radio and heard Officers dispatched to 55 Westwood Drive, Waterford, Connecticut for a mechanical accident, 21 year old male, trapped under a vehicle. As other Detective units were working on another case, I went to the scene to assist Sergeant Dimmock and Officer Surdo. While enroute to the scene, Sergeant Dimmock told me that he had to leave for a personnel issue in the Dispatch Center.

Upon arrival I spoke with Officer Surdo, and observed the scene as it had been left. A maroon BMW 325 was in the middle bay of a three car garage, with the front right tire off. The car had a jack under it, in a raised position, and a jack stand immediately to the left of the jack. The garage was crowded with building supplies to the left of the BMW, and a covered DeLorean automobile to the right of the car.
The right front tire of the BMW was removed and had been placed near the DeLorean automobile. I noticed the lug nuts from the BMW were placed in a "well" area of the car jack. To the immediate right of the front wheel I saw a mechanic's creeper flipped over. Next to that I saw a smear of blood extending under the car. On the ground were several pieces of teeth and tissue. Looking under the car I saw some more blood and tissue on the car's undercarriage, near the area that the right swingarm connects to the car frame. This appeared to be the area that landed on the victim. Underneath the car, still connected to the drain plug, was a ratchet handle with a ratchet.

Officer Surdo said that numerous medical personnel had been attending to the patient, who he stated was 21year old Christian Klorczyk. Officer Surdo said that he was unaware who had placed the jack underneath the car. Officer Surdo stated that upon his arrival, he had seen Christian Klorczyk laying on the ground, with the car already raised with the jack. Christain Klorczyk was still under the car, with his feet sticking out from underneath. His feet were in the direction of the front wall of the garage. I asked Officer Surdo if he knew who re-raised the jack, he stated he did not. I later spoke with the ambulance personnel and Fire Marshall who had responded to the scene, all said that they had not touched the jack, and all assumed that Christian Klorczyk's father had done so.
As 1 continued around the car, I saw a mechanic's tool box with several open drawers to the front left of the car. The hood of the car was open, and an empty "Fram" oil filter box on the left front of the engine area.

To the left of the car was a large plastic trash can, full. On top of the other trash was a used oil filter, with used oil still dripping from the filter. In front of the trash can were three black and yellow car jack stands. These jack stands appeared to match the aforementioned stand already underneath the car.

Officer Surdo took several pictures of the scene with a Waterford Police Department issued camera, until the battery failed.

I asked Officer Surdo if he knew who re-raised the jack, he stated he did not. I later spoke with the ambulance personnel and Fire Marshall who had responded to the scene, all said that they had not touched the jack, and all assumed that Christian Klorczyk's father had done so.

Before leaving the scene, Detective Davis, Officer Surdo and I decided to make the car more stable for anyone coming back to the home. Detective Davis and Officer Surdo jacked the BMW a bit higher, and repositioned the jack stand that was already under the car. We then used two more jack stands already located in the garage, and placed them under the car as well, making it more stable. While doing this we raised and lowered the jack several times, it appeared to be in working order. I then

COPY

KLORCZYK000061

# INCIDENT REPORT NARRATIVE

| AGENCY | ORI #: | INCIDENT #: | REPORT DATE |
|---|---|---|---|
| Waterford Police Department | CT0015200 | 2011-00495 | 3/11/2011 4:11:18 PM |

cleaned the scene with Officer Surdo, as I did not want the parents to come home to see their son's blood and remains in the garage.

The jack was seized as evidence. While bringing the jack to Officer Surdo's car, I noticed that it did not have the "cup" part normally located on top of the swingarm portion of the jack. The top of the swingarm portion of the jack was smooth metal without the cup portion on it. The weather was foggy, and a small bit of condensation had developed on the bare metal.

It was clear from the items left at the scene that Christian Klorczyk was changing the oil on his car, while having the car jacked up. As the jack did not have the "cup" portion, the jack could easily slip as there would be no way for it to stay attached aside from pressure. While Christian Klorczyk was applying pressure to the ratchet, it may have forced the jack and car to slide away from each other, causing the car to fall.

As Officer Surdo's camera had a dead battery, and Detective Davis did not have a camera, I had to take several pictures using my Department issued Blackberry phone. These photographs were transferred to the WPD case, and the images removed from the phone.

Lieutenant Brett Mahoney L2
Waterford Police Department

COPY

KLORCZYK000062