# INCIDENT REPORT
# NARRATIVE

| AGENCY | ORI #: | INCIDENT #: | REPORT DATE |
|---|---|---|---|
| Waterford Police Department | CT0015200 | 2011-00495 | 3/11/2011 4:11:18 PM |

Title: Initial Report 2011-00495 03/11/11
Initial Report:

On Friday, March 11, 2011, at approximately hrs, Officer Krysztofiak and I were dispatched to 55 Westwood DR for a mechanical accident, 21 year old male, trapped under a vehicle.

Upon arrival I observed a white male, later identified as Christian Klorczyk, date of birth June 6, 1989, still partially under the front passenger side of the vehicle. The vehicle was located in the garage, which was attached to the left side of the residence. The vehicle was described as a red, BMW bearing Connecticut registration 976TWM. At this time a female, identified as Lynn Klorczyk, who is Christians mother, was holding Christian and was checking for a pulse, Christian at this time was unresponsive. A Waterford emergency service member was providing treatment immediately. I observed that the vehicle was now jacked back up utilizing a hydraulic floor jack and also placed under the passenger side compartment was one jack stand. The vehicle also had the front passengers side tire removed. Emergency medical personnel were on scene at this time, I then ask Christians father, identified as Frederick J. Klorczyk, to come out side of the garage and speak with me. I attempted to calm Mr. Klorczyk down. Mr. Klorczyk was only able to give me the name of his son and also a date of birth. I attempted to ask Mr. Klorczyk for any other information such as a possible time frame the incident may have occurred, but he could barely speak, and was pacing back and forth. Fire fighters and emergency medical personnel removed Christian out from underneath the vehicle and transported him to Lawrence and Memorial Hospital.

Officer Krysztofviak followed the ambulance down to the hospital and also transported Mr. and Mrs. Klorczyk to a private waiting area located at the hospital. I remained on scene and secured the area, LT. Mahoney and Detective Davis arrived on scene shortly after. Photographs were taken of the residence, garage, the vehicle, and of inside the garage where Christian was working.

All photographs were attached to the case. The hydraulic floor jack was seized as evidence and brought to the Waterford Police Department.

There is no evidence of foul play in the death of Christian Klorczyk. This untimely death appears to be accidental.

Off. Nicolas V. Surdo #60 _____ 60 _____ Waterford Police Department.

**COPY**

KLORCZYK000047