1           UNITED STATES DISTRICT COURT

2             DISTRICT OF CONNECTICUT

3

FREDERICK KLORCZYK, JR.,

4   as co-administrator of the

5   Estate of Christian R. Klorczyk,

6   FREDERICK KLORCZYK, JR.,

7   Individually, LYNNE KLORCZYK,

8   as co-administrator of the

9   Estate of Christian R. Klorczyk

10   and LYNNE KLORCZYK, individually,

11     PLAINTIFFS,

    VS.                 Case 3:13-cv-00257-RNC

12   SEARS, ROEBUCK AND COMPANY,

13   SHINN FU CORPORATION, SHINN FU

14   COMPANY OF AMERICA, INC.,

15   and MVP (HK) INDUSTRIES, LTD.,

16     DEFENDANTS.

17

18     Deposition of FREDERICK KLORCZYK, JR., taken at

19     Gordon, & Rees, L.L.P., 95 Glastonbury Boulevard,

20     Suite 206, Glastonbury, Connecticut, by Sabina Lohr,

21     Licensed Shorthand Reporter and Notary Public in and

22     for the State of Connecticut, on November 14, 2014,

23     at 10:13 a.m.

24

25   PAGES 1 - 347

                                      Page 1

1    pawl -- the pawl lever and watch it drop, and it dropped

2    like a rock in all those cases.

3         Q.    Anything else with the testing procedures?

4         A.    I said it was pretty simplistic, sir.

5         Q.    And did you follow the same testing procedures

6    for all four jack stands?

7         A.    Yes, sir.

8         Q.    Okay.  So we're talking about two 3 and a half

9    ton jack stands and two 4 ton jack stands; is that

10   correct?

11        A.    That is correct.

12        Q.    Okay.  Do you recall when you purchased the two

13   3 and a half ton jack stands?

14        A.    That was a long time ago.  I got them on a

15   special deal.  I purchased the jack stands and the jacks

16   altogether as a kit from Sears at the Waterford Crystal

17   Mall in Waterford, Connecticut for $44.95.  And that was

18   a long time ago.  That was, geez -- we've been using

19   them it seems like forever.  We moved to Connecticut

20   when Parker was only two months old -- or two weeks old,

21   rather, I'm sorry, and he's now 22.  So somewhere in

22   that time frame I purchased those and that was a step up

23   from the types of devices I was using before.

24        Q.    Okay.  And you still have the service jack in

25   your possession?

Veritext National Deposition & Litigation Services
866 299-5127

```
 1      A.    I do.

 2      Q.    Do you still use that service jack?

 3      A.    No, sir.

 4      Q.    Okay.  Why not?

 5      A.    I replaced it with another higher quality jack,

 6  in my opinion, sir.

 7      Q.    Okay.  When you initially purchased the combo

 8  set jack stand, service jack pack from Sears --

 9      A.    Uh-huh.

10            MS. TROTTA:  Is that a yes?

11      Q.    Is that a yes?  She did it again, she beat me

12  to it.

13      A.    Why don't you guys get a buzzer?

14      Q.    That reminds me of a story, but I'm not going

15  to share it.

16            So when you initially bought the combo set

17  from the Sears in Waterford, do you recall all of the

18  accessory pieces that came with the combo set?

19      A.    I believe so.

20      Q.    Okay.  Now, as I saw the service jack that you

21  currently have possession of, I think it's a 3 and a

22  half ton service jack?

23      A.    It is a heavy duty Craftsman professional 3 and

24  a half ton.

25      Q.    Okay.  As I viewed it on Wednesday, November
```

Page 36

1    12, 2014, it appeared to not have a saddle cup.  Do you

2    know what a saddle cup is?

3       A.    I do.

4       Q.    Can you please describe what your understanding

5    of a saddle cup is, please?

6       A.    Yes.  A saddle cup is a metal concave device

7    with a pin on the underside that fits in the hole that

8    is on the lifting arm and -- well -- I'm describing the

9    one that came with this device?

10      Q.    Yes.

11      A.    Okay.  Because I can describe others that

12   aren't that type of saddle cup.

13      Q.    Okay.

14      A.    There are other ones out there that are flat

15   for the purpose of protection of the automobile

16   underbody.  Okay?

17      Q.    Okay.

18      A.    Anyway, going back to the description of the

19   cup, it had four tangs at 90 degrees -- located every 90

20   degrees around 360 degree circumference of the cup, and

21   when that was used to jack up a car, that actually would

22   damage the frame, the teeth, they're like teeth, they're

23   that hard.  I don't know if it's hard metal or not, but

24   I assume it is.  An that's a big assumption on my part.

25   Would damage the frame of the car when jacking it up.

Page 37

```
 1              Now, specifically I own a Delorean that you
 2   heard my wife talk about yesterday, it has an epoxy
 3   coated carbon steal frame.  It actually cracked the
 4   epoxy on the carbon steal frame and caused rust to start
 5   underneath the epoxy coating.  They now make stainless
 6   steal frames to replace that for $15,000, because that's
 7   a major problem.  My car is brand new, my car has 9,000
 8   miles on it, sir.  It's in Houston being refurbished now
 9   and I'm debating what frame to put on.  They have to fix
10   the rusting issues because of the epoxy.  There was also
11   road damage that caused the epoxy to degrade over time,
12   okay, not just the jacking points.
13              So, we removed the cup and had a flat metal
14   or metal to the epoxy surface to then lift that car up.
15   So there was no teeth to dig into the component or
16   damage the surface or the undercoating or the epoxy in
17   the case of the Delorean.
18        Q.    What happened to the saddle cup?
19        A.    It's in my house somewhere.
20        Q.    Okay.
21        A.    As you saw, my garage is a mess.  We -- it's
22   been a mess -- our house was under construction when
23   Christian died I -- if you paid attention to the
24   left-hand garage bay, you saw a carpenter's bench there.
25   You saw a lot of hardwood flooring there.  We had
```

Page 38

1    been -- it was a few-year undertaking to remodel our

2    interior of our house.  When Christian died, that all

3    stopped.  That's why all that wood is still in there.

4    Some of the wood is upstairs on our second floor.

5          The right-hand bay, which is Delorean bay, that's

6    all Parker's apartment furniture from UConn when he was

7    a full-time student there.  And the cabinets which were

8    referred to as Rubbermaid cabinets yesterday by the

9    attorney weren't there, as my wife testified, they were

10   against the far left-hand wall where the carpenter's

11   bench was.

