# INCIDENT REPORT
# NARRATIVE

| AGENCY | ORI #: | INCIDENT #: | REPORT DATE |
|---|---|---|---|
| Waterford Police Department | CT0015200 | 2011-00495 | 3/11/2011 4:11:18 PM |

Title: Supplemental Report 2011-00495 03/11/11

On Friday, March 11, 2011, at approximately 1611 hours Officer Surdo and I were dispatched to 55 Westwood Drive in Waterford, Connecticut for a mechanical accident. Prior to our arrival Waterford Police Dispatch informed us a twenty-one year old male was trapped under a vehicle.

Upon our arrival we made contact with Frederick J. Klorczyk, W/M, DOB 10/23/1954, and Lynne S. Klorczyk, W/F, DOB 01/21/1954, in the driveway and entrance to the garage. Inside the left bay of the garage I observed a red colored BMW, bearing Connecticut marker plate 976TWM, with the passenger side front tire removed. Under the same area of the BMW I observed an unresponsive white male, later identified as Christian R. Klorczyk, W/M, DOB 06/06/1989, who was being treated by a Waterford emergency service member. At this time the passenger side of the BMW was jacked up with a jack stand under the passenger side front door and pump jack near the passenger side front tire.

As Christian was being treated Officer Surdo spoke with Mr. Klorczyk and I spoke with Mrs. Klorczyk. As Christian was being treated he was placed into an ambulance and transported to Lawrence & Memorial Hospital in New London, Connecticut. I escorted Mr. and Mrs. Klorczyk as we followed the ambulance to the hospital. At the hospital I escorted the Klorczyks to the private waiting area where they were joined by family, friends, and hospital staff members.

While in the waiting area Mrs. Klorczyk stated at approximately 1500 hours she picked Mr. Klorczyk up at the train station in New London, Connecticut and drove home. Mrs. Klorczyk said at home at approximately 1526 hours she texted Christian asking, "Where are you?" Mrs. Klorczyk stated earlier at approximately 1342 hours she texted Christian and sent the message, "On the way to pick up Parker?" Mrs., Klorczyk stated the message was in reference to Christian picking up his brother Parker for his appointment later in the day. Mrs. Klorczyk stated after Christian was not responding to her texts she and her husband were wondering if he had a possible mechanical issue with his vehicle or if he was involved in an accident. Mrs. Klorczyk said at this time she called Christian's friend Jordan Ransom who did not know Christian's location. Mrs. Klorczyk stated she and Mr. Klorczyk decided to check the garage and see if their red BMW was inside as Christian often drives it. Mrs. Klorczyk stated as she entered the garage she observed the red BMW was on top of Christian and a pump jack had, which was initially holding the vehicle had moved. Mrs. Klorczyk said she could not wake Christian but located a pulse on his neck. Mrs. Klorczyk said Christian remained unresponsive and she called 911. Mrs. Klorczyk stated as she was on 911 Mr. Klorczyk jacked the BMW up and placed a jack stand underneath. Mrs. Klorczyk said as the BMW was lifted off Christian's body she observed visible injuries to his face/ head. Mrs. Klorczyk also stated that she believed the clothes dryer was on during the incident. Mrs. Klorczyk further stated the dryer runs for approximately 45 minutes and no other person was home other than Christian who could have turned it on.

Mrs. Klorczyk provided both verbal and written statements regarding this incident. Mr. and Mrs. Klorczyk were provided with information and advised to contact the Waterford Police Department if they needed any assistance with their loss.

While on scene I requested Waterford Police Dispatch contact an employee at St. Thomas Moore regarding Mr. and Mrs. Klorczyk's son Parker. Waterford Police Dispatch later informed me a member of the Connecticut State Police gave the message to school staff who later called Mrs. Klorczyk at the hospital. While on scene family, friends, and hospital staff assisted the Klorczyk's in contacting additional friends and family members.

On scene I spoke with Tina Martin, RN who stated Dr. Diane Marini pronounced Christian Klorczyk deceased at 1658 hours. Ms. Martin was provided with a Waterford Police Department receipt, 23793, as Christian's clothing was seized for evidence processing.

Officer Tadeusz J. Krysztofiak # 54
Waterford Police Department

**COPY**

KLORCZYK000048