```
 1                 UNITED STATES DISTRICT
                   DISTRICT OF CONNECTICUT
 2

     FREDERICK KLORCZYK, JR.,       :
 3   as co-administrator of the     :
     Estate of Christian R.         :
 4   Klorczyk, et al                :
                                    :   CIVIL ACTION
 5              PLAINTIFF,          :
                                    :
 6   VS.                            :   3:13-cv-00257-JAM
                                    :
 7   SEARS, ROEBUCK & CO., et       :
     al                             :
 8                                  :
                DEFENDANTS          :
 9   _____
10
11          DEPOSITION OF: PARKER KLORCZYK
12
          23rd day of August, 2016 At 10:05 a.m.
13
14
                        HELD AT:
15
                     Day Pitney, LLP
16                   One Audubon Street
               New Haven, Connecticut 06511
17
18
19
20
         Reporter:  Victoria L. Germani, CSR, RPR
21                  License No. SHR.0000262
22
23
24
25     Job No. CS2368404
```

Page 25

1   A. Yes.
2   Q. What type of proficiency would you say Christian
3   had working on cars?
4   A. Describe "proficiency," because I don't know what
5   that means.
6   Q. Would you say that his skill set was roughly the
7   same that yours is now, or would you say that he knew
8   more or that he knew less?
9   A. Oh, he knew way more than me.
10  Q. What about your father?
11  A. He knew way more than me. He still does.
12  Q. What did your dad teach you about working on
13  cars?
14  A. How to do an oil change, how to jack up the car,
15  how to change the wheels around.
16      Again, just kind of normal maintenance of the
17  vehicle to keep it going without taking it to a dealer
18  to get it all serviced.
19  Q. You say he taught you about how to jack the car
20  up?
21  A. Yes.
22  Q. How did he teach you to do that?
23  A. You find the jack point on the car. You jack it
24  up. You put the jack stand under it in a solid, safe
25  spot.

Page 26

1        Then you leave the jack -- and you still leave
2   the jack under the car.  Then you take the wheel off.
3   You put the wheel under the car as a third form of
4   safety.
5        Q.   Okay.  Do you do anything else?
6        A.   Not that I can recall.
7        Q.   So at that point you would feel like you're ready
8   to get under the car and do whatever you need to do?
9        A.   Yes.
10       Q.   And you have -- as you're getting under the car,
11  you have a jack stand in place?
12       A.   Yes.
13       Q.   And you have the jack still in place?
14       A.   Yes.
15       Q.   And you have, you said, a tire underneath the
16  wheel assembly?
17       A.   Yes.
18       Q.   Okay.
19       A.   Well, it's also with the car being in gear with
20  the E-brake up.  But, yeah.
21       Q.   Did you do anything else?
22       A.   No.
23       Q.   And that's how your dad taught you to raise a
24  car?
25       A.   Yes.

Page 28

1    Q.  You would leave it in park?
2    A.  Yes.
3    Q.  But you would still have the E-brake up?
4    A.  Yes.
5    Q.  Did you see Christian use that same method of
6    lifting and supporting a vehicle?
7        MR. ORTICELLI:  Objection to form.
8    BY MR. ZAKRZEWSKI:
9    Q.  Did you see -- I'm actually going to -- so I
10   could ask you to just answer the question I asked.
11   A.  Yeah.
12   Q.  But in this instance I'm going to reformulate the
13   question.
14   A.  Okay.
15   Q.  So did you see Christian follow that same
16   procedure for lifting a vehicle?
17       MR. ORTICELLI:  Object to form.
18       THE WITNESS:  I was going to say yes, but...
19   BY MR. ZAKRZEWSKI:
20   Q.  No, you still answer.
21       MR. ORTICELLI:  You can answer.
22       THE WITNESS:  Oh, yeah, exactly.
23   BY MR. ZAKRZEWSKI:
24   Q.  Okay.  So tell me again, walk me through what you
25   saw Christian do to lift a vehicle.

Page 29

1      MR. ORTICELLI:  Object to form.
2      THE WITNESS:  Jack up the car.  Leave the
3   jack in place.  Put a jack stand underneath it.
4   Use the wheel, put it under the wheel assembly.
5   Leave the car in park or gear with the E-brake
6   up.
7   BY MR. ZAKRZEWSKI:
8      Q.  And leave the jack stand in place as well?
9      A.  Yes.
10     Q.  How many times would you say you saw Christian do
11  that?
12     A.  Probably about 10 to 15 times at most -- not at
13  most, but...
14     Q.  Now, you said -- I think you said your father
15  also taught you how to change the oil in a car?
16     A.  Yes.
17     Q.  Did you know how to change the oil on the maroon
18  BMW 325?
19     A.  Yes.
20     Q.  Do you know which car I'm talking about?
21     A.  I know what car you're talking about.
22     Q.  Your family still owns it?
23     A.  Yes.
24     Q.  How did you change the oil on that vehicle?
25     A.  Well that, you would jack it up.  Put two jack

