Geoffrey Hausmann
December 2, 2014

VOLUME I
PAGES: 1-90
EXHIBITS: 1-11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 3:13-CV-00257-JAM

*****************************
FREDERICK KLORCZYK, JR., as     *
co-administrator of the         *
Estate of Christian R.          *
Klorczyk, ET AL.,               *
    Plaintiffs,                 *
                                *
vs.                             *
                                *
SEARS, ROEBUCK & CO., ET AL.,   *
    Defendants                  *
*****************************

DEPOSITION OF GEOFFREY HAUSMANN
Sleep Inn & Suites
5 King Arthur Drive
Niantic, Connecticut
THURSDAY, DECEMBER 2, 2014, 10:29 A.M.

------- Linda Horne, CSR, RPR, LSR #482 -------
STRATOS LEGAL SERVICES, LP
4295 San Felipe
Houston, TX  77027

Geoffrey Hausmann
December 2, 2014

Page 20

1  man.  I don't remember exactly what it said.
2      Q.   So when you got the page, about two or
3  three minutes later you arrive at 55 Westwood
4  Drive, correct?
5      A.   That's correct.
6      Q.   Was anyone else there when you
7  arrived?
8      A.   I was first on scene.  The parents
9  were there, who I found out to be the parents
10 later, I should say.
11     Q.   So when you first arrived, there was
12 no one except you and Mr. and Mrs. Klorczyk,
13 correct?
14     A.   That's correct.
15     Q.   And for how long would you say you
16 were there before the next person arrived?
17     A.   I don't know.  It wasn't long, but I
18 don't know.  My concentration was on the
19 patient, so I don't know how long the fire
20 trucks took to get there.  They were a little
21 bit farther from the scene than I was, but I
22 know it wasn't long.
23     Q.   Could it have been a couple of
24 minutes?
25     A.   At most, two minutes, but I don't even

1  person has passed away.
2          So he explained how -- the way I was
3  doing it, with me getting down on the ground
4  and trying to get -- all the emotions, that it
5  wasn't surprising that I was feeling my own
6  pulse.
7     Q.   Who was the chief at the time?
8     A.   Neil Wiseman.
9     Q.   Can you spell that?
10    A.   N-E-I-L, W-I-S-E-M-A-N.  I think
11 that's it.
12    **Q.   So as you sit here today, are you 100**
13 **percent sure that you felt your own pulse and**
14 **not the patient's pulse?**
15    A.   Today I am, yes.
16    **Q.   You're sure?**
17    A.   Yes.
18    **Q.   So when you're entering the garage, do**
19 **you remember where Mr. and Mrs. Klorczyk were**
20 **situated?**
21    A.   I remember the missus was running out
22 of the garage, and I could hear the sirens.  So
23 I think she was trying to wave down all the
24 fire trucks.
25          He was at the front -- I was coming

1  down on the right side of the car.  He was at
2  the front left.  He was, I believe, trying to
3  put together a jack or something.  I think
4  that's what he was doing, but my concentration
5  was the person under the car, not him.
6      **Q.   So when you arrived, was the vehicle**
7  **still resting on top of the patient?**
8      A.   Yes.
9      **Q.   So the vehicle had not been jacked**
10 **back up?**
11     A.   No, it wasn't until the fire
12 department got there that it got jacked up
13 again.
14     **Q.   Sorry.  What was that last thing you**
15 **said?**
16     A.   It wasn't until the fire department
17 got there, the fire truck, until they jacked up
18 the car.
19     **Q.   You said you walked in along the right**
20 **side of the vehicle, correct?**
21     A.   Yes.
22     **Q.   Where was the patient; was he towards**
23 **the front of the vehicle?**
24     A.   It was a small car.  Basically the car
25 covered most of him.  His head was towards the

Geoffrey Hausmann
December 2, 2014

Page 26

1   under the vehicle?
2       A.   No.
3       Q.   So you said when you walked in the
4   garage, Mr. Klorczyk is -- was close to
5   Christian on the driver's side of the vehicle?
6       A.   It wasn't that big of a car, so close
7   means -- is it a foot away, two feet away?  I
8   don't know.
9       Q.   Was he standing on the driver's side
10  of the vehicle, correct?
11      A.   He was on the driver's side of the
12  vehicle, yes.  I remember he was at the -- up
13  near the headlights.  But other than that...
14      Q.   He was up near the headlights?
15      A.   He was up near the headlights, yeah,
16  up towards that corner, yes, when I first got
17  there.
18      Q.   Do you know what he was doing?
19      A.   I believe he was trying to get the
20  jack to re-jack the car.  I think that's what
21  he was doing.
22      Q.   So did you see him doing that?
23      A.   He had a crowbar in one hand, and I
24  think he was trying to put the jack together.
25  I don't think he had an opportunity to do that.

