



KLORCZYK000088



KLORCZYK000082



KLORCZYK000099



KLORCZYK000091



KLORCZYK000095

