```
 1                 UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4    FREDERICK KLORCZYK, JR., as co-administrator of the

 5    Estate of Christina R. Klorczyk, et al.

 6

 7                                                  PLAINTIFFS

 8

 9    V.

10               CIVIL ACTION NO. 3:13-CV-00257-JAM

11

12    SEARS ROEBUCK & CO., et al.

13

14                                                  DEFENDANTS

15    _____

16

17        VIDEO DEPOSITION FOR THE DEFENDANTS,

18             SHINN FU CORPORATION, et al.:

19

20      The Video Deposition of Frederick G. Heath, taken

21    in the above-styled matter at Court Reporting Services,

22    Inc., 6013 Brownsboro Park Boulevard, Suite A,

23    Louisville, Kentucky, on the 14th day of December, 2017,

24    beginning at 10:03 p.m.

25
```

```
 1   medical services people, fire department, police
 2   department and a fellow named Houseman, who, I
 3   believe, is an EMS person who happens to live
 4   close by.  I believe he was one of the first
 5   non-family responders on site.
 6      Q.   And when you're using the word,
 7   "responder" in this context, I want to be clear
 8   because I'm used to first responder meaning
 9   policemen, firemen, EMT.  You just mean a person
10   who was there?
11      A.   Yes, sir.
12      Q.   Now, I have your transcript from your last
13   deposition so we can refer to it if we need to.  You
14   previously testified there was no physical evidence
15   of a jack stand use.  Does that sound familiar?
16      A.   Well, that was in the evidence of a jack
17   stand being there.  I think you asked me if -- was
18   there -- do I know if a jack stand -- I don't know
19   how you asked me.  My -- my deposition -- earlier
20   deposition question and response will speak for
21   itself.
22      Q.   Okay.  Since -- and understand the
23   distinction I'm making between physical evidence
24   and testimony -- testimonial evidence.  Since that
25   deposition, has any physical evidence come to your
```

```
 1   attention that a jack stand was actually in use that
 2   day?
 3      A.   No.
 4      Q.   At this point, your opinions in that regard
 5   are based primarily on the testimony of Mr. and
 6   Mrs. Klorczyk?
 7      A.   And Mr. Houseman.
 8      Q.   In your mind was the -- I'm sorry, this
 9   chair just -- that's a little better.
10      A.   You don't want to fall over backwards.
11      Q.   No.  In your mind and reconstruction of the
12   events, was the pump jack helping hold the vehicle
13   at the time of the accident?
14      A.   No.
15      Q.   So in your -- well, let me ask you this.
16   Based on your auto service tool industry experience
17   and personal experience and education, is it safe to
18   use one jack stand by itself?
19           MR. EDINBURGH:  Objection.
20      A.   I think we covered that pretty thoroughly in
21   my first deposition.
22   BY MR. BROWN:
23      Q.   I think I can ask the question.  You've
24   made your objection.  I'm trying to set up a train of
25   thought, so. . .
```

CERTIFICATE OF REPORTER

STATE OF KENTUCKY AT LARGE:

  I, BARBIE A. HENNESSEY, Notary Public for the State of Kentucky at Large, do hereby certify that the foregoing was reported by stenographic and mechanical means, which matter was held on the date, and at the time and place set out in the caption hereof and that the foregoing constitutes a true and accurate transcript of same.

  I further certify that I am not related to any of the parties, nor am I an employee of or related to any of the attorneys representing the parties, and I have no financial interest in the outcome of this matter.

  GIVEN under my hand and Notarial seal this _____ day of _____, 2017.

.

My Commission Expires:        Notary Public

.

JANUARY 13, 2021   _____.

.

Notary ID: 571496

.

.

.