

3316 Springcrest Drive
Louisville, KY 40241-2737
(502)425-2385
(502)339-0729 fax
fgheath@bellsouth.net

December 8, 2014

Mr. David J. Elliott, Esq.
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103

and

Mr. Howard S. Edinburgh, Esq.
Herzfeld & Rubin, PC
125 Broad Street
New York, NY 10004

    Re: Civil Action Number 3:13-cv-0257-RNC, in the United States District Court for the District of Connecticut; Frederick Klorczyk, Jr., as co-administrator of the Estate of Christian R. Klorczyk and Lynne Klorczyk, as co-administrator of the Estate of Christian R. Klorczyk, Plaintiffs: vs. Sears, Roebuck & Co., Shinn Fu Corporation, Shinn Fu Company of America, Inc., MVP (HK) Industries, Ltd., and Wei Fu (Taishan) Machinery and Elec. Co., Ltd., Defendants.

Gentlemen:

In response to your request I have reviewed certain documents, and conducted research relating to the circumstances surrounding the incident that is the subject of the referenced action. I offer herewith, within a reasonable degree of scientific and engineering probability, my preliminary evaluation and opinion regarding the captioned matter. My hourly rate for this work is $275.00 per hour for preparation, study, travel, field work and testimony at deposition and trial. Payment for my work is not contingent upon the outcome of this action.

In the interest of simplification, acronyms will be used throughout the balance of this report to identify the parties as follows:
- (FK) Frederick Klorczyk (father);
- (LK) Lynne Klorczyk (mother);
- (FK3) Frederick Klorczyk (eldest son);

**Confidential**

For these reasons, tip over of the support stand must be eliminated as a cause.

Prospective Causation—False Engagement

The remaining causal condition for the support stand collapse is that there was a false engagement of the pawl and a tooth in the rack or, point contact between the pawl tip and a tooth tip. This phenomenon can also be thought of as point to point or tip to tip contact. This served to support the load successfully until disturbed by some force external to the support stand that was significant enough to release the engagement. This causal possibility was pursued to prove the concept through testing as described below.

The pawl and the column are both cast metal parts and exhibit a surface finish consistent with sand casting. Although microscopy was not employed it is visually obvious that the surface finish of both parts is rough and comprises small high spots and low spots which will increase sliding friction between the surfaces. The tips of the tooth forms therefore are prone to sticking when exposed to sliding one upon the other. The pawl tip has a width of 1.06 inches and the column tooth tips have a width of 0.98 inches therefore the maximum engagement of pawl tip to tooth tip would be 0.98 inches. This presumes that the tip to tip contact constitutes full width line contact. If the pawl tip and the tooth tip are not parallel but instead skewed, full width line contact will not exist.

False engagement of the pawl and a column tooth was first demonstrated with an exemplar support stand through manipulation of the column within the rectangular guide. It was discovered that the column can be manipulated in such a way that the pawl catches a tooth edge and gives the impression that the pawl is fully engaged with the tooth and thereby fully supporting the column whereas the support is a false support because the pawl is only engaged with the edge of the tooth.

After this false engagement phenomenon was manually demonstrated an exemplar support stand was set up in the laboratory in a fixture that would allow the column to be extended upward by hand until it contacted an adjustable stop. The stop was adjusted in such a way that when the column was manually raised in much the same way that it would be raised in actual practice, a column tooth was caused to barely engage the pawl thereby creating this condition of false engagement. After this false engagement was achieved a load was applied to the saddle of the support stand in various amounts up to approximately 1,900 pounds force. The column did not collapse due to load at the various loading levels but, when the support stand was externally disturbed, the engagement of the pawl with the tooth was lost and the column collapsed and released the load.

After this false engagement phenomenon was demonstrated successfully in the laboratory an exemplar support stand was set up with an exemplar BMW and the incident was reconstructed based upon the existing evidence. In this case

12

**Confidential**

arrangement had to be made to catch the load when the support stand collapse occurred to prevent damage to the vehicle, the support stand or the concrete surface upon which the vehicle was parked. Once again, when the support stand was externally disturbed, the engagement of the pawl with the tooth was lost and the column collapsed and released the load.

For these reasons, false engagement of the support stand is more likely than not the cause of the incident at issue.

<u>OBSERVATIONS AND CONCLUSIONS</u>

The possibility of encountering false engagement with pawl and ratchet support stands is not only foreseeable but apparently not uncommon. Many suppliers of these support stands suggest in their printed materials that the user somehow assure that the pawl is fully engaged with a tooth in the column before applying a load. Few if any of these suppliers explain the phenomenon, describe exactly how to make such a determination or describe the potential consequences. The suggestions offered are to shake the support stand which infers that the stand is not loaded. Alternatively the suggestion is to push on the raised load which would likely deliver an impact load to the latching components and damage the support stand the vehicle and the floor, if a marginal false engagement were to release the load. A problem with these devices is that custom and practice as well as many instructions dictate that the column be raised to meet the load which is what transpired in this case. If the column is raised to meet the load and false engagement occurs, it appears to the user that the stand is secure and positive engagement has been achieved.

There is no evidence that any suppliers including the SFT group have made any studies or conducted any tests to evaluate the numerous parameters that affect or could possibly reduce the incidence of this false engagement phenomenon. Further, it seems that no one including the SFT group has thought that if the engagement point was clearly visible then perhaps the user would be able to easily see when true engagement was achieved or when false engagement was encountered.

There is a moral doctrine of product stewardship that should obligate product designers and manufacturers to exercise their best efforts to continue to improve the safety of the products they distribute into the stream of commerce. Furthermore, it is simply good business practice to do so. Most of the support stand designs reviewed exhibit little difference and appear to be copied one from the other.

Turning to the warnings and labeling issue, there is no labeling on the support stand relating to the potential for false engagement of the pawl with the column. Likewise the manual contains no reference to the issue at hand within the list of "Warnings" offered.

13

**Confidential**