# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, et al., | : : : | CIVIL ACTION NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK AND CO., et al., | : : | |
| *Defendants*. | : | July 27, 2018 |

## MOTION TO PRECLUDE TESTIMONY OF FREDERICK HEATH

Pursuant to Rule 702 of the Federal Rules of Evidence, the Defendants Sears, Roebuck and Co., Shinn Fu Corporation, Shinn Fu Company of America, Inc., MVP (HK) Industries, Ltd., and Wei Fu (Taishan) Machinery & Electric Co., Ltd., hereby move to prelude the expert testimony of Frederick Heath, the Plaintiff's proposed expert witness. Mr. Heath's opinion that the subject jack stand was defective is based on inadequate facts, bordering on none at all, and unreliable or non-existent methodology. Furthermore, Mr. Heath is not qualified to testify as an accident reconstructionist, and his opinion is unreliable under even the broadest interpretations of Rule 702, as set forth in *Daubert v. Merrell Dow Pharm., Inc*., 509 U.S. 579 (1993) and its progeny. As fully set forth in the accompanying brief and exhibits, the Defendants accordingly move for an order precluding Mr. Heath from testifying as an expert in this case.

DEFENDANTS,

SEARS, ROEBUCK & CO.,
SHINN FU CORPORATION,
SHINN FU COMPANY OF AMERICA, INC.,
MVP (HK) INDUSTRIES, LTD., and
WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD.


By: */s/ Steven J. Zakrzewski*
Dennis O. Brown, Esq. (ct04598)
Steven J. Zakrzewski, Esq. (ct28934)
Gordon & Rees, LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
(860) 278-7448
(860) 560-0185 (fax)
dbrown@gordonrees.com
szakrzewski@gordonrees.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via U.S. mail and via electronic transmission, pursuant to Rule 5(b), Fed. R. Civ. P., on this 27th day of July, 2018.


*/s/ Steven J. Zakrzewski*
Steven J. Zakrzewski