

1174 Oak Valley Drive
Ann Arbor, MI 48108

## JAMES K. SPRAGUE, Ph.D., P.E.
## PRINCIPAL AND MANAGER OF MICHIGAN OPERATIONS
jksprague@engsys.com

Dr. James Sprague is the Principal and Director of Michigan Operations.  Dr. Sprague specializes in dynamics and kinematics of rigid body systems, including modeling, numerical simulation, and analysis; vehicle dynamics and tire mechanics; statistical data analysis; accident reconstruction; testing and analysis of vehicles, automotive systems and components; ergonomics of vehicle interiors and entryways; dynamics of gears and power trains; safety requirements for machine tools.  Also, instrumentation, design of experiments, and analysis of data; biomechanics of human movement, locomotion, mobility, and balance; and gerontological biomechanics and sports biomechanics.

### Areas of Specialization

| | |
|---|---|
| Automotive Accident Reconstruction | Limit Behavior of Road Vehicles |
| Conspicuity, Night-time Visibility | Failure Analysis of Mechanical Components |
| Failure Analysis of Tires | Industrial Accident Investigation |

### Education

Ph.D.  University of Michigan, Ann Arbor, MI - Mechanical Engineering (1994)
M.S.  University of Akron, Akron, OH - Mechanical Engineering   (1989)
B.S.  University of Illinois at Urbana-Champaign - Mechanical Engineering   (1984)

### Registered Professional Engineer (P.E.)

MI (041636)
OH (68998)
IL (062-057700)
SC (23489)
NCEES Registration No. 24717

December 2015

**Continuing Education and Training**

Traffic Crash Reconstruction I (Northwestern University Center for Public Safety, Ann Arbor, MI, January 2015)

Vehicular Crash Reconstruction Methods Seminar, Certificate of Achievement (SAE International, Troy, MI, December 2014)

Crash Data Retrieval (CDR) Technician Level 1 (Collision Safety Institute, Ft. Myers, FL 2014)

Leading High-Performing Teams (University of Michigan, 2013)

Metallurgy for the Non-Metallurgist (ASM International, 2006)

Industrial Fork Truck Operator Safety Training (2006)

Mine Safety and Health Administration Hazard Certification for Coal and Underground (2006)

HVE Simulator (Engineering Dynamics Corporation, 2005)

OSHA 10-Hour General Industry Safety Standards (2004)

Crash Data Retrieval (Michigan State University Highway Traffic Safety Program, 2003)

Mechanics of Heavy-Duty Trucks and Truck Combinations (University of Michigan, 1998)

Photogrammetry in Accident Reconstruction (SAE, 1998)

Traffic Accident Reconstruction I (The Traffic Institute, Northwestern University, 1996)

Bertil Roos Racing School Competitive Driving Class (Akron, OH, 1988)

ADAMS (Automatic Dynamic Analysis of Mechanical Systems) Training, MDI (Ann Arbor, MI 1986)

Tire Mechanics (University of Akron, 1985)

Vehicle Dynamics (Milliken Research Associates, Buffalo, NY, 1985)

**Professional Affiliations/Honors**

American Society of Mechanical Engineers (ASME)
    Member

Society of Automotive Engineers (SAE)
    Member



**Professional Activities**

    Reviewer, Journal of Failure Analysis and Prevention (2013 – Present)

    Examination Reviewer: NCEES Mechanical Engineering P.E. Exam Committee (2008)

    Session Chair for 10th ASME International Power Transmission & Gearing Conference (ASME Design Engineering Conference), PTG-1-3 Design and Analysis III (2007)

    ASME Technical Paper Reviewer (2007)

    SAE Manuscript Reviewer (2006-2007)

    Co-chair, ANSI B11.9 Subcommittee, "Safety Standards for Machine Tools" (2006-present)

    Doctoral Committee Member, "An Energy-based Reduction Methodology for Automated Modeling," Loucas Louca, University of Michigan (1998)

    Reviewer, Journal of Applied Biomechanics (1994-2000)

**Positions Held**

    <u>Engineering Systems Inc.</u>, Ann Arbor, MI
        Principal and Manager of Michigan Operations, 2010 to Present

    <u>Packer Engineering, Inc.</u>, Ann Arbor, MI
        Sr. Vice President, 2008 - 2010
        Vice President, 2003 - 2008

    <u>Exponent, Failure Analysis Associates,</u> Farmington Hills, MI
        Managing Engineer, 1995 - 2002

    <u>University of Michigan Transportation Research Institute</u>, Ann Arbor, MI
        Post Doctoral Researcher, 1994 - 1995

