```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2

 3    FREDERICK KLORCZYK, JR.,
      as co-administrator of
 4    the Estate of
      Christian R. Klorczyk,
 5    and LYNNE KLORCZYK, as
      co-administrator of the
 6    Estate of Christian R. Klorczyk,

 7
                       Plaintiffs,
 8
                vs.                        CIVIL ACTION NO.
 9                                         3:13-cv-00257-JAM

10    SEARS, ROEBUCK & CO.,
      Shinn Fu Corporation,
11    Shinn Fu Company OF
      AMERICA, MVP (HK)
12    INDUSTRIES, LTD.,
      and WEI FU (TAISHAN)
13    MACHINERY & ELECTRIC
      CO., LTD.,
14
                       Defendants.
15

16              DEPOSITION OF RYAN JORGENSEN

17    produced, sworn and examined on Wednesday, the
      3rd day of August, 2017, at the law offices of
18    Baker Sterchi Cowden & Rice, L.L.C., 2400
      Pershing Road, Suite 500, in the City of Kansas
19    City, in the County of Jackson, and the State of
      Missouri, before me,
20
           MARIE A. McCRACKEN, CSR, CCR, RPR
21                         of
                    McCRACKEN REPORTING
22
      a Certified Court Reporter within and for the
23    States of Missouri and Kansas.

24    Taken on behalf of Plaintiffs pursuant to Notice
      to Take Deposition.
25
```

**McCRACKEN REPORTING**
P.O. Box 520079, Independence, MO  64052
(816) 419-8224

1           MR. ZAKRZEWSKI:  Objection.
2      A.   Not that I know of.  I believe this
3   covers it.
4      Q.   (BY MR. EDINBURGH)  Look, if you would,
5   at ASME PALD-2009.  Am I correct that part of
6   your testimony will be that the model jack stand
7   Sears 50163, according to your Expert Disclosure,
8   you will testify this model jack stand complied
9   with the ASME PALD-2009 standards for portable
10  automotive lifting devices?
11     A.   Yes.
12     Q.   And that you are expected to testify
13  about various types of testing for the vehicle
14  support stand, the jack stand, the Craftsman
15  Model 50163?
16     A.   Yes.
17     Q.   You have ASME PALD-2009 in front of you,
18  correct?
19     A.   Yes.
20     Q.   All right.  Does ASME PALD require, of
21  2009, that each individual jack stand contain by
22  casting imprint or metal stamp its rated
23  capacity?
24           MR. ZAKRZEWSKI:  Could you refer to
25  the Bates number you are reading from, Counsel.

```
 1                    C E R T I F I C A T E

 2              I, MARIE A. McCRACKEN, a Certified Court

 3      Reporter within and for the States of Missouri

 4      and Kansas, hereby certify that the within-named

 5      witness was first duly sworn to testify the

 6      truth, and that the deposition by said witness

 7      was given in response to the questions

 8      propounded, as herein set forth, was first taken

 9      in machine shorthand by me and afterwards reduced

10      to writing under my direction and supervision,

11      and is a true and correct record of the testimony

12      given by the witness.

13              I further certify that I am not a

14      relative or employee or attorney or counsel of

15      any of the parties, or relative or employee of

16      such attorneys or counsel, or financially

17      interested in the action.

18              WITNESS my hand and official seal at

19      my office in said County and State, this 14th

20      day of August, 2017.

21

22                      _____
                        MARIE A. McCRACKEN, CSR, CCR, RPR
23                      Certified Court Reporter
                        Missouri #874
24                      Kansas #0680

25
```

**McCRACKEN REPORTING**
P.O. Box 520079, Independence, MO  64052
(816) 419-8224