Page 1

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2
     ------------------------------)
 3   FREDERICK KLORCZYK, JR., as    )
     co-administrator of the Estate )   CIVIL ACTION NO.
 4   of Christian R. Klorczyk and   )   3:13-CV-00257-JAM
     LYNNE KLORCZYK, as             )
 5   co-administrator of the Estate )
     of Christian R. Klorczyk,      )
 6                                  )
              Plaintiffs,           )
 7                                  )
        vs.                         )
 8                                  )
     SEARS, ROEBUCK & CO., SHINN FU )
 9   CORPORATION, SHINN FU COMPANY  )
     OF AMERICA, INC., MVP (HK)     )
10   INDUSTRIES, LTD., AND WEIFU    )
     (TAISHAN) MACHINERY & ELECTRIC )
11   CO., LTD.,                     )
                                    )
12            Defendants.           )
     ------------------------------)
13
14
                 VIDEOTAPED DEPOSITION OF SU CHIEN CHI
15
                              VOLUME 1
16
                    Wednesday, April 11, 2018
17
                          AT: 9:11 a.m.
18
                            Taken at:
19                          Taipei 101
                  No. 7, Section 5, Xinyi Road
20            Xinyi District, Taipei City, 110
                             Taiwan
21
22
23
24
     Court Reporter:
25   Mark McClure, Certified Court Reporter
```

Page 90

 1  stand?
 2     A.  It's the same as what I just described.
 3     Q.  Okay.  At some point in 2006 or 2007, did
 4  Weifu begin manufacturing for Sears, Roebuck a four-ton
 5  jack stand designated by Sears as Model No. 50163?
 6     A.  Yes.
 7     Q.  And was that 50163 model called a Sears
 8  Craftsman Professional Heavy-Duty Jack Stand?
 9     A.  Yes.
10     Q.  And when did Weifu begin manufacturing the
11  Sears 50163 jack stand?
12         MR. ZAKRZEWSKI:  Objection.
13         You can answer.
14         THE WITNESS:  2007.
15  BY MR. EDINBURGH:
16     Q.  When?  When in that year?
17     A.  We started the preparation in March or April.
18     Q.  When was the first shipment from Weifu plant
19  of the 50163 made?
20     A.  From my recollection, it should be around
21  April of 2007, but I'm not sure of the exact time.
22     Q.  Did Weifu have an internal factory number for
23  the 50163?
24     A.  Yes.
25     Q.  And was that T37401?

Page 91

 1     A.  Yes.
 2     Q.  And was that the same internal number that
 3  Weifu gave to the T6904 jack stand?
 4     A.  Yes.
 5     Q.  Was the design of the Sears 501 -- withdrawn.
 6         Was the Sears 50163 jack stand based on the
 7  design of the SFA T6904 four-ton
 8  ratchet-and-pawl-designed jack stand?
 9     A.  Yes.
10     Q.  Did the Sears 50163 jack stand have the same
11  design as the Shinn Fu America Pro-Lift T6904 jack
12  stand?
13     A.  No, the specification is different.
14         MR. EDINBURGH:  Again, I heard him say "no,"
15  but -- or I heard you say "no," but after that, please
16  repeat.
17         INTERPRETER:  The answer was:  "No, the
18  specification is different."
19  BY MR. EDINBURGH:
20     Q.  Okay.  Did the Sears 50163 and the Pro-Lift
21  T6904 have the same ratchet-and-pawl design?
22     A.  Yes.
23     Q.  Did both jack stands have the same locking
24  feature?
25         MR. ZAKRZEWSKI:  Objection.

Page 92

 1         You can answer.
 2         THE WITNESS:  The answer was yes.
 3  BY MR. EDINBURGH:
 4     Q.  Did both jack stands have the same load
 5  capacity?
 6     A.  Yes.
 7     Q.  And was that load capacity 8,000 pounds?
 8     A.  Yes.
 9     Q.  And did both jack stands, the 50163 and the
10  T6904, have the same maximum ratchet bar height?
11     A.  Yes.
12     Q.  And did the Sears 50163 and the SFA Pro-Lift
13  T6904 jack stand have the same minimum ratchet bar
14  height?
15     A.  Yes.
16     Q.  Did both jack stands, the 50163 and the T6904,
17  have the same collar dimensions?
18     A.  Yes.
19     Q.  And did both jack stands have the same base
20  frame dimensions?
21     A.  Yes.
22     Q.  Who designed the 50163 jack stand?
23     A.  Meng Shi Jun.
24     Q.  Was that -- that's a person?  That's not a
25  company, the name you just gave is a person, correct?

