**ASME PALD-2009**
(Revision of ASME PALD-2005)

# Safety Standard for Portable Automotive Lifting Devices

AN AMERICAN NATIONAL STANDARD


The American Society of Mechanical Engineers


ASME

MVP 000018

# ASME PALD COMMITTEE
# Portable Automotive Lifting Devices

(The following is the roster of the Committee at the time of approval of this Standard.)

## STANDARDS COMMITTEE OFFICERS

D. A. Alexander, *Chair*
R. D. Claypool, *Vice Chair*
T. W. Schellens, *Secretary*

## STANDARDS COMMITTEE PERSONNEL

- D. A. Alexander, Alexander Professional Services
- R. D. Claypool, Shinn Fu Co. of America, Inc.
- V. Fletcher, Blitz USA
- E. R. Garrastacho, Rally Manufacturing, Inc.
- K. S. Guerra, Sears Holdings Corp.
- V. J. Hakim, General Motors — Vehicle Structure and Safety Integration
- F. G. Heath, Heath & Associates
- R. Joos, SPX Corp.
- J. Barrios, *Alternate*, SPX Corp.
- G. A. Kattleman, Parker Services/Sentry Insurance
- S. McKee, Gray Manufacturing Co., Inc.
- D. J. Renard, Allied International
- S. A. Sargent, Consumer Testing Laboratories, Inc.
- J. Willis, *Alternate*, Consumer Testing Laboratories, Inc.
- T. W. Schellens, The American Society of Mechanical Engineers
- D. W. Soos, Intertek

MVP 000023

ASME PALD-2009

# Part 4
# Vehicle Support Stands

## 4-1 SCOPE, CLASSIFICATION, AND ILLUSTRATION

### 4-1.1 Scope

This Part applies to stands used for supporting types of vehicles, as recommended by the stand manufacturer or supplier, at predetermined heights for the purpose of maintenance or storage. This Part does not include auxiliary stands used as supports for vehicle components or other special usage.

### 4-1.2 Classification

This Part applies to vehicle-support stands with or without an adjustable column, used for support at one end only.

### 4-1.3 Illustration

Figure 4-1 shows typical vehicle support stands covered by this Part and is not intended to be all-inclusive.

### 4-1.4 Definitions

*base:* that portion of the stand that rests on the ground and holds the adjustable column in an upright position. In the case of fixed height stands, which do not have adjustable columns, the entire stand (except for the saddle) is considered to be the base.

*locking device:* the mechanism used to hold the column in the selected height position.

*vehicle support stands:* devices for supporting a vehicle at fixed heights, but lacking the means for raising and lowering the vehicle.

## 4-2 Design

### 4-2.1 Base

The base may be of any configuration that provides the equivalent of three or more points of contact with the ground. A circular, triangular, or polygonal base shape (see Fig. 4-2) is considered equivalent to the above. The upper portion of the base structure shall be designed to house and guide the column or support the saddle in the case of fixed height stands.

### 4-2.2 Column

A means shall be provided to prevent the inadvertent separation of the column from the base. In the fully retracted position, the lower end of the column shall not extend below the plane made where the base contacts the ground.

### 4-2.3 Locking Device

The locking device shall prevent adjustment of the column height after the load has been applied. If the column is supported by means of a locking pin, the pin must be secured to the stand to prevent its loss.

### 4-2.4 Operating Controls

Operating controls shall be designed in such a manner that they are readily visible and accessible to the operator and so that the operator will not be subjected to pinch points, sharp edges, or snagging hazards. The operation of controls should be clear to the operator either by position, function, labeling, or combination thereof.

### 4-2.5 Saddle

The saddle configuration shall be such as to aid in the proper positioning, supporting, and retaining of the load.

### 4-2.6 Stability

The stands shall be designed so that the minimum horizontal distance from the projected edge of the saddle to the nearest edge of the base shall be at least 8% of the maximum extended vertical height when the column is moved by hand to remove all slack in the direction of the vertical measurement. See Fig. 4-2, in which the horizontal dimension is shown as $H$ and the vertical height as $V$.

### 4-2.7 Proof Load  (09)

All vehicle support stands shall be capable of performing the proof load test of para. 4-4.1.2 with a load of 200% of rated capacity.

## 4-3 SAFETY MARKINGS AND MESSAGES

Examples of safety markings and messages are specified in paras. 4-3.1 and 4-3.2.

### 4-3.1 Safety Markings  (09)

Safety markings shall conform to the ANSI Z535 series of standards.

(a) Study, understand, and follow all instructions before operating this device.
(b) Do not exceed rated capacity.
(c) Use only on hard level surface.
(d) Center load on saddle.

MVP 000043

ASME PALD-2009

Fig. 4-1  Typical Vehicle Support Stands

[Diagram showing two vehicle support stands: left labeled "Pin-Type Lock" with callouts for "Locking pin" and "Operating controls"; right labeled "Rack- and Pawl-Type Lock" with callouts for "Saddle", "Column", "Locking device", and "Base".]

17

MVP 000044

ASME PALD-2009



Fig. 4-2 Horizontal Dimensions and Vertical Heights for Stability Considerations

18

MVP 000045

ASME PALD-2009

Fig. 4-3  Application of Load for Off-Center Load Test



Fig. 4-4  Application of Load for Centered Load Test



(e) Use as a matched pair only.

(f) Failure to heed these markings may result in personal injury and/or property damage.

(g) Stands are not to be used to simultaneously support both ends of a vehicle.

(09) **4-3.2 Safety Messages**

Additional safety messages include the following:

(a) Stands are not to be used to simultaneously support both ends of a vehicle.

(b) No alterations shall be made to this product.

## 4-4  DESIGN QUALIFICATION TESTING

(09) **4-4.1 Proof Tests**

For each design or design change that may affect the stand's ability to meet this Standard, sample stands built to design specifications shall be proof tested. To conform with this Standard, the stands shall perform to design specifications and no functional damage shall occur, nor shall operational characteristics be detrimentally affected. For stands that incorporate multiple load holding devices within a single assembly, each device shall be tested independently.

**4-4.1.1 Off-Center Load Test.** A horizontally constrained vertical load equal to rated capacity shall be applied. The column shall be moved by hand to remove all slack laterally toward the point of load application, in both the fully extended position and fully retracted position for at least 10 min on the lug or edge of the saddle as shown in Fig. 4-3. The saddle's ability to retain the load shall not be adversely affected by this test. A permanent reduction in height, measured after the removal of the load, at the point of load contact as shown in Fig. 4-4 shall not exceed 0.125 in. (3.18 mm). The test shall be repeated on all lugs and edges. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. (09)

**4-4.1.2 Proof Load Test.** A proof load, as defined in para. 4-2.7, shall be applied centrally to the saddle, with the column in both the fully extended and the fully retracted position, with the base resting on a hard level surface. The load shall be applied as shown in Fig. 4-4 for at least 10 min. A permanent reduction in overall height, measured after the removal of the load, at the point of load contact shall not exceed 0.125 in. (3.18 mm). A preload of no more than 100% of rated capacity may be applied to establish initial overall height.

MVP 000046