```
 1       30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015

 2               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
 3


 4

 5   FREDERICK KLORCZYK, JR., as       )
     co-administrator of the Estate    )
 6   of Christian R. Klorczyk, and     )
     LYNNE KLORCZYK, as                )
 7   co-administrator of the Estate    )
     of Christian R. Klorczyk,         )
 8                                     )
              Plaintiffs,              )
 9                                     )
          vs.                          ) No. 3:13-cv-00257-RNC
10                                     )
     SEARS, ROEBUCK & CO., SHINN       )
11   FU CORPORATION, SHINN FU          )
     COMPANY OF AMERICA, MVP (HK)      )
12   INDUSTRIES, LTD., and WEI FU      )
     (TAISHAN) MACHINERY & ELECTRIC    )
13   CO., LTD.,                        )
                                       )
14            Defendants.              )

15

16           CONFIDENTIAL - ATTORNEYS' EYES ONLY

17

18           30(b)(6) deposition of SEARS, ROEBUCK & CO.,

19   by and through its representative KATHRYN GUERRA, taken

20   before NADINE J. WATTS, CSR, RPR, and Notary Public,

21   pursuant to the Federal Rules of Civil Procedure for the

22   United States District Courts pertaining to the taking

23   of depositions, at Suite 1800, 311 South Wacker Drive,

24   in the City of Chicago, Cook County, Illinois, at 9:15

25   o'clock a.m. on the 6th day of May, A.D., 2015.
```

1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015

2    should distribute the load between the two jack stands

3    when using the jack stands as a pair?

4      A   Well, it says carefully position stand so that

5    load is centered on stand's saddle.

6      Q   Okay.  That's the load on a saddle of the jack

7    stand.  I'm talking about distributing the load as

8    between the two jack stands when used as a pair, not

9    just the weight on the saddle of one.

10     A   Well, it specifies to support only on the areas

11   of the vehicle as specified by the vehicle manufacturer.

12     Q   So they're supposed to figure that out for

13   themselves?

14     A   It should be in the owner's manual, the lift

15   points on the car.

16     Q   What owner's -- The vehicle owner's manual?

17     A   Yes.

18     Q   So they're directed to another publication

19   outside of the warnings and instructions to get that

20   information?

21     A   Yes.

22             MR. ELLIOTT:  Let's mark as the next exhibit

23   a document entitled Vendor Factory Accreditation Report.

24   It's Sears 210 through 213.

25             (Document marked as Guerra Deposition

```
 1     30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2          Exhibit 14 for identification.)
 3  BY MR. ELLIOTT:
 4     Q   Can you identify this document?
 5     A   It says it's a Vendor Factory Accreditation
 6  Report.
 7     Q   What is that?  Do you know -- What's the purpose
 8  of this document?
 9          MS. TODD-TROTTA:  Look at the whole exhibit.
10  BY MR. ELLIOTT:
11     Q   Yes, you should look at the whole exhibit
12  because I'm going to ask you about the whole exhibit.
13  For the record, it's dated January 17, 2007.
14          Let me ask you this question.  Are you done
15  reviewing it?
16     A   Sure.
17     Q   Is this an audit of the quality assurance
18  systems at Wei Fu?
19     A   It is in regards to Wei Fu.  It's a factory
20  certification, part of the factory accreditation program
21  that Sears Hong Kong performs.
22     Q   If you look at Bates No. 212, it's the third
23  page in, it's a letter to MVP.  It says, Dear Business
24  Partner, we've recently reviewed the internal QC
25  mechanism in your production facility as below, and then
```

 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
 2   it references the Wei Fu facility in Quandong, China,
 3   right?
 4       A   Yes.
 5       Q   Okay.  If you go back to the page Bates 210,
 6   there are comments in the middle of the document -- the
 7   middle of the page.  It says, factory owned, a qualified
 8   QA system manager and production team has a good
 9   quality/safety concept, right?
10       A   Yes.
11       Q   Okay.  The MVP representative is Mark Yu.  The
12   Sears evaluating QA manager is Martin Kei, K-E-I.  And
13   the Sears vice president of quality assurance is Rick
14   Fong.
15           Are those two Sears employees employees of the
16   Hong Kong Sears operation?
17       A   Yes.
18       Q   Do you know whether they're still with the Hong
19   Kong group?
20       A   I know that Rick Fong is not.  I do not know
21   Martin Kei.
22       Q   Okay.  If you look at the letter we just
23   referred to a second ago, it says, we're glad to inform
24   you that the above facility -- or, excuse me, the above
25   factory, which refers to the Wei Fu factory, has

1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015
2   fulfilled Sears' vendor accreditation program, VAP,
3   requirements.  This accreditation exempted your
4   shipments from normal QC inspection by Sears auditors.
5           So what do you know about the VAP program,
6   vendor accreditation program?  What is that?
7       A   It's what you're holding in your hand.
8       Q   Is it fair to say that it's a process by which
9   Sears conducts an audit of either vendors or their
10  production facilities to determine whether or not those
11  facilities should be exempt from normal inspection
12  procedures for quality control by Sears employees?
13      A   Well, that, and it also exempts them from
14  testing with Sears.  They can supply their own testing.
15      Q   So does this mean that after February 7, 2007,
16  with respect to products produced by the Wei Fu Quandong
17  facility, that Sears auditors did not perform normal QC
18  inspections of Wei Fu manufactured products?
19      A   They would have reviewed Wei Fu's internal
20  documents.
21      Q   Okay.  But they would not have performed what
22  Sears normally would do for auditing and quality
23  control?
24      A   Correct, because they verified that Wei Fu was
25  capable of doing that.

 1      30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015

 2   STATE OF ILLINOIS  )
                        ) SS:
 3   COUNTY OF C O O K  )

 4            The within and foregoing deposition of the

 5   aforementioned witness was taken before NADINE J. WATTS,

 6   CSR, RPR and Notary Public, at the place, date and time

 7   aforementioned.

 8            There were present during the taking of the

 9   deposition the previously named counsel.

10            The said witness was first duly sworn and was

11   then examined upon oral interrogatories; the questions

12   and answers were taken down in shorthand by the

13   undersigned, acting as stenographer and Notary Public;

14   and the within and foregoing is a true, accurate and

15   complete record of all of the questions asked of and

16   answers made by the forementioned witness, at the time

17   and place hereinabove referred to.

18             The signature of the witness was not waived,

19   and the deposition was submitted, pursuant to Rules

20   30(e) of the Rules of Civil Procedure for the United

21   States District Courts, to the deponent per copy of the

22   attached letter.

23             The undersigned is not interested in the

24   within case, nor of kin or counsel to any of the

25   parties.

1     30(b)(6) SEARS ROEBUCK/KATHRYN GUERRA, MAY 6, 2015

2         Witness my official signature and seal as

3     Notary Public in and for Cook County, Illinois on this

4     _____ day of _____, A.D. 2015.

5

6                                _____
                                 NADINE J. WATTS, CSR, RPR
7                                License No. 084-002736
                                 Notary Public
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25