



# VENDOR/FACTORY ACCREDITATION REPORT

| Sears Inspection IBO: Hong Kong | Sears QA Manager : Martin Kei |
|---|---|
| Inspection Country / Region : Hong Kong | Date: 1/17 /2007 |

| | | |
|---|---|---|
| **Factory name: Weifu (Taishan) Machinery & Electric Co. Ltd.** | Owner: Mr. Hung Wai Yik | |
| Address: 328 Qiaohu Road, Taishan, Guangdong, China | | |
| Factory Representative: Frank Lu | Title: Vice President | |
| Telephone: 0750-5613888 | Fax: 0750-5613288 | Email: Frank.Lu@mvphk.com |

| | | |
|---|---|---|
| Vendor Name: MVP (HK) Industries Ltd. | Owner: Tony Choi | |
| Address: 15/F, SUP Tower, 75-83 King's Road, North Point, Hong Kong | | |
| Vendor Representative: Tony Choi | Title: Vice President | |
| Telephone: 852-31870100 | Fax:852- 25657823 | Email: tony-choi@mvphk.com |

Overall Comments:

**1) Factory owned a qualified QA system, manager & production team has a good quality / safety concept.**

**2) 100% inspection for both function and appearance.**

**Quality control's documentations are very detail.**

**3) Majority welding is conducted by machine instead of skill workers which reduce the welding defect during production.**

| Product Strength: | 1. Hydraulic Jacks 2.Air Compressors | Monthly Capacity: | 250,000 sets |
|---|---|---|---|

**Audit Result:** Approved ☑ Failed ☐ Hold ☐

**Date & Signature**

| Vendor Representative<br>Mr. Mark Yueh | Sears Evaluating QA Manager<br>Martin Kei | Sears Vice President – Quality Assurance<br>Rick Fong |
|---|---|---|
| | | |




SEARS000000210



# VENDOR/FACTORY ACCREDITATION REPORT

| Accreditation Criteria: | Yes | No | Rating % |
|---|---|---|---|
| Vendor with comprehensive internal QA system | ☑ | ☐ | |
| - Pre-production control | ☑ | ☐ | |
| Sample | ☑ | ☐ | |
| Patterns | ☐ | ☑ | |
| Grading & marker procedure | ☐ | ☑ | |
| Material receiving audit | ☑ | ☐ | |
| Information maintenance & application | ☑ | ☐ | |
| - In-Process | ☐ | ☐ | |
| In-line & end-line QC system | ☑ | ☐ | |
| Training of QC | ☑ | ☐ | |
| Records maintenance & interactive application on process improvement | ☑ | ☐ | |
| Machine & equipment maintenance | ☑ | ☐ | |
| Proper selection of tools | ☑ | ☐ | |
| Process methodology | ☑ | ☐ | |
| Work flow | ☑ | ☐ | |
| Material flow | ☑ | ☐ | |
| Material handling | ☑ | ☐ | |
| Efficiency control | ☑ | ☐ | |
| Work accuracy control | ☑ | ☐ | |
| Accuracy of color matching & shade band control | ☐ | ☑ | |
| - Post-Process | ☐ | ☐ | |
| Random audit | ☑ | ☐ | |
| Needle policy | ☐ | ☑ | |
| House keeping | ☑ | ☐ | |
| Carton accuracy | ☑ | ☐ | |
| Safety | ☑ | ☐ | |
| Production data maintenance & application | ☑ | ☐ | |
| Logistic control | ☑ | ☐ | |
| - QC Correlation test result | ☐ | ☐ | |
| 12 months late ship performance below 5% late | ☑ | ☐ | |
| 12 months short ship performance below 5% | ☑ | ☐ | |
| 12 months 1st final inspection below 3% defects | ☑ | ☐ | |
| 12 months no claim | ☑ | ☐ | |
| 12 months no store inspection C-Grade | ☐ | ☐ | |

Remark:

**"QC Correlation Test" Procedure.**

a. Designate 50 units of defective garments.
b. Number the garments from 1 to 50.
c. QA Manager (or a well-experienced QC) assess this 50 garments and put down the type of defects, number of major / minor defects, shade & hand feel difference comments, etc.
d. The QC(s) required to take correlation test should take turn to audit the same 50 units.
e. Observe the QC(s) reports. Compare with the one by QA Manager.
f. Record the difference. Put the difference in terms of +/- N% as comparison index.
(Total number of defects found by QC, divided by total number of defects found by QA Manager)
NB. The defective garments selected better to be with high percentage of different kind of defects.




**Sears Holdings Global Sourcing Ltd.**
Hong Kong office: 18th Floor, United Centre, 95 Queensway, Hong Kong
Tel: (852) 2823 3111 Fax: (852) 2527 0109
Kowloon office: 18th Floor, CMG Asia Tower, The Gateway, 15 Canton Road, Tsimshatsui, Kowloon, Hong Kong
Tel: (852) 2733 6233 Fax: (852) 2723 7197

February 7, 2007

Mr. Tony Choi
Vice President
MVP (HK) Industries Ltd.
15/F, SUP Tower
75-83 King's Road, North Point
Hong Kong

**Re: Vendor Accreditation Program for MVP (HK) Industries Ltd.**

Dear Business Partner,

We have recently reviewed the internal QC mechanism in your production facility as below:

Weifu (Taishan) Machinery & Electric Co. Ltd.
328 Qiaohu Road, Taishan, Guangdong, China

We are glad to inform you that the above factory has fulfilled Sears Vendor Accreditation Program (VAP) requirements.

This accreditation exempted your shipments from normal QC inspection by Sears auditors.

Prior to shipments, your office will require to send us:

1) Your internal QC reports,
2) Your internal lab test reports, &
3) One unit (or set) shipment sample (unless otherwise specified)

.....to the respective Sears QA office of the production country concerned.



**Sears Holdings Global Sourcing Ltd.**

Hong Kong office: 18th Floor, United Centre, 95 Queensway, Hong Kong
Tel: (852) 2823 3111 Fax: (852) 2527 0109

Kowloon office: 18th Floor, Sun Life Tower, The Gateway, 15 Canton Road, Tsimshatsui, Kowloon, Hong Kong
Tel: (852) 2733 6233 Fax: (852) 2723 7197

However, Sears QA Manager (or its appointed agent) always reserve the right to audit shipments at your facility(ies) when we think necessary. The accreditation is also subject to annual review, or when we observe noticeable quality performance drop.

For and on Behalf of
Sears Holdings Global Sourcing Ltd.

Rick Fong
Vice President – Quality Assurance

CC:
Randy Evans- DVP, Hardlines Sourcing
Kenneth Yeung – Regional QA Manager
Martin Kei – Regional QA Manager
Tony Tam – SSM