# Jack Stands
## Final Production Inspection Report (一)

| Customer | PO# | Model# | RatedCapacity | Quantity | Color | Date Of Inspection: SEP. 29. 2010 |
|---|---|---|---|---|---|---|
| SEARS | TA7376 PN(030110) | 50163 737401 | 3600 kg | 360069 | BLACK | WK1B12-003 WK1B12-014 |

| | Loading Test To Max. Height | | | | | | | | | Loading Test To Min. Height | | | Dimension | | | Inspection Standard | | | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Record Spec. | Off-Center | | Off-Center | | Center | | | | | Off-Center | Off-Center | Center | Min. Height | Max. Height | Ratchet Bar | Inside Dimension Of Ratchet Bar | Clear-ance | Appearance Construction | | Packing | |
| Serial No. | H1 | ΔH | H3 | H4 | ΔH | H5 | H6 | ΔH | | | | | | | | | | Ma | Mi | Ma | Mi |
| 67100901896 | 473 470 3 | | 472 470 2 | | 472 470 2 | | | ≤3 | | | | | 304-15 467-3 | | | | | | | | |
| 02289? | 472 471 1 | | 472 471 1 | | 471 470 1 | | | | OK | OK | OK | 304 | 473 | 480 | 51.7 | 3.7 | 0 | 0 | 0 | 0 |
| 02287Y | 473 471 2 | | 471 471 1 | | 471 470 1 | | | | OK | OK | OK | 305 | 472 | 481.1 | 51.7 | 3.7 | 0 | 0 | 0 | 0 |
| 02287E | 473 472 1 | | 471 471 1 | | 472 470 2 | | | | OK | OK | OK | 304 | 473 | 47.8 | 51.5 | 3.7 | 0 | 0 | 0 | 0 |
| 022127 | | OK | | OK | | OK | | | | OK | OK | OK | 305 | 473 | 48.1 | 51.8 | 3.7 | 0 | 0 | 0 | 0 |
| 022128 | | OK | | OK | | OK | | | | OK | OK | OK | 304 | 472 | 48.0 | 51.7 | 3.7 | 0 | 0 | 0 | 0 |
| 022127 | | OK | | OK | | OK | | | | OK | OK | OK | 305 | 471 | 47.8 | 51.5 | 3.7 | 0 | 0 | 0 | 0 |
| 022728 | | OK | | OK | | OK | | | | OK | OK | OK | 304 | 471 | 47.8 | 51.8 | 3.6 | 0 | 0 | 0 | 0 |
| 022278 | | | | | | | | | | | | | 305 | 471 | 48.0 | 51.5 | 3.5 | 0 | 0 | 0 | 0 |
| 022225 | | | | | | | | | | | | | 304 | 470 | 48.7 | 51.7 | 3.7 | 0 | 0 | 0 | 0 |
| 02234 | | | | | | | | | | | | | 305 | 471 | 47.9 | 51.7 | 3.8 | 0 | 0 | 0 | 0 |
| 02223 | | | | | | | | | | | | | 305 | 471 | 48.0 | 51.8 | 4.1 | 0 | 0 | 0 | 0 |
| 02317 | | | | | | | | | | | | | 304 | 471 | 47.8 | 51.8 | 3.8 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | 304 | 471 | 47.8 | 51.7 | 3.7 | 0 | 0 | 0 | 0 |

Sampling Plan: MIL-STD-105D / Normal Inspection / Single Sampling
Level: I-3   AQL: Major 1.5   Minor 6.5   Sampling Size: 1300/13
Batch Size: 3600 PCS   Sampling Size: Major 8   Minor 2
Accept Qty: Major ___   Minor ___
Actual Qty: Major 0   Minor 0

Remark:

Result: PASSED   Inspector: Liu-Xin-You   Approve: Wu-Dong-Hua

WF/PBK-CH-BZ-02-004-BD001

D☐ P☐ Exhibit 9
Deponent SU
Date 4/11/18  Rptr MM

# Jack Stands
## Final Production Inspection Report (—)

| Customer | PO# | Model# | | Quantity | | Color | | Date Of Inspection: 05. 18. 2016 |
|---|---|---|---|---|---|---|---|---|
| SEARS | TA7275 / PA100011b9 | 10165 / TB7401 | RatedCapacity: 3ton (g) | 2500pc | | BLACK | | Remark: WHB 02-003 / WHB 02-014 |

