| | | |
|---|---|---|
| Type of Inspection: 1st Final | TYPE YOUR FACTORY NAME HERE | RESULT: PASS |
| Date: Oct.18.2010 | HOME FASHIONS / HARDLINES INSPECTION REPORT | |

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT / P.O.#: | TA7375 | VENDOR: | MVP (HK) Industries Ltd | | |
| REFERENCE (PO)/(SEQ):801 | | FACTORY: | Wei Fu (Taishan) Machinery & Eelectric Co., Ltd | COUNTRY: | China |
| ITEM / STYLE #: | 50163/680652932393 | DESCRIPTION: | 4 TON JACK STAND | | |
| CONTRACT SHIP DATE: | Oct.18.2010 | ORDER QTY.: | 950 | SHIPPED QTY.: | 950 |
| MERCHANDISER: | JT1 JIM TESSIER   DEPARTMENT NO: 010 | INSPECTING OFFICE: | | INSPECTED BY: | Liu-Xin-You |

QA FOLDER SUBMITTED ON TIME & COMPLETE   Y ☐   N ☐

| Test | Result | | | Label/Marking | Y | N |
|---|---|---|---|---|---|---|
| TEST RESULT | N/A ☐ | PASS ☑ | FAIL ☐ | WARNINGS & INSTRUCTIONS | Y ☑ | N ☐ |
| DROP TEST RESULT / HEIGHT: | N/A ☑ | PASS ☐ | FAIL ☐ | BRAND LABEL / G-TIN LABEL / TRACKING LABEL | Y ☑ | N ☐ |
| UL / ETL /CUL/ CSA APPROVAL | N/A ☑ | PASS ☐ | FAIL ☐ | UL / ETL / CUL / CSA MARKING | Y ☐ | N ☑ |
| LEAD AND CADMIUM TEST | N/A ☑ | PASS ☐ | FAIL ☐ | RN / CA / C. OF ORIGIN | Y ☑ | N ☐ |
| SPECIFIC TESTS CONDUCTED AT FACTORY: FUNCTION&LOADING TEST | N/A ☐ | PASS ☑ | FAIL ☐ | STYLE / DEPT / ID | Y ☐ | N ☐ |
| | | | | CODE OF VENDOR CONDUCT DISPLAYED IN FACTORY? | Y ☑ | N ☐ |

## DEFECT CLASSIFICATIONS

| | CHECK POINTS | MAJOR | MINOR | | CHECK POINTS | MAJOR | MINOR |
|---|---|---|---|---|---|---|---|
| | **1. MATERIAL / COMPONENTS** | | | | **6. SAFETY** | | |
| A | Construction not as sample | | | A | Hi-pot test fail / current leakage | | |
| B | Shade / color not as sample | | | B | Wrong Construction / Wrong Wiring | | |
| C | Distorted | | | C | Gas leakage | | |
| D | Chipped / cracked | | | D | Power cord not tied properly | | |
| E | Excessive damp on wooden product (8% - 14%) | | | E | Sharp points / sharp or rough edges | | |
| F | Other | | | F | Other | | |
| | TOTAL: | 0 | 0 | | | | |
| | **2. FUNCTIONAL** | | | | TOTAL: | 0 | 0 |
| A | Excessive vibration / noise | | | | **7. PACK / LABEL** | | |
| B | Runs improperly / wheeling | | | A | Carton marks incorrect | | |
| C | Unstable RPM ( +/- 10%) | | | B | Carton poor quality | | |
| D | Overheating | | | C | Carton size out of spec | | |
| E | No function / malfunctioning | | | D | Content incorrect / incorrect assortment | | |
| F | Other | | | E | Loose Packaging / Protection | | |
| | TOTAL: | 0 | 0 | F | Hangtags / pricetags mis-sized, misplaced, missing | | |
| | **3. APPEARANCE** | | | G | Label / Sticker - misplaced, missing, incorrect, damaged, insecure | | |
| A | Soil / oil / glue marks / stains | | | H | Polybag wrong size | | |
| B | Color mis-match / shaded | | | I | Polybag, information on bag incorrect | | |
| C | Poor plating / painting / sanding | | | J | Quantity incorrect | | |
| D | Rust / mildew / corrosion | | | K | Fold incorrect | | |
| E | Other | | | L | Gift box color / size / quality incorrect | | |
| | TOTAL: | 0 | 0 | M | Bar code label incorrect | | |
| | **4. DIMENSIONS & SIZE COMPARISON / SPECIFICATION** | | | N | Inner pack and marking / bar code label incorrect | | |
| A | Out of specification | | | O | Other | | |
| B | Measurement inconsistent | | | | TOTAL: | 0 | 0 |
| C | Other | | | | **8. OTHER** | | |
| | | | | A | | | |
| | TOTAL: | 0 | 0 | B | | | |
| | **5. ASSEMBLY** | | | C | | | |
| A | Wobble / voids / poor joining | | | D | | | |
| B | Missing / loose / broken parts | | | | TOTAL: | 0 | 0 |
| C | Improper spot-weld connection | | | | | | |
| D | Incorrect instruction sheet | | | | **GRAND TOTAL DEFECTS:** | 0 | 0 |
| E | Other | | | | | | |
| | TOTAL: | 0 | 0 | | | | |

| Units Inspected: | Carton Numbers: | AQL Level : 1.5/2.5(s-3)   Acc.   MA:0 / MI: 2   Rej.   1 / 3 |
|---|---|---|
| 13pcs | Total:7ctns | Level   ☑ Normal/Single   ☐ Tighten   ☐ Reduced |

| Preparation | Pre-assembling | Finishing | Assembly | Packing | Estimated Completion Date |
|---|---|---|---|---|---|
| | | 100% | | | |

COMMENTS:

Vendor / Factory Signature: _____

Inspector's Signature:   Liu-Xin-You        Q.A. Manager's Signature: _____

( ✓ ) CORRECT OR WITHIN TOLERANCE                        ( X ) INCORRECT OR FAILED
( N ) NOT AVAILABLE FOR INSPECTION AND NEED TO FOLLOW UP BY NEXT INSPECTION   ( O ) NOT APPLICABLE