

**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**

NUMBER:   SHAH00335724

SEARS HOLDINGS GLOBAL SOURCING
MERCHANDISER:   RONALD KU

DATE :   AUG 21, 2012

☒  **Direct Vendor**   ☐  **Domestic Vendor**

**SHGS Office**   Hong Kong

| Hardlines Test Report | |
|---|---|
| Date of submission | AUG 17, 2012 |
| No. of working days | 3 |

**Stores:**   Kmart ☐   Sears -USA ☒   Sears-Canada ☐   TGI ☐   Lands' End ☐

| Overall Rating | |
|---|---|
| **Approved,** acceptable to ship | X |
| **Approved With Comments,** acceptable to ship this time, but expect running changes | ___ |
| **Corrective Action Required,** need to improve and retest | ___ |
| **Rejected,** not acceptable to ship | ___ |

** Please contact Stella.Chan@searshc.com if there is other question related to this report

| | | | |
|---|---|---|---|
| Sample Description: | 4 TON JACK STANDS | | |
| Vendor/Agent.: | MVP(HK)INDUSTRIES LTD | Factory: | JIAXING DATONG MACHINERY CO.LTD |
| Style/Code No.: | 50163 | Province/City of Factory: | JIAXING,ZHEJIANG |
| Contract #: | TF4382 | Country of Origin: | CHINA |
| DEPT: | 005 | Buyer: | LUCAS ROGERS |
| 1st Shipdate: | 2012/09/09 | Brand Name: | CRAFTSMAN PROFESSIONAL |
| Package Provided: | Yes | Color: | BLACK/YELLOW |
| No. of Submitted Samples: | 3 pieces | No. of assortments | styles / colors |

*******************************************************************************************************

To be continued

AUTHORIZED BY：
FOR INTERTEK TESTING SERVICES
LTD., SHANGHAI

JACOB LIN
GENERAL MANAGER

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

CONFIDENTIAL

MVP010093



**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

<u>**TEST REPORT**</u>                                              NUMBER:    SHAH00335724

| | | | |
|---|---|---|---|
| X | Pre-Production Sample | | |
| | Production Sample : Previous Report No. | Sealed Sample: | Yes / No |
| | Pre-Production Retest : Previous Report No. | | |
| | Production Retest : Previous Report No. | Sealed Sample: | Yes / No |
| | Other : | | |

Illinois Warning Statement:     With ☐    W/O ☒

Applicable To SHC-6572:     Yes ☐    No ☒          CA Prop 65 Warning:     With ☐    W/O ☒

Warning:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be continued

AUTHORIZED BY:
FOR INTERTEK TESTING SERVICES
LTD., SHANGHAI

JACOB LIN
GENERAL MANAGER

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

CONFIDENTIAL                                              MVP010094



**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                    NUMBER:     SHAH00335724

**Executive summary:**

**Testing Protocol: SHC- 4610          Dated: Mar 30,2011**

| Test Properties | A | AWC | CAR | R |
|---|---|---|---|---|
| SHC-6572 | NA | | | |
| Labeling | X | | | |
| Physical Characteristics | X | | | |
| Construction & workmanship | X | | | |
| Performance | X | | | |

Abbreviation: **NA**=**N**ot Applicable    **A** = Approved    **AWC**= Approved With Comments    **NR** = Not Requested
**CAR** = Corrective Action Requirement    **R** = Rejected

**Remarks:**
The submitted samples did not include purchase order for verification.

**Comments:** Nil

**Recommendation for improvements:** Nil

**Test results:**
The test results were listed in the following page(s).

Should you have any query on this report, you may contact at nancy.nx.zhang@intertek.com
*****************************************************************************************************************
                                                                                          To be continued

AUTHORIZED BY：
FOR INTERTEK TESTING SERVICES
LTD., SHANGHAI

JACOB LIN
GENERAL MANAGER

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

CONFIDENTIAL                                                                 MVP010095



**Intertek Testing Services Ltd., Shanghai TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                   NUMBER:      SHAH00335724

TESTS CONDUCTED
**TEST PROTOCOL FOR VEHICLE SUPPORT STANDS-ASME PALD-2009 PART 4 (SHC-4610)**

As requested by the applicant, the submitted sample was tested as per SHC-4610 Date Mar 30,2011, the test results were listed as below:

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| **SUPPLEMENTAL PROTOCOLS** | | | | |
| * CA Prop 65 | Applicable Section from Protocol SHC-6572 | All samples should be reviewed against the requirements of California Proposition 65 to determine if additional testing or labeling is required. | NA | - |
| Note: Additional cost, sample size & TAT may be required if testing to 1 or more supplemental protocols is necessary. Please refer to the above referenced supplemental protocol(s) for additional information. | | | | |
| **LABELING** | | | | |
| One Time Use Products **Fair Packaging and Labeling Act OR All Other Products **Uniform Packaging and Labeling Regulations | F.P. & L. Act (16 CFR 500) OR NIST Uniform Laws and Regulations Handbook 130 | Manufacturer, packer, or distributor's name & address (city, state & zip) | Provided | A |
| | | Product Identification | Provided | A |
| | | Net quantity of contents shall be expressed in terms of weight or mass, measure, numerical count, or combination so as to give accurate information to facilitate consumer comparison (U.S. and metric units). | Provided | A |
| **Country of Origin Marking | 19 CFR 134.11 | Shall indicate country of origin legibly, permanently, and in comparable size and close proximity to any mention of country other than country in which the article was manufactured or produced.  Must be visible at point of purchase. | Made in China | A |
| Use Labeling | ITS-M0060 | Use/care instructions that are clear and understandable shall be provided in language appropriate to destination countries. | M | A |
| Instructions | ITS-M0060 | An Instruction Sheet Should Be Supplied Which Provides All Information As Required By ASME PALD-2009 Part 4 | M | A |
| Cautionary Statements & Warnings | ITS-M0060 | All Warnings Required By ASME PALD-2009 Part 4 Must Be Provided | M | A |
| Safety markings | ASME PALD-2009 Part 4 Section 4-3 | Safety markings and safety messages should be as claimed in section 4-3 | M | A |
| **LABELING (For Canadian market only)** | | | | |
| Labeling - Packaging (when applicable) | Consumer Pkg & Labeling acts & regulations | Manufacturer, packer, or distributor's name & address (city, state & zip) | NA | - |
| | | Product Identification | NA | - |
| | | Net Quantity | NA | - |
| | | Country of Origin (If imported) | NA | - |
| Bilingual Requirements | Visual | All label and packaging information must be in both French and English | NA | - |
| Verify Label claims | Visual | Must comply with all claims | NA | - |

