Operators Manual

# CRAFTSMAN
**PROFESSIONAL**

## HEAVY DUTY JACK STANDS

Model #50163 - 4 Ton Capacity per pair



- Safety
- Operation
- Maintenance

CAUTION: Before using this product, read this manual and follow all its Safety Rules and Operating instructions.

Sears, Roebuck and Co., Hoffman Estates, IL 60179
Visit our Craftsman website: www.sears.com/craftsman

Printed in China

KLORCZYK000166

## WARRANTY

CRAFTSMAN ONE YEAR FULL WARRANTY

If this Craftsman product fails due to a defect in material or workmanship within one year from the date of purchase, return it to any Sears store or other Craftsman outlet in the United States for free replacement.

This warranty applies for only 90 days from the date of purchase if this product is ever used for commercial or rental purposes.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

Sears, Roebuck and Co., Hoffman Estates, IL 60179

## SAVE THESE INSTRUCTIONS

For your safety, read, understand, and follow the information provided with and on this product.
- The owner and operator of this equipment shall have an understanding of this jack and safe operating procedures before attempting to use. The owner and operator shall be aware that use and repair of this device may require special skills and knowledge. Instructions and safety information must be conveyed in operator's native language before the jack stands are used. If any doubt exists as to the safe and proper use of this device, remove from service immediately.
- Inspect before each use. Do not use if broken, bent, cracked, or damaged parts (including labels) are noted. Any jack stand that appears damaged in any way, operates abnormally or is missing parts, shall be removed from service immediately.
- If the jack stand has been or suspected to have been subjected to a shock load (a load dropped suddenly, unexpectedly upon it), immediately discontinue use until jack stand has been checked by a Sears or other qualified service center. It is recommended that an annual inspection be done by qualified personnel.
- Labels and Owner's Manuals are available from Sears.

## SPECIFICATIONS

| Model | Capacity | Base Size | Min. Height | Max. Height |
|---|---|---|---|---|
| 50163 | 4 Ton | 8-3/4" x 7-1/2" | 12" (305 mm) | 17-5/16" (440 mm) |

Saddle — Locking handle — Lock pin
Ratchet bar — Locking pawl (stopper)
Roll pin
Base frame

Fig. 1 Model 50163 Components

2

## SAFETY INSTRUCTIONS

> **⚠ WARNING**
>
> - Study, understand, and follow all instructions with and on this device before use.
> - Rated capacity is per pair! Do not exceed rated capacity.
> - Use only on hard, level surfaces capable of sustaining rated capacity loads.
> - One pair per vehicle only!
> - Use as a matched pair to support one end of a vehicle only.
> - Support only on areas of the vehicle as specified by the vehicle manufacturer.
> - No alterations shall be made to this product.
> - Failure to heed product markings or warnings may result in personal injury or property damage.

- Before using this product, read this operator's manual completely and familiarize yourself thoroughly with the product and the hazards associated with its improper use.
- Install ratchet bar into frame with ratchet area of bar aligned with locking pawl (stopper).
- Move the ratchet bar to its lowest position by raising the locking handle, thereby releasing the stopper, and guiding the bar downward.
- Insert roll pin into the bottom hole of the ratchet bar to prevent inadvertent loss of the ratchet bar. (refer to Fig. 1)
- Always check the vehicle owners or service manual for location of proper lift and support points.

### DAMAGE TO JACK STANDS

If you think jack stand has been subjected to an abnormal load or shock, have it inspected for damage at a Sears Service Center before using it again.

### BEFORE USING

- Inspect stands before each use. Do not use if bent, broken or cracked components are noted. Ensure that all parts move freely.
- Verify that the product and the application are compatible.

## OPERATION

- To support load
  - Adjust height by pulling up on ratchet bar.
  - The weight of the locking handle should secure the ratchet bar in desired position. To confirm this, simply push down on the locking handle. Check to ensure ratchet bar is secure before loading.
  - Carefully position stands so that load is centered on stand's saddle.
  - Slowly lower the vehicle onto the stands.
  - Check to ensure vehicle is secure before working on, around or under. When used to support vehicle, use wheel chocks to prevent accidental movement

- To lower load
  - With suitable jack, raise vehicle clear of stands.
  - Raise the locking handle to release stopper and allow ratchet bar to glide down to lowest position.
  - Carefully remove stands, then carefully lower vehicle with jack.
  - Ensure that all tools, equipment and personnel are clear before lowering load.

## MAINTENANCE

To help prevent rust, wipe clean and/or blow dry after each use. Ensure locking handle moves freely under its own weight. Do not apply oil or lubricant to ANY portion of this product.

Please note that there are no replacement parts applicable to this device.

For after sale support and assistance:
Call 8:00 AM - 4:45 PM CST., Monday - Friday 1-888-332-6419

3

KLORCZYK000168

# Get it fixed, at your home or ours!

## Your Home

For repair – in your home – of all major brand appliances, lawn and garden equipment, or heating and cooling systems, no matter who made it, no matter who sold it!

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

**1-800-4-MY-HOME®**          Call anytime, day or night
(1-800-469-4663)                      (U.S.A. and Canada)

**www.sears.com        www.sears.ca**

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest Sears Parts and Repair Center.

**1-800-488-1222**   Call anytime, day or night (U.S.A. only)
**www.sears.com**

To purchase a protection agreement (U.S.A.) or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6665** (U.S.A.)          **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:

**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:

**1-800-LE-FOYERᴹᶜ**
(1-800-533-6937)
www.sears.ca

**Sears**

© Sears Brands, LLC
® Registered Trademark / ™ Trademark / ℠ Service Mark of Sears Brands, LLC
® Marca Registrada / ™ Marca de Fábrica / ℠ Marca de Servicio de Sears Brands, LLC
ᴹᶜ Marque de commerce / ᴹᴰ Marque déposée de Sears Brands, LLC

KLORCZYK000169