# Exhibit E

Geoffrey Hausmann
December 2, 2014

Page 1

VOLUME I
PAGES: 1-90
EXHIBITS: 1-11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 3:13-CV-00257-JAM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FREDERICK KLORCZYK, JR., as    \*
co-administrator of the        \*
Estate of Christian R.         \*
Klorczyk, ET AL.,              \*
    Plaintiffs,               \*
                               \*
vs.                            \*
                               \*
SEARS, ROEBUCK & CO., ET AL.,  \*
    Defendants                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF GEOFFREY HAUSMANN
Sleep Inn & Suites
5 King Arthur Drive
Niantic, Connecticut
THURSDAY, DECEMBER 2, 2014, 10:29 A.M.

------- Linda Horne, CSR, RPR, LSR #482 -------
STRATOS LEGAL SERVICES, LP
4295 San Felipe
Houston, TX   77027

Stratos Legal Services
800-971-1127

Geoffrey Hausmann
December 2, 2014

1  man.  I don't remember exactly what it said.
2     Q.   So when you got the page, about two or
3  three minutes later you arrive at 55 Westwood
4  Drive, correct?
5     A.   That's correct.
6     Q.   Was anyone else there when you
7  arrived?
8     A.   I was first on scene.  The parents
9  were there, who I found out to be the parents
10 later, I should say.
11    Q.   So when you first arrived, there was
12 no one except you and Mr. and Mrs. Klorczyk,
13 correct?
14    A.   That's correct.
15    Q.   And for how long would you say you
16 were there before the next person arrived?
17    A.   I don't know.  It wasn't long, but I
18 don't know.  My concentration was on the
19 patient, so I don't know how long the fire
20 trucks took to get there.  They were a little
21 bit farther from the scene than I was, but I
22 know it wasn't long.
23    Q.   Could it have been a couple of
24 minutes?
25    A.   At most, two minutes, but I don't even

Geoffrey Hausmann
December 2, 2014

Page 32

1  garage total from when you run in to when you
2  remove yourself to allow the other firefighters
3  to do their work?
4      A.   Maybe two minutes, at most. It wasn't
5  long. It seemed like everything went very
6  quickly.
7      Q.   So during those two minutes, did you
8  see the vehicle move at all in any direction?
9      A.   The only place it went was up when the
10 firefighters put the wood blocks under to
11 support the car, and then they were able to get
12 the car up.
13     Q.   Before the firefighters arrived there,
14 did you see the car move at all?
15     A.   No.
16     Q.   So you're quite sure that Mr. Klorczyk
17 did not actually jack the car up; is that
18 correct?
19     A.   I know he was working on the jack. He
20 did not get it -- I believe the jack was all
21 the way down, and he was trying to get it to
22 pump up. But while I was under the car, it did
23 not happen.
24          I don't know if he continued or they
25 got something from the fire trucks to do that.

Geoffrey Hausmann
December 2, 2014

Page 33

1  I don't know how the car got up.  I know it got
2  up very quickly.
3      Q.   It's possible that after you got out
4  from under the vehicle that Mr. Klorczyk
5  actually was successful in jacking the car up?
6      A.   I don't know how the car got up.  So I
7  don't know who got it up.  While I was there,
8  the car wasn't moving yet.  I know he was
9  working on it, but I don't know if that's how
10 it got up.
11          I mean, again, I remember the first
12 thing was the big wood blocks came in on both
13 sides of the car from the fire trucks.  That
14 was to support that.  Other than that, I don't
15 know what else happened.
16     Q.   Did you see any jack stands anywhere
17 in the garage?
18     A.   There was -- there was one -- a stand,
19 is that something's that not pumped up, it's
20 something you sit the car on?
21     Q.   Correct.
22     A.   There was something that was knocked
23 over on the side that the car was on.  I think
24 it was just -- it was leaning on the ground.
25     Q.   Where did you say you think you saw

Geoffrey Hausmann
December 2, 2014

Page 34

1  that?
2      A.   That would have been the front of the
3  passenger's side, if I'm correct.  I'm doing
4  this from memory.  I believe there was one on
5  the ground.  I'm not positive.
6      Q.   You think it was on the ground on the
7  side of the vehicle that you were on?
8      A.   Yes.  That's the passenger side.
9      Q.   You're not sure?
10     A.   I'm not 100 percent positive.
11     Q.   Could it have been something else that
12  you saw leaning over?
13          MR. DONAT:  Objection to form.
14     A.   Again, I'm not -- I -- all I know is
15  the next day I talked to a mechanic friend of
16  mine, and he told me that he was wrong for not
17  having any secondary support to the car.
18          He said that he always teaches
19  everybody to have a tire or wood or something
20  like that under the car when you jack it up so
21  something like this wouldn't happen.
22          MR. DONAT:  Objection.  Move to strike
23  at the proper time.
24     Q.   You said you saw what may have been a
25  jack stand on the passenger side of the

