# *EXHIBIT A*



Presentation of SHINN FU CORPORATION 2011

PENGAD 800-631-6989 EXHIBIT SFA 9 5-24-14 md



# Milestones

1971 – **Shinn Fu**, first manufacturer of hydraulic jacks in Taiwan is founded.

1978 – **Shinn Fu America** established in Kansas City, Missouri, U.S.A..

1988 – **MVP Hong Kong** is established.

1994 – **Shinn Fu Europe**, is founded to serve as sales/marketing office for European market.

– **Shinn Fu Australia**, is established to provide localized support for Australia market.

– **Shinn Hai Electric and Machinery** is established in Shanghai, China.

1995 – **Shinn Chia Machinery & Foundry**, is founded in Kun-Shang, China specializing in casting.

2004 – **Shinn Fu** of Taiwan Headquarters relocated to Taipei.

– **Shinn Fu Japan** established in Osaka, Japan.

– **Shinn Fu Canada** established in Toronto, Canada.

2010 – **Shanghai Shinn Shou** sales office established in Shanghai, China

2011 – **Shinn Fu Scandinavia AB** established in Eskilstuna, Sweden

– **SFT, LLC**, established in Seattle, Washington, USA

Shinn Fu Corp.

# Shinn Fu (Taiwan) Headquarters






- Shinn Fu Group in total 2000+ employees worldwide.
- Shinn Fu Taiwan supplies product development and manufacturing services to Shinn Fu affiliated companies throughout the world.
- Headquarters located in Taipei, Taiwan.
- QC and sourcing team located in Tai-Chung, Taiwan.

Shinn Fu Corp.

# Affiliate Facilities





SFA Company   Kansas City, MO, U.S.A.



Shinn Fu Australia   Melbourne, VIC, Australia



Shinn Fu Japan   Osaka, Japan



Shinn Fu Europe B.V.   Roosendaal, Netherlands

Shinn Fu Corp.



# Business Focus

- Professional Hydraulic Lifting Equipment
- Industrial Hydraulic Lifting Equipment
- Health & Fitness Equipment
- Cleaning Equipment
- Automotive Related Parts & Accessories
- Battery Chargers
- Trading / Outsourcing Products

(Tools, Outdoor Accessories, Consumer Electronics, etc.)

Shinn Fu Corp.

# Market Segmentation / Manufacturing Sites



## Shinn Fu Group

| Retail (DIY) Market | Professional Market | Industrial Market |

  

  

Shinn Fu Corp.

# Affiliated Global Operations

Shinn Fu Corp.

