# EXHIBIT C



| Home | Products | Tech Zone | What's New | About Us | Contact Us |

### About SFA Companies



Shinn Fu Company of America, Inc (SFA) performs its functions in marketing, sales, service and distributing products throughout North, Central and South America. Over the past 30 years, SFA has become the leading distributor of hydraulic lift equipment in the US and Canada, which reflects a widely recognized reputation for quality and service.

SFA maintains the following divisions:

- BVA Hydraulics™ and corresponding OEM private label products
- Omega Lift Equipment® and corresponding OEM private label hydraulic products
- Hein-Werner Automotive
- Porto-Power Blackhawk Automotive
- Pro-Lift® DIY products
- Road Xpedition™
- Tailgate Tools™



In addition to distribution, SFA has also played a key role in engineering, research and product design to help our manufacturing facilities meet our market needs. Our OEM private-label customers, with their strict requirements, are a vital part of this effort. March of 2008 SFA obtained ISO 9001:2000 Certification operation processes and policies.

Our lifting products and winches are manufactured in the Shinn Fu Group's ISO-9000 factories, we are able to provide a quality product that meets the industry standards, such as ASME/ANSI. Also, Shinn Fu Group has been granted many US patents to feature our unique product designs, which enhances our innovation and quality.

Due to the factories' capabilities, we are able to give our customers products that are competitively priced, without sacrificing quality and design features.

SFA is located approximately 1 mile east of the Kansas City International Airport. At this facility you will find 100,000 square feet of warehouse, testing facilities, offices and product showroom. Please contact us in advance if you are interested in taking a tour and/or obtaining more information about our products.

**SFA Companies is ISO 9001:2008 Certified.**

© 2011 *Shinn Fu Company of America, Inc.*
Designated trademarks and brands are the property of their respective owners.
Offical time: 2/21/2011 1:27:33 AM CST.

EXHIBIT
SFA 8
MM 5-24-12