# EXHIBIT D

SFT's Directors

| Director names | May, 2007 ~ May, 2010 | May, 2010 ~ May, 2013 | June, 2013 ~ June, 2016 |
|---|---|---|---|
| Victor Hung | ✓ | ✓ | ✓ |
| Betty Hung | ✓ | | |
| Angela Hung | ✓ | | |
| Vickie Hung | ✓ | | |
| 洪瑞卿 | ✓ | | |
| 魏文三 | ✓ | | |
| 劉明澄 | ✓ | ✓ | ✓ |
| 雷李秋俐 | | ✓ | ✓ |

MVP's Directors

| Director names | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Hung Wei I, Victor | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Hung Chia Chi, Angela | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Hung Chia Pei, Betty | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

WF has no director, but it has general manager who is Vickie Huang.

SFA's Directors

| Director names | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Victor Hung | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Betty Hung | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Angela Hung | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Steven Huang | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Vickie Huang | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Michael Hung | ✓ | | | | | | | |
| Wan-Chien Lu | | | | | | | ✓ | ✓ |

CONFIDENTIAL



EXHIBIT SFA 4

SFA003233

|              | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|--------------|------|------|------|------|------|------|------|------|
| Vickie Huang | <===========================WF's Legal Representative===========================> |||||||| 
|              | <===========================WF's General Manager===============================> ||||||||
|              | <(May)========SFC's Director===>(May) ||||||||
|              | <==============================SFA's Director==================================> ||||||||
| Victor Hung  | <==============================MVP's Director==================================> ||||||||
|              | <==============================SFC's General Manager===========================> ||||||||
|              | <==============================SFC's Director==================================> ||||||||
|              | <==============================SFA's Director==================================> ||||||||
| Betty Hung   | <==============================MVP's Director==================================> ||||||||
|              | <(May)========SFC's Director===>(May) ||||||||
|              | <==========================SFC's Executive Vice President======================> ||||||||
|              |      |      |      |      |      | SFA's CEO |      | SFA's CEO |
|              | <==============================SFA's Director==================================> ||||||||
| Angela Hung  | <==============================MVP's Director==================================> ||||||||
|              | <(May)========SFC's Director==>(May) ||||||||
|              | <==============================SFA's Director==================================> ||||||||

CONFIDENTIAL

SFA003234

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Vickie Huang | <========================WF's Legal Representative========================> <br> <(May)========SFC's Director==>(May) <br> <============================SFA's Director============================> | | | | | | | |
| Victor Hung | <============================MVP's Director============================> <br> <============================SFA's Director============================> <br> <============================SFC's Director============================> | | | | | | | |
| Betty Hung | <============================MVP's Director============================> <br> <(May)========SFC's Director==>(May) <br> <============================SFA's Director============================> | | | | | | | |
| Angela Hung | <============================MVP's Director============================> <br> <(May)========SFC's Director==>(May) <br> <============================SFA's Director============================> | | | | | | | |

CONFIDENTIAL

SFA003235