*EXHIBIT H*

Page 1

1              UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
2

    ------------------------------)
3   FREDERICK KLORCZYK, JR., as    )
    co-administrator of the Estate )   CIVIL ACTION NO.
4   of Christian R. Klorczyk and   )   3:13-CV-00257-JAM
    LYNNE KLORCZYK, as             )
5   co-administrator of the Estate )
    of Christian R. Klorczyk,      )
6                                  )
              Plaintiffs,          )
7                                  )
      vs.                          )
8                                  )
    SEARS, ROEBUCK & CO., SHINN FU )
9   CORPORATION, SHINN FU COMPANY  )
    OF AMERICA, INC., MVP (HK)     )
10  INDUSTRIES, LTD., AND WEIFU    )
    (TAISHAN) MACHINERY & ELECTRIC )
11  CO., LTD.,                     )
                                   )
12            Defendants.          )
    ------------------------------)
13
14
              30(b)(6) DEPOSITION OF CHANG CHING HE
15
                      VOLUME 1
16
               Friday, April 13, 2018
17
                   AT: 8:52 a.m.
18
                     Taken at:
19                   Taipei 101
            No. 7, Section 5, Xinyi Road
20      Xinyi District, Taipei City, 110
                      Taiwan
21
22
23
24
    Court Reporter:
25  Mark McClure, Certified Court Reporter

Page 2

```
 1            A P P E A R A N C E S
 2  Appearing for the Plaintiffs:
 3      (Appearing by videoconference)
        HOWARD EDINBURGH, ESQ.
 4      HERZFELD & RUBIN, P.C.
        125 Broad Street
 5      New York, New York 10004
        (212) 471-8500
 6      Telephone: (212) 471-8500
        E-mail: hedinburgh@herzfeld-rubin.com
 7
        (Appearing by videoconference)
 8      BRYAN J. ORTICELLI, ESQ.
        DAY PITNEY, LLP
 9      242 Trumbull Street
        Hartford, Connecticut 06103-1212
10      Telephone: (860) 275-0100
        E-mail: borticelli@daypitney.com
11
12  Appearing for the Defendants:
13      STEVEN J. ZAKRZEWSKI, ESQ.
        GORDON & REES, SCULLY MANSUKHANI
14      95 Glastonbury Boulevard, Suite 206
        Glastonbury, Connecticut 06033
15      Telephone: (860) 278-7448
        E-mail: szakrzewski@gordonrees.com
16
        ARTHUR CHAYKIN, GENERAL COUNSEL
17      SFA COMPANIES, INC.
        10939 North Pomona Avenue
18      Kansas City, Missouri 64153
        Telephone: (816) 891-6390
19      E-mail: arthur.chaykin@sfacompanies.com
20
    INTERPRETER:
21
        I CHING NG, Chinese interpreter
22
23  ALSO PRESENT:
24      NORA LEE
25
```

Page 3

```
 1              I N D E X
 2  WITNESS       EXAMINATION       PAGE
 3  CHANG CHING HE
 4      BY MR. EDINBURGH        3
 5      BY MR. ZAKRZEWSKI       87
 6
 7
 8            E X H I B I T S
 9  NUMBER       DESCRIPTION       PAGE
10  Exhibit 19   E-mail correspondence, Bates   72
                 SFA000380 - 388
11
    Exhibit 20   Notice of Deposition          19
12
    Exhibit 21   E-mail correspondence, Bates  82
13               SFA000343 - 344
14
15
16      PREVIOUSLY MARKED EXHIBITS
17  NUMBER       DESCRIPTION       PAGE
18  Exhibit 3    Second Amended Complaint      31
19  Exhibit 4    Presentation of Shinn Fu      55
                 Corporation, 2011
20
    Exhibit 5    List of Directors and Managers,  48
21               Bates SFA003233 - 3235
22  Exhibit 11   Lexington Insurance Company   69
                 policy No. 035417823, Bates
23               WFT001952 - 981
24
25
```

Page 4

```
 1            P R O C E E D I N G S
 2  (8:52 a.m.)
 3            I CHING NG
 4      was sworn to interpret the Chinese language.
 5            CHANG CHING HE,
 6         having been sworn, was examined
 7         and testified as follows:
 8  EXAMINATION BY MR. EDINBURGH:
 9      Q.  Tell me the witness's name, please.
10      A.  My name is Chang Ching He.
11      Q.  Is it Mr. Chang?
12      INTERPRETER:  Chang.
13  BY MR. EDINBURGH:
14      Q.  Mr. Chang, good morning.  My name is Howard
15  Edinburgh.  I'm one of the attorneys representing the
16  Klorczyk family in a personal injury, wrongful death
17  action brought against several defendants, including
18  Shinn Fu Corporation.
19      A.  Yes, good morning.
20      Q.  Good morning.
21         Some basic instructions before we begin.
22  Please wait until I finish my question and that question
23  is translated before you give an answer.
24      A.  That's fine.
25      Q.  Please give a verbal answer to every question
```

Page 5

```
 1  as opposed to a shake of the head or a nod.  If the
 2  answer is yes, say "yes"; if the answer is no, say "no."
 3      A.  That's fine, I understand.
 4      Q.  Okay.  If you don't understand a question that
 5  I ask, please let me know and I will attempt to rephrase
 6  it in a manner in which you are able to answer.
 7      A.  That's fine.  Thank you.
 8      Q.  Now, as long as a question is pending, you
 9  cannot take a break on the deposition.  Once a pending
10  question is answered, then you can take a break for any
11  reason.
12      A.  That's fine, I understand.
13      Q.  Are you also known by the English name of
14  Peter?
15      A.  Yes.
16      Q.  I want to begin by asking you certain
17  biographical and work history questions.
18      A.  That's fine.
19      Q.  How old are you?
20      A.  Forty-five.
21      Q.  Where do you live?
22      A.  New Taipei City, Taiwan.
23      Q.  What is your highest level of education?
24      A.  I have a bachelor's degree from a university.
25      INTERPRETER:  "I have a bachelor's degree from
```

2 (Pages 2 - 5)

Page 6

1  a university."
2  BY MR. EDINBURGH:
3      Q.   Which university, sir?
4      A.   Virginia Tech.
5      Q.   In the state of Virginia, in the United
6  States?
7      A.   Yes.
8      Q.   And you graduated from Virginia Tech?
9      A.   Yes.
10     Q.   When?
11     A.   1995.
12     Q.   And what was your major?
13     A.   Interior design.
14     Q.   Do you have any post college bachelor's
15 degree, formal education at any college or university?
16     A.   No.
17     Q.   Do you have any degree in any field of
18 engineering?
19     A.   No.
20     Q.   Have you taken any engineering courses?
21     A.   No.
22     Q.   Did you remain in the United States for any
23 period of time after your graduation from Virginia or
24 did you then return to Taiwan or go somewhere else?
25     A.   I returned to Taiwan.

Page 7

1      Q.   And what was your first employment after you
2  returned to Taiwan?
3      A.   I was in the sourcing business.
4      Q.   Consulting?
5          INTERPRETER:  Sourcing.  Sourcing.
6          MR. ZAKRZEWSKI:  Sourcing.
7          MR. EDINBURGH:  Sourcing.  I'm sorry.  I
8  apologize.  I just couldn't hear it.
9          MR. ZAKRZEWSKI:  No worries.
10 BY MR. EDINBURGH:
11     Q.   Who were you employed by at that time?
12     A.   I worked for a factory for machinery
13 processing in Taichung City.
14     Q.   And for how long did you work at that job?
15     A.   From 1998 to 2008.
16     Q.   What was the name of your employer during
17 those years?
18     A.   It's called Jin Meng Factory Mold Company,
19 Ltd.
20     Q.   In 2008 what was your job title at that
21 company?
22     A.   Sourcing specialist.
23     Q.   What did you do as a sourcing specialist, what
24 were your job duties?
25     A.   To visit the factories to look for products.

Page 8

1      Q.   What types of products did that factory make
2  during the years you worked there?
3      A.   Hand tools.
4          MR. EDINBURGH:  "Hand tools," is that the
5  word?
6          MR. ZAKRZEWSKI:  Hand tools.
7          MR. EDINBURGH:  Okay.  I apologize.
8          MR. ZAKRZEWSKI:  I understand.  It's okay.
9  BY MR. EDINBURGH:
10     Q.   Did you have any role in the manufacturing
11 process of these hand tools?
12     A.   No.
13     Q.   Did you have any role in the design of these
14 hand tools?
15     A.   No.
16     Q.   Did any of these hand tools come with manuals
17 of how to use them?
18     A.   Yes.
19     Q.   Did you have any role in preparing or writing
20 the content of any of those manuals?
21     A.   No.
22     Q.   In 2008 did you leave that job and go to
23 another employer?
24     A.   Yes, in July 2008.
25     Q.   And who was your new employer at that time?

Page 9

1      A.   Shinn Fu Corporation.
2      Q.   And have you been working for Shinn Fu
3  Corporation from July 2008 until today?
4      A.   From July 2008 until May 2017.
5      Q.   And May 2017, did you leave the employment of
6  Shinn Fu Corporation?
7      A.   Yes.
8      Q.   Are you currently employed?
9      A.   Yes.
10     Q.   Where do you work now?
11     A.   Shinn Fu America.
12     Q.   Where is your place of employment?
13     A.   In Kansas City, in the state of Missouri.
14     Q.   What is your current job title at Shinn Fu
15 America, in Kansas City?
16     A.   Product manager.
17         MR. EDINBURGH:  I heard "manager."  The word
18 before that?  Product?
19         INTERPRETER:  Yeah, "Product manager."
20 BY MR. EDINBURGH:
21     Q.   Mr. Chang, I'm going to go back to the work
22 you did at Shinn Fu Corporation, but first I want to
23 finish asking you some questions about your current
24 employment.
25     A.   Okay, that's fine.

3 (Pages 6 - 9)

Page 10

1    Q.  So as of now, in April of 2018, are you still
2  employed by Shinn Fu America as a product manager?
3    A.  Yes.
4    Q.  So do you currently live in Kansas City or do
5  you live in Taiwan?  Please explain.
6    A.  I live in Kansas City.
7    Q.  Where in Kansas City do you currently reside?
8    A.  I stay at a hotel.
9    Q.  Okay.  I don't know if you stayed at the same
10 one I did, but we'll discuss that later.
11       Do you work year-round in Kansas City or do
12 you spend certain limited time there?
13    A.  I've just been in Kansas City for nine months.
14    Q.  So in the past nine months, you've lived in
15 Kansas City in a hotel, is that accurate?
16       MR. ZAKRZEWSKI:  Objection.
17       You can answer.
18       THE WITNESS:  Yes.
19 BY MR. EDINBURGH:
20    Q.  What do you do as a product manager for
21 Shinn Fu America?
22    A.  To develop new products.
23    Q.  Can you describe the types of products you've
24 been involved in developing in the nine months you've
25 been at Shinn Fu America.

Page 11

1    A.  To be more precise, I'm responsible for the
2  development of new product, and also to communicate with
3  the factory in mainland China, so I serve as a bridge
4  for communication.  I don't do any design, I'm not
5  involved in any drawing.  So I mainly communicate with
6  the factories regarding the development of new products.
7    Q.  I appreciate that, sir.  What I'm asking you
8  is, can you describe the types of products which are the
9  subject of your employment currently.
10       In other words, does it involve vehicle
11 support stands?  Does it involve gym equipment?
12       Just give us, please, a description of the
13 types of products that you have been working with in the
14 past nine months.
15    A.  Yes, I'm involved in products concerning
16 hydraulic jack stands, mechanical tools and creepers.
17    Q.  Mr. Chang, when you went to Virginia Tech, was
18 it -- were you there all four years?  Was it a four-year
19 program there?
20    A.  Yes.
21    Q.  As you now, we're conducting this deposition
22 with an interpreter in Mandarin.
23       My question to you is, how would you describe
24 your ability to speak and understand English?
25    A.  For listening, it's okay.  For reading, I

Page 12

1  cannot decipher difficult words.  In terms of oral, I'm
2  not that fluent.
3    Q.  All right.  Let me go back to your years of
4  employment with Shinn Fu Corporation.  When you started
5  with Shinn Fu Corporation, where did you work,
6  physically?
7    A.  In Taipei.
8    Q.  Any particular city or how would you describe,
9  physically, where in Taipei you worked?
10    A.  In Taipei City.
11    Q.  Did you have a job title when you first joined
12 Shinn Fu Corporation and, if so, what was it?
13    A.  At the time, my job title was a business
14 engineer.
15    Q.  Were you an assistant to any engineer or any
16 particular unit or department within Shinn Fu
17 Corporation?
18    A.  I was there to support the business.
19       INTERPRETER:  I would like to make a
20 correction.  Earlier the witness said "my job title was
21 a sales engineer."
22       MR. EDINBURGH:  I heard the word "engineer."
23 Did you say the word "sales"?
24       INTERPRETER:  Yeah, it should be sales
25 engineer.

