# *EXHIBIT O*

**LEXINGTON INSURANCE COMPANY**
Administrative Offices: 100 Summer Street, Boston, Massachusetts 02110-2103
(hereinafter called the Company)

PRODUCTS/COMPLETED OPERATIONS LIABILITY DECLARATIONS
OCCURRENCE FORM

Policy Number: 035417823　　　　　　　　　　　　　Renewal of: 000536273

Item 1.　Named Insured: SHINN FU CORPORATION / MVPHK INDUSTRIES, LTD

　　　　　Address:　　C/O 10939 N. POMONA
　　　　　　　　　　　KANSAS CITY, MO 64153

**NO FLAT CANCELLATIONS**

The Named Insured is:
☐ Individual　☐ Partnership　☐ Joint Venture　☐ Limited Liability Company
☒ Organization (other than a Partnership or Joint Venture)　☐ Trust

The Business of the Named Insured is: MFR/DISTRIBUTE AUTO PARTS/EXERCISE EQPT

Item 2.　Policy Period: From: 05/01/2010 To: 05/01/2011
　　　　　12:01 A.M., standard time at the address of the Named Insured as stated herein.

Item 3.　Limits of Insurance:
　　　　　Each Occurrence Limit　　　　$ 2,000,000
　　　　　Aggregate Limit　　　　　　　$ 2,000,000

Item 4.　Premium:
　　　　　A. Total Advance Premium:　　　　　　$79,491
　　　　　B. Annual Minimum Premium:　　　　　$79,491
　　　　　C. Minimum Earned Premium at Inception:　$27,822

Item 5.　Audit Period: Annual

The policy is comprised of this Declarations page, the policy form and the schedules and endorsements, if any, attached at inception or during the Policy Period.

This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Guaranty Association. The insurer is not licensed by the state of Missouri and is not subject to its supervision.

**EXHIBIT**
SFA 5
MM 5-24.14

_David Bresnahan_
Authorized Representative OR
Countersignature (in states where applicable)

OC-PRODS
LX0789 (09/04)

SFT 000005

Confidential - Subject to a Protective Order

WFT001952

D☐ P☐ Exhibit 11
Deponent LEE
Date 4/12/18 Rptr MM

ENDORSEMENT # 001

This endorsement, effective 12:01 AM 05/01/2010

Forms a part of policy no.: 035417823

Issued to: SHINN FU CORPORATION / MVPHK INDUSTRIES, LTD

By: LEXINGTON INSURANCE COMPANY

SCHEDULE OF NAMED INSUREDS

This endorsement modifies insurance provided by the policy:

This policy provides coverage for the first Named Insured shown in the Declarations and the following additional Named Insureds:

SHINN FU CORPORATION
SHINN FU COMPANY OF AMERICA
EVERYOUNG INDUSTRIES CO., LTD.
SHINN FU (BOPH) PTY. LTD. R.S.A.
SHINN FU EUROPE B.V.
SHINN FU (HONG KONG) INDUSTRIES, LTD.
SHINN FU (AUSTRALIA) PTY. LTD.
SHINN YI TECHNOLOGY CO. LTD.
SHINN FU TAIWAN
MVP (HONG KONG) INDUSTRIES, LTD.
MVP (CANADA) INDUSTRIES, LTD.
SHINN HWA (CHINA) MACHINE CO., LTD.
SHINN HAI ELECTRIC & MACHINERY CO., LTD.
SHINN CHIA MACHINERY & FOUNDRY (KUNSHAN) CO., LTD.
CHANGZHOU SHINN JIANG MACHINERY & ELECTRIC CO., LTD.
TAISHAN CITY SHINN AIR COMPRESSOR MFG. CO., LTD.
WEI FU TAISHAN MACHINERY & ELECTRIC CO., LTD.
YEN TSENG TECHNOLOGY CORP.
CLORE AUTOMOTIVE
SHINN FU CANADA
MVP COMPANIES
SHINN FU JAPAN

The first Named Insured is the appointed and irrevocable agent for all Named Insureds, including, for the purpose of receipt of any notice of cancellation, notice of nonrenewal (if applicable), and the payment or return of any premium under this policy.

All other terms and conditions of the policy remain the same.

Authorized Representative OR
Countersignature (In states where applicable)

Page    of

SFT 000024

Confidential - Subject to a Protective Order        WFT001971

POLICY NUMBER: 035417823   ENDORSEMENT # 004   COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

Name of Person or Organization (Vendor):
WHERE REQUIRED BY WRITTEN CONTRACT

Your Products:

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as vendor) shown in the Schedule, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor;

   d. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

   f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

CG 20 15 11 88   Copyright, Insurance Services Office, Inc., 1986, 1988   Page 1 of 1
LX5201

SFT 000027

Confidential - Subject to a Protective Order

WFT001974

(2) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(3) Notify any other insurer whose coverage is available to the indemnitee; and

(4) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

b. Provides us with written authorization to:

(1) Obtain records and other information related to the "suit"; and

(2) Conduct and control the defense of the indemnitee in such "suit".

