# *EXHIBIT Q*

**From:** MBreckan <mbreckan@speedsite.com>
**Sent:** 11/20/2006 4:17:50 PM +00:00
**To:** "Betty Hung (SFT Office)'" <betty@shinnfu.com>; "Joey Su (SFA)'" <jsu@shinnfuamerica.com>; James Wang' <jwang@shinnfuamerica.com>; "Frank Lu (Wei Fu)'" <frank-lu@mvphk.com>
**CC:** "Victor Hung (SFT)" <victor@shinnfu.com>; Larry Merar <lmerar@speedsite.com>; "Tony Choi (MVPHK)" <tony-choi@mvphk.com>; olip@speedsite.com
**Subject:** Sears ALR Review

To all -

I trust everyone has made it home safely and had some time in reviewing Thursday's events. I will list the pieces of information I wrote down from the day and if there are pieces missing, please add for and forward to all for review.

Information received from Rick and Barb in general review was the new defective policy and the expectations of Sears regarding any businesses gained by a new vendor. Currently they are calculating their defective rate somewhere between 4 & 5 %. Starting in January, all vendors will be expected to participate in a 100% defective policy. This will be based on the domestic cost of the item. Should there be a high volume of defectives, Sears does have a procedure in place for the vendor to get the inventory back at the landed cost plus 8% and all shipping costs. We can also go to one of their RDC annually to review defectives.

Regarding items won from a competitor, the new vendor will be asked to participate in a 50/50% defective policy for the first year and then to the 100% defective policy.

Bottle Jack Program:

The new program will consist of the 4 SKU's - the 2 ton (**50280**), 6 ton (**50282**), 12 ton (**50284**) and 20 ton (**50285**).

The 4 ton (50281) and 8 ton (50283) will be discontinued. Rick is asking for $7,000 for the new program to be implemented into the Kmart program. They also asked for $20,000 ($10,000 per sku) for liquidation of the item.

The discussion of adding the speedy lift function to the bottle jacks was well received, but all agreed to not add this feature to the line at this time. Something to consider for the RSOS program.

Jack Stand Program:

The new program will consist of 3 SKU's - the 2 1/4 ton (**50182**), 3 ton (**50159**) and the 4 ton which will require a new Sears model number.

We had discussion of increasing the 2 1/4 ton (50182) to indicate a 2 1/2 ton capability.

Rick also requested that we eliminate the verbiage "SUV" and only reflect the words "High Lift".


EXHIBIT 20
MM 5-20-16

SFA003666

- The new 4 ton jack will be priced at $10.75.

Rick expressed interest in the double ratcheting stands and asked that we continue moving ahead with this project.

### Compact Jack Program:

The program will consist of 4 SKU's - the Companion 2 ton floor jack (**50181**) and the Companion 2 ton combo (**50183**), 2 1/4 ton floor jack with stands (**50138**) and the 2 1/4 ton blow molded (**50524**).

Rick is asking for $25,000 ($10,000 for the 50181 and $15,000 for the 50183) to liquidate the competitive inventory.

We also agreed to a reduction in cost for the 2 1/4 ton blow molded jack (50524) to $14.99. Rick also requested promotional support for this item of $2.00 per jack when promoted. We all agreed to a total sum of $120,000 and they can advertise whenever they want.

The Companion 2 ton floor jack (50181) cost will hold at $8.57.

The Companion 2 ton floor jack combo (50183) will hold at $25.03.

The Craftsman 2 1/4 ton combo (50138) will raise in cost to $16.20.

The Craftsman 3 ton floor jack (50143) was recommended to a running package change to eliminate the "SUV" and just call it a "High Lift".

### Garage / Floor Jack Program:

The program will consist of 2 SKU's - the 4 ton garage jack (**50156**) and the 3 ton garage jack (**50136**).

Rick is asking for $15,000 of conversion dollars for this category to be implemented into the Kmart program.

The 4 ton garage jack will raise to $47.75.

The 3 ton garage jack will move to $32.98

### Aluminum Jack Program:

The program will consist of 2 SKU's - the 2 ton (50239) and the new 3 ton (model number to be assigned).

The cost for the new 3 ton will be $162.00 and the forecasted order will be for an initial 2,500 pieces. The initial shipment should be on the water by the week of 2/15/07.

### Winch:

The winch (50770) will be eliminated from the program due to lack of sales. Need inventory as

SFA003667

soon as possible to get to Rick and Barb.

**Wheel Chocks:**

I will follow up with Rick and Barb regarding the wheel chocks as these were not discussed during the review.

Please review these notes and add anything that I have omitted. I would also like to suggest that we invite both Rick and Barb to KC to help them both get e better understanding of our capabilities.

Thank you to everyone involved in helping put all of the information together for this review.

*Mark Breckan*
Cell 847-867-1920
Office 847-663-8785

SFA003668