# EXHIBIT R

FW: OIPM - Sears new 3-ton aluminum jack     頁 1 / 3

Nora Lee

| | |
|---|---|
| From: | Maggie-Ma [Maggie-Ma@mvphk.com] |
| Sent: | 2006年12月8日星期五 13:54 |
| To: | James Wang; 'wu-qing-yan'; '孟希军'; 'Addy law'; 'Ivan' |
| Cc: | 'Ping-Shun Lai'; 'Betty Hung'; 'Frank Lu - WF'; 'Joey Su'; 'ChoiTony'; 'Nora Lee' |
| Subject: | RE: OIPM - Sears new 3-ton aluminum jack |
| Attachments: | 20061208135941906.pdf |

Dear 伍课长,
请知悉附件中样品提出单R2910,请问最快可以几时寄出?

Regards
Maggie

----- Original Message -----
From: James Wang
To: 'wu-qing-yan' ; '孟希军' ; 'Maggie-Ma' ; 'Addy law' ; 'Ivan'
Cc: 'Ping-Shun Lai' ; 'Betty Hung' ; 'Frank Lu - WF' ; 'Joey Su' ; 'ChoiTony' ; 'Nora Lee'
Sent: Friday, December 08, 2006 7:03 AM
Subject: (瑞星提示-此邮件可能是垃圾邮件)RE: OIPM - Sears new 3-ton aluminum jack

Dear Tiger,

The 4-ton jack stands will be under "Craftsman Professional" brand and the color will be black and yellow. Please check with Maggie for the sample request. Thank you.

Best Regards,

James Wang

From: wu-qing-yan [mailto:wu-qing-yan@mvphk.com]
Sent: Wednesday, December 06, 2006 9:22 PM
To: 孟希军; 'Maggie-Ma'; 'Addy law'; 'Ivan'; James Wang
Cc: 'Ping-Shun Lai'; Betty Hung; Frank Lu - WF; 'Joey Su'; 'ChoiTony'; 'Nora Lee'
Subject: Re: OIPM - Sears new 3-ton aluminum jack

Dear James,
1. T6904 for Sears的规格与普通的是一样的,只是在支架4个脚底下架焊4块小三角片,以过Craftman标准。这要重新申请项目号及报价。
2. 下周我会准备好样品,请下样品单(请表标明颜色要求)。
Regards,
伍青雁

----- Original Message -----
From: James Wang
To: 'wu-qing-yan' ; 'Ivan' ; 'Addy law' ; 'Maggie-Ma'
Cc: 'Nora Lee' ; 'ChoiTony' ; 'Joey Su' ; Frank Lu - WF ; Betty Hung ; 'Ping-Shun Lai'
Sent: Thursday, December 07, 2006 6:13 AM
Subject: RE: OIPM - Sears new 3-ton aluminum jack

Dear Tiger,

Thank you for the detailed product specifications of G-63200, I forwarded to our engineering department today and will have the draft for you and Ivan to review soon.

However, please be noted we also need to work on the 4-ton jack stands (T-6904) since we found out the request ship date (with 6,000 pairs) will be same as 3-ton aluminum jack. Please advise the followings so we can be able to work on the OIPM as well.

 1. Will the product specification for Sears 4-ton jack stands be same as current Pro-Lift T-6904?

18/12/2013

Confidential - Subject to a Protective Order     WFT002523

FW: OIPM - Sears new 3-ton aluminum jack                                                              頁 2 / 3

    If yes, then we will just go ahead to apply the specification onto the OIPM.
2. Please arrange the testing samples for Sears lab ( we should not wait for the aluminum jack)
3. Addy -- we need your help to work on the packaging of 4-ton jack stands as well.