12          So it was the Delorean, the middle bay, and

13   the end bay had all kind of work junk in it.  My

14   carpenter did all the cutting and stuff down in the

15   garage so as not to contaminant, you know, spread dust

16   around the house.  And so my tools are astray.  My

17   tools, Christian's tools, my father's tools.  Christian

18   had a toolbox, you may have seen it, the big black

19   toolbox is Christian's.  He got that as a Christmas

20   present.  You probably don't know many teenage kids that

21   would want that as a Christmas present, but that's what

22   he wanted.  He was meticulous with it.

23          I have my father's toolbox.  My father was a

24   large machine repairman in the division of Westinghouse

25   where they made large rotating apparatus, which had one

Page 39

```
 1   of a kind machines in the world, they're enormous and
 2   that's the man who taught me everything I know
 3   mechanically and how to work around cars with the do it
 4   yourself stuff.
 5              My father had 42 years service, he was a
 6   tool and die apprentice maker right out of high school,
 7   and he rose through the ranks to become the lead machine
 8   repairman at Westinghouse Electric and he fit for
 9   electrical generators for big power plants, you know,
10   the water wheels, et cetera for hydropower plants.  And
11   he repaired those machines.  And he saw many people die
12   in his career.  Physics is a mean thing.  Gravity is
13   relentless.
14   Q.   Where was the saddle cup on March 11, 2011?
15   A.   I don't know.
16   Q.   Was it on the service jack?
17   A.   It was not.  It hadn't been.
18   Q.   When was it removed?
19   A.   Oh, quite a while.  We --
20   Q.   Before March 11, 2011?
21   A.   Yes.
22   Q.   Okay.
23   A.   Yes.
24   Q.   Do you recall approximately when the cracking
25   to the epoxy coated under frame on your Delorean
```

Page 40

1    happened?

2        A.    That would be a guess on my part.

3        Q.    I don't want any guessing.

4        A.    So I'm not going to guess.

5        Q.    Where on the Delorean frame was the cracking?

6        A.    The Delorean has a unique frame.  It was

7    designed by Colin Chapman of the Lotus car company in

8    Britain.  It has a back bone and two wish bones.  It has

9    a solid channel that goes up the center of the car and

10   it has wish bones, if you will, that go out front and

11   back through the wheels.  And we were jacking the car to

12   change a tire and it was on that subassembly, not on the

13   mainframe.

14       Q.    One of the wish bones?

15       A.    Yes.

16       Q.    Okay.  Do you know if the user manual for the

17   Delorean recommends a service jack being placed on the

18   wish bone of the frame as an appropriate jacking point?

19       A.    No.  The only thing it specifies is where you

20   use their jack.  The OEM jack.

21       Q.    And where do they recommend using the OEM jack?

22       A.    I'm not certain where that is.  I'd have to go

23   back to the manual and look at it.  I haven't seen the

24   car since -- it's been gone for two years.  It's been --

25   it's been -- an it was gone prior to that for probably

Page 41

1     A.     Correct.

2     Q.     Okay.  Now, going back to Klorczyk 14, which is

3     the Sears Roebuck charge that you indicated, on January

4     1, 2011, is that the date that Christian went to the

5     Waterford Sears to purchase the jack stands?

6     A.     Yes.

7     Q.     And is the $39.99 the purchase price for the

8     jack stands?

9     A.     It appears to be so.

10    Q.     Okay.  Now, did Christian go to the Waterford

11    Sears on January 1, 2011, on his own accord or was he

12    asked to go to Sears?

13    A.     I asked him to go.

14    Q.     And what was his assignment?  What was he

15    supposed to do on that --

16    A.     To go out and buy a similar to what I had

17    bought was the jack and jack stand kit, just go out and

18    by newer and better.  It's got to be newer and better,

19    ours are getting old.  Go out and do it.

20    Q.     Okay.  So he was supposed to go buy a new combo

21    kit like you had bought --

22    A.     Yes.

23    Q.     -- some time --

24    A.     Yes.

25    Q.     -- within a couple years of moving to

Page 121

1    Connecticut?

2        A.    Yes.

3        Q.    Okay.

4        A.    He was.

5        Q.    Okay.  And was there any particular type of

6    jack stand that he was supposed to purchase?

7        A.    No.  Whatever he thought was best.

8        Q.    Okay.  So he wasn't told buy a jack stand that

9    has a pin --

10       A.    No.

11       Q.    -- that gets inserted?

12       A.    No.

13       Q.    So he could buy a ratchet?

14       A.    Yes.

15       Q.    Okay.  When he came home and only had jack

16   stands --

17       A.    Yes.

18       Q.    Did he tell you that he only had jack stands?

19       A.    Yes.

20       Q.    And what, if anything, did you do in response

21   to that?

22       A.    I asked him where the jack was.  Because I had

23   asked him to buy a new jack too.

24       Q.    Oh, so your initial thought was, okay, well, if

25   there wasn't a combo kit, then you must have bought a

1    separate --

2         A.    Yes.

3         Q.    -- service jack?

4         A.    Yes.

5         Q.    And you --

6         A.    Yes, because he went shopping.

7         Q.    Right.

8         A.    He didn't go directly to Sears, he shopped

9    everywhere.

10        Q.    Where else did he go?

11        A.    I would -- you know, I don't know, but I would

12   assume Advanced Auto Parts, Ace -- Ace hard -- whatever

13   the auto parts stores are around that sell automotive

14   equipment.  I have no idea where he would go.

15        Q.    Okay.

16        A.    You know, I don't know if Home Depot sells

17   anything like this, but we have a local Home Depot, a

18   local Lowes.  I don't know.  But he always was taught

19   that -- as much as I was taught by my father, that Sears

20   stood behind all their products, they have 100 percent

21   warranty.  If it breaks, take it back, we'll give you a

22   new one.  So he always new that Sears was top of the

23   line without going to a professional line like Snap On,

24   or Mack or something similar that my father used in his

25   profession.

1      Q.     Okay.  So you asked Christian to go out and buy

2    a new combo kit, but didn't tell him go to Sears?

3      A.     No.

4      Q.     So, however, he ended up at Sears, he ended up

5    there on his own accord?

6      A.     He did.

7      Q.     And when he came home with just two 4 ton jack

8    stands, you asked where was the service jack and

9    Christian's response was?

10     A.     Everything out there, dad, is, pardon -- pardon

11   my language, is Chinese junk.

12     Q.     Okay.  What did he say about the 4 ton jack

13   stands?