Page 43

1  A. No.
2  Q. Had it been there since you can remember?
3  A. No. Because I believe we -- that might have been
4  our third we ended up buying? I think so.
5  Q. Do you have any idea when you bought it?
6  A. No.
7  Q. Had you ever used it yourself?
8  A. A couple times.
9  Q. Before the accident?
10 A. Yes.
11 Q. Ever use it after the accident?
12 A. No.
13 Q. No. Why not?
14 A. Because it was involved in my brother's death.
15 Q. You just didn't want --
16 A. I'm not touching that.
17 Q. I understand.
18    Are you familiar with the saddle cup or the ridge
19 cup that frequently is situated on the lifting plate of
20 pump jacks?
21 A. Yes.
22 Q. Did the black Craftsman pump jack that you were
23 just talking about have one of those saddle cups?
24 A. Yes, I believe so.
25 Q. Do you remember that?

Page 44

```
 1        A.   What?  Remember that it had one?
 2        Q.   Yes.
 3        A.   Yeah, for the most part; because I'm pretty sure
 4   most jacks come with one of those.
 5        Q.   Do you ever remember it being removed from the
 6   pump jack?
 7        A.   No.
 8        Q.   You don't ever remember it being taken off of the
 9   pump jack's lifting plate and being stored somewhere
10   else?
11        A.   No.
12        Q.   And if it was, you don't know where it would have
13   been stored?
14        A.   No idea.
15        Q.   Do you think it would be safe to use that pump
16   jack without the saddle cup?
17             MR. ORTICELLI:  Object to form.
18             THE WITNESS:  No.
19   BY MR. ZAKRZEWSKI:
20        Q.   Why not?
21        A.   Because that helps keep the vehicle secure while
22   on the jack.
23        Q.   How?
24        A.   So it doesn't fall off the jack.
25        Q.   So without that saddle cup in place, you think
```

Page 45

1  there's a risk that the vehicle might fall off the jack?
2          MR. ORTICELLI:  Object to form.
3          THE WITNESS:  Possibly, yes.
4  BY MR. ZAKRZEWSKI:
5     Q.  Why?
6          MR. ORTICELLI:  Object to form.
7          THE WITNESS:  In case it moves, it would --
8     like, in case it shifts somehow, like someone
9     leans on it or something; it could easily fall
10    off -- not easily, but it would have a more
11    easier time falling off a flat surface than it
12    would the cupped surface.
13         MR. ZAKRZEWSKI:  Off the record.
14         (Off the record.)
15         (Recess taken from 10:49 a.m. to 10:59 a.m.)
16                        ---
17 BY MR. ZAKRZEWSKI:
18    Q.  When we left off, we were just talking about the
19    saddle cup that goes on the lifting plate of the pump
20    jack.
21    A.  Yes.
22    Q.  Did your father ever tell you anything about
23    that?
24    A.  No.
25         MR. ORTICELLI:  Object to form.

Page 47

1  Q. What type of jack stands did you use?
2  A. The ones we had at the time, which would be the
3  Craftsman ratcheting ones.
4  Q. Okay. What would you do with those jack stands
5  to get them at the proper height?
6      MR. ORTICELLI: Object to form.
7      THE WITNESS: You sit there, you jack up one
8   side of the car, you put one underneath it. You
9   take the jack out. Go over to the other side of
10  the car, jack up the other side. You put the
11  other one underneath it. Then leave the jack
12  there.
13      You take off a wheel -- whatever side the
14  jack was on -- you put it under that. So that
15  was the third measurement of safety -- yeah,
16  that would be the third measurement of safety.
17      Then you'd always, again, leave it in gear,
18  handbrake up.
19 BY MR. ZAKRZEWSKI:
20  Q. Right. So the second jack stand that you put in
21 place --
22  A. Yes.
23  Q. -- you would lift that side of the vehicle with
24 the pump jack --
25  A. Yes.

Page 123

1             CERTIFICATE OF REPORTER

2        I, Victoria L. Germani, RPR, LSR, and Notary

3   Public duly commissioned and qualified within and for

4   the State of Connecticut; do hereby certify that

5   pursuant to Notice there appeared before me on

6   August 23, 2016, at 10:05 a.m., the following named

7   person, to wit: PARKER KLORCZYK, who was by me duly

8   sworn to testify to the truth and nothing but the truth;

9   that he/she was thereupon carefully examined upon

10  his/her oath; and his/her examination reduced to writing

11  under my supervision; and that the deposition is a true

12  record of the testimony given taken to the best of my

13  ability.

14       I further certify that I am neither attorney nor

15  counsel for, nor related to nor employed by any of the

16  parties to the action in which this deposition is taken;

17  and further that I am not a relative or employee of any

18  attorney or counsel employed by the parties hereto, or

19  financially interested in the action.

20       IN WITNESS THEREOF, I have hereunto set my hand

21  this        day of September, 2016.

22          *[signature: Victoria L. Germani]*

23

24          Victoria L. Germani, Notary Public
                        LSR NO. 051
25          My Commission expires April 30, 2020