1   Q.   So you saw him doing what looked like
2   trying to put the jack together?
3   A.   Yes.
4   Q.   Correct?
5   A.   Yes.
6   Q.   You didn't see him actually use the
7   jack to raise the vehicle?
8   A.   No, I don't remember seeing him do
9   that.  I don't know if he had time to do that
10  because the fire department was there very
11  close to my arrival.
12       But my primary -- I was checking the
13  person's pulse.  And I said I did have a pulse.
14  There were extra people there from the fire
15  department.  I'm not sure if they were the
16  ambulance, but there were people there at the
17  time.
18  Q.   So by the time you thought you felt
19  that pulse, extra first responders had already
20  arrived at the scene?
21  A.   Yes.  At that time I stepped back and
22  let the firefighters get him out of that
23  position, because realistically, I shouldn't
24  have been where I was.
25  Q.   So you think you feel a pulse,

Page 33

1  I don't know how the car got up.  I know it got
2  up very quickly.
3      Q.   It's possible that after you got out
4  from under the vehicle that Mr. Klorczyk
5  actually was successful in jacking the car up?
6      A.   I don't know how the car got up.  So I
7  don't know who got it up.  While I was there,
8  the car wasn't moving yet.  I know he was
9  working on it, but I don't know if that's how
10 it got up.
11          I mean, again, I remember the first
12 thing was the big wood blocks came in on both
13 sides of the car from the fire trucks.  That
14 was to support that.  Other than that, I don't
15 know what else happened.
16     Q.   Did you see any jack stands anywhere
17 in the garage?
18     A.   There was -- there was one -- a stand,
19 is that something's that not pumped up, it's
20 something you sit the car on?
21     Q.   Correct.
22     A.   There was something that was knocked
23 over on the side that the car was on.  I think
24 it was just -- it was leaning on the ground.
25     Q.   Where did you say you think you saw

1  that?
2      A.   That would have been the front of the
3  passenger's side, if I'm correct.  I'm doing
4  this from memory.  I believe there was one on
5  the ground.  I'm not positive.
6      Q.   You think it was on the ground on the
7  side of the vehicle that you were on?
8      A.   Yes.  That's the passenger side.
9      Q.   You're not sure?
10     A.   I'm not 100 percent positive.
11     Q.   Could it have been something else that
12 you saw leaning over?
13          MR. DONAT:  Objection to form.
14     A.   Again, I'm not -- I -- all I know is
15 the next day I talked to a mechanic friend of
16 mine, and he told me that he was wrong for not
17 having any secondary support to the car.
18          He said that he always teaches
19 everybody to have a tire or wood or something
20 like that under the car when you jack it up so
21 something like this wouldn't happen.
22          MR. DONAT:  Objection.  Move to strike
23 at the proper time.
24     Q.   You said you saw what may have been a
25 jack stand on the passenger side of the

Page 88

1               STATE OF CONNECTICUT

2    WATERBURY, ss.

3

4        I, LINDA HORNE, a Registered Professional
     Reporter and Notary Public in and for the State
5    of Connecticut, do hereby certify that the
     foregoing deposition was taken before me on
6    December 2, 2014;
          That the witness named in the deposition,
7    prior to being examined, was by me first duly
     sworn;
8         That said deposition was taken before me
     at the time and place therein set forth, and
9    was taken down by me in shorthand and
     thereafter transcribed into typewriting under
10   my direction and supervision;
          That said deposition is a true record of
11   the testimony given by the witness and of all
     objections made at the time of the examination.
12        I further certify that I am neither
     counsel for nor related to any party to said
13   action, nor in any way interested in the
     outcome thereof.
14
          IN WITNESS WHEREOF, I have subscribed my
15   name and affixed my seal this 12th day of
     December, 2014.
16

17
     _____
18   LINDA HORNE, RPR, Notary Public
     My Commission expires:  July 31, 2018
19

20   PLEASE NOTE:

21   THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
     DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME
22   BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
     AND/OR DIRECTION OF THE CERTIFYING REPORTER.
23

24

25