    <u>University of Michigan College of Engineering</u>, Ann Arbor, MI
        Research Assistant (Biomechanics), 1991 - 1994
        Teaching Assistant, Lecturer – ME240 (Dynamics), 1989 - 1991

    <u>Mechanical Dynamics, Inc</u>., Ann Arbor, MI
        Consultant and Sponsored Researcher, 1989 - 1991

    <u>The Goodyear Tire and Rubber Corporation</u>, Akron, OH
        Vehicle Dynamics Modeling and Analysis, 1987 - 1989
        Racing Tire Design and Development, 1984 - 1987



**Technical Presentations and Publications**

Weishaupt, E.R., Stevenson, M.E., Sprague, J.K., "Overload Fracture of Cast Aluminum Wheel," *Journal of Failure Analysis and Prevention*, Volume 14, Issue 6, December 2014.

Mathias, A.C., Shibata, P.A., and Sprague, J.K. A Link Between Occupant and Vehicle Accelerations During Common Driving Tasks. *Biomed Sci Instrum,* 50:197-204 (2014). Presented at the 51st Annual Rocky Mountain Bioengineering Symposium, Denver, Colorado, April 2014.

Sprague, J.K., Shibata, P.A., and Auflick, J.L. "Analysis of Nighttime Vehicular Collisions and the Application of Human Factors: An Integrated Approach." SAE Technical Paper 2014-01-0442 SAE International: 2014.

"Human Factors: Answering the How and Why Questions." (Sprague, J.K. and Auflick, J.L.) In House Continuing Education Technical Presentation for State Farm Attorneys, Withrow & Associates, Toronto, Ontario, Canada, September 5, 2012.

"Automotive Failure Analysis: How they Crash, How they Break," Continuing Education Technical Presentation for attorneys and insurance professionals, ESI-Ann Arbor, Michigan Open House Event, Co-lecturer with Gary R. Rogers, P.E., May 17, 2012.

"Accident Reconstruction & Injury Analysis," Guest Lecturer, Chartis Insurance Company, Atlanta, Georgia, April 12, 2012.

"Risk Assessment Methods," Presenter, 2009 Annual Product Safety & Liability Conference, Milwaukee, Wisconsin (2009).

Presenter, Risk Management Forum, Midwest Truckers Association, Collinsville, Indiana (2008).

Invited Guest Lecturer (CIV ENG 395-0 Engineering Forensics) at Northwestern University, Robert R. McCormick School of Engineering and Applied Science, Chicago, Illinois (2006).

Wojcik, L.A., Shibata, P.A., and Sprague, J.K., 2005, "Determining Angular Head Accelerations Using an External Array of Linear Accelerometers: A Preliminary Analysis of Everyday Activities," Proceedings of the 2005 Summer Bioengineering Conference, J.S. Wayne, F. Guilak, G.A. Livesay, and J.W. Holmes, eds., The American Society of Mechanical Engineers, #b0055211, Vail, Colorado (2005).

"Automated Stability Analysis of a Vehicle in Combined Pitch and Roll," Advanced Vehicle Simulation and Virtual Proving Ground, International Mechanical Engineering Congress and Exposition. Paper IMECE2002-33184 (2002).

Louca, L.S., Stein, J.L., Hulbert, G.M., and Sprague, J.K., "Proper Model Generation: An Energy-Based Methodology," Proceedings of the 1997 International Conference on Bond Graph Modeling and Simulation, Phoenix, Arizona (1997).

"The Use of Stepping to Maintain Upright Balance: Biomechanical Analyses in Young and Old Adults," Ph.D. Thesis, University of Michigan, Ann Arbor, Michigan (1994).

"Biomechanics of Stepping Balance," Seminar, The Cleveland Clinic, Cleveland, Ohio (1994).



"The Safety and Mobility of Older Drivers:  What We Know and Promising Research Issues," The University of Michigan Transportation Research Institute Final Report to American Automobile Manufacturers Association, Ann Arbor, Michigan (1994).

**"**Do Young and Old Adults Differ in Their Use of Steps to Recover Upright Balance," Presentation, The Gerontological Society of America Program Committee Annual Meeting (1994).

ADAMS/A Tire Users Manual Version 6.0.0.—Analytical Tire Modeling Software for use with ADAMS" (1990).

"A Biomechanical Analysis of the Use of Stepping to Maintain Balance," Presentation, American Society of Mechanical Engineers Summer Bioengineering Conference (1993).

"Dynamic Tooth Loading in a Compliant Gear Mesh with Rim Effects," Master's Thesis, University of Akron, Akron, Ohio (1989).

**United States Patent:**

| **Patent No.** | **Patent Title:** |
|---|---|
| 9,188,498 | Tire Pressure Measuring Device |