Page 93

 1     A.  Yes.
 2     Q.  Is that a person who was an employee of Weifu?
 3     A.  He was an engineer of R&D.
 4         MR. EDINBURGH:  I'm sorry, I apologize.  He
 5  was an engineer employed by whom?
 6         INTERPRETER:  He was an engineer of R&D,
 7  research and development.
 8         MR. EDINBURGH:  R&D, research and development?
 9         INTERPRETER:  Yeah.
10         MR. EDINBURGH:  Is that what you mean?
11         INTERPRETER:  Yeah.
12  BY MR. EDINBURGH:
13     Q.  All right.  Did Weifu consult with any other
14  companies in the design of the Sears 50163 jack stand?
15     A.  No.
16     Q.  Did Weifu need Sears' approval for its design
17  of the 50163 prior to beginning manufacture of the
18  50163?
19     A.  Yes.
20     Q.  Did Weifu need the approval of Shinn Fu
21  Corporation for the design of the 50163 before beginning
22  manufacture of that model?
23     A.  No.
24     Q.  Did Weifu continue to manufacture the Sears
25  50163 jack stand through 2011?

Page 94

1  A. Yes.
2      INTERPRETER: The witness would like to
3  request a break.
4      MR. EDINBURGH: Okay, that's fine. Let's take
5  a break and I'll continue when the break is over. Five
6  minutes, seven minutes, something like that, is that all
7  right?
8      WITNESS: That's fine.
9      MR. EDINBURGH: We'll stay on the line, we'll
10 just put you on mute.
11     MR. ZAKRZEWSKI: Okay.
12 (2:13 p.m.)
13     (A break was taken.)
14 (2:21 p.m.)
15 BY MR. EDINBURGH:
16  Q. Mr. Su, did SFA provide Weifu with
17 specifications for the T6904 model jack stand?
18  A. Yes.
19  Q. Did SFA provide Weifu with design drawings for
20 the T6904 jack stand?
21  A. No.
22  Q. What specifications did SFA provide Weifu for
23 the T6904?
24  A. First of all, they provided the basic
25 dimensions, which is the height, the width.

Page 95

1  Q. Did they also provide --
2     INTERPRETER: I'm sorry, I'm not done yet.
3     MR. EDINBURGH: I'm sorry.
4     THE WITNESS: So they provided the basic
5  dimensions, and also the maximum and minimum height, and
6  also the main testing standard.
7  BY MR. EDINBURGH:
8   Q. And they also provided what was to be a
9  four-ton capacity jack stand, four-ton load capacity?
10  A. Yes.
11  Q. And did they also provide what was going to be
12 a ratchet-and-pawl design?
13  A. Yes.
14  Q. Mr. Su, when you left Shinn Fu Corporation to
15 go to Weifu, was it specifically for the purpose of
16 becoming involved in the design and development of jack
17 stands?
18     MR. ZAKRZEWSKI: Objection.
19     THE WITNESS: That area was covered during my
20 daily work.
21 BY MR. EDINBURGH:
22  Q. Did Shinn Fu Corporation encourage you to move
23 to Weifu in order to design jack stands for Shinn
24 Fu-affiliated companies?
25     MR. ZAKRZEWSKI: Objection.

Page 96

1     THE WITNESS: No. As I mentioned earlier,
2  there were two other main reasons for that.
3  BY MR. EDINBURGH:
4   Q. Did Weifu produce a prototype or sample of the
5  T6904 jack stand prior to putting that model into
6  production?
7     MR. ZAKRZEWSKI: Objection.
8     THE WITNESS: After the design was done, we
9  had to produce the prototype and certify it.
10 BY MR. EDINBURGH:
11  Q. I'm sorry, I asked you if you produced --
12     INTERPRETER: The answer was: "After the
13 design was done, we had to produce the prototype and
14 certify it."
15 BY MR. EDINBURGH:
16  Q. Was the prototype submitted to Shinn Fu
17 America for its approval?
18     MR. ZAKRZEWSKI: Objection.
19     THE WITNESS: After we have made the
20 prototype, we would conduct the testings at the factory
21 first to be certain that they passed the test, and after
22 that, we provide them to the client for further
23 certification. Obviously, that includes SFA.
24 BY MR. EDINBURGH:
25  Q. Did SFA approve the T6904 prototype or sample

Page 97

1  that you sent to it?