| Item | Loading Test To Max. Height | | | | | | Loading Test To Min. Height | | | Dimension | | | | | Appearance Construction | | | Inspection Standard Packing | | | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spec. | Off-Center | | Off-Center | | Center | | Off-Center | Off-Center | Center | Min. Height | Max. Height | Ratchet Height Bar | Inside Dimension Of Ratchet Bar | Clear-ance | Ma | Mi | Ma | Mi | | |
| Record / Serial No. | H1 | H2 ΔH | H3 | H4 ΔH | H5 | H6 ΔH | | | | | | | | | | | | | | |
| | | ≤3 | | ≤3 | | ≤3 | | | | 273 302.45 | 467 ±3 | | | | | | | | | | |
| 07/010 001 >003 | 470 | 471 1 | 470 | 469 1 | 470 | 469 1 | OK | OK | OK | 401 | 471 | 471.5 | 51.0 | 3.1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 003 244 | 471 | 470 1 | 471 | 470 1 | 471 | 470 1 | OK | OK | OK | 301 | 471 | 471.7 | 51.8 | 3.6 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 005 267 | 471 | 470 1 | 471 | 470 1 | 471 | 470 1 | OK | OK | OK | 403 | 471 | 471.6 | 51.2 | 3.7 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 007 268 | 471 | 470 2 | 471 | 470 2 | 471 | 470 2 | OK | OK | OK | 302 | 472 | 472.7 | 51.5 | 3.3 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 009 266 | OK | | OK | | OK | | OK | OK | OK | 401 | 471 | 471.0 | 52.0 | 4.0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 009 263 | OK | | OK | | OK | | OK | OK | OK | 303 | 472 | 472.2 | 51.7 | 4.0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 009 276 | OK | | OK | | OK | | OK | OK | OK | 302 | 471 | 471.0 | 51.3 | 3.8 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 009 275 | OK | | OK | | OK | | OK | OK | OK | 402 | 471 | 471.3 | 52.5 | 3.7 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 015 277 | | | | | | | | | | 302 | 471 | 471.0 | 51.5 | 3.5 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 015 273 | | | | | | | | | | 301 | 472 | 472.3 | 51.2 | 3.4 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 015 317 | | | | | | | | | | 302 | 471 | 471.6 | 51.3 | 3.7 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 015 319 | | | | | | | | | | 302 | 471 | 471.1 | 51.5 | 3.6 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 015 324 | | | | | | | | | | 302.5 | 471 | 471.0 | 51.7 | 3.7 | 0 | 0 | 0 | 0 | 0 | 0 | |

Sampling Plan: MIL-STD-105D / Normal Inspection / Single Sampling
Level: II   AQL: Major 1.5   Minor 6.5
Batch Size: 1500 pcs   Sampling Size: 125 pcs
Accept Qty: Major 7   Minor 7
Actual Qty: Major 0   Minor 0

Remark: 
Result: PASSED   Inspector: Liao Xin-Yue   Approve: Wu Peng Hua

WF/PBK-CH-BZ-02-004-BD001

Confidential - Subject to a Protective Order    MVP009532

# Jack Stands
## Final Production Inspection Report ( — )

| Customer | PO# | Model# | | Quantity | Color | | Date Of Inspection: Nov 20, 2010 |
|---|---|---|---|---|---|---|---|
| SEARS | TA8908 PM0041511 | 50163 737401 | | 200pcs | BLACK | | |

| Item | Spec. | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Loading Test To Max. Height | | | | | | | RatedCapacity | Loading Test To Min. Height | | | Dimension | | | | Appearance Construction | | Inspection Standard Packing | | Remark |
| Record / Serial No. | Off-Center | | Off-Center | | Center | | | | Off-Center | Off-Center | Center | Min. Height | Max. Height | Ratchet Bar | Inside Dimension Of Ratchet Bar | Clearance | Ma | Mi | Ma | Mi | |
| | H1 | H2 | ΔH | H3 | H4 | ΔH | H5 | H6 | ΔH | | | | | | | | | | | | |
| | | ≤3 | | | ≤3 | | | | ≤3 | | | | | 设升高度TEST | | | | | | | WK1B62-023 WK1B62-016 |
| 67101102320 | 491 | 490 | 1 | 491 | 490 | 1 | 491 | 490 | 1 | OK | OK | OK | 307 | 491 | 473 | 51.0 | 3.1 | o | o | o | o |
| 023331 | 492 | 490 | 2 | 491 | 490 | 1 | 491 | 490 | 1 | OK | OK | OK | 307 | 492 | 474 | 51.2 | 3.8 | o | o | o | o |
| 023556 | 493 | 491 | 2 | 493 | 491 | 2 | 493 | 492 | 1 | OK | OK | OK | 307 | 493 | 478 | 51.3 | 3.15 | o | o | o | o |
| 023415 | 491 | 490 | 1 | 491 | 490 | 1 | 491 | 491 | 1 | OK | OK | OK | 303 | 491 | 480 | 51.4 | 3.4 | o | o | o | o |
| 023584 | | | | | | | | | | | | | 302 | 492 | 477 | 51.4 | 3.8 | o | o | o | o |
| 023583 | | | | | | | | | | | | | 303 | 491 | 480 | 51.7 | 3.7 | o | o | o | o |
| 023577 | | | | | | | | | | | | | 302 | 490 | 473 | 51.6 | 3.8 | o | o | o | o |
| 023578 | | | | | | | | | | | | | 307 | 493 | 480 | 51.6 | 3.7 | o | o | o | o |