CONFIDENTIAL                                                                        MVP010096



**Intertek Testing Services Ltd., Shanghai TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

<u>**TEST REPORT**</u>                                          NUMBER:    SHAH00335724

TESTS CONDUCTED

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| Instructions | ITS-M0060 | An Instruction Sheet Should Be Supplied Which Provides All Information As Required By ASME PALD-2009 Part 4 | NA | - |
| Cautionary Statements & Warnings | ITS-M0060 | All Warnings Required By ASME PALD-2009 Part 4Must Be Provided | NA | - |
| Safety markings | ASME PALD-2009 Part 4 Section 4-3 | Safety markings and safety messages should be as claimed in section 4-3 | NA | - |
| **FEATURES** | | | | |
| Loading Capacity | ITS-M0060 | As Claimed | M | A |
| Locking Device | ITS-M0060 | As Claimed Or Should Provide Locking Device That Prevents Adjustment Of The Column Height With Load. Any Locking Pin Shall Be Secured To The Stand To Prevent Its Loss. | M | A |
| **PHYSICAL CHARACTERISTICS** | | | | |
| **Overall Base Dimensions:** | | | | |
| Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 8" | - |
| Width (In.) | M0059 | Report overall Width; shall meet label claims (if applicable). | 7.3" | - |
| Depth (In.) | M0059 | Report overall Depth; shall meet label claims (if applicable). | 6.5" | - |
| Handle Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 5.3" | - |
| Height (Closed) (In.) | M0059 | Report overall Height; shall meet label claims (if applicable). | C: 12" R: 12.0" | A |
| Neck Cross Sectional Area (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 1"X1.5" | - |
| Frame Thickness (In.) | M0059 | Report overall Thickness; shall meet label claims (if applicable). | 0.2" | - |
| Saddle Dimensions (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 3.5"X1" | - |
| Pin Diameter (If Applicable) (In.) | M0059 | Report overall Diameter; shall meet label claims (if applicable). | 0.6" | - |
| Total Weight (Lbs.) | M0059 | Report overall weight; shall meet label claims (if applicable). | 16.09lbs | - |
| Material Qualities | M0060 | No Major Defects | M | A |
| **CONSTRUCTION & WORKMANSHIP** | | | | |
| Sharp Points / Edges | 16 CFR 1500.48 / 1500.49 (Mod.) | Shall have no sharp points/edges, other than those required for function. | M | A |
| Defects | M0060 | Shall have no discernible surface degradation, including crazing, shivering, denting, bubbles, cracks, stains, deformations, chips, fractures, heavy lines, waves, shear marks, scratches, scuff marks, indentations, or blisters. | M | A |

CONFIDENTIAL                                                                                    MVP010097



**Intertek Testing Services Ltd., Shanghai
TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                    NUMBER:    SHAH00335724

TESTS CONDUCTED

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| Workmanship | M0060 | Shall have no components missing, malformed, and/or fractured. | M | A |
| Finish | M0060 | Material Should Be Suitably Rust Resistant | M | A |
| **PERFORMANCE** | | | | |
| Functionality | M0061 | Shall function as intended as received | M | A |
| Resistance To Corrosion (Metal Components) | ASTM B117-07 (Mod.) | Withstand 24 hours in 1% salt spray (fog) with no major corrosion or visual change. Modification = 1% salt (fog) spray. | M | A |
| Lifting Range | ASME PALD-2009 Part 4 | As Claimed | C: 12"-17-5/16" R: 12.0"-17.5" | A |
| Stability | ASME PALD-2009 Section 4-2.6 | Horizontal distance from the projected edge of the saddle to the nearest edge of the base shall be at least 8% of the maximum extended vertical height when the column is moved by hand to remove all slack in the direction of the vertical measurement. | M (11.4%) | A |
| Off - Center Load Test | ASME PALD-2009 Section 4-4.1.1 | A horizontally constrained vertical load equal to rated capacity shall be applied. The column shall be moved by hand to remove all slack laterally toward the point of load application, in both the fully extended position and fully retracted position for at least 10 min on the lug or edge of the saddle as shown in Fig. 4-3. The saddle's ability to retain the load shall not be adversely affected by this test. A permanent reduction in height, measured after the removal of the load, at the point of load contact as shown in Fig. 4-4 shall not exceed 0.125 in. (3.18 mm). The test shall be repeated on all lugs and edges. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M | A |
| Proof load test | ASME PALD-2009 Section 4-4.1.2 | A proof load as defined in 4-2.7 shall be applied centrally to the saddle, with the column in both the full extended and fully retracted position, with the base resting on a hard level surface. The load shall be applied for at least 10 min. A permanent reduction in overall height after the removal of the load, at the point of load contact shall not exceed 0.125 in. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M | A |
| *Vibration Testing (By request only) | ISTA Procedure as appropriate to package | Packaged product shall be tested to applicable ISTA procedure and method, based on package configuration. Inspect package and product for damage upon completion of test. Report results. | NR | - |

Results Key:

| M | Meets | NM | Does Not Meet |
|---|---|---|---|
| NA | Not Applicable | NT | Not Tested |
| C | Claimed | R | Recorded |
| NR | Not Requested | | |

Rating Key:

| Approved (A) |
|---|
| Approved with Comments (AWC) |
| Corrective Action Required (CAR) |
| Rejected (REJ) |

CONFIDENTIAL                                                          MVP010098

**Intertek Testing Services Ltd., Shanghai TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road, Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                          NUMBER:      SHAH00335724

TESTS CONDUCTED



Picture 1 Sample as received



Picture 2 Instruction



Picture 3 Artwork



Picture 4 Artwork

Date Sample Received: Aug 16, 2012
Testing Period: Aug 16, 2012 To Aug 21, 2012
************************************************************************************************************************

End Of Report

*This report is made solely on the basis of your instructions and/or information and materials supplied by you. It is not intended to be a recommendation for any particular course of action.  Intertek does not accept a duty of care or any other responsibility to any person other than the Client in respect of this report and only accepts liability to the Client insofar as is expressly contained in the terms and conditions governing Intertek's provision of services to you.  Intertek makes no warranties or representations either express or implied with respect to this report as provided for in those terms and conditions. We have aimed to conduct the Review on a diligent and careful basis and we do not accept any liability to you for any loss arising out of or in connection with this report, in contract, tort, by statute or otherwise, except in the event of our gross negligence or wilful misconduct.*