Stratos Legal Services
800-971-1127

Geoffrey Hausmann
December 2, 2014

Page 35

1  vehicle, correct?
2       A.   Correct.
3       Q.   Did you see what its orientation was?
4       A.   It was lying on the ground.
5       Q.   Was it on its side?
6       A.   Yes.
7       Q.   How far from where you got down on
8  your stomach was that object?
9       A.   Maybe a foot or two.  It wasn't far.
10 I mean, again, you're talking about a very
11 small car.  So if you're going like that
12 (indicating) you touch the whole car.  So I
13 don't know.  It was towards the front of the
14 car, if I remember correctly.
15      Q.   You get down on your stomach, correct?
16      A.   Yes.
17      Q.   You reach out with your left arm,
18 correct?
19      A.   No, it probably was the right arm.
20 I'm facing toward the back.
21      Q.   You're facing towards the exit of the
22 garage?
23      A.   Yes.
24      Q.   And you reach out with your arm to
25 feel the pulse, correct?

Stratos Legal Services
800-971-1127

Geoffrey Hausmann
December 2, 2014

Page 48

1   Q.   So you said that --
2   A.   This is all stuff from the
3   firefighters.
4   Q.   You're pointing to the wooden blocks?
5   A.   Yes.
6   Q.   Could you just take this blue marker
7   and draw an arrow alongside of the car where
8   you walked?
9   A.   I'm right here.
10  Q.   Could you draw a longer line?
11  A.   (Witness complies.)
12  Q.   Thank you.
13       MR. DONAT:  Can you identify what it
14  is, for the record?
15       MR. ZAKRZEWSKI:  Yes, the witness has
16  drawn an arrow pointing to the passenger side
17  of the vehicle, and he's written the word "me"
18  at the bottom of the arrow.
19       MR. DONAT:  Thank you.
20  Q.   So you testified that Mr. Klorczyk was
21  on the opposite side of the car, correct?
22  A.   Yeah, he was.  When I was here, he was
23  at the front left corner of the car.  I didn't
24  know it was a BMW.  I just knew it was a small
25  car.  I didn't know what kind of car it was.

Geoffrey Hausmann
December 2, 2014

Page 49

1   Q. And when you said you saw a jack stand
2   somewhere nearby yourself?
3   A. It would have been up --
4   Q. How about you draw a little plus sign
5   or the letter J?
6   A. Right in -- somewhere around this
7   area.
8   Q. Okay.
9   A. I'm not positive but it was in that
10  general area. I don't know if it was under the
11  car.
12      MR. DONAT: Can I see that? Thank
13  you.
14  Q. I'm showing you a photograph that's
15  been marked as Exhibit 5. Do you recognize
16  what's depicted in that photograph?
17  A. It's a car up on the jack.
18  Q. Did you see the vehicle in that
19  condition on the day of the incident?
20  A. No.
21  Q. When you say that when you first
22  walked into the garage you believe Mr. Klorczyk
23  was trying to manipulate something, do you see
24  in this photograph the object that you thought
25  he was trying to manipulate?

Geoffrey Hausmann
December 2, 2014

Page 50

1    A.    I assume it was the jack because I
2  remember it had a long handle.  I don't know if
3  that was this or what it was, but I'm assuming
4  that.  I don't know.
5    Q.    Can you circle the object that you
6  think he was trying to manipulate?
7    A.    (Witness complies.)
8    Q.    Thank you.
9    A.    I guess.  I'm not positive.
10   Q.    So you see this jack stand here --
11   A.    Yes.
12   Q.    -- on the left side of the photograph.
13  Do you have any idea how this jack stand came
14  to be situated under the vehicle this way?
15   A.    No.
16         MR. DONAT:  Objection.
17   A.    I don't remember seeing that.  I can
18  remember I'm on the opposite side of the car.
19  I have a body that's between.  I never saw
20  anything on the side of the car.  I was on the
21  opposite side of the car completely.
22   Q.    This seems to depict the passenger
23  side of the vehicle?
24   A.    It does.
25         MR. DONAT:  Objection to form.