Page 13

1  BY MR. EDINBURGH:
2    Q.  Sales engineer, okay.
3       And what department within Shinn Fu were you a
4  sales engineer?
5    A.  It was under the products department.
6       MR. EDINBURGH:  In the products --
7       INTERPRETER:  Department.  Products
8  department.
9  BY MR. EDINBURGH:
10    Q.  Products department.
11       How long were you an engineer in the products
12 department of Shinn Fu Corporation?
13    A.  One year.
14    Q.  One year, all right.
15       And were you assigned a different job title
16 after one year?  And, if so, what was it?
17    A.  Supervisor of the products department.
18    Q.  How long were you the supervisor of the
19 product department?
20    A.  From 2009 to 2017.
21    Q.  Supervisor of product department was your job
22 title in that period of time, correct, from 2009 until
23 when you left the company in 2017?
24    A.  Yes.
25    Q.  Can you describe, please, your duties and

4 (Pages 10 - 13)

Page 14

1 responsibilities as a supervisor of product development
2 for Shinn Fu Corporation during these years of 2009 to
3 May of 2017.
4    A.   The sales at the present time would provide me
5 with information of the product specifications.  Then I
6 would communicate with the factory and confirm such
7 information.
8    Q.   When you left in 2017, how many people did you
9 supervise?
10    A.   Three.
11    Q.   And the number of the people, not the names of
12 the people, but the number of people that you
13 supervised, was it more or less three overall these
14 years between 2009 through 2017?
15    A.   Yes.
16    Q.   What was the reason or reasons why you left
17 Shinn Fu Corporation to go to Shinn Fu America in Kansas
18 City?
19    A.   There are a few reasons.  The first reason was
20 the company had to shut down the product department.
21 Secondly, at the time, there's such a need in the U.S.,
22 and also they had the vacancy.  And the fact that my mom
23 and dad live in U.S., so I want to be closer to them.
24    Q.   How did you learn that there was a job
25 opportunity at Shinn Fu America that you could fill?

Page 15

1    A.   My boss told me that.
2    Q.   And who was your boss in 2017?
3    A.   His name is Mr. Hung, first name is Weiyi.
4    Q.   Did Mr. Hung -- for how long had Mr. Hung been
5 your boss at Shinn Fu Corporation?  What period of time?
6    MR. ZAKRZEWSKI:  Objection.
7    You can answer.
8    THE WITNESS:  He's been my boss all the time.
9 BY MR. EDINBURGH:
10    Q.   Did Mr. Hung have an English first name?
11    A.   His name is Victor Hung.
12    Q.   In addition to being your boss, can you tell
13 us what Victor Hung's job title was at Shinn Fu
14 Corporation during the years in which he was your boss?
15    A.   He's the CEO.
16    Q.   Mr. Chang, in your years in Shinn Fu, when you
17 worked in Taipei City, did you work in a factory?  An
18 office building?  How would you describe it?
19    A.   It was an office.
20    Q.   In an office building?
21    A.   Yes.
22    Q.   Did Mr. Hung have an office in the same
23 building?
24    A.   Yes.
25    Q.   Were your offices close together?  On

Page 16

1 different floors?
2    MR. ZAKRZEWSKI:  Objection.
3    THE WITNESS:  We were on the same floor.
4
5 BY MR. EDINBURGH:
6    Q.   As part of your job duties during the years
7 you were at Shinn Fu Corporation, were you involved in
8 any way with jack stands?
9    MR. ZAKRZEWSKI:  Objection.
10    You can answer.
11    THE WITNESS:  Yes.
12 BY MR. EDINBURGH:
13    Q.   Can you describe what you did in terms of your
14 job duties at Shinn Fu Corporation with respect to the
15 product of jack stands.
16    A.   Once sales received the requirement from the
17 clients, such as the dimensions of the product, the
18 width, the height, and the length of the product, the
19 specifications of the product, sales would give me that
20 information.  Then I would have to find a factory with
21 similar dimensions, and then gave the sales team such
22 information.
23    Q.   Did the jack stands that you were involved
24 with as you just described, did that include
25 ratchet-and-pawl-designed jack stands?

Page 17

1    A.   Yes.
2    Q.   During those years when you were in sales and
3 worked, as you described, with jack stands, were you
4 involved at all in formulating the manufacturing or
5 design specifications for jack stands?
6    A.   No.
7    Q.   During those years, were you involved in
8 testing of jack stands?
9    A.   No.
10    Q.   Were you involved with preparing the contents
11 of any warning labels or operator's manuals for jack
12 stands?
13    A.   No.
14    Q.   Do you have an understanding as to how a
15 ratchet-and-pawl jack stand functions and operates?
16    A.   I know that.
17    Q.   And what is your understanding?
18    MR. ZAKRZEWSKI:  Could I have the question in
19 English.
20    (Record read by reporter.)
21    INTERPRETER:  The witness said: "This product
22 is a mechanical type of safety stand.  You have to use
23 it in a pair.  That's how it works.  Once the ratchet
24 bar has been raised, the pawl has to -- the pawl would
25 fully engage the ratchet bar -- the teeth of the ratchet

5 (Pages 14 - 17)

Page 18

1  bar so that it's locked in place.
2  BY MR. EDINBURGH:
3     Q.  All right.  During your years at Shinn Fu
4  Corporation, could you identify the factories that you
5  placed orders for for ratchet-and-pawl-designed jack
6  stands.
7     A.  One of the factories is called Qiyang.  It's
8  located in Shandong province.
9     Q.  Any others?
10    A.  I'm only responsible for that factory.  I
11  don't know the other factories.
12    Q.  Do you know the name of the company that owns
13  that factory?
14       MR. ZAKRZEWSKI:  Objection.
15       THE WITNESS:  I only know that their boss is
16  Mr. Shen.
17  BY MR. EDINBURGH:
18    Q.  Now, who were Shinn Fu Corporation's clients
19  or customers with respect to ratchet-and-pawl jack
20  stands during your period of time at Shinn Fu
21  Corporation?
22    A.  I only know two or three of them.  The first
23  one is called Grainger.  The second was called Snap-on.
24  The last one is Fastenal.
25    Q.  Were all these companies based in the United

Page 19

1  States?
2     A.  Yes.
3     Q.  Generally speaking, were all the clients or
4  customers that you dealt with during your years at
5  Shinn Fu Corporation United States-based companies?
6        MR. ZAKRZEWSKI:  Objection.
7        THE WITNESS:  There was a few European
8  clients.
9  BY MR. EDINBURGH:
10    Q.  Okay.  We're at what's called a deposition
11  here today, Mr. Chang.  Have you ever been deposed
12  before?
13    A.  No.
14    Q.  Have you ever testified at a trial?
15    A.  No.
16    Q.  Who is your boss currently at Shinn Fu
17  America?
18    A.  His name is Steven Huang, H-u-a-n-g.
19    Q.  Is Steven Huang and Victor Hung, H-u-n-g,
20  related by blood or by marriage?
21       MR. ZAKRZEWSKI:  Objection.
22  BY MR. EDINBURGH:
23    Q.  Not to one another, but through marriage.
24       MR. ZAKRZEWSKI:  What -- never mind.
25       MR. EDINBURGH:  Well, you made an objection.

Page 20

1  I'm not sure why you objected.
2        THE WITNESS:  Steve is the uncle of my boss.
3  BY MR. EDINBURGH:
4     Q.  What is Steven Huang's job title at Shinn Fu
5  America?
6     A.  He's the vice president of finance at Shinn Fu
7  America.
8     Q.  Do you know whether he's also an officer or
9  employee of Shinn Fu Corporation?
10    A.  He's not.
11       MR. EDINBURGH:  All right, can we have marked,
12  please, as the next sequentially, the next number, the
13  notice of deposition for Shinn Fu Corporation.  I
14  believe that should be there.
15       (Exhibit 20 marked for identification.)
16  BY MR. EDINBURGH:
17    Q.  Mr. Chang, have you seen this notice of
18  deposition before today?
19    A.  Yes.
20    Q.  And have you read it before today?
21    A.  Yes.
22    Q.  In order to understand what it says, did you
23  need it to be translated into Chinese?
24    A.  No.
25    Q.  So you understood it by reading it in the

Page 21

1  version that's before you, in the English language, is
2  that correct?
3     A.  For the words I don't understand, I use Google
4  to translate them.
5     Q.  Is it your understanding, sir, that you are
6  here testifying today as what is called, in American
7  federal court, a Rule 30(b)(6) witness on behalf of
8  Shinn Fu Corporation?
9        MR. ZAKRZEWSKI:  Objection.  He can answer.
10       THE WITNESS:  I understand.
11  BY MR. EDINBURGH:
12    Q.  Do you have an understanding that you will be
13  testifying about certain topics listed in this exhibit,
14  which are found in the deposition topics on pages 4, 5,
15  6 and 7 -- certain topics listed on those pages?
16    A.  Yes, I know.
17    Q.  And did you have an understanding of what are
18  the responsibilities of a 30(b)(6) witness?
19    A.  I know that.
20    Q.  All right.  And what is your understanding?
21    A.  As far as I know, I have to tell the truth
22  concerning everything I know.
23    Q.  And do you have an understanding that your
24  testimony here today is on behalf of Shinn Fu
25  Corporation?

6 (Pages 18 - 21)

Page 22

1    A.  Yes.
2    Q.  Do you have an understanding that your
3 testimony today represents the collective corporate
4 knowledge of Shinn Fu Corporation?
5        MR. ZAKRZEWSKI:  Objection.
6        THE WITNESS:  Yes.
7 BY MR. EDINBURGH:
8    Q.  And that your testimony here today is binding
9 on Shinn Fu Corporation?
10       MR. ZAKRZEWSKI:  Objection.
11       THE WITNESS:  Yes, I know that.
12 BY MR. EDINBURGH:
13   Q.  Now, in order to fulfil these responsibilities
14 as Shinn Fu's 30(b)(6) witness, have you discussed any
15 of the topics listed in the deposition topics on this
16 notice with any current Shinn Fu employees, officers,
17 directors or managers?
18   A.  Yes.
19   Q.  And who did you speak to?
20   A.  I've talked to the finance director of
21 Shinn Fu Corporation.  His name is Mr. Hung, H-u-n-g,
22 first name is Chi Chong.
23   Q.  Is that the only name mentioned by the
24 witness?
25   A.  Yes.

Page 23

1    Q.  Is this Mr. Hung related to the other Mr. Hung
2 who you mentioned, Victor Hung?
3        MR. ZAKRZEWSKI:  Objection.
4        THE WITNESS:  No, they are not related.
5 BY MR. EDINBURGH:
6    Q.  And what topics did you discuss with Mr. Hung,
7 who is the finance director at Shinn Fu Corporation?
8    A.  I've talked to him about all of the topics
9 mentioned, the 26 of them, in this notice.
10   Q.  So you discussed all of them with Mr. Hung, is
11 that correct?
12   A.  Yes.
13   Q.  And Mr. Hung is the current finance director
14 at Shinn Fu Corporation, is that right?
15   A.  Yes.
16   Q.  Did you speak to him in person, over the phone
17 or both?
18   A.  Face to face.
19   Q.  How long a period of time did you spend with
20 Mr. Hung discussing these topics?
21   A.  It's been more than four weeks.
22   Q.  You spoke to him over a period of four weeks?
23   A.  It was not every day that I spoke to him,
24 maybe only a few hours, two to three hours per day.
25   Q.  Was it a consecutive four weeks?  In other

Page 24

1 words, was it in the last month or was it over a period
2 of months or years?
3    A.  It was spread out.
4    Q.  And in order to fulfill your responsibilities
5 as Shinn Fu 30(b)(6) witness as to the topics listed in
6 the notice of deposition, did you speak with any former
7 Shinn Fu employees?
8    A.  Yes.
9    Q.  Who did you speak to?
10   A.  Mr. Wang.  First name is Shen Hung.
11   Q.  What was Mr. Wang's job when he worked at
12 Shinn Fu?
13   A.  He was the vice president of sales.
14   Q.  For what period of time?
15   A.  When I joined the company in 2008, he was
16 already there.
17   Q.  And when did he leave the company?
18   A.  Maybe around 2014.
19   Q.  And do you know if he's currently employed?
20   A.  He should have.
21   Q.  And where?
22   A.  Right now he is at Shinn Fu America.
23   Q.  In Kansas City?
24   A.  Yes.
25   Q.  Doing what?  What is his job there?