"Allocated Loss Adjustment Expenses" pertaining to the defense of the indemnitee will be handled in accordance with the Named Insured's election in Section III. ALLOCATED LOSS ADJUSTMENT EXPENSES - COVERAGES A AND B. We will not provide a defense to the indemnitee if option III. in Section III. ALLOCATED LOSS ADJUSTMENT EXPENSES - COVERAGES A AND B is selected.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as "Allocated Loss Adjustment Expenses" ends when:

1. We have used up the applicable limit of insurance in the payment of judgments and/or settlements (and/or "Allocated Loss Adjustment Expenses", if defense is within the limits of insurance on the policy); or

2. The conditions set forth above, or the terms of the agreement described in Paragraph 6. above, are no longer met.

V. INSOLVENCY

Your bankruptcy, insolvency, inability to pay, failure to pay, or refusal to pay the Retained Limit will not increase our obligations under the policy. In the event there is insurance, whether or not applicable to an "occurrence", claim or "suit" within the Retained Limit, you will continue to be responsible for the full amount of the Retained Limit before the limits of insurance under this policy apply. In no case will we be required to pay the Retained Limit or any portion thereof.

VI. NOTICE PROVISIONS

A. You shall immediately notify us in writing, in accordance with the terms of the policy, of any "occurrence" or any offense which may result in a "claim" which:

1. involves serious "bodily injury", including but not limited to, burns, spinal cord injury, amputation, brain damage, loss of eyesight or hearing, a fatality, or any claim which is likely to exceed 50% of the Retained Limit, or for which you have established a reserve (including Indemnity and "Allocated Loss Adjustment Expense") at or more than 50% of the Retained Limit;

2. you receive notice of a "suit" in which the damage demand exceeds the Retained Limit; and/or

3. you receive notice of a "suit" which requests Punitive Damages.

B. On a quarterly basis, you must provide us with a written summary (loss run) of all "occurrences", offenses, claims, or "suits" which have or may result in payments within the Retained Limit.

This written summary must show:

1. The date of the "occurrence", offenses, claims or "suits"; and

2. The name(s) of the injured person(s) or identification of the damaged property; and

3. A description of the injury or damage; and

4. The amount paid or reserved, including "allocated loss adjustment expense", resulting from the "occurrence", offenses, claim or "suit".



### VII. SPECIAL CONDITIONS

A. It is required that you contract with and pay, without reimbursement from us, a firm acceptable to us for the purpose of providing claims services (hereinafter, such firm is referred to as the "TPA"). You shall maintain a written service agreement with such TPA as named below. The service agreement shall require that all claims or "suits" shall be administered by the TPA.

B. You may not, without our written consent, cancel, amend, or suspend the service agreement between you and the TPA.

C. Loss settlements made by you or the TPA will be made in accordance with the terms and conditions of the policy.

TPA:  ARTHUR A. CHAYKIN
Address:

### VIII. ADDITIONAL DEFINITIONS

SECTION IV – DEFINITIONS of the policy is amended to include the following additional definitions:

1. "Allocated Loss Adjustment Expenses" means all fees for service of process and court costs and court expenses; pre- and post-judgment interest; attorneys' fees; cost of undercover operative and detective services; costs of employing experts; costs for legal transcripts, copies of any public records, and costs of depositions and court reported or recorded statements; costs and expenses of subrogation; and any similar fee, cost or expense reasonably chargeable to the investigation, negotiation, settlement or defense of a loss or a claim or "suit" against you or any insured under the policy, or for the protection and perfection of your or our subrogation rights.

   "Allocated Loss Adjustment Expenses" shall not include your or our general overhead, the salary and employee benefits of any of our employees, nor the fees of any attorney who is our employee or under our permanent retainer; nor the fees of any attorney we retain to provide counsel to us about our obligations, if any, under any policy issued by us or our affiliated company(ies), with respect to a claim or "suit" against you.

2. "Claim" means a written demand for monetary damages, and shall include service of suit or institution of arbitration proceedings against the insured.

All other terms and conditions of the policy remain the same.

*David Bresnahan*

Authorized Representative OR
Countersignature (In states where applicable)

SFT 000034

Confidential - Subject to a Protective Order

WFT001981