Best Regards,

James Wang

**From:** wu-qing-yan [mailto:wu-qing-yan@mvphk.com]
**Sent:** Wednesday, December 06, 2006 2:03 AM
**To:** Ivan; James Wang; Addy law
**Cc:** Nora Lee; Choi Tony; Joey Su
**Subject:** Fw: OIPM - Sears new 3-ton aluminum jack

----- Original Message -----
From: Liu-Guang-Bin
To: wu-qing-yan
Sent: Wednesday, December 06, 2006 3:07 PM
Subject: Re: OIPM - Sears new 3-ton aluminum jack

附件是SEARS 之 G63200 3TON铝合金库房顶说明书用（参考G620S说明书）的外观图、爆炸图、液压组示意图和规格表 。
Best Regards,
刘广斌

----- Original Message -----
From: wu-qing-yan
To: 刘广斌
Sent: Tuesday, December 05, 2006 8:49 AM
Subject: Fw: OIPM - Sears new 3-ton aluminum jack

----- Original Message -----
From: James Wang
To: 'Tiger Wu-Wei Fu' ; 'Addy law' ; 'Mark Yueh-Wei Fu' ; Ivan - MVPHK
Cc: 'Joey Su' ; 'Tony Choi (MVPHK)' ; 'Betty Hung (SPT Office)' ; 'Maggie-Ma' ; Nora Lee - MVPHK
Sent: Tuesday, December 05, 2006 4:59 AM
Subject: FW: OIPM - Sears new 3-ton aluminum jack

Dear Tiger,

As soon as you have detailed product specifications and exploded drawings available, please forward to Sharon so we can work on the OIPM. Thank you.

Best Regards,

James Wang

**From:** Sharon [mailto:sharon@shinnfuamerica.com]
**Sent:** Monday, December 04, 2006 8:59 AM
**To:** James W.
**Cc:** Dennis Yu
**Subject:** Re: OIPM - Sears new 3-ton aluminum jack

James,

Is it a craftsman or craftsman professional?
Just to ensure, you will provide the outline and exploded drawings too.
I already had all the layout, but really can't do anything without knowing the jack.

18/12/2013

Confidential - Subject to a Protective Order                    WFT002524

| WF 工廠產品對應號 | | | |
|---|---|---|---|
| Sears Model # | MVP # | MVPI # | WF # |
| 50163 | T-6904 | T-6904 | T37401 |

| Sears PO | Sea Waybill | | |
|---|---|---|---|
| Item code.680652932393 | Item No.680652932393 | | |

WFT 000084

頁 4 / 4

Cc: 'Joey Su'; 'Betty Hung ???'; '偉富 - 伍青雁'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; tony-choi@mvphk.com; 'Dennis Yu - SFA'
Subject: Sears 50163 (4-ton jack stand)

Dear James,
Regarding T-6904, please noted that factory reply as follow:
1. The earliest ship date for complete 6,000 pairs.
If we can place order and confirm the packing by Jan-29-07, 6000PRS can ship on Mar-13-07.

1. 2 The schedule (date and quantity) for partial shipments.
2. If we can place order and confirm the packing by Jan-29-07, 3000PRS, ship date Feb-15-07 (but Sears sail date is always on Tuesday), if we arrange to ship on Feb-20-07 (there is during the chines new year), Feb-27-07 (GongYi port may not open). and factory cannot move up any prs to ship on Feb-13-07
3. the balance-3000PRS, ship date :Mar-13-07.
4.
5. Regards
6. Maggie
7.
8.

----- Original Message -----
From: James Wang
To: 'Maggie-Ma' ; nora-lee@mvphk.com ; 'Johnson Wong' ; 'May Lee'
Cc: 'Joey Su' ; 'Betty Hung ???' ; '偉富 - 伍青雁' ; 'Frank Lu (Wei Fu)' ; 'Lai Pin Shun (Wei Fu)' ; tony-choi@mvphk.com ; 'Dennis Yu - SFA'
Sent: Wednesday, January 24, 2007 11:48 PM
Subject: (???????????????????)Sears 50163 (4 ton jack stand)

Dear All,

Good News!

Mark just got a phone call from Barb confirming our 4-ton jack stands (#50163) passed the testing at Sears lab (thank you, everyone!). I will follow up with Sears art department to get the approval on the packaging accordingly. However, Barb requires us to provide the shipping schedule for their initial order quantity - 6,000 pairs by tomorrow. Here is what she wants to know:

9. The earliest ship date for complete 6,000 pairs.
10. The schedule (date and quantity) for partial shipments.

Best Regards,

James Wang
SFA Companies
Office:  816.410.5688
Office:  816.891.6390x147
Mobile: 816.255.0425

19/12/2013

Confidential - Subject to a Protective Order                    WFT002516