14     A.     He thought this was a good step up from what we

15   had, they were brand new and they were sturdy and rugged

16   and that was the best that Sears had.  And no one else

17   had anything to compare.

18     Q.     Did he inspect the jacks before he bought them

19   or did he inspect them when he got home?

20     A.     I have no idea what he did when he bought them.

21     Q.     Did he inspect them when he got home?

22     A.     We opened the box when he brought them home, he

23   showed them to me.

24     Q.     What did you think of the jack stands when they

25   were taken out of the box?

Veritext National Deposition & Litigation Services
866 299-5127

1   And you have completed an oil change.

2       Q.    Okay.  At what point was Christian at?

3       A.    Christian had just tightened the oil drain

4   plug.

5       Q.    So he had already drained --

6       A.    Yes.

7       Q.    -- replaced the air filter?

8       A.    No.

9       Q.    The oil filter.  Excuse me.  The oil filter.

10  Yes?

11      A.    Yes.

12      Q.    And replaced the oil with clean motor oil?

13      A.    Yes.

14      Q.    And then he was tightening the drain plug?

15      A.    He was.

16      Q.    Don't you tighten the drain plug first and then

17  put the oil in?

18      A.    Yes, of course.

19      Q.    All right.  So the oil wasn't back in the car

20  yet?

21      A.    No, the oil was back in the car.  I know that.

22      Q.    How do you know that?

23      A.    Because I drove the car afterwards.

24      Q.    Well, if the oil was back in the car, why was

25  he under the car tightening the drain plug?

Page 163

1    A.    Oh, you're right.   The oil was not back in the

2    car.   Unless he was back -- no, I can't say that.

3    Because I drove the car afterwards without adding oil.

4    He went back underneath the car to give that added to

5    the oil drain plug then, is all I have to assume.

6    Q.    Okay.   So he tightened the drain plug to a

7    point?

8    A.    Yes.

9    Q.    Got out from underneath the car, filled it with

10   new motor oil?

11   A.    Yes.

12   Q.    Gets back under the car?

13   A.    Yes.

14   Q.    And then tightens it that little bit more?

15   A.    Yes.   It may have been -- there may have been a

16   drip around the crush washer on the drain plug.

17   Q.    So is that the usual order of operations after

18   you tighten the drain plug?   Replace the oil, get back

19   under the car?

20   A.    Not necessarily.   But you do look for leaks

21   afterwards.

22   Q.    Okay.   Do you have to get under the car to look

23   for leaks?

24   A.    Yes, you do.

25   Q.    Wouldn't that be an ordinary order of

Page 164

1    operations, to get back under the car?

2        A.    Unless you can see it from the wheel well.

3        Q.    Can you see the drain plug on the 3 series from

4    the wheel well?

5        A.    You also have to look at the oil filter to make

6    sure it's not leaking as well, because you're only doing

7    the hand tight, plus a little.  You don't crank down on

8    it because you can crimp the gasket.

9        Q.    Right.  But can you see the drain plug from the

10   wheel well?

11       A.    If the wheel was off, yes.

12       Q.    How long does it take to change the oil on the

13   BMW 3 series?

14       A.    Well, Christian can make an affair out of that.

15   That's -- that's a half an hour, 45 minute operation.

16       Q.    For one person?

17       A.    For one person.

18       Q.    Okay.

19       A.    You don't need two people to do that.  There

20   are many one-man garages.  I heard you talk about the

21   buddy system yesterday.  And there are certainly plenty

22   of one-man garages throughout the United States that

23   don't use the buddy system when they're working on cars.

24   So that might be good for swimming, but it doesn't apply

25   to mechanics.

                                            Page 165

1    maintenance to the service jack?

2        A.    No.

3        Q.    After March 11, 2011 have you performed any

4    maintenance work to the service jack?

5        A.    Yes, I have.

6        Q.    And what maintenance work have you done?

7        A.    I replaced the snap rings on the shaft on the

8    lift arms.

9        Q.    And those are the yellow arms that raise up?

10       A.    Yes.

11       Q.    Okay.  As the swing arm assembly comes up?

12       A.    That's correct.

13       Q.    Okay.  Why did you have to replace the snap

14   rings?

15       A.    When I received it back from the Waterford

16   police, one was missing.

17       Q.    Do you know which one was missing?

18       A.    If -- yeah, I do.

19       Q.    Which one?

20       A.    Or maybe no, I don't.  If I'm standing with the

21   handle in my hand --

22              MR. ELLIOTT:  Don't guess, Mr. Klorczyk.

23              THE WITNESS:  I'm guessing.  I'm so sorry.

24   I can't answer that question.

25       Q.    Okay.  Where did you get the snap rings?

Page 169

```
 1       A.     Fasten All and Home Depot.
 2       Q.     What were the -- describe them.  Do you have a
 3   part number or some sort of a name?
 4       A.     They're called snap rings, sir, clips of a
 5   certain diameter to fit that shaft.
 6       Q.     Okay.
 7       A.     So I bought an array around that shaft size and
 8   installed the ones that fit.  The Home Depot ones did
 9   not fit, the Fasten All ones did.
10       Q.     So you put a number of them on until you
11   found --
12       A.     A few.
13       Q.     -- the right ones --
14       A.     Yes, yes.
15       Q.     -- that did fit.
16       A.     Yes.
17       Q.     And then you put a matching set, one on the
18   right, one on the left?
19       A.     One on the right, one on the left.
20       Q.     Okay.  And are you sure that they're the right
21   size?
22       A.     Yes.
23       Q.     Okay.  Any work to the hydraulic cylinder?
24       A.     No, never.
25       Q.     Any work to the bracket of the swing arm where
```

Page 170

1    the saddle cup would sit in?

2        A.    No.

3        Q.    Any work to the housing where the handle gets

4    inserted?

5        A.    No.

6        Q.    Any work done to any of the wheels?

7        A.    No.  I haven't had to do that.

8        Q.    Okay.  So other than the snap rings the service

9    jack is in original condition?

10       A.    It is.

11       Q.    With normal wear and tear over however long

12   you've owned it?

13       A.    It was a -- it's a fine piece of equipment, as

14   far as I'm concerned.  It was Sears best.  It was the

15   capacity that we needed and it was a good deal.

16       Q.    Do you have any intentions of using it again in

17   the future?

18       A.    No.

19       Q.    Why?

20       A.    I -- I just don't.  I happen to have a

21   replacement new jack.  As much as I sent Christian out

22   to buy a replacement new jack, I already have a

23   replacement new jack.  So that's what I plan to use.