2   A. Yes.
3   Q. Is there any material difference in the design
4  of the Sears 50163 from the design of the SFA Pro-Lift
5  T6904 jack stand?
6     MR. ZAKRZEWSKI: Objection.
7     THE WITNESS: The testing standards of these
8  two clients are different.
9     MR. EDINBURGH: I'm sorry, can you please
10 repeat the response.
11    INTERPRETER: The answer was: "The testing
12 standards of these two clients are different."
13    MR. EDINBURGH: I didn't ask the witness about
14 testing standards, I asked him about the design.
15    I said: Was there any material difference in
16 the design of the Sears 50163 from the design of the SFA
17 Pro-Lift T6904?
18    MR. ZAKRZEWSKI: Objection.
19    MR. CHAYKIN: Objection. Asked and answered.
20    MR. EDINBURGH: You can answer it.
21    Can you repeat the question to the witness.
22    THE WITNESS: If you're talking about the
23 major difference, as I mentioned earlier, the thickness
24 of the steel plate at the base is different.
25 BY MR. EDINBURGH:

25 (Pages 94 - 97)

Page 134

1  BY MR. EDINBURGH:
2     Q.  Did Weifu, as a manufacturer of jack stands,
3  believe that a user working under a vehicle could be
4  crushed to death if the ratchet bar of a jack stand made
5  by Weifu, which is holding up a vehicle, suddenly
6  collapsed or failed to maintain height under load?
7        MR. ZAKRZEWSKI:  Objection.  Form.
8        THE WITNESS:  Regarding this assumption, I
9  don't know how to answer that because it is not possible
10 for that to happen.  Our production has been following
11 the rules of ASME.
12 BY MR. EDINBURGH:
13    Q.  Does Weifu, as a manufacturer of jack stands,
14 believe that it had a duty to make jack stands as safe
15 as possible to eliminate or reduce the risk of the
16 sudden or unintended collapse or fall of the jack
17 stand's ratchet bar under load?
18       MR. ZAKRZEWSKI:  Objection.
19       THE WITNESS:  I think so.
20 BY MR. EDINBURGH:
21    Q.  Did Weifu believe that a design change to any
22 of its products which made the product safer and
23 prevented even one fatality is a design change it should
24 incorporate in its product?
25       MR. ZAKRZEWSKI:  Objection.  I'm going to

Page 135

1  request to go off the record momentarily to determine
2  whether to seek a protective order regarding this line
3  of questioning.  Because we're now asking variations of
4  the same question --
5        MR. CHAYKIN:  This is the fourth one.
6        MR. ZAKRZEWSKI:  No --
7        MR. EDINBURGH:  It's a different question.
8        MR. ZAKRZEWSKI:  Four, five -- this is the
9  sixth question that's essentially asking the same thing.
10       MR. EDINBURGH:  No, it isn't.
11       MR. ZAKRZEWSKI:  So there's a question
12 pending, so I'm not going to take the witness out of the
13 room.  I'm going to talk to counsel and we'll be back
14 momentarily.
15       You stay here, Jeff.
16       (Discussion off the record.)
17       MR. ZAKRZEWSKI:  Can we get the question read
18 back, please.
19       MR. EDINBURGH:  I'll withdraw the question.
20 Make it easier for you.
21       MR. ZAKRZEWSKI:  All right.
22       MR. EDINBURGH:  I'll ask a different question.
23    Q.  Was Weifu aware of any jack stand alternative
24 designs or design concepts for redundant locking
25 mechanism being presented or communicated to it prior to

Page 136

1  2011?
2     A.  We know that.
3        MR. EDINBURGH:  I'm sorry?
4        INTERPRETER:  The witness said:  "We know
5  that."
6  BY MR. EDINBURGH:
7     Q.  Did anyone from Shinn Fu America communicate
8  to Weifu design concepts for redundant locking mechanism
9  in a ratchet-and-pawl-designed jack stand?
10    A.  No.
11    Q.  Does Weifu know a former SFA employee named
12 Roger Claypool?
13    A.  Yes.
14    Q.  What is Weifu's knowledge or understanding of
15 who was Roger Claypool at Shinn Fu America?
16    A.  He was a testing engineer who helped us to
17 send the samples to SFA for testing.
18    Q.  Did Mr. Claypool, as an employee from 2004 to
19 2009, ever present or communicate to Weifu proposals for
20 redundant, or secondary, locking mechanisms on a
21 ratchet-and-pawl-designed jack stand?