Sampling Plan: MIL-STD-105D/Normal Inspection/Single Sampling
Level: 1/3  AQL: Major 1.5  Minor 6.5
Batch Size: 002pcs  Sampling Size: 8pcs
Accept Qty: Major 0  Minor 1
Actual Qty: Major 0  Minor 0

Remark:

Result: PASSED    Inspector: Liu-Xin-You    Approve: Wu Peng-Hua

WF/PBK-CH-BZ-02-004-BD001

Confidential - Subject to a Protective Order          MVP009528

# Jack Stands
## Final Production Inspection Report ( — )

**WEIFU**

| Customer | PO# | | Model# | | | | RatedCapacity | | | | Quantity | | | | | Colour | | | Inspection Standard | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEARS | TA8657 PMI owl6M | | | ST0/63 T27/61 | | | 3600 Kg | | | | 600 pcs | | | | | BLACK | | | WK1BQ-016 | | | |

Date Of Inspection: DEC. 11, 2012

Remark: 02-047

| Item | Loading Test To Max. Height | | | | | | Loading Test To Min. Height | | | | Dimension | | | | | Appearance Construction | | | Packing | | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spec. Record / Serial No. | Off-Center | | Off-Center | | Center | | Off-Center | Off-Center | Center | | Min. Height | Max. Height | Ratchet Bar | Inside Dimension Of Ratchet Bar | Clearance | Ma | Mi | | Ma | Mi | |
| | H1 | H2 ΔH | H3 | H4 ΔH | H5 | H6 ΔH | | | | | | | | | | | | | | | |
| | | ≤3 | | ≤3 | | ≤3 | | | | 302±3 467±3 | | | | | | | | | | | |
| 67101>6X-731 | 471 470 | >| 471 470 | >| 467 467 | 7 | OK | OK | OK | | 303 | 471 | 467 | 471 | 3.2 | | | | | | | |
| 0x873W | 471 470 | >| 471 470 | 1 | 461 460 | 1 | OK | OK | OK | | 294 | 472 | 467 | 465 | 3.6 | 0 | 0 | 0 | 0 | 0 | |
| 0X469 | 471 470 | 1 | 471 470 | > | 461 460 | > | OK | OK | OK | | 303 | 471 | 467 | 5106 | 3.7 | 0 | 0 | 0 | 0 | 0 | |
| 0X446 | 471 470 | 1 | 471 470 | 1 | 463 464 | > | OK | OK | OK | | 302 | 471 | 467 | 5110 | 3.3 | 0 | 0 | 0 | 0 | 0 | |
| 0x287± | OK | | OK | | OK | | OK | OK | OK | | 303 | 471 | 468.0 | 5116 | 3.4 | 0 | 0 | 0 | 0 | 0 | |
| 0x876 | OK | | OK | | OK | | OK | OK | OK | | 302 | 470 | 468 | 515 | 3.7 | 0 | 0 | 0 | 0 | 0 | |
| 0x878 | OK | | OK | | OK | | OK | OK | OK | | 309 | 472 | 468 | 512 | 3.46 | 0 | 0 | 0 | 0 | 0 | |
| 0x817 | OK | | OK | | OK | | | | | | 307 | 472 | 466 | 51.3 | 3.7 | 0 | 0 | 0 | 0 | 0 | |
| 0x787 | | | | | | | | | | | 303 | 472 | 468 | 51.7 | 3.7 | 0 | 0 | 0 | 0 | 0 | |
| 0x789 | | | | | | | | | | | 302 | 471 | 468 | 51.3 | 3.7 | 0 | 0 | 0 | 0 | 0 | |
| 0x817 | | | | | | | | | | | 309 | 470 | 468 | 511 | 3.11 | 0 | 0 | 0 | 0 | 0 | |
| 0x718 | | | | | | | | | | | 303 | 471 | 468.0 | 51.3 | 3.15 | 0 | 0 | 0 | 0 | 0 | |
| 0x227 | | | | | | | | | | | 302 | 471 | 468.2 | 51.6 | 3.4 | 0 | 0 | 0 | 0 | 0 | |