CONFIDENTIAL
                                                                        MVP010099



**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

## TEST REPORT

SEARS HOLDINGS GLOBAL SOURCING

NUMBER:   SHAH00339006

DATE :   SEP 06, 2012

☒  **Direct Vendor**          ☐  **Domestic Vendor**

**SHGS Office**   Hong Kong

| Hardlines Test Report | |
|---|---|
| Date of submission | SEP 04, 2012 |
| No. of working days | 3 |

Stores:   **Kmart** ☐   **Sears -USA** ☒   **Sears-Canada** ☐   **TGI** ☐   **Lands' End** ☐

| Overall Rating | |
|---|---|
| **Approved,** acceptable to ship | X |
| **Approved** With Comments, acceptable to ship this time, but expect running changes | |
| **Corrective Action Required,** need to improve and retest | |
| **Rejected,** not acceptable to ship | |

** Please contact Stella.Chan@searshc.com if there is other question related to this report

| | | | |
|---|---|---|---|
| Sample Description: | 4 TON JACK STANDS | | |
| | | Factory: | JIAXING DATONG MACHINERY CO.LTD |
| Vendor/Agent.: | MVP(HK)INDUSTRIES LTD | | |
| Style/Code No.: | 50163 | Province/City of Factory: | JIAXING,ZHEJIANG |
| Contract #: | TF4382 | Country of Origin: | CHINA |
| DEPT: | 005 | Buyer: | LUCAS ROGERS |
| 1ST Shipdate: | 2012/09/16 | Brand Name: | CRAFTSMAN PROFESSIONAL |
| Package Provided: | YES | Color: | BLACK/YELLOW |
| No. of Submitted Samples: | 3 pieces | No. of assortments | styles / colors |

| | | | |
|---|---|---|---|
| | Pre-Production Sample | | |
| X | Production Sample : Previous Report No.SHAH00335724 | Sealed Sample: | Yes / No |
| | Pre-Production Retest : Previous Report No. | | |
| | Production Retest : Previous Report No. | Sealed Sample: | Yes / No |
| | Other : | | |
| Illinois Warning Statement: | With ☐   W/O ☒ | | |
| Applicable To SHC-6572: | Yes ☐   No ☒ | CA Prop 65 Warning: | With ☐   W/O ☒ |
| Warning: | | | |

*****************************************************************************************************

TO BE CONTINUED

AUTHORIZED BY:
FOR INTERTEK TESTING SERVICES
LTD., SHANGHAI

JACOB LIN
GENERAL MANAGER

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHC'S PURCHASE ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER PARAGRAGHS 2 & 3 THEREOF.

PAGE 1 OF 7

CONFIDENTIAL

MVP010100



**Intertek Testing Services Ltd., Shanghai
TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                              NUMBER:     SHAH00339006

**Testing Protocol:  SHC- 4610         Dated: Mar 30,2011**

| Test Properties | A | AWC | CAR | R |
|---|---|---|---|---|
| SHC-6572 | NA | | | |
| Labeling | X | | | |
| Physical Characteristics | X | | | |
| Features | X | | | |
| Construction & workmanship | X | | | |
| Performance | X | | | |

Abbreviation:  **NA=Not Applicable    A = Approved    AWC= Approved With Comments    NR = Not Requested
CAR = Corrective Action Requirement    R = Rejected**

**Remarks:**
# The submitted samples did not include purchase order for verification.

**Comments:**
Nil

**Recommendation for improvements:**
Nil

**Test results:**
The test results were listed in the following page(s).

Should you have any query on this report, you may contact at nancy.nx.zhang@intertek.com
*********************************************************************************************************************

                                                                    TO BE CONTINUED

AUTHORIZED BY：
FOR INTERTEK TESTING SERVICES
LTD., SHANGHAI

JACOB LIN
GENERAL MANAGER

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

CONFIDENTIAL                                                                    MVP010101



**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

<u>TEST REPORT</u>                                    NUMBER:    SHAH00339006

TESTS CONDUCTED
<u>TEST PROTOCOL FOR VEHICLE SUPPORT STANDS-ASME PALD-2009 PART 4 (SHC-4610)</u>

As requested by the applicant, the submitted sample was tested as per SHC-4610 Date Mar 30,2011, the test results were listed as below:

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| *SUPPLEMENTAL PROTOCOLS* | | | | |
| CA Prop 65 | Applicable Section from Protocol SHC-6572 | All samples should be reviewed against the requirements of California Proposition 65 to determine if additional testing or labeling is required. | NA | - |
| Note: Additional cost, sample size & TAT may be required if testing to 1 or more supplemental protocols is necessary. Please refer to the above referenced supplemental protocol(s) for additional information. | | | | |
| *LABELING* | | | | |
| One Time Use Products Fair Packaging and Labeling Act OR All Other Products Uniform Packaging and Labeling Regulations | F.P. & L. Act (16 CFR 500) OR NIST Uniform Laws and Regulations Handbook 130 | Manufacturer, packer, or distributor's name & address (city, state & zip) | Provided | A |
| | | Product Identification | Provided | A |
| | | Net quantity of contents shall be expressed in terms of weight or mass, measure, numerical count, or combination so as to give accurate information to facilitate consumer comparison (U.S. and metric units). | Provided | A |
| Country of Origin Marking | 19 CFR 134.11 | Shall indicate country of origin legibly, permanently, and in comparable size and close proximity to any mention of country other than country in which the article was manufactured or produced.  Must be visible at point of purchase. | Made in China | A |
| Use Labeling | ITS-M0060 | Use/care instructions that are clear and understandable shall be provided in language appropriate to destination countries. | M | A |
| Instructions | ITS-M0060 | An Instruction Sheet Should Be Supplied Which Provides All Information As Required By ASME PALD-2009 Part 4 | M | A |
| Cautionary Statements & Warnings | ITS-M0060 | All Warnings Required By ASME PALD-2009 Part 4 Must Be Provided | M | A |
| Safety markings | ASME PALD-2009 Part 4 Section 4-3 | Safety markings and safety messages should be as claimed in section 4-3 | M | A |
| *LABELING (For Canadian market only)* | | | | |
| Labeling - Packaging (when applicable) | Consumer Pkg & Labeling acts & regulations | Manufacturer, packer, or distributor's name & address (city, state & zip) | NA | - |
| | | Product Identification | NA | - |
| | | Net Quantity | NA | - |
| | | Country of Origin (If imported) | NA | - |
| Bilingual Requirements | Visual | All label and packaging information must be in both French and English | NA | - |
| Verify Label claims | Visual | Must comply with all claims | NA | - |
| Instructions | ITS-M0060 | An Instruction Sheet Should Be Supplied Which Provides All Information As Required By ASME PALD-2009 Part 4 | NA | - |