Page 25

1    A.  He's also a vice president of sales.
2    Q.  Does he have an English first name as well as
3 a Chinese name?
4    A.  He's called Sheng, S-h-e-n-g.
5    Q.  And when you spoke with Mr. Wang about certain
6 topics, did you speak to him when you were both in
7 Kansas City?
8    A.  No.
9    Q.  Where was he and where were you when you
10 spoke.
11   A.  At this time I spoke to him over the phone.
12 He was on a business trip in America, but I think he was
13 in another state.
14   Q.  Okay.  And what topics listed in the notice
15 did you discuss with Mr. Wang?
16   A.  Regarding the presentation.
17       MR. EDINBURGH:  Can you repeat that, please.
18       INTERPRETER:  "Regarding the presentation."
19 BY MR. EDINBURGH:
20   Q.  Are you talking about the Shinn Fu website?
21       MR. ZAKRZEWSKI:  Objection.
22       THE WITNESS:  It was an introduction.
23 BY MR. EDINBURGH:
24   Q.  All right.  I'll go back.
25       In addition to Mr. Wang and Mr. Hung, did you

7 (Pages 22 - 25)

Page 26

1  speak with anyone else concerning the topics listed in
2  the Shinn Fu deposition notice?
3      A.  Yes.
4      Q.  Who else?
5      A.  The representative from Weifu.  His name is
6  Jeff Su.
7          And also the representative from MVP.  Her
8  name is Ms. Nora Lee.
9      Q.  Did you speak to these individuals while they
10 were here in -- not while they were here -- my mistake.
11 Poor choice of words.  I think I'm with you.
12         And did you speak to Ms. Lee and Mr. Su while
13 they were in Taipei preparing for their depositions
14 respectively as 30(b)(6) witnesses?
15         MR. ZAKRZEWSKI:  Objection.
16         You can answer.
17         THE WITNESS:  Yes.
18 BY MR. EDINBURGH:
19     Q.  And when you spoke with them, were the three
20 of you together or did you speak to Mr. Su and Ms. Lee
21 separately?
22     A.  We spoke together, and also with our lawyers.
23     Q.  And when you spoke with Ms. Lee and Mr. Su,
24 were the lawyers present during all those conversations
25 while your discussion concerned the topics listed in the

Page 27

1  notice of deposition of Shinn Fu?
2      A.  Yes.
3      Q.  When you say the lawyers, do you mean
4  Mr. Zakrzewski and Mr. Chaykin?
5      A.  Yes.
6      Q.  What topics did you discuss with Mr. Su, of
7  Weifu.
8      A.  We discussed issues concerning these 26
9  topics.
10     Q.  What issues?
11         MR. ZAKRZEWSKI:  I want to clarify.  You're
12 asking what topics he and Jeff Su discussed?
13         MR. EDINBURGH:  Yes.  I think he said:  We
14 discussed issues on these 26 topics.
15         MR. ZAKRZEWSKI:  Yeah.  And I think everyone
16 understands.  I would object only to any testimony about
17 legal advice that the lawyers gave.  So you're asking
18 about what Jeff Su and him said.  That's okay.
19         MR. EDINBURGH:  Correct.  Right.  Let me be
20 clear.
21     Q.  If you discussed all 26 topics with Mr. Su,
22 you can answer that.  If you discussed certain topics
23 only with Mr. Su, then please tell me what they were.
24     A.  We talked specifically about the four-ton jack
25 stand.

Page 28

1      Q.  What topics about the four-ton jack stand did
2  you discuss with Mr. Su?
3      A.  We talked about the dimensions, the weight of
4  that product.
5          MR. EDINBURGH:  You mentioned dimensions.  Was
6  the next word "weight"?
7          INTERPRETER:  Yes, dimensions and weight.
8  BY MR. EDINBURGH:
9      Q.  Anything else with Mr. Su?
10     A.  No.
11     Q.  And what topics did you discuss with Ms. Lee,
12 from MVP?
13     A.  We talked about the presentation from 2011.
14     Q.  Of Shinn Fu?
15     A.  I mean the presentation mentioned in this
16 notice.
17     Q.  Anything else with Ms. Lee?
18     A.  No.
19     Q.  Now, in order to prepare or become
20 knowledgeable about the topic listed in the notice of
21 deposition to Shinn Fu, did you review any documents?
22     A.  I read about the information of the insurance
23 policy, and also the presentation.
24     Q.  All right, I understand those items.  Anything
25 in addition?

Page 29

1      A.  And also the information provided by the
2  lawyers.
3      Q.  When you say "information," do you mean
4  documents you looked at or do you mean something else?
5      A.  They are documents.
6      Q.  Can you describe the documents that the
7  lawyers showed you.
8          MR. ZAKRZEWSKI:  I apologize.  I didn't mean
9  to interrupt the translation.
10         I will allow the witness to testify generally
11 describing the types of documents that he reviewed that
12 the lawyers gave him, but I would object to asking the
13 witness to specifically identify documents that the
14 lawyers instructed him to pay extra attention to.  I
15 believe Attorney Edinburgh and I have previously gone
16 back and forth on the law regarding this topic --
17         MR. EDINBURGH:  All right.  For now, to
18 streamline this, I will limit my question to what Steve
19 has just said.  I reserve my right to take exception to
20 that and we'll see how the deposition progresses, but
21 for now you can do it that way.
22         THE WITNESS:  Shinn Fu America provided
23 information, which is an organization chart.  It was a
24 list, not a chart of the organization.
25 BY MR. EDINBURGH:

8 (Pages 26 - 29)

Page 30

1   Q.  Okay.  What else?
2   A.  I cannot remember.  I just skimmed through
3 them.
4       MR. EDINBURGH:  Ms. Translator, please repeat.
5       INTERPRETER:  The witness said: "I cannot
6 remember.  I just skimmed through them."
7 BY MR. EDINBURGH:
8   Q.  Did you look at the second amended complaint
9 in the Klorczyk lawsuit?
10   A.  I'm not sure.  What do you mean by "second
11 amended complaint"?
12   Q.  Mr. Chang, do you know what a complaint is in
13 the context of a litigation in a personal injury case?
14       MR. ZAKRZEWSKI:  Objection.
15       THE WITNESS:  I know this one, right?
16       INTERPRETER:  The witness was pointing to the
17 depo notice.
18 BY MR. EDINBURGH:
19   Q.  I'm not talking about the deposition notice.
20 You don't have to look at that.
21       I'm talking about a document in which a
22 plaintiff sets forth his claims or allegations against
23 the defendants he or she is suing.
24       Did you look at such a document to prepare for
25 this deposition?

Page 31

1   A.  Maybe I did, but I'm not sure.  If you can,
2 you can show it to me again.
3       MR. EDINBURGH:  Mr. Reporter, can you show the
4 witness the previously marked second amended complaint.
5       (Exhibit 3, previously marked.)
6       THE WITNESS:  Yes, I have seen that before.
7 BY MR. EDINBURGH:
8   Q.  You've seen it.  Have you also read it before?
9   A.  Yes, I did.
10   Q.  Were you able to understand what you were
11 reading?
12   A.  Yes, I understand.
13   Q.  And what is your understanding, generally
14 speaking, about what are the allegations made against
15 Shinn Fu Corporation in this case?
16   A.  It is concerning the issues of a four-ton
17 safety jack stand which resulted in a vehicle collapse
18 and killed a person.
19   Q.  Okay.  I'm going to ask you certain questions
20 about the business of Shinn Fu Corporation.  I will also
21 refer to Shinn Fu Corporation at times as Shinn Fu.
22       MR. ZAKRZEWSKI:  Before you get the question,
23 could I have the last question in English read back,
24 please.
25       (Record read by reporter.)

Page 32

1       MR. ZAKRZEWSKI:  Thank you.
2       MR. EDINBURGH:  I didn't ask a question.  The
3 attorney just wanted the question read back, right?
4       MR. ZAKRZEWSKI:  Yeah, no, I wasn't asking
5 anything, I just wanted to hear the question, and then
6 you said something about you were setting up the terms
7 for the next question.
8       MR. EDINBURGH:  Right.  All right.  No
9 problem.
10       MR. ZAKRZEWSKI:  There's no question pending.
11       INTERPRETER:  The witness would like to
12 request a break.
13       MR. EDINBURGH:  Absolutely, yes.
14 (10:11 a.m.)
15       (A break was taken.)
16 (10:22 a.m.)
17 BY MR. EDINBURGH:
18   Q.  What is Shinn Fu Corporation's full corporate
19 name?
20   A.  Shinn Fu Corporation.
21 BY MR. EDINBURGH:
22   Q.  Under whose laws was Shinn Fu organized?
23   A.  Taiwan laws.
24   Q.  When was Shinn Fu Corporation formed?
25   A.  1971.

Page 33

1   Q.  Do you know who incorporated Shinn Fu?
2       MR. ZAKRZEWSKI:  Objection.
3       You can answer.
4       THE WITNESS:  Mr. Hung, H-u-n-g, Mao Hsiong.
5       MR. EDINBURGH:  Can you give me the first name
6 again, please.
7       INTERPRETER:  M-a-o H-s-i-o-n-g.
8 BY MR. EDINBURGH:
9   Q.  And does this Mr. Hung have an English -- is
10 also known by an English first name?
11   A.  Yes, his name is Michael.
12   Q.  Is Michael Hung still alive?
13   A.  No, he's dead.
14   Q.  When did he die?
15   A.  About four years ago.
16   Q.  At the time of his death, was he active in the
17 business of Shinn Fu Corporation?
18   A.  No.
19   Q.  At any period of time while you worked at
20 Shinn Fu Corporation, was he active in the business of
21 Shinn Fu Corporation?
22   A.  When I joined the company in 2008, I have not
23 seen him involved in any business.
24   Q.  And you said you have not seen him involved in
25 any business in 2008, but when you joined until when you

9 (Pages 30 - 33)

Page 34

1 left, you never saw him involved in the business, the
2 active business of Shinn Fu Corporation?
3     A.  Yes.
4     Q.  Was Michael Hung the father of Victor Hung?
5     A.  Yes.
6     Q.  Where is Shinn Fu corporate headquarters?
7     A.  Which time frame are you talking about?
8     Q.  From the years 2003 through 2011.
9        MR. ZAKRZEWSKI:  Objection.
10       You can answer.
11       THE WITNESS:  From 2005 until today, its
12 headquarters in Taipei City.  For the time before 2005,
13 it was headquartered in Taoyuan.
14 BY MR. EDINBURGH:
15     Q.  Did Shinn Fu own or lease any manufacturing
16 plants or factories?
17       MR. ZAKRZEWSKI:  Objection.
18       THE WITNESS:  The company has a factory in
19 Chiayi.
20 BY MR. EDINBURGH:
21     Q.  Where is that located?
22     A.  Chiayi is in southern Taiwan.
23     Q.  What products are made in that factory,
24 generally?
25     A.  There were three main categories.  The first

Page 35

1 one is the OEM products.  They are the bottle jack,
2 scissor jack for automobile manufacturers.  The second
3 category is gym equipment.  And the third one is
4 hydraulic jacks for industrial use.
5     Q.  Do these product lines that are made in these
6 factories, do they include jack stands or vehicle
7 support stands?
8     A.  No.
9     Q.  Mr. Chang, what is the business of Shinn Fu
10 Corporation?
11     A.  It's involved in the trading business, the
12 selling and buying of products, and also the
13 manufacturing of the products I mentioned earlier, which
14 are the OEM products for automobile manufacturers, gym
15 equipment and also the hydraulic jacks for industrial
16 use.
17     Q.  Is Shinn Fu Corporation involved in the
18 distribution or importation of products or the
19 exportation of products?
20       MR. ZAKRZEWSKI:  Objection.
21       THE WITNESS:  I know that it is involved in
22 the export of products.
23       MR. EDINBURGH:  Can you say again, please.
24       INTERPRETER:  "I know that it is involved in
25 the export of the products."