24       Q.    Okay.  I'm going to bring you back to Exhibit

25   5, which -- which is the heavy duty jack stand.  I'll

Page 171

1    his voice mail.  I'm not positive of that.  I think I

2    got his voice mail.  And then I heard Lynne call me in a

3    loud voice downstairs, which I responded to.

4        Q.    When you reached Christian's voice mail, did

5    you leave a message?

6        A.    I don't remember if I even reached the voice

7    mail, but if I did I would have said Christian, call

8    home, we're worried about you.

9        Q.    And you said after Mrs. Klorczyk called your

10   name --

11       A.    Yeah.

12       Q.    -- you responded?

13       A.    Yes.

14       Q.    How did you respond?

15       A.    Well, I ran downstairs, and we jointly went to

16   the garage.  And I -- as Lynne testified yesterday, she

17   picked up the phone on the way.  I don't know if that

18   was the case or not.  I can't -- I can neither confirm

19   nor deny that.  And I don't know whether she was on the

20   house phone or on her cell phone.  I can't speak to that

21   one way or the other.  I have no idea.

22              So I got -- got to the garage.  First thing

23   that was obvious was the BMW was in the garage.  The

24   halogen lights were on, my tripod stand and were low

25   enough to shine to show that the right front wheel was

1   off and I could see the right front of the car tilting

2   downward.  It was not touching the ground as I was later

3   to find out.  It was totally being supported by my son's

4   body, by his chest on the cross member and his face on

5   the transmission and the transfer case.  Excuse me.

6       Q.    Take your time.

7       A.    I ran to the car, to the right front wheel

8   well, pulled the wheel and tire assembly out from

9   underneath the brake rotor, crawled underneath to see my

10  son's face crushed and this cross member on his rib

11  cage.  The right -- to the right front -- to the right

12  of me in the right front area of the BMW in front of the

13  wheel is the jack stand in question on its side with the

14  ratchet bar depressed.

15          I then screamed at Lynne to call 911.  She

16  said she already is.  I screamed at Christian to talk to

17  me, as I said earlier.  It's too emotional for me to say

18  that again.  But you know what I said, and I repeated

19  that over and over again during the procedure of trying

20  to rescue him.  And I looked for the service jack, and

21  it was laying parallel to the car by the right front

22  passenger door with the yellow stand -- the yellow

23  handle beside it.

24      I put the handle in the jack, threw the jack

25  under the car at an angle that was probably 45 degrees.

Veritext National Deposition & Litigation Services
866 299-5127

1    It wasn't at any specific jack point.  It wasn't

2    anything that I looked for, it was nothing conscious

3    that I did to jack the car up.  And I jacked the car up

4    in the right front passenger foot well, and the jack --

5    it's a heavy duty rapid action jack, so it only took one

6    or two pumps to get it -- to get it up far enough that I

7    can see it was off Christian.

8              I ran around to the front of the car,

9    grabbed the blue ski jacket from up in the bin, the wire

10   basket in front of the car in the front garage wall or

11   rear garage wall, whatever terminology you want to use.

12   I crawled under the car, righted the jack stand.  The

13   ram was pointing to the garage door, the exterior garage

14   door towards the back of the car, I righted that and

15   just drove the ratchet up, the ratchet arm up until it

16   made contact.

17             I went to Christian and I felt for his pulse

18   and his -- at his ankle.  And I'm not a medical

19   professional.  It's nothing I do for a living.  And he

20   had heavy socks on that day.  He might have -- he might

21   have had even two pair of socks on that day, because he

22   had tennis shoes on working in the garage and it was

23   cold.  And as we ascertained yesterday, he wasn't using

24   a -- a heater of any sort.

25             We covered him with the blue jacket,

```
1      Q.     Some people call it a ram, some people call it
2   a ratchet bar.
3      A.     There you go.
4      Q.     Just want to make sure we're on the same page?
5      A.     I like to use the right words, but it was the
6   ratchet.
7      Q.     So the ratchet bar was facing the garage door?
8      A.     Yes.
9      Q.     Was the car touching the jack stand as the jack
10  stand laid on its side?
11     A.     Not that I can remember, no.
12     Q.     So then at that point you identified the
13  service jack --
14     A.     Yes.
15     Q.     -- as being --
16     A.     Right --
17     Q.     -- as you're looking at it to the left-hand
18  side of the car, the front passenger door.  So you're
19  looking back at the garage door?
20     A.     Yeah.  It's -- it's -- I stand up and I look
21  for the jack and it's right there.
22     Q.     Okay.  And was it perfectly parallel to the
23  car?
24     A.     It was as perfect as you could imagine.
25     Q.     Okay.  And -- sorry.
```

Page  217

1     A.    Well, Christian was meticulous.  What I found

2  out later, but what he also had done, there was an

3  underbody -- there was an under carriage cover on the

4  car, which you may have seen at the garage that you took

5  the car to the other day, there is a plastic cover

6  underneath.  He had that cover off, he had all the

7  screws, all the little self-tapping screws in there.

8  And he had that pushed back out of the way underneath

9  the gas tank in the back of the car -- underneath the

10  trunk in the back of the car.  He had the jack

11  meticulously placed parallel to the car.

12     Q.    Now, which end of the service jack was facing

13  the garage door, the end where the saddle cup would have

14  been?

15     A.    Yes.

16     Q.    Okay.  So the end with the fixed wheels, not

17  the caster wheels?

18     A.    Correct.

19     Q.    Okay.  And the handle was removed from the

20  service jack and laying on the floor in between the

21  service jack and the car; correct?

22     A.    Yes.

23     Q.    Is that a standard procedure that you and your

24  family do when you're not using the service jack to

25  take -- remove the handle and lay it on the ground?

1    A.    Yeah.

2    Q.    Why?

3    A.    Well --

4    Q.    You're going to have to use it again, right,

5    when you're done doing your work with the car?

6    A.    That's just our practice of doing it.

7    Q.    Okay.  But why?

8    A.    Just because I said so.

9    Q.    It is what it is?  It's just what you did?

10   A.    It's just what we do.

11   Q.    Okay.

12   A.    Potato and potato.

13   Q.    No, that's fine.  I just wasn't sure if there

14   was a reason, that's all.

15          So you see the service jack and then you

16   grab the jack stand and right it; is that correct?

17   A.    No.  I jacked the car up.

18   Q.    Okay.  So you grabbed the jack -- I'm sorry,

19   you grabbed the service jack.