22    A.  I don't have recollection of that.
23    Q.  Did Shinn Fu America send to Weifu any
24 proposals by Mr. Claypool for redundant, or secondary,
25 locking mechanisms on a ratchet-and-pawl-designed jack

Page 137

1  stand?
2        MR. ZAKRZEWSKI:  Objection.
3        THE WITNESS:  I'm not sure about that.
4  BY MR. EDINBURGH:
5     Q.  You testified here today as Weifu's 30(b)(6)
6  witness.  Did you talk to any current or former employee
7  or anyone else concerning alternative designs
8  incorporating redundant, or secondary, locking
9  mechanisms or safety features on a
10 ratchet-and-pawl-designed jack stand?
11    A.  I think that if we were to receive any
12 relevant information about that, and we have actually
13 made the development and prototype for that product,
14 then I would have believe that Mr. Wu Ching Yan, R&D
15 director, should have told me about that.
16       MR. EDINBURGH:  Would you just tell me the
17 gentleman's last name so I don't mispronounce it.
18       INTERPRETER:  The last name is Wu.  First name
19 is Ching Yan.
20 BY MR. EDINBURGH:
21    Q.  So I can refer to him as Mr. Wu, would that be
22 correct?
23       MR. CHAYKIN:  Yes.
24       THE WITNESS:  Yes.
25 BY MR. EDINBURGH:

35 (Pages 134 - 137)

Page 158

1  involved in selecting or designating you as Weifu's
2  30(b)(6) witness?
3      MR. ZAKRZEWSKI:  Objection.
4      THE WITNESS:  The person who selected me as
5  the witness representing the company was the executive
6  vice president, Mr. Lai Ping Shun.
7  BY MR. EDINBURGH:
8   Q.  I thought you said Mr. Lai no longer works for
9  Weifu, is that correct?
10  A.  Not now.
11  Q.  What is your understanding as to when you were
12 selected or designated to be Weifu's 30(b)(6) witness?
13     MR. ZAKRZEWSKI:  Objection.  This is a legal
14 question.  We designated him as the 30(b)(6) witness.
15 Those are communications between you and I, Howard.
16     MR. CHAYKIN:  There's no position of
17 representative, you know, in the business.  It's done
18 for this lawsuit.
19     MR. ZAKRZEWSKI:  What are we doing?
20     MR. EDINBURGH:  Yeah, that's right, it's done
21 for this lawsuit, and I'm entitled to know how the
22 company internally -- not its lawyers, the company
23 internally selected this individual.
24     MR. ZAKRZEWSKI:  No.  Okay.  No.  Then he
25 can't answer that.  The company internally selected this

Page 159

1  individual based -- that calls for attorney-client
2  privileged information, very clearly, and I'm appointed
3  counsel, I represent Weifu.  He's not answering that
4  one.
5      MR. EDINBURGH:  All right.  Let's mark it for
6  ruling.
7      MR. ZAKRZEWSKI:  Please do.
8  BY MR. EDINBURGH:
9   Q.  Who was your last boss at Shinn Fu Corporation
10 before you left Shinn Fu Corporation?
11     INTERPRETER:  Counsel, your question is
12 regarding Weifu Corporation, right?
13     MR. EDINBURGH:  No, my question -- the witness
14 testified that before becoming an employee of Weifu, he
15 was an employee of Shinn Fu Corporation in Taiwan.
16     INTERPRETER:  Okay.
17     MR. EDINBURGH:  I'm following up as to a
18 question I asked many hours earlier.
19  Q.  Who was your last boss at Shinn Fu Corporation
20 before you left Shinn Fu to join Weifu?
21  A.  You mean my supervisor, the one right above
22 me, right?
23  Q.  Let's start with that, yes.
24  A.  Mr. Lai.  First name is Yan Jun.
25  Q.  This is a different Mr. Lai than the Mr. Lai

Page 160

1  who was a vice president -- executive vice president of
2  Weifu?  It's a different person, correct?
3   A.  They are different.
4   Q.  All right.  That's fine.
5      And Mr. Lai -- who was Mr. Lai's boss at Shinn
6  Fu, if you know?
7   A.  At the time, at the Chiayi factory, it should
8  be Mr. Wang, first name is Hung Jun.
9      MR. EDINBURGH:  All right.  Just bear with me
10 for a moment.  I'm going to put you on mute for one
11 minute.  I'm almost done.
12     (Discussion off the record.)
13     MR. EDINBURGH:  All right, I think we've gone
14 long enough.  I have no further questions.
15     MR. ZAKRZEWSKI:  Okay.  I have a few questions
16 to clarify some of the points that were discussed.