Sampling Plan: MIL-STD-105D/Normal Inspection/ Single Sampling
Level: L3 AQL: Major 1.5 Minor 6.5 Sampling Size: 1342
Batch Size: 1200 pcs Minor: 7
Accept Qty: Major 0 Minor: 0
Actual Qty: Major 0

Remark:

Result: PASSED Inspector: Eric Kim / BA  Approve: Wu Deng Hui

WF/PBK-CH-BZ-02-004-BD001

Confidential - Subject to a Protective Order    MVP009522

# Jack Stands
## Final Production Inspection Report (一)

| Customer | PO# | Model# | RatedCapacity | Quantity | Color | Date Of Inspection: DEC. 11, 2012 |
|---|---|---|---|---|---|---|
| SEARS | TA 887 PMI0001681 | 50/63 737461 | 3600 lbs | 600 pcs | BLACK | WK1B02-083 WK1B02-082 |

| Item | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Record / Spec. / Serial No. | Loading Test To Max. Height | | | | | | | Loading Test To Mix. Height | | | Dimension | | | | Appearance Construction | | Packing | | Remark |
| | Off-Center | | Off-Center | | Center | | | Off-Center | Off-Center | Center | Min. Height | Max. Height | Ratchet Bar | Inside Dimension Of Ratchet Bar | Clearance | Ma | Mi | Ma | Mi | |
| | H1 | H2 ΔH | H3 | H4 ΔH | H5 | H6 ΔH | | | | | | | | | | | | | |
| 61101202-721 | 491 490 7 | 491 490 7 | 491 490 7 | 463 461 2 | | 23 | OK | OK | OK | 302+0 467+3 | | | | | | | | | |
| 02+721L | 491 490 7 | 491 490 / | 461 460 1 | 463 460 7 | | | OK | OK | OK | 303 | 472 | 465 | 511 | 2.2 | 0 | 0 | 0 | 0 | |
| 02+409 | 491 490 1 | 491 490 7 | 462 460 7 | 463 460 7 | | | OK | OK | OK | 304 | 473 | 467 | 513 | 3.6 | 0 | 0 | 0 | 0 | |
| 02+414 | 491 490 1 | 491 490 1 | 462 460 1 | 463 460 7 | | | OK | OK | OK | 303 | 471 | 467 | 511 | 3.2 | 0 | 0 | 0 | 0 | |
| | | | | | | | | | | 302 | 471 | 467 | 510 | 3.2 | 0 | 0 | 0 | 0 | |
| 02787L | OK | OK | | | OK | | OK | OK | OK | 302 | 471 | 460 | 511 | 3.14 | 0 | 0 | 0 | 0 | |
| 02787L | OK | OK | | | OK | | OK | OK | OK | 302 | 470 | 468 | 511 | 2.7 | 0 | 0 | 0 | 0 | |
| 02+818 | OK | OK | | | OK | | OK | OK | OK | 302 | 472 | 468 | 511 | 2.14 | 0 | 0 | 0 | 0 | |
| 02+817 | OK | OK | | | OK | | OK | OK | OK | 302 | 472 | 466 | 513 | 3.7 | 0 | 0 | 0 | 0 | |
| 02+787 | | | | | | | | | | 303 | 472 | 468 | 513 | 3.7 | 0 | 0 | 0 | 0 | |
| 02+890 | | | | | | | | | | 302 | 471 | 461 | 513 | 3.7 | 0 | 0 | 0 | 0 | |
| 02+919 | | | | | | | | | | 302 | 470 | 462 | 511 | 3.17 | 0 | 0 | 0 | 0 | |
| 02+918 | | | | | | | | | | 302 | 471 | 460 | 513 | 3.15 | 0 | 0 | 0 | 0 | |
| 02+977 | | | | | | | | | | 302 | 471 | 462 | 511 | 3.14 | 0 | 0 | 0 | 0 | |

Sampling Plan: MIL-STD-105D/Normal Inspection/ Single Sampling
Level: II AQL: Major 1.5 Minor 6.5
Batch Size: 1200 pc Sampling Size: 13 pc
Accept Qty: Major 1 Minor 2
Actual Qty: Major 0 Minor 0

Remark:

Result: PASSED  Inspector: Liu-Xin-Yu  Approve: Wu-Dong-Hua

WF/PBK-CH-BZ-02-004-BD001

Confidential - Subject to a Protective Order    WFT002960