CONFIDENTIAL                                                                        MVP010102



**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                    NUMBER:    SHAH00339006

TESTS CONDUCTED

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| Cautionary Statements & Warnings | ITS-M0060 | All Warnings Required By ASME PALD-2009 Part 4Must Be Provided | NA | - |
| Safety markings | ASME PALD-2009 Part 4 Section 4-3 | Safety markings and safety messages should be as claimed in section 4-3 | NA | - |
| **FEATURES** | | | | |
| Loading Capacity | ITS-M0060 | As Claimed | M | A |
| Locking Device | ITS-M0060 | As Claimed Or Should Provide Locking Device That Prevents Adjustment Of The Column Height With Load. Any Locking Pin Shall Be Secured To The Stand To Prevent Its Loss. | M | A |
| **PHYSICAL CHARACTERISTICS** | | | | |
| Overall Base Dimensions: | | | | |
| Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | C: 8-3/4" R: 8.3" | A |
| Width (In.) | M0059 | Report overall Width; shall meet label claims (if applicable). | C: 7-1/2" R: 7.4" | A |
| Depth (In.) | M0059 | Report overall Depth; shall meet label claims (if applicable). | 6.1" | - |
| Handle Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 5" | - |
| Height (Closed) (In.) | M0059 | Report overall Height; shall meet label claims (if applicable). | C: 12" R: 11.9" | A |
| Neck Cross Sectional Area (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 1.5" x 1.0" | - |
| Frame Thickness (In.) | M0059 | Report overall Thickness; shall meet label claims (if applicable). | 0.1" | - |
| Saddle Dimensions (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 3.5" x 1.1" | - |
| Pin Diameter (If Applicable) (In.) | M0059 | Report overall Diameter; shall meet label claims (if applicable). | 0.6" | - |
| Total Weight (Lbs.) | M0059 | Report overall weight; shall meet label claims (if applicable). | 15.76 lbs | - |
| Material Qualities | M0060 | No Major Defects | M | A |
| **CONSTRUCTION & WORKMANSHIP** | | | | |
| Sharp Points / Edges | 16 CFR 1500.48 / 1500.49 (Mod.) | Shall have no sharp points/edges, other than those required for function. | M | A |
| Defects | M0060 | Shall have no discernible surface degradation, including crazing, shivering, denting, bubbles, cracks, stains, deformations, chips, fractures, heavy lines, waves, shear marks, scratches, scuff marks, indentations, or blisters. | M | A |
| Workmanship | M0060 | Shall have no components missing, malformed, and/or fractured. | M | A |
| Finish | M0060 | Material Should Be Suitably Rust Resistant | M | A |
| **PERFORMANCE** | | | | |

CONFIDENTIAL

MVP010103



**Intertek Testing Services Ltd., Shanghai**
**TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

<u>**TEST REPORT**</u>                                             NUMBER:    SHAH00339006

TESTS CONDUCTED

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| Functionality | M0061 | Shall function as intended as received | M | A |
| Resistance To Corrosion (Metal Components) | ASTM B117-07 (Mod.) | Withstand 24 hours in 1% salt spray (fog) with no major corrosion or visual change. Modification = 1% salt (fog) spray. | NT | - |
| Lifting Range | ASME PALD-2009 Part 4 | As Claimed | C: 12" -17-5/16"  R: 11.9"-17.9" | A |
| Stability | ASME PALD-2009 Section 4-2.6 | Horizontal distance from the projected edge of the saddle to the nearest edge of the base shall be at least 8% of the maximum extended vertical height when the column is moved by hand to remove all slack in the direction of the vertical measurement. | M (16.7%) | A |
| Off - Center Load Test | ASME PALD-2009 Section 4-4.1.1 | A horizontally constrained vertical load equal to rated capacity shall be applied. The column shall be moved by hand to remove all slack laterally toward the point of load application, in both the fully extended position and fully retracted position for at least 10 min on the lug or edge of the saddle as shown in Fig. 4-3. The saddle's ability to retain the load shall not be adversely affected by this test. A permanent reduction in height, measured after the removal of the load, at the point of load contact as shown in Fig. 4-4 shall not exceed 0.125 in. (3.18 mm). The test shall be repeated on all lugs and edges. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M | A |
| Proof load test | ASME PALD-2009 Section 4-4.1.2 | A proof load as defined in 4-2.7 shall be applied centrally to the saddle, with the column in both the full extended and fully retracted position, with the base resting on a hard level surface. The load shall be applied for at least 10 min. A permanent reduction in overall height after the removal of the load, at the point of load contact shall not exceed 0.125 in. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M | A |
| Vibration Testing (By request only) | ISTA Procedure as appropriate to package | Packaged product shall be tested to applicable ISTA procedure and method, based on package configuration. Inspect package and product for damage upon completion of test. Report results. | NR | - |

Results Key:

| M | Meets | NM | Does Not Meet |
|---|---|---|---|
| NA | Not Applicable | NT | Not Tested |
| C | Claimed | R | Recorded |
| NR | Not Requested | | |

Rating Key:

| Approved (A) |
|---|
| Approved with Comments (AWC) |
| Corrective Action Required (CAR) |
| Rejected (REJ) |

*********************************************************************************************************

TO BE CONTINUED

CONFIDENTIAL                                                                          MVP010104

**Intertek Testing Services Ltd., Shanghai
TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                              NUMBER:    SHAH00339006

TESTS CONDUCTED



Picture 1: Sample as received



Picture 2: Instruction



Picture 3: Labelling



Picture 4: Labelling



Picture 5: Labelling



Picture 6: Labelling

TO BE CONTINUED

CONFIDENTIAL                                                      MVP010105

**Intertek**

**Intertek Testing Services Ltd., Shanghai TFH Division**
Block B, Jinling Business Square,No.801 Yi Shan Road,
Shanghai, China, 200233

Tel: +86 21 6120 6565
Fax: +86 21 6127 9740
www.intertek.com
www.intertek.com.cn
China Toll-Free: 800 999 1338