Page 36

1 BY MR. EDINBURGH:
2     Q.  Do the products that Shinn Fu is involved in
3 export include vehicle support stands?
4       MR. ZAKRZEWSKI:  Objection.
5       I'm sorry.  I try to wait until after the
6 translator translates to object but sometimes the timing
7 is difficult.
8       INTERPRETER:  The witness just asked the
9 interpreter to repeat the question again.  (Chinese
10 spoken.)
11       MR. ZAKRZEWSKI:  Same objection.
12       THE WITNESS:  The answer is yes.
13 BY MR. EDINBURGH:
14     Q.  Is Shinn Fu involved in the export of jack
15 stands?
16     A.  Yes.
17       MR. ZAKRZEWSKI:  Same objection.
18 BY MR. EDINBURGH:
19     Q.  Is Shinn Fu involved in the exportation of
20 ratchet-and-pawl-designed jack stands to the United
21 States?
22       MR. ZAKRZEWSKI:  Objection.
23       THE WITNESS:  Yes.
24 BY MR. EDINBURGH:
25     Q.  And, sir, can you describe the nature of the

Page 37

1 business of Shinn Fu Corporation as it relates to jack
2 stands.
3       MR. ZAKRZEWSKI:  Objection.
4       You can answer.
5       THE WITNESS:  It's involved in the buying and
6 selling of that product.
7 BY MR. EDINBURGH:
8     Q.  And by "that product," we are referring to
9 jack stands, correct?
10       MR. ZAKRZEWSKI:  Objection.
11       You can answer.
12       THE WITNESS:  Yes.
13 BY MR. EDINBURGH:
14     Q.  And does that involve the buying and selling
15 of jack stands where the purchaser has been Shinn Fu
16 Company of America?
17       MR. ZAKRZEWSKI:  Objection.
18       THE WITNESS:  Shinn Fu America is one of them.
19 BY MR. EDINBURGH:
20     Q.  And is Sears, Roebuck one of them, as well?
21     A.  No.
22     Q.  Is Shinn Fu involved with the development or
23 design of jack stands?
24       MR. ZAKRZEWSKI:  Objection.
25       THE WITNESS:  No.

10 (Pages 34 - 37)

1  BY MR. EDINBURGH:
2     Q.  Is Shinn Fu involved in any way with respect
3  to the manufacture of jack stands?
4        MR. ZAKRZEWSKI:  Same objection.
5        THE WITNESS:  No.
6  BY MR. EDINBURGH:
7     Q.  Is Shinn Fu involved in any way concerning the
8  testing of jack stands?
9        MR. ZAKRZEWSKI:  Same objection.
10       THE WITNESS:  No.
11  BY MR. EDINBURGH:
12    Q.  Is Shinn Fu involved in any way concerning the
13  development or preparation of warnings or instructions,
14  including operations and safety instructions, with
15  respect to jack stands?
16       MR. ZAKRZEWSKI:  Same objection.
17       THE WITNESS:  No.
18  BY MR. EDINBURGH:
19    Q.  When did Shinn Fu first start being involved
20  in the buying or selling of jack stands?
21       MR. ZAKRZEWSKI:  Same objection.
22       THE WITNESS:  When I joined the company in
23  2008, they were already doing that.
24  BY MR. EDINBURGH:
25    Q.  Okay.  They were doing that in 2008.  They

1  started before that, is that correct?
2     A.  Yes.
3     Q.  My question to you is:  When did they start?
4     A.  I'm not sure.
5     Q.  Well, do you have an understanding that they
6  have been in the business in buying and selling jack
7  stands as early as the 1990s?
8     A.  Maybe.
9     Q.  Have they been in the business of buying and
10  selling jack stands at least since 2000?
11       MR. ZAKRZEWSKI:  Objection.
12       And, you know, really trying to avoid any
13  speaking objections.  If you ever want to know the basis
14  for my objection, you can ask.
15       I do want to say, for the record, that part of
16  my objection to this line of questions and why I'm
17  making the same objection is the use of the term "jack
18  stands" for all time without regard to any particular
19  design of jack stands, without regard to whether it's
20  for professional market or DIY market or any other
21  limitation or description, including, you know, this
22  would be broader than the definition of jack stand that
23  was presented in the notices of deposition that have
24  been shown to the witnesses, and so on and so forth.
25       Go ahead.  I'm sorry, there was a question.

1        THE WITNESS:  I did not make any discussion
2  regarding the year of that business so I really don't
3  know.
4  BY MR. EDINBURGH:
5     Q.  Okay.  Please describe the types of jack
6  stands that you do have knowledge of that have been
7  bought and sold by Shinn Fu Corporation since at least
8  2008.
9        MR. ZAKRZEWSKI:  Objection.
10       THE WITNESS:  There were two main types of
11  jack stands.  The first one is the one with ratchet bar
12  and the so-called pawl, and the second type is with the
13  moveable plate and pin.
14  BY MR. EDINBURGH:
15    Q.  Did the ratchet-and-pawl-designed jack stands
16  that Shinn Fu Corporation bought and sold since at least
17  2008 include those that were destined for the
18  do-it-yourself market?
19    A.  No.
20    Q.  For the ratchet-and-pawl jack stands that
21  Shinn Fu bought and sold since at least 2008, for what
22  market were they designed -- withdrawn.
23       For what market were they bought and sold for?
24       MR. ZAKRZEWSKI:  Objection.
25       You can answer.

1        THE WITNESS:  They are for the professional
2  market.  As I mentioned earlier, they are for Grainger,
3  Snap-on and Fastenal.
4  BY MR. EDINBURGH:
5     Q.  Were any of these ratchet-and-pawl-designed
6  jack stands for the professional market
7  four-ton-capacity jack stands?
8        MR. ZAKRZEWSKI:  Objection.
9        THE WITNESS:  No.
10  BY MR. EDINBURGH:
11    Q.  Were any three-ton-capacity jack stands?
12       MR. ZAKRZEWSKI:  Objection.
13       THE WITNESS:  Yes.
14       MR. EDINBURGH:  I'm sorry, was the answer
15  "Yes"?
16       INTERPRETER:  Yes, "Yes."
17  BY MR. EDINBURGH:
18    Q.  Was that for Grainger?
19    A.  For many clients, yes, including Grainger.
20    Q.  And what American clients did Shinn Fu
21  Corporation buy and sell three-ton
22  ratchet-and-pawl-designed jack stands for the
23  professional market?
24       MR. ZAKRZEWSKI:  Objection.
25       THE WITNESS:  The biggest clients are the

11 (Pages 38 - 41)

Page 42

1 three that I mentioned earlier, Grainger, Fastenal and
2 Snap-on.
3
4 BY MR. EDINBURGH:
5    Q.  Did Shinn Fu design the ratchet-and-pawl jack
6 stands that it sold to Grainger?
7        MR. ZAKRZEWSKI:  Objection.
8        THE WITNESS:  No.
9 BY MR. EDINBURGH:
10   Q.  Who were the major shareholders of Shinn Fu
11 Corporation?
12       MR. ZAKRZEWSKI:  Objection.
13       THE WITNESS:  Victor Hung.  Victor Hung, Betty
14 Hung and Angela Hung.  These are the ones that I know.
15       MR. EDINBURGH:  Was the third one Angie?
16       INTERPRETER:  Angela.  Yeah, Angela Hung.
17       MR. EDINBURGH:  Spell it, please.
18       INTERPRETER:  A-n-g-e-l-a.
19       MR. ZAKRZEWSKI:  A-n-g-e-l-a.
20       INTERPRETER:  Angela Hung.
21       MR. ZAKRZEWSKI:  Angela Hung.
22       MR. EDINBURGH:  Angela, right?  Okay, thank
23 you.
24 BY MR. EDINBURGH:
25   Q.  Are Betty Hung and Angela Hung related to

Page 43

1 Victor Hung?
2    A.  Yes.
3    Q.  Are they his sisters?
4    A.  They are the sisters of Victor.
5    Q.  Are they all three also the children of
6 Michael Hung?
7    A.  Yes.
8    Q.  What percentage of the company does Victor
9 Hung own?  When I say "company," I mean Shinn Fu
10 Corporation.
11       MR. ZAKRZEWSKI:  Objection.
12       THE WITNESS:  I'm not sure about that.
13 BY MR. EDINBURGH:
14   Q.  Same question for Betty Hung.
15       MR. ZAKRZEWSKI:  Same objection.
16       THE WITNESS:  I'm not sure about that.
17 BY MR. EDINBURGH:
18   Q.  Same question for Angela Hung.
19       MR. ZAKRZEWSKI:  Same objection.
20       THE WITNESS:  I don't know.
21 BY MR. EDINBURGH:
22   Q.  How much of the company, collectively, does
23 Victor, Betty and Angela Hung own?
24       MR. ZAKRZEWSKI:  Same objection.
25       WITNESS:  I'm not sure about that.

Page 44

1 BY MR. EDINBURGH:
2    Q.  Do they collectively own more than half of the
3 shares of Shinn Fu Corporation?
4        MR. ZAKRZEWSKI:  Same objection.
5        THE WITNESS:  I'm not sure about that.
6 BY MR. EDINBURGH:
7    Q.  Do you know the identity of any other
8 shareholders of Shinn Fu Corporation?
9        MR. ZAKRZEWSKI:  Same objection.
10       THE WITNESS:  Which time frame are you talking
11 about?
12       MR. EDINBURGH:  I'll withdraw the question.
13   Q.  Is Shinn Fu Corporation a publicly traded
14 company?
15   A.  No.
16   Q.  Is it a privately owned company?
17   A.  Yes.
18   Q.  And are Victor, Betty and Angela Hung three of
19 the people who are -- who own a portion -- withdrawn.
20       In the years 2003 through 2011, are you aware
21 of any shareholders of Shinn Fu Corporation in addition
22 to Victor Hung, Betty Hung and Angela Hung?
23       MR. ZAKRZEWSKI:  Same objection.
24       THE WITNESS:  At the time, I think that
25 Michael Hung and also Vickie Huang, H-u-a-n-g, as well.

Page 45

1 BY MR. EDINBURGH:
2    Q.  Was Vickie Michael's wife?
3        MR. ZAKRZEWSKI:  Objection.  Okay, you
4 answered.
5        THE WITNESS:  Yes.
6 BY MR. EDINBURGH:
7    Q.  And is Vickie the mother of Victor, Betty and
8 Angela Hung?
9        MR. ZAKRZEWSKI:  Same objection.
10       THE WITNESS:  Yes.
11 BY MR. EDINBURGH:
12   Q.  Was Vickie Huang's brother Steven Huang, the
13 person who is your boss at Shinn Fu America?
14       MR. ZAKRZEWSKI:  Same objection.
15       THE WITNESS:  Yes.
16       MR. ZAKRZEWSKI:  Are there claims in this case
17 about the ownership of Shinn Fu Corporation or a
18 shareholder's dispute of some type?
19       MR. EDINBURGH:  We're going to go forward with
20 the deposition.  It's been asked and answered.
21       MR. ZAKRZEWSKI:  Okay.  Good.
22       MR. EDINBURGH:  What are you going to do?  I'm
23 trying to move forward with this.  There are claims of
24 interconnectedness of these companies.
25       MR. ZAKRZEWSKI:  There actually aren't.

12 (Pages 42 - 45)

Page 46

1  Again, there are no alter ego claims, there are no
2  corporate veil piercing claims, there are no claims
3  about shareholders, and it's fine as long as we are
4  moving on, I'll let you do it for probably -- now we've
5  been on the record for, like, two hours.  That line of
6  questioning alone was, like, over half an hour.
7      And as long as we're moving on, I'm not going
8  to say any more about it.
9      MR. EDINBURGH:  All right.  It goes against my
10  time.  We'll go forward.
11      MR. ZAKRZEWSKI:  Yes, okay.
12  BY MR. EDINBURGH:
13      Q.  In 2003 to 2011, did Shinn Fu Corporation have
14  a chief executive officer?
15      A.  Yes.
16      Q.  Who was it?
17      A.  In 2003, it should be Michael Hung, H-u-n-g.
18      Q.  Have there been any others in that period of
19  time?
20      A.  It was only Victor Hung.
21      INTERPRETER:  I'd like to ask for
22  clarification.
23      The witness just clarified his earlier answer.
24  During that entire period there should be two CEOs.
25  There were Michael Hung and Victor Hung, and I cannot

Page 47

1  remember which year Michael Hung had a stroke and
2  somebody else took over.
3
4  BY MR. EDINBURGH:
5      Q.  Was Victor Hung the CEO from when you joined
6  the company in 2008?
7      A.  Yes.
8      Q.  Did Shinn Fu Company have any vice presidents
9  during this period?
10      A.  Which period?
11      Q.  2003 to 2011?
12      A.  Yes.
13      Q.  How many?
14      A.  Besides Betty and Angie, there was one.  His
15  name is Sheng Wang, S-h-e-n-g, last name is Wang,
16  W-a-n-g.
17      Q.  Betty Hung and Angela Hung were vice
18  presidents of Shinn Fu Corporation, is that correct?
19      A.  Yes.
20      Q.  And what did Betty Hung do as a vice president
21  of Shinn Fu Corporation?
22      A.  She supports sales now.  Put it this way:  She
23  and Angela are responsible for sales.
24  BY MR. EDINBURGH:
25      Q.  Did Shinn Fu Corporation, in 2003-2011, have

Page 48

1  someone who was the president of the company?
2      A.  It should be Victor Hung.
3      Q.  Okay.  Did Shinn Fu from 2003 to 2011 have
4  anyone with the title of general manager of the company?
5      A.  I'm not sure about that.
6      MR. EDINBURGH:  Can we show the witness the
7  previously marked exhibit containing the chart of the
8  names of the board of directors for the defendants.
9      (Exhibit 5, previously marked.)
10  BY MR. EDINBURGH:
11      Q.  Mr. Chang, is this a document that you
12  reviewed in preparation for today's deposition?
13      A.  Yes.
14      Q.  I'd like you to look only at the top portion
15  of the document where it says "SFT's Directors."
16      A.  Yes.
17      Q.  And you see, on the directors' names, there's
18  listed Victor Hung, Betty Hung, Angela Hung, and Vickie
19  Hung.  And were these four of the directors of Shinn Fu
20  Corporation for the years indicated on the chart?
21      A.  Yes.
22      Q.  And the bottom name, in English, where it says
23  Vickie Hung, it says H-u-n-g.  Is that the same Vickie
24  who you earlier testified to was Vickie Huang,
25  H-u-a-n-g?  Are they the same person?