20   A.    Yes, sir.

21   Q.    Inserted it under the car, put the handle in,

22   two quick pumps the car is up?

23   A.    I don't know if it's two, but it doesn't take

24   much with that jack, it's very rapid.

25   Q.    One, two, three --

Page 219

```
 1              C E R T I F I C A T E
 2         I hereby certify that I am a Notary Public in,
 3    and for the State of Connecticut, duly commissioned and
 4    qualified to administer oaths.
 5          I further certify that the deponent named in
 6    the foregoing deposition was by me duly sworn and
 7    thereupon testified as appears in the foregoing
 8    deposition; that said deposition was taken by me
 9    stenographically in the presence of counsel and reduced
10    to typewriting under my direction, and the foregoing is
11    a true and accurate transcript of the testimony.
12          I further certify that I am neither of counsel
13    nor attorney to either of the parties to said suit, nor
14    am I an employee of either party to said suit, nor of
15    either counsel in said suit, nor am I interested in the
16    outcome of said cause.
17          Witness my hand as Notary Public this 20th day
18    of November, 2014.
19
20
21
22                        Sabina Lohr
                          Notary Public
23    License #0000131
      My License Expires December 31, 2016
24    My Notary Certification Expires July 31, 2017
25
```

Page 345

Page 348

1           UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

2

    ----------------------------x
3                               :
    FREDERICK KLORCZYK, JR., as  :
4   Co-Administrator of the      :
    Estate of Christian R.       :
5   Klorczyk, et al.,            :
                                 :
6           Plaintiffs,          :   Civil Action No.
                                 :   3:13-cv-00257-JAM
7       -vs-                     :
                                 :
8   SEARS, ROEBUCK & CO., et al.,:
                                 :
9           Defendants.          :
                                 :
10  ----------------------------x
11
12              VOLUME II - PAGES 348-452
13
14
                VIDEOTAPE DEPOSITION OF:
15              FREDERICK KLORCZYK, JR.
16              DATE:  JULY 12, 2016
                HELD AT:  GORDON REES SCULLY MANSUKHANI,
17              LLP, 95 GLASTONBURY BOULEVARD,
                SUITE 206, GLASTONBURY, CONNECTICUT
18
19
20
21      Reporter:  JILL I. HUDON, RPR, LSR #00082
22
23
24
25  Job No. CS2332250

Page 361

1    because you happen to have an infection right now?

2        A    Yes.  And it's not contagious so no one need

3    worry, but it may cause me to drink my water more

4    often than not.

5        Q    That's fine.  And if you need a break for

6    the inevitable consequences of that, just ask.  We can

7    stop at any time.

8        A    You'll be able to tell.

9        Q    Any blood pressure medication or anything

10   like that?

11       A    Perfect.

12       Q    Any other prescription meds you can think

13   of?

14       A    No.

15            MR. ELLIOTT:  Is the answer "No."

16            THE WITNESS:  "No."

17       Q    (By Mr. Brown)  All right.  There's a couple

18   things I wanted to ask you about, and I wanted to make

19   sure I understand your best recollections of that day.

20            First, I want to ask you about the pump jack

21   itself.

22       A    All right, Dennis.

23       Q    Apparently, after the jack was retrieved

24   from the police department, you changed snap rings on

25   the jack; is that --

Page 362

1      A     Yes.

2      Q     -- right?

3      A     I put a pair of snap rings on the jack

4  because when I retrieved it from the police

5  department, one snap ring was missing.

6      Q     Was that snap ring missing when the police

7  department took the pump jack from your garage?

8      A     I have no idea.  Many people handled that

9  pump jack between when I left my garage and when I

10 picked it up at the police department.

11     Q     To your knowledge, did different people use

12 the pump jack on the day your son died?

13     A     Not to my knowledge, no, because I just came

14 back from New York City on the train, and my first

15 exposure to the scene was as my wife described this

16 morning.

17     Q     All right.  And maybe we should just go

18 through that.

19           You were in New York the night before?

20     A     I was.  I was at a UConn basketball game

21 that took them to the national championship.

22     Q     It was March 10?

23     A     That would be --

24     Q     Was it the Big East tournament?

25     A     Big East tournament.  I think it would be --

Page 385

1          THE WITNESS:  Could you ask me the

2     question again?

3          Q    (By Mr. Brown)  You had come around to the

4     front of the vehicle because you figured he accessed

5     it that way, I believe you told us.

6          A    Yes, sir.

7          Q    When you got to the front of the vehicle,

8     what's the next thing you remember doing?

9          A    I checked his pulse on his ankle.  And this

10    is a matter of microseconds this has all -- that this

11    all occurs.

12         Q    And after you checked his pulse, what did

13    you do?

14         A    I ran back -- I ran back to the side of the

15    car where the jack -- where the floor jack was laying

16    parallel to the car, with its handle, and adjacent to

17    one of the garage poles.

18         Q    Okay.  Was the jack on its wheels?

19         A    The jack was on its wheels, sir.

20         Q    The handle was next to it on the floor; is

21    that right?

22         A    The handle was next to it on the floor,

23    laying in parallel fashion, just like Christian would

24    always -- he was meticulous about things.

25         Q    And when you say "parallel," you're speaking

Page 386

```
 1    parallel to the red BMW?

 2         A    Yes, sir.

 3         Q    And along its passenger's side?

 4         A    Yes, sir.

 5         Q    And was it close to the BMW?  Was it 3 feet

 6    away?

 7         A    I would have to put the BMW in the garage

 8    and see.

 9         Q    And my question is:  Do you have a specific

10    memory of how close to the car it was?

11         A    No.

12         Q    Okay.

13         A    Close enough that I could easily retrieve

14    it.

15         Q    Close enough you could retrieve it.  You

16    grabbed a hold of the pump jack.

17              What did you do then, Fred?

18         A    Well, I pulled the jack and the handle away

19    from the car.  I inserted the handle into the socket

20    for the handle on top of the pump jack.  I then turned

21    it counter- -- I then turned it clockwise to engage

22    the hydraulic cylinder.  I then threw the hydraulic

23    jack under the car without caring where it was, and I

24    jacked the car up, and in a few pumps the jack was up

25    high enough where I could see the car was off
```

Page 387

1    Christian.

2         Q    We can look at them.  And there are some

3    pictures the police took of the pump jack holding the

4    car up.