17     I will try to be brief.  I also need to mark
18 an exhibit that I saw here.  I'll grab it.
19     (Exhibit 9 marked for identification.)
20 EXAMINATION BY MR. ZAKRZEWSKI:
21  Q.  Mr. Su, I just have a few questions for you.
22 You were asked earlier, I believe, if there were any
23 loans made from Weifu to Shinn Fu Corporation.  And I'm
24 not sure that your answer was clear.
25     Were there any loans made from Weifu to Shinn

Page 161

1  Fu Corporation?
2   A.  No.
3   Q.  Were there any loans from Shinn Fu Corporation
4  to Weifu?
5   A.  No.
6   Q.  Okay.  When ASME PALD released the 2009
7  guidelines, were those guidelines adopted by Weifu for
8  the production of jack stands?
9      INTERPRETER:  Counsel, is "PALD" an acronym?
10     MR. ZAKRZEWSKI:  Yes, it's an acronym.
11     THE WITNESS:  Yes.
12 BY MR. ZAKRZEWSKI:
13  Q.  And you were asked a series of questions about
14 a jack stand designation T6904, which you testified was
15 an MVP number that was assigned to jack stands, correct?
16  A.  Yes.
17     MR. EDINBURGH:  I just have an objection.
18 That wasn't the testimony.  I think counsel is
19 misconstruing what the testimony was.
20     MR. ZAKRZEWSKI:  That was the testimony but
21 I'll ask it in a different way.
22  Q.  Was T6904 a designation that MVP used to refer
23 to four-ton capacity ratchet-and-pawl jack stands?
24  A.  Yes.
25  Q.  And you did testify that, depending on whether

Page 162

1 Weifu was making those T6904 four-ton jack stands for
2 Pro-Lift or Sears, they had different reference numbers
3 at Weifu, is that correct?
4        MR. EDINBURGH: Objection. Objection as far
5 as what his testimony was. Mischaracterizes.
6        MR. ZAKRZEWSKI: He'll answer, and then I'll
7 ask another question.
8        THE WITNESS: Yes, and typically, for
9 Pro-Lift, the designated code is T -- it would be
10 T37400. For those sold to Sears, the number would be
11 T37401.
12 BY MR. ZAKRZEWSKI:
13    Q.   I need to ask the question another way because
14 their lawyer objected.
15        So when Weifu was making the MVP designation
16 T6904 four-ton jack stands for Pro-Lift, what was
17 Weifu's number that was assigned to those jack stands?
18        INTERPRETER: The witness just asked the
19 interpreter to repeat the question again.  (Chinese
20 spoken.)
21        Counsel, the witness has a question for you.
22        "You mentioned the MVP T6904 jack stands.  Are
23 you asking me the corresponding number at the factory
24 for those?"
25 BY MR. ZAKRZEWSKI:

Page 163

1    Q.   The corresponding number at Weifu factory when
2 those are being made for Pro-Lift.
3    A.   T37400.
4    Q.   And when those MVP T6904 four-ton jack stands
5 were being made for Craftsman, what was the Weifu
6 factory number for them?
7    A.   T37401.
8    Q.   And depending on whether the MVP T6904 jack
9 stands were being made for Pro-Lift or for Craftsman,
10 were the product specifications different?
11    A.   The product specifications are the same;
12 however, the difference is for the Pro-Lift products,
13 they were made in accordance with the ASME 2003 design
14 standards. For those Sears Craftsman products, they
15 were made in accordance with Sears' own standards.
16        As I mentioned earlier -- as I described
17 earlier, there's some differences made to the base.
18    Q.   What is the difference between the base,
19 between the Pro-Lift product and the Craftsman product?
20        MR. EDINBURGH: Objection. Asked and
21 answered.
22        MR. CHAYKIN: He hasn't asked him.
23        MR. ZAKRZEWSKI: That's fine.
24        THE WITNESS: The difference is we have welded
25 four small triangular-shaped plates at the four sides of

Page 164

1 the base.
2 BY MR. ZAKRZEWSKI:
3    Q.   For the Craftsman?
4    A.   Yes.
5    Q.   Okay. So the Craftsman was heavier?
6    A.   Yes.
7    Q.   You mentioned earlier a difference between the
8 Sears standard and the ASME PALD standard.
9        Is the Sears standard, was it more challenging
10 than the ASME PALD standard?
11        MR. EDINBURGH: Objection as to form. Counsel
12 doesn't know what "challenging" means with reference
13 to --
14        MR. ZAKRZEWSKI: He can answer this one, and
15 then I'll ask it a different way.