**TEST REPORT**                                                    NUMBER:      SHAH00339006

TESTS CONDUCTED



Picture 7: Labelling



Picture 8: Marking



Picture 9: Marking



Picture 10: Marking



Picture 11: Marking

Date Sample Received: Sep.4, 2012
Testing Period: Sep.4, 2012 to Sep.5, 2012
*****************************************************************************************************************************
END OF REPORT

*This report is made solely on the basis of your instructions and/or information and materials supplied by you. It is not intended to be a recommendation for any particular course of action.   Intertek does not accept a duty of care or any other responsibility to any person other than the Client in respect of this report and only accepts liability to the Client insofar as is expressly contained in the terms and conditions governing Intertek's provision of services to you.   Intertek makes no warranties or representations either express or implied with respect to this report save as provided for in those terms and conditions. We have aimed to conduct the Review on a diligent and careful basis and we do not accept any liability to you for any loss arising out of or in connection with this report, in contract, tort, by statute or otherwise, except in the event of our gross negligence or wilful misconduct.*

PAGE 7 OF 7



**Intertek**

**Test Report**

Number:   SHAH00365906

SEARS HOLDINGS GLOBAL SOURCING

Date:   FEB 16, 2013

Merchandiser:   Simon Wan
Alan Lee
Sandy Choi

☒  **Direct Vendor**        ☐  **Domestic Vendor**

**SHGS Office**   Hong Kong

| Hardlines Test Report | |
|---|---|
| Date of submission | Feb 6,2013 |
| No. of working days | 5 |

**Stores:**   Kmart ☐        Sears -USA ☒        Sears-Canada ☐        TGI ☐        Lands' End ☐

| Overall Rating | |
|---|---|
| **Approved**, acceptable to ship | X |
| **Approved With Comments**, acceptable to ship this time, but expect running changes | |
| **Corrective Action Required**, need to improve and retest | |
| **Rejected**, not acceptable to ship | |

** Please contact Stella.Chan@searshc.com if there is other question related to this report

| | | | | |
|---|---|---|---|---|
| Sample Description: | 4 Ton Jack Stands | | | |
| Vendor/Agent.: | Shinn Fu Company Of America Inc. | Factory: | | Jiaxing Datong Machinery Co.,Ltd |
| Style/Code No.: | 50163 | Province/City of Factory: | | Jiaxing ,Zhejiang |
| Contract #: | UZ5711 | Country of Origin: | | China |
| DEPT: | 10 | Buyer: | | Lucas Rogers |
| 1st Shipdate: | 2013/3/21 | Brand Name: | | Craftsman Professional |
| Package Provided: | Yes | Color: | | Black/Yellow |
| No. of Submitted Samples: | 3pcs | No. of assortments | | 1 style |

| | | | | |
|---|---|---|---|---|
| x | Pre-Production Sample | | | |
| | Production Sample: Previous Report No. | Sealed Sample: | Yes / No | |
| | Pre-Production Retest : Previous Report No. | | | |
| | Production Retest: Previous Report No. | Sealed Sample: | Yes / No | |
| | Other : | | | |

Illinois Warning Statement:        With ☐    W/O ☒
Applicable To SHC-6572::        Yes ☐    No ☒    CA Prop 65 Warning:        With ☐    W/O ☒
Warning:

****************************************************************************************

To Be Continued

Authorized By:
For Intertek Testing Services Ltd., Shanghai



Jacob Lin
General Manager

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER PARAGRAGHS 2 & 3 THEREOF.

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海大祥资质街服务有限公司
上海市宜山路 801 號金陵商務場 B座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com    www.intertek.com.cn



**Test Report**

Number： SHAH00365906

**Executive Summary:**

**Testing Protocol: SHC- 4610       Dated: Oct 25,2012**

| Test Properties | Approved | Approved With Comments | Corrective Action Requirement | Rejected |
|---|---|---|---|---|
| SHC-6572 | NA | | | |
| Labeling | X | | | |
| Physical Characteristics | X | | | |
| Construction & workmanship | X | | | |
| Performance | X | | | |

Abbreviation:  **NA**=Not Applicable    **NR**=Not Request    **NT = Not Test**

**Remarks:**
# The submitted samples did not include purchase order for verification.

**Test results:**
The test results were listed in the following page(s).

Should you have any query on this report, you may contact at Nancy.NX.Zhang@intertek.com.
*************************************************************************************************************

To be continued

Authorized By：
For Intertek Testing Services Ltd., Shanghai

_____

Jacob Lin
General Manager

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海市天祥質量技術服務有限公司
上海市宜山路 801 號金陵商務廣場 B 座  200233
Telephone: +86 21 6120 6060  Facsimile: +86 21 6127 9740
www.intertek.com    www.intertek.com.cn

CONFIDENTIAL

MVP010108



**Intertek**

<u>**Test Report**</u>

Number: SHAH00365906

Tests Conducted
<u>TEST PROTOCOL FOR VEHICLE SUPPORT STANDS-ASME PALD-2009 PART 4 (SHC-4610)</u>

As requested by the applicant, the submitted sample was tested as per SHC-4610 Date Oct 25,2012, the test results were listed as below:

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| **LABELING** | | | | |
| All Other Products ** Uniform Packaging and Labeling Regulations | NIST Uniform Laws and Regulations Handbook 130 | Manufacturer, Packer, or Distributor's Name & Address (City, State & Zip) | M | A |
| | | Product Identification | M | A |
| | | Net quantity of contents shall be expressed in terms of weight or mass, measure, numerical count, or combination so as to give accurate information to facilitate consumer comparison (U.S. and metric units). | M | A |
| ** Country of Origin Marking | 19 CFR 134.11 | Shall indicate country of origin legibly, permanently, and in comparable size and close proximity to any mention of country other than country in which the article was manufactured or produced. Must be visible at point of purchase. | M | A |
| Use Labeling | ITS-M0060 | Use/care instructions that are clear and understandable shall be provided in language appropriate to destination countries. | M | A |
| Instructions | ITS-M0060 | An Instruction Sheet Should Be Supplied Which Provides All Information As Required By ASME PALD-2009 Part 4 | M | A |
| Cautionary Statements & Warnings | ITS-M0060 | All Warnings Required By ASME PALD-2009 Part 4 Must Be Provided | M | A |
| Safety markings | ASME PALD-2009 Part 4 Section 4-3 | Safety markings and safety messages should be as claimed in section 4-3 | M | A |
| **FEATURES** | | | | |
| Loading Capacity | ITS-M0060 | As Claimed | M | A |
| Locking Device | ITS-M0060 | As Claimed Or Should Provide Locking Device That Prevents Adjustment Of The Column Height With Load. Any Locking Pin Shall Be Secured To The Stand To Prevent Its Loss. | M | A |
| **PHYSICAL CHARACTERISTICS** | | | | |
| Overall Base Dimensions: | | | | |
| Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 8-1/8 in (no label claims) | - |
| Width (In.) | M0059 | Report overall Width; shall meet label claims (if applicable). | 7-1/4 in (no label claims) | - |
| Depth (In.) | M0059 | Report overall Depth; shall meet label claims (if applicable). | 9-1/2 in (no label claims) | - |
| Handle Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 5-1/8 in (no label claims) | - |
| Height (Closed) (In.) | M0059 | Report overall Height; shall meet label claims (if applicable). | 12 in (meet the label claims) | - |
| Neck Cross Sectional Area (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 12 in x 1 in (no label claims) | - |
| Frame Thickness (In.) | M0059 | Report overall Thickness; shall meet label claims (if applicable). | 0.11 in (no label claims) | - |
| Saddle Dimensions (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 3.48 in x 1.11 in (no label claims) | - |
| Pin Diameter (If | M0059 | Report overall Diameter; shall meet label | 0.57 in | |

Page 3 Of 5

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海市宜山路 801 号金陵商务廣場 B 座
上海市宜山路 801 号金陵商务廣場 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com    www.intertek.com.cn

CONFIDENTIAL

MVP010109



**Test Report**                                    Number:   SHAH00365906

Tests Conducted

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| Applicable) (In.) | | claims (if applicable). | (no label claims) | |
| Total Weight (Lbs.) | M0059 | Report overall weight; shall meet label claims (if applicable). | 7.72 lbs (no label claims) | - |
| Material Qualities | M0060 | No Major Defects | M | A |
| **CONSTRUCTION & WORKMANSHIP** | | | | |
| Sharp Points / Edges | 16 CFR 1500.48 / 1500.49 (Mod.) | Shall have no sharp points/edges, other than those required for function. | M | A |
| Defects | M0060 | Shall have no discernible surface degradation, including crazing, shivering, denting, bubbles, cracks, stains, deformations, chips, fractures, heavy lines, waves, shear marks, scratches, scuff marks, indentations, or blisters. | M | A |
| Workmanship | M0060 | Shall have no components missing, malformed, and/or fractured. | M | A |
| Finish | M0060 | Material Should Be Suitably Rust Resistant | M | A |
| **PERFORMANCE** | | | | |
| Functionality | M0061 | Shall function as intended as received | M | A |
| Resistance To Corrosion (Metal Components) | ASTM B117-07 (Mod.) | Withstand 24 hours in 1% salt spray (fog) with no major corrosion or visual change. Modification = 1% salt (fog) spray. | M | A |
| Lifting Range | ASME PALD-2009 Part 4 | As Claimed | 12 in - 17- 5/16 in (meet the claims) | A |
| Stability | ASME PALD-2009 Section 4-2.6 | Horizontal distance from the projected edge of the saddle to the nearest edge of the base shall be at least 8% of the maximum extended vertical height when the column is moved by hand to remove all slack in the direction of the vertical measurement. | M (9.0 %) | A |
| Off - Center Load Test | ASME PALD-2009 Section 4-4.1.1 | A horizontally constrained vertical load equal to rated capacity shall be applied. The column shall be moved by hand to remove all slack laterally toward the point of load application, in both the fully extended position and fully retracted position for at least 10 min on the lug or edge of the saddle as shown in Fig. 4-3. The saddle's ability to retain the load shall not be adversely affected by this test. A permanent reduction in height, measured after the removal of the load, at the point of load contact as shown in Fig. 4-4 shall not exceed 0.125 in. (3.18 mm). The test shall be repeated on all lugs and edges. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M (0.31 mm) | A |
| Proof load test | ASME PALD-2009 Section 4-4.1.2 | A proof load as defined in 4-2.7 shall be applied centrally to the saddle, with the column in both the full extended and fully retracted position, with the base resting on a hard level surface. The load shall be applied for at least 10 min. A permanent reduction in overall height after the removal of the load, at the point of load contact shall not exceed 0.125 in. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M (1.33 mm) | A |

Page 4 Of 5

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海市宜山路 801 号金陵商务广场 B 座
上海市宜山路 801 宽金陵商务座幢 B 座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com   www.intertek.com.cn

CONFIDENTIAL                                                                                   MVP010110



**Test Report**                                         Number:   SHAH00365906

Tests Conducted

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| * Vibration Testing (By request only) | ISTA Procedure as appropriate to package | Packaged product shall be tested to applicable ISTA procedure and method, based on package configuration. Inspect package and product for damage upon completion of test. Report results. | NR | - |
| Other test requirements according to the protocol | | | NA | - |

\*      Additional Charge For This Test      \*\*      Mandatory Requirement

Results Key:

| M | Meets | NM | Does Not Meet |
|---|---|---|---|
| NA | Not Applicable | NT | Not Tested |
| C | Claimed | R | Recorded |
| NR | Not Requested | | |

Rating Key:

| Approved (A) |
|---|
| Approved with Comments (AWC) |
| Corrective Action Required (CAR) |
| Rejected (REJ) |



Picture 1: Sample



Picture 2: Package



Picture 3: Instruction

Date Sample Received: Feb.5, 2013
Testing Period: Feb.5, 2013 to Feb.16, 2013
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

End Of Report

This report is made solely on the basis of your instructions and/or information and materials supplied by you. It is not intended to be a recommendation for any particular course of action.   Intertek does not accept a duty of care or any other responsibility to any person other than the Client in respect of this report and only accepts liability to the Client insofar as is expressly contained in the terms and conditions governing Intertek's provision of services to you.   Intertek makes no warranties or representations either express or implied with respect to this report save as provided for in those terms and conditions. We have aimed to conduct the Review on a diligent and careful basis and we do not accept any liability to you for any loss arising out of or in connection with this report, in contract, tort, by statute or otherwise, except in the event of our gross negligence or wilful misconduct.