Page 49

1      A.  No, they are different.
2      Q.  Are they related?
3      A.  I'm not sure about that.
4      Q.  Is Vickie Hung related to Angela, Betty or
5  Victor Hung?
6      A.  No, they are not related.
7      Q.  Does Vickie Hung hold -- is Vickie Hung a
8  director of Shinn Fu Corporation, an officer of the
9  company?
10      MR. ZAKRZEWSKI:  Objection.
11      THE WITNESS:  No.
12  BY MR. EDINBURGH:
13      Q.  Does she have any managerial position at
14  Shinn Fu Corporation?
15      MR. ZAKRZEWSKI:  Same objection.
16      THE WITNESS:  No.
17  BY MR. EDINBURGH:
18      Q.  Is she an owner of the company?
19      A.  No.
20      Q.  All right.  Under "Vickie Hung" there appear
21  to be four names in Chinese.  Can you tell me, from the
22  top down, who these individuals are.
23      A.  I don't know them.
24      Q.  I don't want to know whether you know them.
25  Can you just tell me their names.

13 (Pages 46 - 49)

Page 50

1      A.  They don't have English names.
2      Q.  All right.  Did the Shinn Fu Corporation board
3  have a chairman?  Was there a chairman of the board?
4         MR. ZAKRZEWSKI:  Objection.
5         THE WITNESS:  Before 2014 it was Michael Hung.
6  BY MR. EDINBURGH:
7      Q.  Before 2014?
8         INTERPRETER:  Yes.
9  BY MR. EDINBURGH:
10     Q.  Was Michael Hung a director of Shinn Fu
11  Corporation before 2014?
12     A.  No.
13     Q.  Is it your testimony that Michael Hung was
14  chairman of the board of directors before 2014 but not a
15  member of the board of directors?
16        MR. ZAKRZEWSKI:  Objection.
17        THE WITNESS:  What I meant was Michael Hung --
18  he was an honorary chairman of the board, on paper, but
19  he's not a board member.
20  BY MR. EDINBURGH:
21     Q.  All right.  Is Shinn Fu of America a wholly
22  owned subsidiary of Shinn Fu Corporation?
23        MR. ZAKRZEWSKI:  Objection.
24        INTERPRETER:  The witness just asked the
25  interpreter to repeat the question.  (Chinese spoken.)

Page 51

1         THE WITNESS:  Yes, it's a subsidiary.
2  BY MR. EDINBURGH:
3      Q.  Is Shinn Fu Corporation in business under the
4  name Shinn Fu Taiwan?
5         MR. ZAKRZEWSKI:  Objection.
6         THE WITNESS:  No.  They have always been using
7  Shinn Fu Corporation.
8  BY MR. EDINBURGH:
9      Q.  Is there a corporation called Shinn Fu Taiwan?
10        MR. ZAKRZEWSKI:  Objection.
11        THE WITNESS:  No.  Shinn Fu Taiwan is like a
12  shorthand for Shinn Fu Corporation, a company in Taiwan,
13  but there's no such company called Shinn Fu Taiwan.
14  BY MR. EDINBURGH:
15     Q.  Okay.  So Shinn Fu Taiwan is a name under
16  which Shinn Fu Corporation does business?
17        MR. ZAKRZEWSKI:  Objection.
18        THE WITNESS:  No.
19  BY MR. EDINBURGH:
20     Q.  What is the business of Shinn Fu Taiwan?
21        MR. ZAKRZEWSKI:  Objection.
22        THE WITNESS:  I've mentioned it earlier.  It's
23  involved in the buying and selling of products and the
24  manufacturing of the following products:  the OEM
25  products for automobile manufacturers, gym equipment,

Page 52

1  and hydraulic jacks for industrial use.
2  BY MR. EDINBURGH:
3      Q.  I'm trying to understand this, and I don't
4  want to spend too much time on it, I want to go forward.
5      Is it your testimony that Shinn Fu Taiwan is
6  not a company?  Is that your testimony?
7      A.  In Taiwan, the legal registration name is
8  Shinn Fu Corporation.
9         COURT REPORTER:  We need to go off the record.
10  I've got a technical issue.
11        MR. EDINBURGH:  Okay.
12  (11:12 a.m.)
13            (A break was taken.)
14  (11:26 a.m.)
15  BY MR. EDINBURGH:
16     Q.  Mr. Chang, do you know a company called MVP
17  (HK) Industries?
18     A.  Yes.
19     Q.  And what is the business, to your knowledge,
20  of MVP?
21     A.  It's involved in the buying and selling of
22  automobile accessories, and also vehicle-supporting
23  devices for the DIY market.
24     Q.  Okay.  Does Shinn Fu Corporation have an
25  ownership interest in MVP?

Page 53

1      A.  No.
2      Q.  Do any of the directors of Shinn Fu
3  Corporation have an ownership interest in MVP?
4         MR. ZAKRZEWSKI:  What was the question in
5  English again, please?
6         (Record read by reporter.)
7         MR. ZAKRZEWSKI:  Objection.
8         INTERPRETER:  The witness just asked the
9  interpreter to repeat the question again.  (Chinese
10  spoken.)
11        THE WITNESS:  As far as I know, yes.  The big
12  boss, Victor Hung, and also Betty and Angela -- the
13  three of them have shares in MVP.
14  BY MR. EDINBURGH:
15     Q.  And do you know how much of MVP they own
16  collectively?
17        MR. ZAKRZEWSKI:  Objection.
18        THE WITNESS:  I'm not sure, but the biggest
19  one would be Victor Hung.
20  BY MR. EDINBURGH:
21     Q.  Do you know whether, collectively, they own a
22  majority of the ownership interest in MVP?
23     A.  Yes.
24     Q.  Do you know a company called Weifu (Taishan)
25  Machinery & Electric Co., Ltd.?

14 (Pages 50 - 53)

Page 54

1    A.  Yes, I know that.
2    Q.  What is the business of Weifu?
3    A.  They are involved in the business of
4  electrical tools, and also supporting devices for
5  automobiles which are sold to the DIY market.
6        MR. EDINBURGH:  You said "supporting devices."
7  Is that the term?
8        INTERPRETER:  Vehicle-supporting devices.
9  BY MR. EDINBURGH:
10   Q.  Does that include jack stands?
11   A.  Yes.
12   Q.  Does that include ratchet-and-pawl-designed
13  jack stands?
14   A.  Yes.
15   Q.  Do any members of the Shinn Fu Corporation
16  board of directors have an ownership interest in Weifu?
17       INTERPRETER:  The witness asked the
18  interpreter to repeat the question again.  (Chinese
19  spoken.)
20       MR. ZAKRZEWSKI:  What is the question in
21  English?
22       (Record read by reporter.)
23       MR. ZAKRZEWSKI:  Objection.
24       THE WITNESS:  No.
25  BY MR. EDINBURGH:

Page 55

1    Q.  You mentioned in your earlier testimony a
2  Vickie named Vickie Huang.  Do you know whether she has
3  an ownership interest in Weifu?
4        MR. ZAKRZEWSKI:  Objection.
5        THE WITNESS:  I only know that she is the
6  highest level of supervisor at Weifu.
7  BY MR. EDINBURGH:
8    Q.  Do you know her to be the general manager of
9  Weifu?
10       MR. ZAKRZEWSKI:  Objection.
11       THE WITNESS:  Yes, I know that.
12       MR. EDINBURGH:  Let's show the witness the
13  document that is called "Presentation of Shinn Fu
14  Corporation 2011."  It's previously been marked.
15       (Exhibit 4, previously marked.)
16  BY MR. EDINBURGH:
17   Q.  Mr. Chang, have you seen this document before
18  today?
19   A.  Yes.
20   Q.  And did you review this document in
21  preparation for your testimony today?
22   A.  Yes.
23   Q.  Let's go to the first page.  Do you see the
24  word "Milestones," at the top?
25   A.  Yes.

Page 56

1    Q.  Yes, okay.  You see, to the left of that,
2  there's a circle with three attached lines, it looks
3  like, in the shape of the letter Z at an angle?
4    A.  Yes, I see that.
5    Q.  Is that the logo of Shinn Fu Corporation?
6        MR. ZAKRZEWSKI:  Objection.
7        THE WITNESS:  Yes.
8  BY MR. EDINBURGH:
9    Q.  Is the information contained on this page
10  accurate?
11       MR. ZAKRZEWSKI:  Objection.
12       MR. EDINBURGH:  I'll withdraw it.
13   Q.  Do you see the entry with respect to Shinn Fu
14  America 1978?
15       MR. ZAKRZEWSKI:  Objection.
16       THE WITNESS:  Yes, I see that.
17       MR. ZAKRZEWSKI:  Standing objection to this
18  line of questioning about something that happened 40
19  years ago, but go on.
20  BY MR. EDINBURGH:
21   Q.  Is it your understanding that that's when
22  Shinn Fu Corporation formed Shinn Fu America?
23       MR. ZAKRZEWSKI:  Objection.  That's not what
24  the document says.
25       MR. EDINBURGH:  I'm asking.  It may not say

Page 57

1  that.  I'm asking whether that's his understanding.
2        MR. ZAKRZEWSKI:  Objection.  Also lack of
3  foundation.
4        INTERPRETER:  The witness just asked the
5  interpreter to repeat the question again.  (Chinese
6  spoken.)
7        THE WITNESS:  Yes.
8  BY MR. EDINBURGH:
9    Q.  I want to go to the next line and then we'll
10  go on.  It says "1978 MVP (HK) is established."
11       Do you know who established MVP (HK) in 1978?
12       MR. ZAKRZEWSKI:  Same objections.
13       THE WITNESS:  I'm not sure.
14  BY MR. EDINBURGH:
15   Q.  Okay.  Let's go to the next page.  You see
16  where it says, at the top of the page, "Shinn Fu Taiwan
17  Headquarters"?
18   A.  Yes.
19   Q.  And the building that's depicted on the left,
20  the office building on the left, is that the
21  headquarters building?
22   A.  Yes.
23   Q.  And is that where you worked when you worked
24  at Shinn Fu Corporation?
25   A.  Yes.

15 (Pages 54 - 57)

Page 58

1    Q.  You notice there's some arrows underneath, and
2  the first one says "Shinn Fu Group in total, 2,000-plus
3  employees worldwide."
4        Do you see that?
5    A.  Yes, I see that.
6    Q.  Who or what is Shinn Fu Group?
7        MR. ZAKRZEWSKI:  Objection.
8        THE WITNESS:  It is about many individual
9  companies, individual clients and products.  They are in
10  a so-called business network.  A business network, I
11  would say.
12  BY MR. EDINBURGH:
13    Q.  Is it a business network controlled by Shinn
14  Fu Corporation?
15        MR. ZAKRZEWSKI:  Objection.
16        THE WITNESS:  No.  They were involved in
17  buying and selling products to each other.  They were
18  doing business.
19  BY MR. EDINBURGH:
20    Q.  What services did Shinn Fu Corporation provide
21  to the Shinn Fu Group?
22        MR. ZAKRZEWSKI:  Objection.
23        INTERPRETER:  The witness just asked the
24  interpreter to repeat the question again.  (Chinese
25  spoken.)