5              Is that where you had put the pump jack?

6         A    No, sir.

7         Q    It had been moved?

8         A    I had hoped -- and let me apologize to you

9    Mr. Elliott for this.

10             I had hoped that the police photographs

11   would have documented where the pump jack was and

12   where the jack stand was.  As a matter of fact, the

13   entire scene was disturbed, and I cannot ascertain

14   anything from that, from those photos, and from me

15   visually seeing it, I could not ascertain anything

16   from that.

17        Q    Now, I'm not asking about the police photos.

18   I'm asking about your memory, Fred.

19             Okay?

20        A    Yes, sir.

21        Q    Did you put the pump jack toward the rear

22   from the passenger front wheel well?

23        A    Yes.

24        Q    Do you remember if you were in the general

25   area of the wheel well or more towards the middle of

Page 388

1    the car?

2         A    Well, we could -- we could measure that,

3    obviously, if we had all the stuff together here.

4              But the jack went in at a 45-degree angle,

5    and the lift arm -- and there's a witness mark

6    there -- the lift arm made its mark, that it was in

7    the -- somewhere in the vicinity of the center of the

8    passenger's side footwell, if that's clear to you.

9         Q    Uh-huh.

10        A    Okay.  So it was in at a 45-, and I needed

11   that room because I needed that room.  I just threw --

12   I threw it in as haphazardly as I could.  I didn't

13   look for the frame.  I didn't look for anything.

14        Q    You weren't --

15        A    I just wanted that car off the kid.

16        Q    Yeah.  You weren't worried about damaging

17   the BMW --

18        A    I didn't give a damn.  It's a -- it's a

19   $100,000 car.  I could care less about it.

20        Q    After you jacked the car up, did you put a

21   jack stand under it?

22        A    No, sir.

23        Q    By that point in time, everything you've

24   told me you've done, had you seen the jack stand?

25        A    Yes.

Page 389

1        Q    And where was the jack stand?

2        A    The right, front quarter of the car.

3        Q    Was it in front of the wheel well?

4        A    I could see it from the wheel well from

5    my -- from my right eye is the best I can tell you.

6        Q    Was it toward the center of the car?

7        A    No.  It was toward -- outboard.

8        Q    And by "outboard," you mean closer to the

9    outside of the passenger's side fender of the car?

10       A    Yes.

11       Q    Okay.  And was the wheel -- excuse me.

12   Strike that.

13            Was the jack stand standing up when you saw

14   it?

15       A    No, sir.

16       Q    How was it positioned?

17       A    The jack stand was facing the outer garage

18   door on its side.  The saddle of the ratchet arm was

19   towards that garage door.

20       Q    And the four-sided base of the jack stand

21   was then toward the front of the car, and when --

22       A    The pyramidical base was -- could you put

23   your picture up here, please?

24       Q    Sure.

25       A    The pyramidical base -- okay.  These were

Page 390

1   the four legs of the base.  It was back like this.  So

2   the pyramidical -- the pyramid would be pointing out

3   the garage door.

4        Q    Okay.

5        A    I think that clarifies it maybe just a

6   little bit.

7        Q    Yeah.  Now, it was somewhere here in this

8   front quarter of the car?

9        A    Yeah.

10        Q    Okay.  And if I'm understanding you -- and

11   Dave can object to me drawing on things -- when you

12   say the base -- if we transpose this under the car, it

13   would have been laying like this, with the base

14   pointing towards the garage door?

15        A    No.

16        Q    The other way around.

17        A    Yes.

18        Q    Okay.  I just want to be clear about that in

19   my head.

20             So the --

21        A    I'm glad --

22        Q    -- lift --

23        A    -- you asked.

24        Q    -- the lift bar would have been on the side

25   of it pointing to the garage door, the outside garage

Page 391

1    door, the door --

2         A    The lift bar -- well, the lift bar was down.

3    The pyramidical base was -- was on its natural side.

4              I don't know which way Christian had the

5    saddle.  All I know is when I went to put it back up,

6    I just slammed it up into place somewhere.  I had

7    to -- I had to right the jack stand with my left

8    hand -- I'm under the car now.  Okay?

9              I've come around.  I'm under the car now.  I

10   upright the jack stand, and I throw the ratchet arm as

11   far up as I can to hit something solid, to know that I

12   have 1 percent of safety, because I didn't put it on

13   anything in particular.

14             I did not look for a frame member.  I did

15   not look for a subframe member.  It just went up, and

16   that's where it stayed until I was taken from the

17   garage.

18        Q    And you -- you were under the car, coming in

19   from the front, when you turned it upright?

20        A    Yes.

21        Q    Okay.

22        A    I was crawling under the car at that time,

23   yes.

24        Q    Okay.

25        A    And I also put a jacket over my son as well

Page 420

1   two jack stands under the car?

2        A    No.  I wouldn't have said that because it's

3   wrong.  It's a lie.

4        Q    And if you could go to the next page,

5   "Page 5 of 14" --

6        A    Uh-huh.

7        Q    -- there's a quote there "No one in the

8   world knows but me...what he was doing and it was

9   100-percent safe."

10            Is that something you put in the e-mail?

11       A    Yes.  Those would be my words.

12       Q    And are those your words in the next

13   sentence:  "To recreate it would take a tsunami and

14   earthquake such as Japan is now suffering - one in a

15   billion chances"?  Are those your words, Fred?

16       A    Those are, sir.

17       Q    And can you tell me -- and no one in the

18   world knew but you -- what is it you knew at this

19   point in time?

20       A    Well, I was the only one under the car with

21   Christian that knew that the jack stand had tipped

22   over.

23       Q    Well, you know that you found the jack stand

24   laying on its side.

25            You don't know how it ended up there, do

Page 421

1    you, Fred?

2        A    No, sir.

3                MR. ELLIOTT:  Objection to the form.

4                THE WITNESS:  No, sir.  That was --

5    it's all speculation.  I believe that's what I

6    testified to previously.

7        Q    (By Mr. Brown)  I'm just trying -- just

8    trying to be clear, Fred.

9        A    I'm just trying to be clear too.

10       Q    Good.

11       A    I mean, you and I are on the same page.

12       Q    All right.

13               MR. BROWN:  And since you mentioned it,

14   I think we should mark this.  I believe this was

15   marked in your last deposition.

16               Can we make that 19?

17               THE REPORTER:  "20."

18               MR. BROWN:  "20."  That's just like me,

19   not to keep up.

20

21                        (Exhibit 20, "The Day" Article,

22                         was marked for identification.)