16        THE WITNESS: That's correct. The strength of
17 the Craftsman product is higher than the Pro-Lift ones.
18 BY MR. ZAKRZEWSKI:
19    Q.   Okay. So I have to ask the question a
20 different way because counsel objected.
21        What is the difference between Sears' testing
22 standard and the ASME PALD testing standard?
23    A.   There were two main differences. First of
24 all, it's regarding the testing for the off-center rod.
25 The ASME 2003 requirement is requiring 100 percent,

Page 165

1 whereas the Craftsman standard requires 150 percent. So
2 after that was done, the testing standard is also
3 different.
4        And after those rods have been pressed, the
5 ASME requirement for the deviation of the difference
6 between the two heights, that value should be less than
7 3.2, and for Craftsman that deviation should be less
8 than 3.
9    Q.   Okay.
10    A.   And the second difference is regarding the
11 load for the central rod. The testing requirement for
12 ASME 2003 is for testing 150 percent, whereas Sears is
13 to test for 200 percent.
14        So after the rods have been pressed, the
15 testing standard is also different. For ASME 2003, the
16 value for the deviation should be less than 3.2, whereas
17 the value for Sears should be less than 3.
18    Q.   You testified in response to one of Attorney
19 Edinburgh's question that Weifu was an ISO-certified
20 factory. What does it mean to be an ISO-certified
21 factory?
22    A.   I believe that we all know that ISO 9001 is a
23 company-used international quality control system.
24        Simply put, we use a very good and
25 standardized process for the documentation of the system

| | |
|---|---|
| Page 166 | Page 168 |
| 1  in order to control the -- in order to control all of | 1      A.   After the client confirmed the testing, and |
| 2  our QC activities to ensure that consistency and also | 2  the fact that we have received the PO, purchase order, |
| 3  continue to improve the standard.  And within the ISO | 3  we would then arrange for batch production, and also to |
| 4  system, there are five main components.  First of all, | 4  test whether these are products from the batch |
| 5  is to manage the QC process, and also to manage the | 5  production still meet the client's requirements. |
| 6  duties, and also to manage the resources, and also to | 6      Q.   So how is that testing done during production? |
| 7  ensure the realization of products, and also includes | 7      A.   During the production process, we had a few |
| 8  the measurement, analysis and improvement. | 8  steps in the production procedure to control the |
| 9      Q.   How did Weifu become an ISO-certified factory? | 9  quality.  First of all, for those ratchet bars, we |
| 10     A.   First of all, we have to set up the working | 10 would -- before they get onto the production line, we |
| 11 groups for various requirement that are compliant with | 11 would test them at another location to press them in a |
| 12 ISO standards.  And we also have to hire a third-party | 12 trial to ensure their quality has met the requirement. |
| 13 consultant to help us to produce development documents, | 13      And the second procedure is, we have to test |
| 14 procedural documents.  After that, various departments | 14 the ratchet bar before they get onto the assembly line |
| 15 of the company would work on producing their own | 15 for production.  So under a condition where there's no |
| 16 procedural documents.  So after that was done, we hired | 16 load at all, we would have to test to make sure the |
| 17 the third party to come and verify our compliance with | 17 ratchet bar is fully engaged with the pawl.  During that |
| 18 the ISO standard. | 18 testing, where we test whether the ratchet bar and the |
| 19     Q.   What did Weifu have to do to maintain its ISO | 19 pawl were fully engaged, we would pull them from the |
| 20 certification? | 20 lowest point to the highest height, and once they have |
| 21     A.   Typically, the ISO certificate would last for | 21 been pulled to the highest height, we would also test |
| 22 three years, and after that, you have to renew your | 22 the device 100 percent at another testing platform. |
| 23 license.  And each year ISO would come to our factory to | 23     Q.   Did you personally observe this testing at the |
| 24 verify that.  Therefore, we need to follow the ISO | 24 Weifu factory? |
| 25 procedure in order to obtain that certification. | 25     A.   Yes. |
| Page 167 | Page 169 |
| 1      Q.   Okay.  Attorney Edinburgh asked you about how | 1      Q.   Does every single unit have to pass the test |
| 2  Weifu designed the 50163 jack stand when it was a new | 2  in order to be packaged? |
| 3  design.  Can you tell us how that new design was tested | 3      A.   Yes, that's correct. |
| 4  and approved for production? | 4      Q.   Once the units are packaged, are they subject |
| 5      A.   First of all, Sears would give us the | 5  to further spot-testing? |