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海天祥质量技术服务有限公司
上海市宜山路 801 宏企园商务楼 B 座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com    www.intertek.com.cn

CONFIDENTIAL

MVP010111



**Test Report**

Number:    SHAH00368893

SEARS HOLDINGS GLOBAL SOURCING                                        Date:    MAR 12, 2013
Merchandiser:    Simon Wan/Alan Lee/Sandy Choi

☒   **Direct Vendor**          ☐   **Domestic Vendor**

SHGS Office    Hong Kong

| | Hardlines Test Report |
|---|---|
| Date of submission | Mar 8,2013 |
| No. of working days | 3 |

Stores:    Kmart ☐     Sears -USA ☒     Sears-Canada ☐     TGI ☐     Lands' End ☐

| Overall Rating | |
|---|---|
| **Approved**, acceptable to ship | X |
| **Approved With Comments**, acceptable to ship this time, but expect running changes | |
| **Corrective Action Required**, need to improve and retest | |
| **Rejected**, not acceptable to ship | |

** Please contact Stella.Chan@searshc.com if there is other question related to this report

| Sample Description: | 4 Ton Jack Stands | | |
|---|---|---|---|
| Vendor/Agent.: | Shinn Fu Company Of America Inc. | Factory: | Jiaxing Datong Machinery Co.,Ltd |
| Style/Code No.: | 50163 | Province/City of Factory: | Jiaxing ,Zhejiang |
| Contract #: | UZ5711 | Country of Origin: | China |
| DEPT: | 10 | Buyer: | Lucas Rogers |
| 1ˢᵗ Shipdate: | 2013/3/21 | Brand Name: | Craftsman Professional |
| Package Provided: | Yes | Color: | Black/Yellow |
| No. of Submitted Samples: | 2 pcs | No. of assortments | 1 style |

| | | | | |
|---|---|---|---|---|
| | Pre-Production Sample | | | |
| x | Production Sample: Previous Report No.SHAH00365906 | | Sealed Sample:    Yes / No | |
| | Pre-Production Retest : Previous Report No. | | | |
| | Production Retest: Previous Report No. | | Sealed Sample:    Yes / No | |
| | Other : | | | |

Illinois Warning Statement:       With ☐   W/O ☒
Applicable To SHC-6572::       Yes ☐   No ☒       CA Prop 65 Warning:       With ☐   W/O ☒
Warning:

*************************************************************************************
                                                                                    To Be Continued

Authorized By:
For Intertek Testing Services Ltd., Shanghai



Jacob Lin
General Manager



TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

Page 1 Of 5

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海天祥質量技術服務有限公司
上海市宜山路 801 號金陵商務廣場 B 座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com    www.intertek.com.cn

CONFIDENTIAL                                                                                    MVP010112



**Test Report**

Number:    SHAH00368893

**Executive Summary:**

**Testing Protocol: SHC- 4610        Dated: Oct 25,2012**

| Test Properties | Approved | Approved With Comments | Corrective Action Requirement | Rejected |
|---|---|---|---|---|
| SHC-6572 | NA | | | |
| Labeling | X | | | |
| Features | X | | | |
| Physical Characteristics | X | | | |
| Construction & workmanship | X | | | |
| Performance | X | | | |

Abbreviation:  **NA**=Not Applicable    **NR**=Not Request    **NT = Not Test**

**Remarks:**
# The submitted samples did not include purchase order for verification.

**Test results:**
The test results were listed in the following page(s).

Should you have any query on this report, you may contact at Nancy.nx.zhang@intertek.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To be continued

Authorized By：
For Intertek Testing Services Ltd., Shanghai

Jacob Lin
General Manager

TESTING OF VENDOR'S MERCHANDISE BY SHGS IS NOT A SUBSTITUTE FOR VENDOR'S OWN TESTING AND OTHER QUALITY ASSURANCE RELATED
OBLIGATIONS IN CONNECTION WITH ITS SALE OF MERCHANDISE TO SHGS.
SHGS TESTING SHALL NOT LIMIT SHG'S RIGHTS, OR DIMINISH OR REMOVE ANY OF VENDOR'S RESPONSIBILITIES, UNDER SHG'S PURCHASE
ORDER TERMS AND CONDITIONS INCLUDING, WITHOUT LIMITATION, THOSE RELATING TO WARRANTY AND INDEMNIFICATION UNDER
PARAGRAGHS 2 & 3 THEREOF.

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海天祥质量技术服务有限公司
上海市宜山路 801 号金陵商务广场 B 座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com   www.intertek.com.cn

CONFIDENTIAL

MVP010113



**Test Report**

Number:   SHAH00368893

Tests Conducted
**TEST PROTOCOL FOR VEHICLE SUPPORT STANDS-ASME PALD-2009 PART 4 (SHC-4610)**

As requested by the applicant, the submitted sample was tested as per SHC-4610 Date Oct 25,2012, the test results were listed as below:

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| **LABELING** | | | | |
| All Other Products ** Uniform Packaging and Labeling Regulations | NIST Uniform Laws and Regulations Handbook 130 | Manufacturer, Packer, or Distributor's Name & Address (City, State & Zip) | M | A |
| | | Product Identification | M | A |
| | | Net quantity of contents shall be expressed in terms of weight or mass, measure, numerical count, or combination so as to give accurate information to facilitate consumer comparison (U.S. and metric units). | M | A |
| ** Country of Origin Marking | 19 CFR 134.11 | Shall indicate country of origin legibly, permanently, and in comparable size and close proximity to any mention of country other than country in which the article was manufactured or produced.  Must be visible at point of purchase. | M | A |
| Use Labeling | ITS-M0060 | Use/care instructions that are clear and understandable shall be provided in language appropriate to destination countries. | M | A |
| Instructions | ITS-M0060 | An Instruction Sheet Should Be Supplied Which Provides All Information As Required By ASME PALD-2009 Part 4 | M | A |
| Cautionary Statements & Warnings | ITS-M0060 | All Warnings Required By ASME PALD-2009 Part 4 Must Be Provided | M | A |
| Safety markings | ASME PALD-2009 Part 4 Section 4-3 | Safety markings and safety messages should be as claimed in section 4-3 | M | A |
| **FEATURES** | | | | |
| Loading Capacity | ITS-M0060 | As Claimed | M | A |
| Locking Device | ITS-M0060 | As Claimed Or Should Provide Locking Device That Prevents Adjustment Of The Column Height With Load. Any Locking Pin Shall Be Secured To The Stand To Prevent Its Loss. | M | A |
| **PHYSICAL CHARACTERISTICS** | | | | |
| Overall Base Dimensions: | | | | |
| Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 8.1 in No claim | - |
| Width (In.) | M0059 | Report overall Width; shall meet label claims (if applicable). | 7.3 in No claim | - |
| Depth (In.) | M0059 | Report overall Depth; shall meet label claims (if applicable). | 9.4 in No claim | - |
| Handle Length (In.) | M0059 | Report overall Length; shall meet label claims (if applicable). | 5.1 in No claim | - |
| Height (Closed) (In.) | M0059 | Report overall Height; shall meet label claims (if applicable). | 12.0 in Claim: 12 in | A |
| Neck Cross Sectional Area (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 12 in x 1 in No claim | - |
| Frame Thickness (In.) | M0059 | Report overall Thickness; shall meet label claims (if applicable). | 0.11 in No claim | - |
| Saddle Dimensions (In.) | M0059 | Report overall dimensions; shall meet label claims (if applicable). | 3.48 in x 1.10 in No claim | - |