Page 59

1        THE WITNESS:  What do you mean by the
2  so-called "services"?
3  BY MR. EDINBURGH:
4    Q.  Well, did it organize the group?  Did it
5  provide professional services?  Did it provide places
6  where the group can meet?  Did it provide legal,
7  accounting, insurance services to the group?  Management
8  services to the group?
9        MR. ZAKRZEWSKI:  Objection.
10        THE WITNESS:  Yes, for the place to meet, but
11  for the rest I'm not sure.
12  BY MR. EDINBURGH:
13    Q.  This document indicates that Shinn Fu Group
14  has in total 2,000-plus employees worldwide.  Was Shinn
15  Fu America a part of the Shinn Fu Group?
16    A.  As I mentioned earlier, this so-called group
17  is a business network for various companies.  They were
18  buying and selling products to each other.  They are
19  independently run and they were buying and selling
20  various products.
21    Q.  All right.  With that answer in mind, was
22  Shinn Fu America a part of the Shinn Fu Group?
23    A.  They have business dealings.
24    Q.  They have what?
25        INTERPRETER:  "Business dealings."

Page 60

1  BY MR. EDINBURGH:
2    Q.  Business dealings.
3        Are they part of the Shinn Fu business
4  network?
5        INTERPRETER:  Counsel, when you say "they,"
6  you mean Shinn Fu America?
7        MR. EDINBURGH:  I'll repeat it.  Thank you.
8  I'll withdraw the question and ask a new one.
9    Q.  Was Shinn Fu America a part of the Shinn Fu
10  business network?
11    A.  Yes.
12        MR. ZAKRZEWSKI:  Objection.
13        You can answer.
14  BY MR. EDINBURGH:
15    Q.  Was MVP part of the Shinn Fu Group?
16    A.  No.
17    Q.  Was MVP part of the Shinn Fu business network?
18        MR. ZAKRZEWSKI:  Objection.
19        THE WITNESS:  Yes.
20  BY MR. EDINBURGH:
21    Q.  Was Weifu part of the Shinn Fu Group?
22    A.  No.
23    Q.  Was Weifu part of the Shinn Fu business
24  network?
25        MR. ZAKRZEWSKI:  Objection.

Page 61

1        THE WITNESS:  Yes.
2  BY MR. EDINBURGH:
3    Q.  What companies' employees are included in the
4  total described in this document as being employees of
5  the Shinn Fu Group?
6        MR. ZAKRZEWSKI:  Objection.
7        THE WITNESS:  I'm not sure about the details.
8  BY MR. EDINBURGH:
9    Q.  How many employees were there in 2011 of Shinn
10  Fu Corporation, approximately?  Your best estimate.
11        MR. ZAKRZEWSKI:  Objection.
12        THE WITNESS:  At the time there were about 60
13  people at the Shinn Fu Corporation.
14  BY MR. EDINBURGH:
15    Q.  How many?
16        INTERPRETER:  60.
17        MR. EDINBURGH:  Six-zero?
18        INTERPRETER:  Yes.
19  BY MR. EDINBURGH:
20    Q.  You see, in this document, there's a Shinn Fu
21  document that says that the total worldwide employees of
22  the Shinn Fu Group is more than 2,000?
23        MR. ZAKRZEWSKI:  Objection, third time.
24  BY MR. EDINBURGH:
25    Q.  Shinn Fu Corporation has 60 employees, about.

16 (Pages 58 - 61)

Page 62

1      From what companies are the remainder of the
2  employees worldwide counted to reach this total?
3      MR. ZAKRZEWSKI: Objection. Part of the
4  objection is that counsel seems to be asking the witness
5  to list companies that may not be named in the
6  deposition notice, that may not be parties to this
7  action. That's part of the objection.
8      MR. EDINBURGH: If the answer is that, then
9  the answer is that, but let him answer. I understand --
10     MR. ZAKRZEWSKI: I didn't say he couldn't
11 answer.
12     THE WITNESS: I only know about the number of
13 employees at the Shinn Fu Corporation. I don't know
14 about the numbers of other companies.
15 BY MR. EDINBURGH:
16     Q. The second arrow, underneath the first, says
17 "Shinn Fu Taiwan supplies product development and
18 manufacturing services to Shinn Fu-affiliated companies
19 throughout the world."
20     Was Shinn Fu America a Shinn Fu-affiliated
21 company?
22     MR. ZAKRZEWSKI: Objection.
23     You can answer.
24     THE WITNESS: Shinn Fu Corporation is the
25 largest shareholder of Shinn Fu America. You can put it

Page 63

1  this way.
2  BY MR. EDINBURGH:
3      Q. I just want to clear something up.
4      Is Shinn Fu Corporation the largest
5  shareholder of Shinn Fu America or is Shinn Fu
6  Corporation the only shareholder of Shinn Fu America?
7      A. It's the largest shareholder.
8      Q. Who else is a shareholder, besides Shinn Fu
9  Corporation, of Shinn Fu America?
10     MR. ZAKRZEWSKI: Objection.
11     THE WITNESS: I mean I only know Shinn Fu
12 Corporation.
13 BY MR. EDINBURGH:
14     Q. You earlier testified, am I correct, that
15 Shinn Fu America is a subsidiary company of Shinn Fu
16 Corporation? Is that your testimony?
17     MR. ZAKRZEWSKI: Objection.
18     THE WITNESS: Yes, it's a subsidiary, that's
19 correct.
20 BY MR. EDINBURGH:
21     Q. Is it also one of the companies that is an
22 affiliated company of Shinn Fu, as the term "affiliated"
23 is used in this document?
24     MR. ZAKRZEWSKI: Objection.
25     THE WITNESS: I don't understand your

Page 64

1  question.
2  BY MR. EDINBURGH:
3      Q. You see that the term from the Shinn Fu
4  presentation uses -- on the second bullet point, it
5  describes "Shinn Fu-affiliated companies throughout the
6  world." Do you see that term?
7      A. Yes, I see that.
8      Q. Okay. I'm asking you whether -- was Shinn Fu
9  America one of those affiliated companies?
10     MR. ZAKRZEWSKI: Objection.
11     THE WITNESS: Yes.
12 BY MR. EDINBURGH:
13     Q. The same question for MVP. Is MVP one of the
14 Shinn Fu-affiliated companies?
15     MR. ZAKRZEWSKI: Same objection.
16     THE WITNESS: No. As I said earlier, it is
17 only one of the companies involved in the buying and
18 selling of products, which I called a company in the
19 business network. They were selling and buying products
20 from each other.
21 BY MR. EDINBURGH:
22     Q. Was Weifu one of the Shinn Fu-affiliated
23 companies?
24     MR. ZAKRZEWSKI: Objection.
25     THE WITNESS: No. As I said earlier, it is a

Page 65

1  company, a party in the business network for buying and
2  selling of products.
3  BY MR. EDINBURGH:
4      Q. Go to the page in this document labeled
5  "Affiliated Global Operations," which has a map of the
6  continents.
7      A. I see that.
8      Q. And in this document, is SFA Company, Kansas
9  City identified as one of Shinn Fu's-affiliated global
10 operations?
11     MR. ZAKRZEWSKI: Same objection.
12     THE WITNESS: SFA is Shinn Fu America, yes.
13 BY MR. EDINBURGH:
14     Q. And in this document, is Weifu Electric &
15 Machinery Co. listed as part of -- or identified as part
16 of Shinn Fu's-affiliated global operations?
17     MR. ZAKRZEWSKI: Same objections.
18     THE WITNESS: No. No, as I explained earlier,
19 it is a business partner in the business network for the
20 buying and selling of products.
21 BY MR. EDINBURGH:
22     Q. No, I didn't ask you that.
23     What I asked you was, does the document
24 indicate that Weifu Electric & Machinery Co., of
25 Taishan, China, is identified as part of Shinn Fu

17 (Pages 62 - 65)

Page 66

1 Corporation's-affiliated global operations?
2       MR. ZAKRZEWSKI: Same objection.
3       THE WITNESS: I see that. It is how it was
4 written in this page.
5       MR. EDINBURGH: I heard you said he saw that.
6 I couldn't hear the rest.
7       INTERPRETER: The witness said: "I see that.
8 It is how it was written in this page."
9 BY MR. EDINBURGH:
10   Q. And you see that on this page, MVP Industries
11 of Hong Kong is identified as part of Shinn Fu
12 Corporation's-affiliated global operations?
13       MR. ZAKRZEWSKI: Same objection.
14       THE WITNESS: I see that was how it was
15 written.
16 BY MR. EDINBURGH:
17   Q. Let's go back to the page, the bullet point
18 where it talks about "Shinn Fu Taiwan provides product
19 development and manufacturing services to Shinn
20 Fu-affiliated companies throughout the world."
21   With respect to ratchet-and-pawl-designed jack
22 stands, does Shinn Fu Corporation or Shinn Fu Taiwan
23 supply product development services to MVP?
24       MR. ZAKRZEWSKI: Objection.
25       THE WITNESS: No.

Page 67

1 BY MR. EDINBURGH:
2   Q. With respect to ratchet-and-pawl-designed jack
3 stands, does Shinn Fu Corporation or Shinn Fu Taiwan
4 provide product development or manufacturing services to
5 Weifu?
6       MR. ZAKRZEWSKI: Same objection.
7       THE WITNESS: No.
8 BY MR. EDINBURGH:
9   Q. With respect to Shinn Fu America, in Kansas
10 City, SFA, does Shinn Fu Corporation or Shinn Fu Taiwan
11 provide product development or manufacturing services
12 concerning ratchet-and-pawl-designed jack stands?
13       MR. ZAKRZEWSKI: Same objection.
14       THE WITNESS: No.
15 BY MR. EDINBURGH:
16   Q. Do you know an American company called
17 Steelman, S-t-e-e-l-m-a-n?
18   A. Yes, I have heard of that.
19   Q. And do you know that company to be, in part,
20 in the business of selling ratchet-and-pawl-designed
21 jack stands?
22   A. Yes, I know that.
23   Q. And does -- or did Shinn Fu Corporation have a
24 business relationship with Steelman with respect to
25 ratchet-and-pawl-designed jack stands?

Page 68

1       MR. ZAKRZEWSKI: Objection.
2       THE WITNESS: No, as far as I know.
3       MR. ZAKRZEWSKI: Off the record for a second.
4   Our lunch is here and we would like a break
5 since there's no question pending.
6       MR. EDINBURGH: That's fine. When you're
7 done, we'll continue.
8 (12:05 p.m.)
9       (The lunch recess was taken.)
10 (1:05 p.m.)
11       MR. ZAKRZEWSKI: Looking at Exhibit 5, the
12 chart, grid, earlier --
13       MR. EDINBURGH: The directors?
14       MR. ZAKRZEWSKI: Yeah.
15       MR. EDINBURGH: Let me just get it. Okay.
16       MR. ZAKRZEWSKI: Earlier, you were asked if
17 you thought Vickie Hung, at the top of the page, was the
18 same person or a different person from Vickie Huang, at
19 the bottom of the page, and do you know whether those
20 are the same person or different people?
21       THE WITNESS: They are the same person.
22       MR. ZAKRZEWSKI: All right, that's all.
23 BY MR. EDINBURGH:
24   Q. Mr. Chang, your testimony was that they were
25 different people. You're now changing, and now it's

Page 69

1 your testimony that these -- Vickie Hung and Vickie
2 Huang are, in fact, the same individual?
3   A. Yes, they are the same person.
4       MR. EDINBURGH: Can we show the witness what
5 has been previously marked as the Lexington insurance
6 policy.
7       (Exhibit 11, previously marked.)
8 BY MR. EDINBURGH:
9   Q. Mr. Chang, take a look at the exhibit, please.
10   A. That's fine.
11   Q. Did you review this exhibit before coming here
12 today to testify?
13   A. Yes.
14   Q. Okay. Were you able to read this document in
15 English?
16   A. Yes, I can understand it.
17   Q. Does the first page of that document reflect
18 that Shinn Fu Corporation was the named insured of a
19 Lexington insurance policy in effect from May 2010 to
20 May 2011?
21   A. Yes.
22   Q. And does this policy indicate that Shinn Fu
23 Corporation is being insured for liability claims
24 against it and personal injury actions that are brought
25 in the United States?