23

24       Q    (By Mr. Brown)  And this is the earlier "New

25   London Day" story you were talking about; is that

1           THE WITNESS:  Is that mine?

2           THE REPORTER:  Yes.

3           THE WITNESS:  So this is Bimmerforums.

4      Q    (By Mr. Brown)  Do you remember seeing

5  what's been marked as Exhibit 21 before, Fred?

6      A    Yes, I have.

7      Q    Did you sign yourself up as a member of this

8  blog site so you could post this?

9      A    Well, let me take a look because it tells

10  you when you -- it tells you over here when the join

11  dates are in the right-hand corner of each post.

12           But I was not a member prior to my son being

13  killed, and I have no idea who initiated this e-mail

14  chain.  This would have been something I would have

15  pulled off of Google with my last name, and it would

16  have popped up.

17      Q    And having seen it, you decided to respond?

18      A    Well, I'm not at --

19      Q    Go ahead.

20      A    -- the point where I found --

21      Q    Take your time --

22      A    -- that I've responded yet.

23      Q    -- and read -- read the whole thing, Fred.

24      A    Okay.  Well, you see on "Page 7 of 17"

25  tomscat1, who I have no idea is, it appears to me that

Page 425

1   he cut and pasted the entire document from the local

2   "New London Day" newspaper, which included -- which

3   included -- which is underscored here -- I don't know

4   by who -- I don't know if he did it or whatever --

5   "The 21-year-old died Friday after a BMW he was

6   working on collapsed on him in the family garage."

7                  THE REPORTER:  I'm sorry.  Slow down,

8   please.

9                  THE WITNESS:  New Yorker.

10            "The 21-year-old died Friday after a BMW he

11  was working on collapsed on him in the family garage.

12  Fred Klorczyk" -- period.  "Fred Klorczyk said that a

13  floor jack likely failed while his son was under the

14  car changing the oil."

15            And then it goes on to say nice things about

16  Christian, being an honors student at UConn and such.

17            So let me go forward and see where I come

18  in.

19            Okay.  I joined.  I joined in March, 2011,

20  under the icon FJKII, which is actually "Jr."

21            I talk about having three sons.  I talk

22  about having three adopted sons that are all car guys

23  and we all work on things together.  They're not

24  really adopted sons.  They're just best friends.

25                  MR. ELLIOTT:  Which page are you on?

1           THE WITNESS:  I'm on page 10 now.

2           MR. ELLIOTT:  Thank you.

3           THE WITNESS:  "As stated in the

4   article...

5           "The 21-year-old died Friday after a BMW he

6   was" -- this is in quotes -- "died Friday after a BMW

7   he was working on collapsed on him in the family

8   garage.  Fred Klorczyk said that a floor jack likely

9   failed while his son was under the car changing the

10  oil."

11          It goes on to say "Jeff Johnson," who is the

12  reporter of this article for the 'New London Day'

13  newspaper" -- is that slow enough?

14          THE REPORTER:  (The reporter nods.)

15          THE WITNESS:  "Jeff Johnson did a great

16  job on the article on our son, brother, and friend,

17  and I thank him for that.  Jeff was a true gentleman

18  who talked to us for hours into the darkest times" --

19  "in our darkest times to get an accurate depiction of

20  our son and family.

21          "However, and, unfortunately, we do not have

22  it on tape, nor is Jeff a 'gearhand' -- a

23  'gearhead'" -- I apologize -- "and doesn't really

24  understand jacks, jack stands, and multiple layers of

25  safety.  I never said, nor is it accurate to say,

Page 427

1    'that a floor jack likely failed..."

2              I go on to say --

3              MR. ELLIOTT:  Why don't you wait for a

4    question, Mr. Klorczyk.

5              THE WITNESS:  Okay.  Dennis, you can

6    ask me a question.

7         Q    (By Mr. Brown)  Is this post done for FJKII

8    something that you wrote, Fred?

9         A    I did write this, and I sent it to

10   whoever -- well, I guess you can -- I guess if you're

11   on the forum, you can patch it.  I mean, you can --

12   you can go ahead and just put it on.  So that's --

13   that's what I did.

14        Q    Now, on "Page 10 of 17" --

15        A    Yes, sir.

16        Q    -- you had started to read from that page?

17        A    Yes, sir.

18        Q    Would you go down to the fourth paragraph?

19        A    Fourth small paragraph?  Yes, sir.

20        Q    Yeah.

21             You wrote "The jack elevates the car, jack

22   stands" -- do you see that word next, "jack stands"

23   with an "s"? --

24        A    I do see that.

25        Q    -- "support at proper points while working

Page 428

1    underneath, and the jack is removed to improve

2    accessibility."

3              That's what you wrote about how you should

4    go about using it?

5         A    I wrote that -- that's a generic comment

6    relative to using one or two jack stands, whatever

7    you're -- if the operation requires more than one jack

8    stand to make it a safe work environment, then you

9    should use more than one jack stand.

10        Q    Okay.  The next paragraph, Fred.

11        A    Yes, sir.

12        Q    Well, let me ask you first.  You note in

13   your generic description of what to do that the jack

14   stands should be at proper points; is that correct?

15        A    Yes, sir.

16        Q    Now, do you know where the proper point for

17   a jack stand would be on a BMW 325?

18        A    It would be on the frame or subframe, a

19   sturdy member of the car.

20        Q    In the right, front quarter where you found

21   that jack stand, is there a frame?

22        A    There's a subframe that comes off from the

23   subframe, but it was up in that hole somewhere.  As I

24   testified earlier, I just jammed it up in.  So I was

25   hoping that the police photographs would give me

```
                                              Page 429
 1    evidence of where I put it, and it did not.  And it
 2    did not fail when I was underneath it.
 3         Q    If we look at that next paragraph, Fred --
 4         A    Yes, sir.
 5         Q    -- you wrote "He had 4-ton Craftsman jack
 6    stands," plural "s," "in use."
 7              Is that what you wrote, Fred?
 8         A    I may have written it, but at this time,
 9    sir -- let me see what date this is.  3/23.
10              At this time, sir, I was on additional
11    medications from my family doctor, whom my wife
12    called, I believe, on Saturday to give her the news
13    because she was our family doctor, and also to say
14    "Fred can't stop crying.  He won't come out of his
15    room.  He won't eat.  He won't sleep."
16         Q    And --
17         A    That's when a lot of this typing -- this was
18    my outlet to the world, laying in bed in a dark room
19    with my MacBook, getting it out.
20              Is some of it correct?  Yes.
21              Is some of it incorrect?  From deprivation
22    of sleep, I lost 50 pounds during that period of time
23    before we got it all figured out.  I -- that was the
24    best I could do.  I mean, some of it is right; some of
25    it is wrong.
```

1    Q    Did you want people to think Christian had

2    been using two jack stands?