| 6  specification of the product, dimensions of the product | 6      A.   Yes, that's required. |
| 7  as in the height, the width and the length and the | 7      Q.   And how are -- how is the spot-testing done? |
| 8  maximum height and the minimum height, and Sears would | 8      A.   Once the manufacturing department has finished |
| 9  also tell us what is their testing specification and | 9  the purchase order, they would tell the QC department |
| 10 which type of jack stands they wanted. | 10 regarding the shipment of goods.  The FCQ department |
| 11      After this information has been received, the | 11 would look at the production quantity for this batch and |
| 12 engineer will start working on the development of the | 12 then conduct a random sampling of these products |
| 13 product in accordance to the procedure for new product | 13 according to the MIL-STD-105D requirement. |
| 14 development stipulated by ISO.  So after that stage, | 14      Our testing level is in accordance with the S3 |
| 15 after the drawing is done, we would start making the | 15 testing standard, and our acceptance level for seriously |
| 16 prototype of the product, and also conduct testing | 16 dissatisfactory product is 1.5.  That is our definition. |
| 17 according to the testing requirement and specification | 17 For slightly satisfactory products, the level is 6.5. |
| 18 provided by Sears. | 18      And the difference between seriously |
| 19      If we have tested these products successfully | 19 dissatisfactory product versus the slightly |
| 20 at the factory, then we would send the product samples | 20 dissatisfactory product is when we conduct the random |
| 21 to the client and the client would conduct further | 21 sampling of the ratchet bar, the ratchet bar is broken |
| 22 testing, and they will tell us whether these samples | 22 or the base frame is broken or the entire frame is |
| 23 have met their requirements. | 23 twisted or distorted.  These conditions are defined as |
| 24     Q.   Okay.  And once the 50163 went into | 24 seriously dissatisfactory. |
| 25 production, how is the 50163 tested during production? | 25      And for the slightly dissatisfactory products, |

```
                                                    Page 170
 1  what we meant is any damage to the packages -- packaging
 2  or the paint of the frame has fallen off or has been
 3  scratched.
 4          So this is the main work conducted by our FQC
 5  during the testing process.
 6      Q.  Okay.  And are those samples subjected to
 7  center-load testing under the Sears standard?
 8      A.  Yes, that's correct.
 9      Q.  Were they subject to off-center testing under
10  the Sears standard?
11      A.  Yes.
12      Q.  All right.  And finally, there's a document
13  that's been marked as Exhibit 9.  It's a packet of Weifu
14  jack stand final production inspection reports provided
15  by Attorney Edinburgh to the court reporter before this
16  deposition.  I would like you to look at the second page
17  of that exhibit, which has a Bates number MVP009532.
18          MR. EDINBURGH:  Wait a second until I get it.
19          MR. ZAKRZEWSKI:  Yeah, sure.
20          MR. EDINBURGH:  Which Weifu Bates number are
21  you referring to?
22          MR. ZAKRZEWSKI:  MVP009532.  It's the second
23  page of the packet of Weifu jack stands final
24  production --
25          MR. EDINBURGH:  Got it.
```

```
                                                    Page 171
 1          MR. ZAKRZEWSKI:  He's on page 2 of that
 2  packet.
 3  BY MR. ZAKRZEWSKI:
 4      Q.  Earlier, Attorney Edinburgh asked you about
 5  two 50163 jack stand serial numbers which the plaintiffs
 6  claim that the decedent in this case owned.  The serial
 7  numbers -- I'll repeat them for you since they were
 8  earlier in the deposition -- they were GT1010009618 and
 9  GT1010009619.
10          Does this final production inspection report
11  reflect the spot-testing that was performed on the batch
12  of products that those two serial numbers came from?
13      A.  Yes.
14      Q.  How do you know that?
15      A.  Because the two numbers you mentioned earlier
16  were 9618 and 9619, and regarding the document here for
17  the random testing we've done, the first one we have
18  sampled, which is the closest to that number, is
19  GT1010009268, and the next one we sampled is -- was
20  GT1010009764, which show that the two products you
21  mentioned earlier were in the same batch as these ones
22  when they were produced.
23      Q.  And does this final production inspection
24  report reflect that every unit passed the inspection?
25      A.  Yes.
```

```
                                                    Page 172
 1          MR. ZAKRZEWSKI:  I have no further questions.
 2          MR. EDINBURGH:  I just have some follow-ups.
 3  FURTHER EXAMINATION BY MR. EDINBURGH:
 4      Q.  Can we stay on the same document, MVP09532,
 5  the one we were just looking at.  You see the serial
 6  number, let's go to the last few digits, 009268.  Do you
 7  see that?