Page 3 Of 5

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海天祥质量技术服务有限公司
上海市宜山路 801 号金陵商务广场 B 座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com   www.intertek.com.cn

CONFIDENTIAL

MVP010114



**Test Report**                                                                    Number：   SHAH00368893

Tests Conducted

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| Pin Diameter (If Applicable) (In.) | M0059 | Report overall Diameter; shall meet label claims (if applicable). | 0.58 in<br>No claim | - |
| Total Weight (Lbs.) | M0059 | Report overall weight; shall meet label claims (if applicable). | 7.71 lbs<br>No claim | - |
| Material Qualities | M0060 | No Major Defects | M | A |
| **CONSTRUCTION & WORKMANSHIP** | | | | |
| Sharp Points / Edges | 16 CFR 1500.48 / 1500.49 (Mod.) | Shall have no sharp points/edges, other than those required for function. | M | A |
| Defects | M0060 | Shall have no discernible surface degradation, including crazing, shivering, denting, bubbles, cracks, stains, deformations, chips, fractures, heavy lines, waves, shear marks, scratches, scuff marks, indentations, or blisters. | M | A |
| Workmanship | M0060 | Shall have no components missing, malformed, and/or fractured. | M | A |
| Finish | M0060 | Material Should Be Suitably Rust Resistant | M | A |
| **PERFORMANCE** | | | | |
| Functionality | M0061 | Shall function as intended as received | Function as intended as received | A |
| Resistance To Corrosion (Metal Components) | ASTM B117-07 (Mod.) | Withstand 24 hours in 1% salt spray (fog) with no major corrosion or visual change. Modification = 1% salt (fog) spray. | M | A |
| Lifting Range | ASME PALD-2009 Part 4 | As Claimed | 12in to 17-5/16in (Meet the claims) | A |
| Stability | ASME PALD-2009 Section 4-2.6 | Horizontal distance from the projected edge of the saddle to the nearest edge of the base shall be at least 8% of the maximum extended vertical height when the column is moved by hand to remove all slack in the direction of the vertical measurement. | M<br>(9.7%) | A |
| Off - Center Load Test | ASME PALD-2009 Section 4-4.1.1 | A horizontally constrained vertical load equal to rated capacity shall be applied. The column shall be moved to remove all slack laterally toward the point of load application, in both the fully extended position and fully retracted position for at least 10 min on the lug or edge of the saddle as shown in Fig. 4-3. The saddle's ability to retain the load shall not be adversely affected by this test. A permanent reduction in height, measured after the removal of the load, at the point of load contact as shown in Fig. 4-4 shall not exceed 0.125 in. (3.18 mm). The test shall be repeated on all lugs and edges. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | M<br>(0.42 mm) | A |
| Proof load test | ASME PALD-2009 Section 4-4.1.2 | A proof load as defined in 4-2.7 shall be applied centrally to the saddle, with the column in both the full extended and fully retracted position, with the base resting on a hard level surface. The load shall be applied for at least 10 min. A permanent reduction in | M<br>(1.31 mm) | A |

Page 4 Of 5

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海天祥质量技术服务有限公司
上海市宜山路 801 号金陵商务广场 B 座 200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com   www.intertek.com.cn



**Test Report**                                    Number:   SHAH00368893

Tests Conducted

| Evaluation | Citation/Method | Criteria | Result | Rating |
|---|---|---|---|---|
| | | overall height after the removal of the load, at the point of load contact shall not exceed 0.125 in. A preload of no more than 100% of rated capacity may be applied to establish initial overall height. | | |
| * Vibration Testing (By request only) | ISTA Procedure as appropriate to package | Packaged product shall be tested to applicable ISTA procedure and method, based on package configuration. Inspect package and product for damage upon completion of test. Report results. | NR | - |
| Other test requirements according to the protocol | | | NA | - |

\*      Additional Charge For This Test      \*\*      Mandatory Requirement

Results Key:

| M | Meets | | NM | Does Not Meet |
|---|---|---|---|---|
| NA | Not Applicable | | NT | Not Tested |
| C | Claimed | | R | Recorded |
| NR | Not Requested | | | |

Rating Key:

| Approved (A) |
|---|
| Approved with Comments (AWC) |
| Corrective Action Required (CAR) |
| Rejected (REJ) |


Picture 1: Sample


Picture 2: Package

Date Sample Received: Mar.8, 2013
Testing Period: Mar.8, 2013 to Mar.12, 2013
*********************************************************************************************************************************************
End Of Report

*This report is made solely on the basis of your instructions and/or information and materials supplied by you. It is not intended to be a recommendation for any particular course of action.   Intertek does not accept a duty of care or any other responsibility to any person other than the Client in respect of this report and only accepts liability to the Client insofar as is expressly contained in the terms and conditions governing Intertek's provision of services to you.   Intertek makes no warranties or representations either express or implied with respect to this report save as provided for in those terms and conditions. We have aimed to conduct the Review on a diligent and careful basis and we do not accept any liability to you for any loss arising out of or in connection with this report, in contract, tort, by statute or otherwise, except in the event of our gross negligence or wilful misconduct.*

**Intertek Testing Services Ltd., Shanghai**
Block B, Jinling Business Square, No.801 YiShan Road, Shanghai, China. 200233
上海天祥质量技术服务有限公司
上海市宜山路 801 号金玲商务广场 B 座  200233
Telephone: +86 21 6120 6060   Facsimile: +86 21 6127 9740
www.intertek.com   www.intertek.com.cn

CONFIDENTIAL                                                      MVP010116