18 (Pages 66 - 69)

Page 70

1    A.  Yes.
2    Q.  And do you see that a co-named insured to
3 Shinn Fu Corporation would be MVP (HK) Industries, Ltd.?
4    A.  Yes.
5    Q.  Who placed this policy with Lexington on
6 behalf of Shinn Fu Corporation?
7        MR. ZAKRZEWSKI:  Objection.
8        THE WITNESS:  It's Shinn Fu America.
9 BY MR. EDINBURGH:
10   Q.  Do you know why Shinn Fu Corporation was named
11 with MVP (HK) as the two named insureds under the
12 policy?
13       INTERPRETER:  The witness asked the
14 interpreter to repeat the question again.  (Chinese
15 spoken.)
16       THE WITNESS:  Okay, it's because if the two of
17 them bought this together, the fees for the insurance
18 would be lower.
19 BY MR. EDINBURGH:
20   Q.  Do you know who paid the premiums for
21 acquiring this policy?
22   A.  Both of them have paid for it.
23   Q.  Both of them, meaning Shinn Fu and MVP?
24   A.  Yes.
25   Q.  Is it your testimony that each paid half for

Page 71

1 the premium?
2        MR. ZAKRZEWSKI:  Objection.
3        THE WITNESS:  I don't know the proportion of
4 the payment by the two companies, but I do know that
5 Shinn Fu Corporation did pay for the premium.
6 BY MR. EDINBURGH:
7    Q.  Go to the next page.  Look at endorsement
8 No. 1, where it says "Schedule of Named Insureds" and it
9 lists the additional named insureds, and included on
10 that list is Shinn Fu Company of America, is that
11 correct?
12   A.  Yes.
13   Q.  If you go further down that list, do you see
14 that Weifu (Taishan) Machinery & Electric Co., Ltd., is
15 also named as an additional named insured?
16   A.  Yes, I see that.
17   Q.  And do you know why Weifu (Taishan) was added
18 as an additional named insured in the Shinn Fu
19 Corporation-MVP insurance policy?
20   A.  As far as I understand, MVP did purchase the
21 jacks and the supporting devices from Weifu for Shinn Fu
22 America.  They had this buy-and-sell-of-products
23 concession.  I know that in order for goods to be sold
24 in the U.S. they need to have product liability
25 insurance.  Put it this way:  When we buy it together,

Page 72

1 the rate, the premium for the insurance policy would be
2 cheaper.
3    Q.  Would you go to the last page, which is marked
4 as SFT034, where it says Roman numeral VII, "Special
5 conditions."
6    A.  Yes, I see that.
7    Q.  And in that paragraph, Shinn Fu, as a named
8 insured, agrees that Arthur Chaykin is to be Shinn Fu's
9 TPA, or third-party administrator, for claims brought
10 against Shinn Fu in the United States, is that correct?
11   A.  Yes, that's correct.
12   Q.  Do you know who Arthur Chaykin is?
13   A.  Yes.
14   Q.  And who is he?
15   A.  He's a legal advisor.
16   Q.  To who?
17   A.  For Shinn Fu America.
18   Q.  Do you see in Roman VII, paragraph A, the
19 policy says that "The named insured shall maintain a
20 written service agreement with the TPA named below"?  Do
21 you see that.
22   A.  Yes, I see that.
23   Q.  Was there a written in-service agreement
24 between Shinn Fu Corporation and Arthur Chaykin?
25       MR. ZAKRZEWSKI:  Objection.

Page 73

1        THE WITNESS:  I'm not sure.
2 BY MR. EDINBURGH:
3    Q.  Did Mr. Chaykin administer any claims that
4 fell under the policy period involving any jack stand
5 incidents?
6        MR. ZAKRZEWSKI:  Objection.  Mr. Chaykin has
7 been designated on this topic and is being deposed next
8 month.
9        MR. EDINBURGH:  All right.  If he's
10 prepared to -- I have no quarrel with that.  If your
11 position is this is outside the scope of the topics of
12 this witness, and will be within the scope of
13 Mr. Chaykin's further testimony, then I'll go forward
14 with something else.
15       MR. ZAKRZEWSKI:  Thank you.
16       MR. EDINBURGH:  All right, you can take this
17 away.  We're done.
18       Can we show the witness what was marked as
19 Exhibit 13, SFA0380.  It hasn't been marked earlier.  It
20 may be one of the few remaining unmarked documents you
21 have.
22       (Exhibit 19 marked for identification.)
23 BY MR. EDINBURGH:
24   Q.  Mr. Chang, can you please look at the first
25 page of this exhibit, which is the actual e-mail and

19 (Pages 70 - 73)

Page 74

1 just the first page of the attachment. That's all I'm
2 going to question you about.
3    A.  That's fine.
4    Q.  You see, on the e-mail, that one of the
5 recipients is Sheng Wang, at Shinn Fu?
6    A.  Yes, I see that.
7    Q.  I believe you mentioned him earlier. Who is
8 Sheng Wang?
9    A.  He's the vice president of sales at Shinn Fu.
10    Q.  Do you understand the subject of this e-mail
11 to be a test result involving a 50163 jack stand?
12    A.  Yes, this report is about the
13 safety-supporting device of that tonnage.
14    Q.  Is the 50163 jack stand a four-ton jack stand?
15    MR. ZAKRZEWSKI:  Could I have the question in
16 English, please.
17    (Record read by reporter.)
18    MR. ZAKRZEWSKI:  Thank you.
19    THE WITNESS:  Yes, according to what I see
20 here with my eyes.
21 BY MR. EDINBURGH:
22    Q.  And is it a ratchet-and-pawl-designed jack
23 stand?
24    A.  Yes, according to the photos.
25    Q.  Is MVP Industries listed as the vendor or

Page 75

1 agent with respect to the jack stand?
2    A.  Yes, the supplier is MVP Hong Kong, that's
3 correct.
4    Q.  Does the first page of the attachment indicate
5 that Sears is the direct vendor of this model jack
6 stand?
7    INTERPRETER:  The witness asked the
8 interpreter to repeat the question again.  (Chinese
9 spoken.)
10    THE WITNESS:  I think Sears is the client.
11 The supplier is MVP.
12 BY MR. EDINBURGH:
13    Q.  With respect to this model jack stand, MVP is
14 sending the test result to, among others, Shinn Fu
15 Company.  Why was Shinn Fu Company on the list of
16 addressees to receive this test report?
17    INTERPRETER:  The witness asked the
18 interpreter to repeat the question again.  (Chinese
19 spoken.)
20    THE WITNESS:  It's because Shinn Fu
21 Corporation is the largest shareholder of Shinn Fu
22 America.  Since this e-mail was sent to Shinn Fu
23 America, it will be cc'd to Shinn Fu Corporation as
24 well.
25    In addition, MVP has signed an agreement with

Page 76

1 SFA to provide the after-sale services.  MVP asked SFA
2 to provide the after-sale services.
3 BY MR. EDINBURGH:
4    Q.  With that in mind, did you know why Mr. Wang,
5 in the sales department, received this e-mail as opposed
6 to Shinn Fu employees in other parts of the company?
7 Why he in particular?
8    MR. ZAKRZEWSKI:  Objection.
9    THE WITNESS:  Because he's the vice president
10 of sales.
11 BY MR. EDINBURGH:
12    Q.  Did Shinn Fu Corporation have any role in the
13 design or development of the 50163 jack stand?
14    A.  No.
15    Q.  Did Shinn Fu have to approve the design of
16 this jack stand prior to its production?
17    MR. ZAKRZEWSKI:  Objection.
18    THE WITNESS:  No.
19 BY MR. EDINBURGH:
20    Q.  Was Shinn Fu involved with any warning labels
21 or operator's manual which accompanied the sale of this
22 jack stand or placed on this model jack stand?
23    MR. ZAKRZEWSKI:  Objection.
24    You can answer.
25    THE WITNESS:  No.

Page 77

1 BY MR. EDINBURGH:
2    Q.  Other than receiving the test report, was
3 Shinn Fu involved in the testing of the 50163 jack
4 stand?
5    MR. ZAKRZEWSKI:  Objection.
6    THE WITNESS:  No.
7 BY MR. EDINBURGH:
8    Q.  Did Shinn Fu have any role at all in the
9 manufacture of the 50163 jack stand?
10    A.  No.
11    Q.  Did Shinn Fu have any role in the
12 determination of the unit price of the jack stand that
13 Sears paid MVP?
14    MR. ZAKRZEWSKI:  Objection.
15    THE WITNESS:  No.
16 BY MR. EDINBURGH:
17    Q.  Is it Shinn Fu's understanding that the 50163
18 jack stand was manufactured by Weifu?
19    INTERPRETER:  The witness just asked the
20 interpreter to repeat the question again.  (Chinese
21 spoken.)
22    THE WITNESS:  Yes.
23 BY MR. EDINBURGH:
24    Q.  And is it Shinn Fu's understanding that MVP
25 purchased the 50163 jack stand from Weifu to be exported

20 (Pages 74 - 77)

Page 78

1 to Sears in the United States?
2    A.  Yes, Shinn Fu Corporation knows about that.
3    Q.  And did Shinn Fu Corporation play any role in
4 determining the price which MVP paid to Weifu for these
5 jack stands?
6    A.  No.
7    Q.  Did Shinn Fu Corporation hold any patents
8 concerning ratchet-and-pawl-designed jack stands?
9    MR. ZAKRZEWSKI:  Objection.
10    THE WITNESS:  No.
11 BY MR. EDINBURGH:
12    Q.  Did Shinn Fu Corporation provide to Shinn Fu
13 America, at any time, any design drawings with respect
14 to ratchet-and-pawl-designed jack stands?
15    MR. ZAKRZEWSKI:  Objection.
16    THE WITNESS:  The answer is no.
17 BY MR. EDINBURGH:
18    Q.  Did Shinn Fu Corporation, at any time, provide
19 Shinn Fu America with specifications for the manufacture
20 of any ratchet-and-pawl-designed jack stands?
21    MR. ZAKRZEWSKI:  Objection.
22    THE WITNESS:  No.
23 BY MR. EDINBURGH:
24    Q.  Did Shinn Fu provide SFA with any test
25 requirements or test protocols with respect to

Page 79

1 ratchet-and-pawl-designed jack stands?
2    MR. ZAKRZEWSKI:  Objection.
3    THE WITNESS:  No.
4 BY MR. EDINBURGH:
5    Q.  Did Shinn Fu America consult with Shinn Fu
6 Corporation in determining what ratchet-and-pawl jack
7 stands Shinn Fu America would sell?
8    MR. ZAKRZEWSKI:  Objection.
9    THE WITNESS:  No.
10 BY MR. EDINBURGH:
11    Q.  Did Shinn Fu Corporation consult with Shinn Fu
12 America in determining the price of ratchet-and-pawl
13 jack stands sold by Shinn Fu America?
14    MR. ZAKRZEWSKI:  Objection.
15    THE WITNESS:  No.
16 BY MR. EDINBURGH:
17    Q.  Did Shinn Fu Corporation act as a broker,
18 agent or trader on behalf of Shinn Fu America to find
19 customers who would purchase Shinn Fu America
20 ratchet-and-pawl-designed jack stands?
21    MR. ZAKRZEWSKI:  Objection.
22    THE WITNESS:  No.
23 BY MR. EDINBURGH:
24    Q.  Is Shinn Fu Corporation aware of the Pro-Lift
25 brand of do-it-yourself ratchet-and-pawl-designed jack

Page 80

1 stands?
2    A.  Yes, they know about this.
3    Q.  And is Shinn Fu Corporation aware of the
4 Pro-Lift brand of ratchet-and-pawl jack stands with
5 three-ton capacities and of four-ton capacities?
6    A.  Yes, they know that.
7    Q.  And does Shinn Fu Corporation have an
8 understanding that the Pro-Lift four-ton capacity had a
9 designation by Pro-Lift as the T6904 jack stand?
10    MR. EDINBURGH:  Please advise the witness I'm
11 not referring to any particular document with that
12 question.
13    THE WITNESS:  I think so.
14 BY MR. EDINBURGH:
15    Q.  Did Shinn Fu Corporation provide -- withdrawn.
16    Is it Shinn Fu Corporation's understanding
17 that the Pro-Lift brand of jack stands was owned by
18 Shinn Fu America?
19    A.  Yes.
20    Q.  And did Shinn Fu Corporation provide Shinn Fu
21 America with the design drawings and/or specifications
22 for the Pro-Lift brand T6904 jack stand?
23    A.  As I mentioned earlier, the answer is no.
24    Q.  And did Shinn Fu Corporation provide Shinn Fu
25 America with respect to the T6904 jack stand any