3    A    No.  He only used one.  I --

4    Q    Now, if you look down in the next paragraph,

5    Fred, about three-quarters of the way down -- and I

6    can read it for you --

7    A    Go ahead, sir.

8    Q    -- it says, "Jack stands were under before I

9    crawled from under the valance while Lynne called

10   911."

11        Now, that's not correct, is it?

12   A    No, sir.

13   Q    I mean, factually it's not correct.  It's

14   what you wrote.

15   A    No, sir.  I wrote it, but it's not correct.

16   I wrote that probably over a nice glass of Scotch at

17   2 a.m.

18   Q    And I guess in a similar fashion, the start

19   of the next paragraph, you talk about your

20   "professional engineering opinion."

21        But you're not really a professional

22   engineer, are you?

23   A    I'm not a PE, no, no, but I have been -- my

24   business cards have said "Engineer" for years and

25   years and years from back working with Westinghouse,

1                    (Exhibit 23, Pages from The

2                    Garage Journal Board Forum,

3                    was marked for identification.)

4

5              THE WITNESS:  Thank you, Jill.

6         Q    (By Mr. Brown)  This is The Garage Journal

7    Board forum.

8         A    Yeah.

9         Q    And your original response about the

10   New London story, if you look here on "Page 1 of 9,"

11   somebody has posted that; correct?

12        A    Somebody has.

13        Q    Bmwohio.

14        A    Bmwohio in July of 2010 posted that -- well,

15   no, no.  His join date was July, 2010.

16             He posted at 3/29, so shortly after

17   Christian's death, which was -- just so you know this,

18   the reason for these blog posts was not only to

19   occupy -- try to occupy my mind, but also to get the

20   word out to fellow car enthusiasts to be careful in

21   what they're doing because anything can happen and

22   it's dangerous.

23             Whenever you're working on a car, it's a --

24   it's a mechanical device.  It can be elevated; it

25   could not be elevated.  It can be in gear; it could

Page 438

1   not be in gear.

2           "Take the extra step.  Do the right thing.

3   Buy the right jack stand.  Buy the right jack.  Don't

4   skimp, for safety's sake."  That's why I reached out

5   on these forums.

6       Q    If you go to "Page 6 of 9" --

7       A    (The witness complies.)

8       Q    -- there's a post from hfjk143, Junior

9   Member.

10      A    Is that this big one here?

11      Q    It's at the top of the page.

12      A    Yeah, yeah.  That's me.

13      Q    And is there a significance to the "143"?

14      A    Yes.  My wife and I used that back in the

15  old days to say goodbye to each other as I flew around

16  the world, building, repairing, inspecting nuclear

17  power plants.

18          As I flew out of the Greater Pittsburgh

19  airport, I would get a window seat and show her "143,"

20  meaning "I love you."  Her e-mail address is that.  My

21  e-mail address is that.

22          That was a long time ago.  We've been

23  married 34 years, and that was a long time ago.

24      Q    And you wrote this post; correct?

25      A    It looks that way.

1    Q    It says "The jack stand under the right,

2  front suspension was in the down position and upright

3  when we found him."

4    A    No, it wasn't.

5    Q    Did you write that, Fred?

6    A    Well, let me see what the date is again.

7    Q    3/29/2011.

8    A    Yeah, I probably wrote that just weeks after

9  my son died, because I had been -- I was scouring the

10  Internet for better-designed jack stands, which I

11  happened to find there are many.

12         I was brought up to think that Sears was the

13  ultimate place to go for tools, hand tools and tools

14  for the car.  My father thought that.  I thought that.

15  I taught my sons that.  That's where they went.  They

16  didn't go to "Home Cheapo."  They didn't go to "Harbor

17  Fright," and they didn't go to "Lowest."

18    Q    And you wrote this with the intent of

19  helping other people be safe?

20    A    That's the intent.

21    Q    But as you wrote it, you knew what you were

22  writing was wrong.

23    A    I don't know what I was writing.

24    Q    It says "The second new Craftsman 4-ton

25  stand was under the left, front suspension at an

```
                                          Page 440
 1    appropriate support point, as the car was higher than

 2    usual due to his using the creeper."

 3         A    Not true.

 4         Q    It's not true, is it?

 5         A    Not true at all.

 6         Q    Why did you feel the need to tell these

 7    people on a car website wrong information, Fred?

 8         A    I thought I was giving them correct

 9    information, Dennis, and I felt I was doing the world

10    a service by doing so, because I didn't want -- I

11    don't want to see -- I don't want to hear about

12    another child, another man or a woman, being killed by

13    a failed mechanism that is supposed to meet standards

14    to keep them safe.

15         Q    Now, a while ago you told me you would never

16    have told anyone that there were two jack stands, but,

17    in fact, you did tell people that, didn't you, Fred?

18         A    Well, according to this, I did, and this was

19    something I probably wrote and cut and pasted in the

20    middle of the night with a cup of -- with a glass of

21    Scotch.

22         Q    It's posted at 7:38 p.m.

23         A    Well, it doesn't matter what time it's

24    posted.  I wrote it as a Word document and copied and

25    pasted off Word.
```

```
 1              STATE OF CONNECTICUT

 2         I, Jill I. Hudon, a notary public duly

 3   commissioned and qualified in and for the State of

 4   Connecticut, do hereby certify that pursuant to notice

 5   there came before me on the 12th day of July, 2016,

 6   the following named person, to wit:  FREDERICK

 7   KLORCZYK, JR., who was by me duly sworn or affirmed to

 8   testify to the truth and nothing but the truth; that

 9   he was thereupon carefully examined upon his oath and

10   his examination reduced to print under my supervision;

11   that this deposition is a true record of the testimony

12   given by the witness.

13         I further certify that I am neither attorney

14   nor counsel for nor related to nor employed by any of

15   the parties to the action in which this deposition is

16   taken, and further, that I am not a relative or

17   employee of any attorney or counsel employed by the

18   parties hereto, or financially interested in this

19   action.

20         IN WITNESS THEREOF, I have hereunto set my

21   hand this 22nd day of July, 2016.

22

23   _____
     Jill I. Hudon, Notary Public
24   LSR #00082
     My Commission Expires:
25   October 31, 2016
```