 8      A.  Yes.
 9      Q.  And the one right after that, you say is
10  009764, is that your testimony?
11      A.  Yes.
12      Q.  So that means between 9268 and 9764, there
13  were 500 stands that were not tested?
14          MR. ZAKRZEWSKI:  Objection.
15          You can answer.
16          THE WITNESS:  As I mentioned earlier, the FQC
17  department conducted the random sampling according to
18  the MIL-STD-105D sampling plan; therefore, we have to
19  follow the quality of the sampling according to this
20  plan, which is a very authoritative testing plan for
21  random sampling.
22  BY MR. EDINBURGH:
23      Q.  I'm asking you, sir, whatever the reason, does
24  this document reflect that the 500 jack stands produced
25  between 9268 and 9764 were not tested?
```

```
                                                    Page 173
 1          MR. ZAKRZEWSKI:  Objection.
 2          THE WITNESS:  During the production process,
 3  they were all tested.  As I said earlier, this document
 4  is the final product testing report, so we had to follow
 5  the standard of the MIL-STD-105 testing standard for
 6  random sampling; therefore, it doesn't mean that we did
 7  not test the products.
 8          And also, to ensure gatekeeping and quality
 9  control, before the goods were shipped, we follow the
10  ISO standard and also to meet the MIL-STD-105D
11  requirements.
12  BY MR. EDINBURGH:
13      Q.  This same document -- does this document that
14  you're looking at now -- the 9532, does this document
15  reflect that Weifu jack stands, serial numbers 9618 and
16  9619 were tested?  Does this document indicate those
17  specific stands were tested, yes or no?
18      A.  You meant just within this report, right?
19      Q.  Yes, according to this document.
20      A.  No.
21      Q.  Has Weifu heard of ASME PALD 2009 for jack
22  stands?
23          MR. ZAKRZEWSKI:  Objection.  He can answer.
24          THE WITNESS:  Yes.
25  BY MR. EDINBURGH:
```

Page 178

1 MVP, so is this the last question?
2     MR. EDINBURGH:  Yep.  Thank you.
3     MR. ZAKRZEWSKI:  I have one question.
4 FURTHER EXAMINATION BY MR. ZAKRZEWSKI:
5    Q.  This document, MVP 9532, was this made in the
6 normal course of Weifu's business?
7     MR. EDINBURGH:  Objection.
8     THE WITNESS:  Yes.
9     MR. ZAKRZEWSKI:  Okay.
10     MR. EDINBURGH:  Thank you, everyone.  It's
11 been a long period.  We'll see you again at 9:00.
12     (The deposition concluded at 7:29 p.m.)
13             --oOo--

Page 179

1     ACKNOWLEDGMENT OF DEPONENT
2    I, Su Chien Chi, do hereby certify
3 that I have read the foregoing transcript of my
4 testimony, and further certify that it is a true
5 and accurate record of my testimony (with the
6 exception of the corrections listed below):
7 Page  Line          Correction
8  ____|____|_____|_____
9  ____|____|_____|_____
10 ____|____|_____|_____
11 ____|____|_____|_____
12 ____|____|_____|_____
13 ____|____|_____|_____
14 ____|____|_____|_____
15 ____|____|_____|_____
16 ____|____|_____|_____
17 ____|____|_____|_____
18 ____|____|_____|_____
19 ____|____|_____|_____
20 ____|____|_____|_____
21
22 Signed under the pains and penalties of perjury
23 this _____ day of _____, 20___.
24
                   _____
25

Page 180

1         REPORTER'S CERTIFICATE
2
  STATE OF CALIFORNIA         )
3                             ) ss
  COUNTY OF SANTA BARBARA     )
4
5    I, MARK McCLURE, CSR NO. 12203, a Certified
6 Shorthand Reporter for the County of Santa Barbara,
7 State of California, do hereby certify:
8     That, prior to being examined, the witness
9 named in the foregoing deposition was by me duly sworn
10 to testify the truth, the whole truth, and nothing but
11 the truth;
12     That said deposition was taken down by me in
13 stenotype at the time and place therein named, and
14 thereafter reduced to typewriting by computer-aided
15 transcription under my direction.
16     I further certify that I am not interested in
17 the event of the action.
18     WITNESS my hand this 19th day of
19 April, 2018.
20
21
22
23
24         Certified Shorthand Reporter
          State of California
25        CSR No. 12203