Page 81

1 materials or manufacturing or assembly specifications?
2    A.  No.
3    Q.  And did Shinn Fu Corporation have any role at
4 all in the language or content contained in the T6904
5 operator's manual?
6    A.  No.
7    Q.  Does Shinn Fu Corporation know who prepared
8 the operator's manual, who wrote the operator's manual
9 for the T6904 jack stand?
10    MR. ZAKRZEWSKI:  Could I have the question
11 again in English, please.
12    (Record read by reporter.)
13    MR. ZAKRZEWSKI:  Objection.
14    You can answer.
15    THE WITNESS:  I think they know that.
16 BY MR. EDINBURGH:
17    Q.  All right.  Who was it?
18    MR. ZAKRZEWSKI:  Same objection.
19    You can answer.
20    THE WITNESS:  The client wrote that.
21    MR. EDINBURGH:  I'm sorry, I couldn't hear the
22 answer.
23    INTERPRETER:  "The client wrote that."
24 BY MR. EDINBURGH:
25    Q.  And was the client for that jack stand Shinn

21 (Pages 78 - 81)

Page 82

1 Fu America?
2    A.  Which model are you talking about?
3    Q.  The question related to the T6904.
4    A.  It would be Shinn Fu America.
5    Q.  And does Shinn Fu Corporation know who
6 prepared, who wrote the operator's manual for the 50163
7 jack stand?
8       MR. ZAKRZEWSKI:  Objection.
9       THE WITNESS:  The client wrote that.
10 BY MR. EDINBURGH:
11   Q.  And who is the client?
12   A.  I think Sears.
13   Q.  Did Shinn Fu Corporation have any role with
14 respect to any testing of the T6904 model jack stand?
15      MR. ZAKRZEWSKI:  Objection.
16      You can answer.
17      THE WITNESS:  No.
18      MR. EDINBURGH:  Can we take a five-minute
19 break, and during that period, can the reporter print
20 out the exhibit that we earlier referred to.
21 (1:53 p.m.)
22         (A break was taken.)
23 (2:02 p.m.)
24      (Exhibit 21 marked for identification.)
25      MR. EDINBURGH:  While the witness is reading

Page 83

1 it, I'll just state, for the record, that this two-page
2 exhibit has been marked by the defendants as
3 "Confidential, Attorneys' Eyes Only," subject to a
4 protective order.  And we, of course, will fully abide
5 by that order with respect to this document in all
6 respects.
7       THE WITNESS:  I understand.
8 BY MR. EDINBURGH:
9    Q.  Mr. Chang, I'd like you to look at SFA 0343,
10 and towards the bottom of this document, there's an
11 e-mail from Tracy Chang to Sara Sunderman, and this
12 e-mail is dated June 19, 2012.  And the e-mail reads:
13 "Dear Sara, please see the draft invoice of Steelman and
14 confirm to us."
15      Mr. Chang, who is Tracy Chang, of Shinn Fu
16 Company -- of Shinn Fu Corporation?
17   A.  She works at the sales department of Shinn Fu
18 Corporation.
19   Q.  And I couldn't help but notice that she has
20 the same last name as you do.  Do you have any relation
21 to Ms. Chang?
22   A.  We have no relationship at all.
23   Q.  And there are certain other Shinn Fu
24 individuals who are listed, both in the e-mail and the
25 return e-mail from Sara Sunderman.  I just want to go

Page 84

1 through the list and identify them, if we could.
2    Q.  Who is Cally, C-a-l-l-y, Yeh, Y-e-h?
3    A.  She's a shipping coordinator.
4    Q.  And who is Renny, R-e-n-n-y, Liao, L-i-a-o?
5    A.  It's very likely that she is with sales.
6    Q.  And who is Christine Wang, W-a-n-g?
7    A.  She's a sales manager.
8    Q.  And Angela Deng, D-e-n-g?
9    A.  She's a sales assistant.
10   Q.  And Rose Cheng, C-h-e-n-g?
11   A.  She's a sales assistant.
12   Q.  And, finally, Rita Lin, L-i-n?
13   A.  She's also a sales assistant.
14   Q.  Okay.  And do you know a Sara Sunderman, who
15 at one point in time worked for Shinn Fu America?
16   A.  I've heard about her.
17   Q.  What is your understanding of what her
18 position was at Shinn Fu America at the time of this
19 e-mail in June of 2012?
20   A.  I think it's likely that she worked at HR.
21      MR. EDINBURGH:  Likely she worked at?
22      INTERPRETER:  "HR," human resources.
23      MR. EDINBURGH:  HR, meaning human resources?
24      INTERPRETER:  Yes.
25 BY MR. EDINBURGH:

Page 85

1    Q.  And Ms. Sunderman writes back to Ms. Chang,
2 "We have implemented a price increase for Steelman.
3 Please see the new price quote in cash and advise
4 documents."
5      And I'd like you to just look at the second
6 page of this exhibit, which is the attachment of the
7 Sunderman e-mail to Ms. Chang and the various other
8 individuals from Shinn Fu Corporation.
9    A.  I see that.
10   Q.  Okay.  And do you see that Shinn Fu Company is
11 giving a confidential price quote to Steelman for
12 several -- well, for two types of jack stands, one of
13 which is the four-ton heavy-duty jack stand?
14   A.  I see that.
15   Q.  And do you see the terms and conditions,
16 below?
17   A.  Yes, there are five of them.
18   Q.  Right.  And I'm not going to ask you about all
19 five, but you see No. 3 where it says "All prices quoted
20 above are for a minimum order of one full container,
21 40,000 pounds"?
22   A.  Yes, I see that.
23   Q.  And you see Item 5 of the terms and conditions
24 which says "Lead time, please contact Shinn Fu office."
25   A.  Yes, I see that.

22 (Pages 82 - 85)

Page 86

1    Q.  Mr. Chang, why, in June of 2012, was Shinn Fu
2 Corporation obtaining for Shinn Fu America invoices from
3 Steelman?
4        MR. ZAKRZEWSKI:  Objection.
5        You can answer.
6        INTERPRETER:  The witness asked the
7 interpreter to repeat the question again.  (Chinese
8 spoken.)
9        THE WITNESS:  I think it should be a quotation
10 of prices.
11        MR. EDINBURGH:  Ms. Translator, I'm sorry, can
12 you repeat the answer.
13        INTERPRETER:  The witness just said "I think
14 it should be the quotation for prices, not invoices."
15 BY MR. EDINBURGH:
16    Q.  All right.  I'll take that.  I'll amend my
17 question as such.
18        Why was Shinn Fu Corporation obtaining
19 quotations for prices between Steelman and Shinn Fu
20 America?
21        MR. ZAKRZEWSKI:  Objection.
22        THE WITNESS:  It's because this is a
23 requirement for a special project to place an order,
24 because they did not want to buy from Shinn Fu America.
25 In that case, it would be getting the goods from the

Page 87

1 warehouses.  Therefore, they wanted to buy an entire
2 container from Shinn Fu Corporation.  Since there would
3 be a full container of goods, the price would be better.
4 BY MR. EDINBURGH:
5    Q.  And among the goods that were being purchased
6 by Steelman from Shinn Fu Corporation was a four-ton
7 heavy-duty jack stand, correct?
8        MR. ZAKRZEWSKI:  Objection.
9        You can answer.
10        THE WITNESS:  Yes, that's what I saw.  That's
11 correct.
12 BY MR. EDINBURGH:
13    Q.  I'm not going to put the pricing into the
14 transcript, but the price for this jack stand is listed
15 on the -- on page 2 of this exhibit, is that correct?
16    A.  Yes, it's been listed.
17    Q.  All right.  Thank you for this exhibit.  We're
18 done.
19        MR. EDINBURGH:  There may be a few e-mails
20 that have been marked over the last two days that
21 include copies to Shinn Fu Corporation.  Just bear with
22 me for a few minutes.  I may show the witness one or
23 more of them.  Let's take a very short break, please.
24 (2:19 p.m.)
25        (A break was taken.)

Page 88

1 (2:27 p.m.)
2        MR. EDINBURGH:  We have no further questions
3 of this witness, subject to any redirect by
4 Mr. Zakrzewski.
5        MR. ZAKRZEWSKI:  Okay.  Just a few questions.
6 EXAMINATION BY MR. ZAKRZEWSKI:
7    Q.  Following up on some questions that were asked
8 of you by Attorney Edinburgh, perhaps with some
9 different language.
10        Did Shinn Fu Corporation ever design Model
11 No. 50163 Craftsman jack stands?
12        THE WITNESS:  No.
13 BY MR. EDINBURGH:
14    Q.  Did Shinn Fu Corporation ever manufacture
15 Craftsman Model No. 50163 jack stands?
16    A.  No.
17    Q.  Did Shinn Fu Corporation ever sell or
18 distribute Craftsman Model No. 50163 jack stands?
19    A.  No.
20    Q.  Was Shinn Fu Corporation ever involved in
21 drafting or preparing the manual for Craftsman Model
22 No. 50163 jack stands?
23    A.  No.
24    Q.  Was SFC, Shinn Fu Corporation, involved in
25 drafting or preparing the warnings for Craftsman Model

Page 89

1 No. 50163 jack stands?
2    A.  No.
3    Q.  Was Shinn Fu Corporation involved in testing
4 Craftsman Model No. 50163 jack stands?
5    A.  No.
6    Q.  Did Shinn Fu Corporation ever design Pro-Lift
7 Model No. T6904 jack stands?
8    A.  No.
9    Q.  Did Shinn Fu Corporation ever manufacture
10 Pro-Lift Model No. T6904 jack stands?
11    A.  No.
12    Q.  Did Shinn Fu Corporation ever sell or
13 distribute Pro-Lift Model No. T6904 jack stands?
14    A.  No.
15    Q.  Was Shinn Fu Corporation ever involved in
16 drafting or preparing the manuals for Pro-Lift Model
17 No. T6904 jack stands?
18    A.  No.
19    Q.  Was Shinn Fu Corporation involved in drafting
20 or preparing the warnings for Pro-Lift Model No. T6904
21 jack stands?
22    A.  No.
23    Q.  Was Shinn Fu Corporation involved in testing
24 Pro-Lift Model No. T6904 jack stands?
25    A.  No.

23 (Pages 86 - 89)

Page 90

1    Q.  Did Shinn Fu Corporation sell any products for
2 the do-it-yourself automotive service market in 2010?
3    A.  No.
4    Q.  During the time that you were at Shinn Fu
5 Corporation, from 2008 to 2017, did Shinn Fu Corporation
6 sell any products for the automotive service
7 do-it-yourself market?
8    A.  No.
9    Q.  Did Shinn Fu Corporation sell any Craftsman
10 brand products from 2008 to 2017?
11    A.  No.
12    MR. ZAKRZEWSKI:  I have no further questions.
13    MR. EDINBURGH:  Just bear with me for a
14 minute, Steve.
15    Nothing further.  We're done.
16    (The deposition concluded at 2:33 p.m.)
17        --oOo--
18
19
20
21
22
23
24
25

Page 91

1      ACKNOWLEDGMENT OF DEPONENT
2    I, CHANG CHING HE, do hereby certify
3 that I have read the foregoing transcript of my
4 testimony, and further certify that it is a true
5 and accurate record of my testimony (with the
6 exception of the corrections listed below):
7 Page  Line      Correction
8    ___|___|_____|_____
9    ___|___|_____|_____
10   ___|___|_____|_____
11   ___|___|_____|_____
12   ___|___|_____|_____
13   ___|___|_____|_____
14   ___|___|_____|_____
15   ___|___|_____|_____
16   ___|___|_____|_____
17   ___|___|_____|_____
18   ___|___|_____|_____
19   ___|___|_____|_____
20   ___|___|_____|_____
21
22 Signed under the pains and penalties of perjury
23 this _____ day of _____, 20___.
24
25       _____

Page 92

1       REPORTER'S CERTIFICATE
2
    STATE OF CALIFORNIA       )
3                 ) ss
    COUNTY OF SANTA BARBARA    )
4
5    I, MARK McCLURE, CSR NO. 12203, a Certified
6 Shorthand Reporter for the County of Santa Barbara,
7 State of California, do hereby certify:
8    That, prior to being examined, the witness
9 named in the foregoing deposition was by me duly sworn
10 to testify the truth, the whole truth, and nothing but
11 the truth;
12    That said deposition was taken down by me in
13 stenotype at the time and place therein named, and
14 thereafter reduced to typewriting by computer-aided
15 transcription under my direction.
16    I further certify that I am not interested in
17 the event of the action.
18    WITNESS my hand this 20th day of
19 April, 2018.
20
21
22
23       _____
24       Certified Shorthand Reporter
        State of California
25      CSR No. 12203

24 (Pages 90 - 92)

Veritext Legal Solutions
www.veritext.com
212-267-6868          516-608-2400