# *EXHIBIT S*

頁 1/1

**Nora Lee**

| | |
|---|---|
| From: | James Wang [jwang@shinnfuamerica.com] |
| Sent: | 2007年3月10日星期六 7:38 |
| To: | 'Erni, Barbara' |
| Cc: | 'Mark Breckan' |
| Subject: | redesign 4-ton jack stands |

Hi Barb,

Per your previous request, you would like to know the cost of redesign the 4-ton jack to make the maximum height to be 21", here is the outcome for your reference:

1. Option A: redesign the 4-ton jack stands to come with maximum height 21" (lift range: 13-5/16" to 21" and will be 29 lbs) and the FOB China cost will be $16.15 because the additional materials and new tooling.
2. Option B: As we explained to you at our previous meeting, we will make a slot within the roll pin stopper. By doing this, we will extend the maximum height of the current model (50163) from 17-5/16" to 18-5/16" and the additional cost will be only $0.15 (from $10.75 to $10.90).

Please review the above information and let us know your comments. Thank you.

Best Regards,

James Wang
SFA Companies
Office:  816.410.5688
Office:  816.891.6390x147
Mobile:  816.255.0425

23/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP009141

頁 1 / 2

**Nora Lee**

| | |
|---|---|
| **From:** | Nora [nora-lee@mvphk.com] |
| **Sent:** | 2011年9月20日星期二 17:37 |
| **To:** | 'Mark Breckan' |
| **Cc:** | 'Jeff Noland'; MVP HK - Kristy Chan (kristy-chan@mvphk.com); MVP HK - Jack Liu (jack@mvphk.com); SFT - Sheng Wang (sheng@shinnfu.com) |
| **Subject:** | RE: Information needed |
| **Attachments:** | Item specification (Sept 2011).xls |

Dear Mark,

Attached the information that John requires.

B. Rgds.
Nora

**From:** Mark Breckan [mailto:markb@1282bbbg.com]
**Sent:** Tuesday, September 20, 2011 5:55 AM
**To:** sunny-zhang@mvphk.com
**Cc:** Nora; Jeff Noland
**Subject:** FW: Information needed

Dear Sunny –
Please note request from John regarding specifications regarding our items. John is asking that we get this information back to him by end of business tomorrow, Tuesday. They need this to update their internal information.
Please forward completed information so I can follow up with John.
Thank you in advance for your help.
Mark

**From:** Grosche, John [mailto:John.Grosche@kcdbrands.com]
**Sent:** Monday, September 19, 2011 4:24 PM
**To:** Jeff Noland; markb@1282bbbg.com
**Subject:** Information needed

Mark/Jeff,

Can you confirm the following information for me by COB tomorrow?

**Floor Jacks (2 ton aluminum and 4 ton steel)**
Minimum lifting height
Maximum lifting height
Chassis length
Handle length

**Jack Stand (2-1/4, 3 and 4 ton)**
Minimum lifting height
Maximum lifting height
Base dimension (inches)

**Bottle Jacks (2, 6, 12 and 20 ton)**
Minimum lifting height
Maximum lifting height

13/2/2014

Confidential - Attorney Eyes Only Subject to a Protective Order                    MVP009197

頁 2 / 2

Base dimension (inches)

Thank you!

John Grosche
Product Manager, Craftsman
Sears Holdings Management Corporation
3333 Beverly Road, DC-215B
Hoffman Estates, IL  60179
Office: 847-286-7002
Fax: 847-286-3506
Cell: 224-345-0817
John.Grosche@kcdbrands.com



13/2/2014

Confidential - Attorney Eyes Only Subject to a Protective Order                MVP009198

### Sears Items Information

| MVP model no. | Sears No. | Description | Min. Height | Max. Height | Chassis Length | Handle Length | Base Dimension |
|---|---|---|---|---|---|---|---|
| B702 | 50280 | 2 ton bottle jack | 7-1/4" | 13-11/16" | | | 3-3/4" x 3-3/4" |
| B706 | 50282 | 6 ton bottle jack | 8-5/8" | 16-13/16" | | | 4-1/2" x 4" |
| B712 | 50284 | 12 ton bottle jack | 9-7/16" | 18-5/8" | | | 5-1/4" x 5-1/8" |
| B720 | 50285 | 20 ton bottle jack | 9-1/2" | 18-11/16" | | | 6-1/4" x 5-15/16" |
| G694 | 50156 | 4 ton garage jack | 5-3/4" | 19-13/16" | 27-1/4" | 52" | |
| G620 | 50239 | 2 ton aluminum jack | 3-3/4" | 17-1/2" (with load) 18-1/2" (without load) | 28-1/8" | 44" | |
| T930203 | 50182 | 2-1/4 ton jack stands | 10-5/8" | 17-1/8" | | | 7-1/2" x 6-3/4" |
| T9612 | 50159 | 3 ton jack stands | 13-7/16" | 21" | | | 8-7/8" x 6-11/16" |
| T6904 | 50163 | 4 ton jack stands | 11-7/8" | 18-3/8" | | | 8-3/4" x 7-1/2" |

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP009199

頁 1 / 2

**Nora Lee**

| | |
|---|---|
| From: | frank-lu [frank-lu@mvphk.com] |
| Sent: | 2007年3月12日星期一 9:08 |
| To: | Nora Lee; James Wang |
| Cc: | 'Joey Su'; 'wu-qing-yan'; '?? - Maggie Ma'; 'lai-ping-shun'; 'Steven Huang' |
| Subject: | Re: T-37402 new 4-ton jack stand for Sears |

Dear James,

Just re-confirm my promise on the phone last Friday for the price of 4 ton jack stand. 2 or 3% allowance from $12.96. Please let me know your final quote for keeping on the file, Thanks!

BR

Frank

----- Original Message -----
From: Nora Lee
To: James Wang ; 'Frank Lu (Wei Fu)'
Cc: 'Joey Su' ; 'wu-qing-yan' ; '?? - Maggie Ma' ; 'lai-ping-shun' ; 'Steven Huang'
Sent: Saturday, March 10, 2007 6:13 PM
Subject: RE: T-37402 new 4-ton jack stand for Sears

Dear all,

Please be reminded that fty cost of this jack stands is around $12.96 and quote the tooling cost seperately. I have added a little bit to $13.03 in order to offset the tooling cost.

B. Rgds.
Nora

-----Original Message-----
From: James Wang [mailto:jwang@shinnfuamerica.com]
Sent: Friday, March 09, 2007 7:53 AM
To: 'Frank Lu (Wei Fu)'
Cc: 'Joey Su'; 'wu-qing-yan'; 'Nora Lee'; '偉富 - Maggie Ma'; 'lai-ping-shun'; 'Steven Huang'
Subject: T-37402 new 4-ton jack stand for Sears

Dear Frank,

As you may recall we are currently working on a project for Sears regarding a new 4-ton jack stand to have maximum Height to reach 21". The background story is Sears associate buyer (Barb) thinks our current lift range of 50163 is too small (from 12" to 17-5/16") and she would like to see the options that can make the lift range bigger. We previously provided an option to Sears by making a slot within the roll pin stopper so the maximum height can be raised another inch higher, but Barb would like to see what kind of the pricing is for a 4-ton jack stand to have 21" maximum height so she can have the reference.

We received a quote of T-37402 from Nora today which is $16.65 (FOB Gong Yi for Sears and factory cost is $13.03); however, we think this pricing is not fitting into the right pattern of pricing structure if we compare with the other jack stands:

20/12/2013

頁 2 / 2

60169 3-ton SUV Jack Stands (lift range up to 21" and weight 20.9lbs): Sears cost $8.75
60163 4-ton Jack Stands (Lift range 12" to 17-5/16" and weight 26 lbs): Sears cost $10.75
T-37402 4-ton Jack Stands (Lift range 13-5/16" to 21" and weight 29 lbs): Sears cost $16.65
50150 6-ton Jack Stands (Lift range 15-3/8" to 24-5/16" and weight 38.5 lbs) Sears previous cost $17.23 (discontinued item)

Based on the information listed above, we would like to have your understanding about our question on the pricing of T-37402. In addition, please help to re-quote the factory cost so Nora can re-calculate the quote to Sears accordingly (That will be great appreciated if we can have the re-quote to get back to Sears by tomorrow). Please also let us know the additional cost for making a slot within the roll pin stopper so we can get back to Sears at the same time. Thank you.

Best Regards,

James Wang
SFA Companies
Office:  816.410.5688
Office:  816.891.6390x147
Mobile: 816.255.0425

20/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order          MVP009228

頁 1/3

### Nora Lee

**From:** James Wang [jwang@shinnfuamerica.com]
**Sent:** 2007年3月14日星期三 7:04
**To:** 'Nora Lee'; 'frank-lu'
**Cc:** 'Joey Su'; 'wu-qing-yan'; '?? - Maggie Ma'; 'lai-ping-shun'; 'Steven Huang'
**Subject:** RE: T-37402 new 4-ton jack stand for Sears
**Attachments:** redesign 4-ton jack stands (6.04 KB)

Dear Nora,

Sorry for the late response because I was tied up with Sears samples yesterday.

After discussed with Frank and received the information from you, I have offered the quotes with re-design 4-ton jack stands to Barb already. Please see the attached email for your reference. As you can see, I quoted at $16.16 which is 3% lower than your quote because the new quotes was too high than the current 50163 and too close to the previous 6-ton jack stand (50150) and there is not reasonable ratio among these 3 models by capacity of product weight. Also, the reason that I didn't lower the price too much (I know I couldn't do so) is also because I would like Sears to stay with current model with simple modification (option B). However, please be noted Sears will probably NOT accept the additional cost with option B but at least we did take any chance to increase the price for factory (Per my conversation with Frank, the additional cost that comes with the modification may not be an issue for factory at all).

Per Barb's previous email, she will not have further discussion with this project until 3-ton aluminum jack issues are resolved. So, I will keep you posted if there is any update later. Thank you again for preparing the quote and let me know if you have any comments.

Best Regards,

James Wang

---

**From:** Nora Lee [mailto:nora-lee@mvphk.com]
**Sent:** Monday, March 12, 2007 10:55 PM
**To:** frank-lu; James Wang
**Cc:** 'Joey Su'; 'wu-qing-yan'; '?? - Maggie Ma'; 'lai-ping-shun'; 'Steven Huang'
**Subject:** RE: T-37402 new 4-ton jack stand for Sears

Dear James,

Please advise me your idea and decision on the new 4 ton jack stands quote. Thank you.

B. Rgds.
Nora

-----Original Message-----
**From:** frank-lu [mailto:frank-lu@mvphk.com]
**Sent:** Monday, March 12, 2007 9:08 AM
**To:** Nora Lee; James Wang
**Cc:** 'Joey Su'; 'wu-qing-yan'; '?? - Maggie Ma'; 'lai-ping-shun'; 'Steven Huang'
**Subject:** Re: T-37402 new 4-ton jack stand for Sears

Dear James,

Just re-confirm my promise on the phone last Friday for the price of 4 ton jack stand, 2 or 3% allowance from $12.96. Please let me know your final quote for keeping on the file, Thanks!

23/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP009229

Gunn Exh. 10
5/6/15

頁 2 / 3

BR

Frank

----- Original Message -----
From: Nora Lee
To: James Wang ; 'Frank Lu (Wei Fu)'
Cc: 'Joey Su' ; 'wu-qing-yan' ; '?? - Maggie Ma' ; 'lai-ping-shun' ; 'Steven Huang'
Sent: Saturday, March 10, 2007 6:13 PM
Subject: RE: T-37402 new 4-ton jack stand for Sears

Dear all,

Please be reminded that fty cost of this jack stands is around $12.96 and quote the tooling cost seperately. I have added a little bit to $13.03 in order to offset the tooling cost.

B. Rgds,
Nora

-----Original Message-----
From: James Wang [mailto:jwang@shinnfuamerica.com]
Sent: Friday, March 09, 2007 7:53 AM
To: 'Frank Lu (Wei Fu)'
Cc: 'Joey Su'; 'wu-qing-yan'; 'Nora Lee'; '瑪寶 - Maggie Ma'; 'lai-ping-shun'; 'Steven Huang'
Subject: T-37402 new 4-ton jack stand for Sears

Dear Frank,

As you may recall we are currently working on a project for Sears regarding a new 4-ton jack stand to have maximum Height to reach 21". The background story is Sears associate buyer (Barb) thinks our current lift range of 50163 is too small (from 12" to 17-5/16") and she would like to see the options that can make the lift range bigger. We previously provided an option to Sears by making a slot within the roll pin stopper so the maximum height can be raised another inch higher, but Barb would like to see what kind of the pricing is for a 4-ton jack stand to have 21" maximum height so she can have the reference.

We received a quote of T-37402 from Nora today which is $16.65 (FOB Gong Yi for Sears and factory cost is $13.03); however, we think this pricing is not fitting into the right pattern of pricing structure if we compare with the other jack stands:

50159 3-ton SUV Jack Stands (lift range up to 21" and weight 20.9lbs): Sears cost $8.75
50163 4-ton Jack Stands (Lift range 12" to 17-5/16" and weight 26 lbs): Sears cost $10.75
T-37402 4-ton Jack Stands (Lift range 13-5/16" to 21" and weight 29 lbs): Sears cost $16.65
50160 6-ton Jack Stands (Lift range 15-3/8" to 24-5/16" and weight 38.5 lbs) Sears previous cost $17.23 (discontinued item)

Based on the information listed above, we would like to have your understanding about our question on the pricing of T-37402. In addition, please help to re-quote the factory cost so Nora can re-calculate the quote to Sears accordingly (That will be great appreciated if we can have the re-quote to get back to Sears by tomorrow). Please also let us know the additional cost for making a slot within the roll pin stopper so we can get back to Sears at the same time. Thank you.

Best Regards,

James Wang
SFA Companies

23/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order          MVP009230

>013 0218746

頁 1 / 1

**Nora Lee**

| | |
|---|---|
| **From:** | James Wang [jwang@shinnfuamerica.com] |
| **Sent:** | 2007年2月28日星期三 6:18 |
| **To:** | 'wu-qing-yan'; 'WongJohnson'; 'Maggie-Ma'; 'Nora Lee'; 'ChanIvan' |
| **Cc:** | 'Joey'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; 'Betty Hung 梓椿7'; tony-choi@mvphk.com |
| **Subject:** | RE: Sears new request – 4 ton jack stands |
| **Follow Up Flag:** | 待處理 |
| **Flag Status:** | Flagged |

Dear Tiger,

Please advise the availability of quotes and product specifications of the high lift 4-ton jack stand. Sears is checking with me with the updated status again. Thank you.

Best Regards,

James Wang

---

**From:** wu-qing-yan [mailto:wu-qing-yan@mvphk.com]
**Sent:** Friday, February 23, 2007 6:46 PM
**To:** James Wang; 'WongJohnson'; 'Maggie-Ma'; 'Nora Lee'; 'ChanIvan'
**Cc:** 'Joey'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; 'Betty Hung 洪嘉珮'; tony-choi@mvphk.com
**Subject:** Re: Sears new request – 4 ton jack stands

Dear James,
已安排工程师出图并报价。
Regards,
伍青顺

> ----- Original Message -----
> **From:** James Wang
> **To:** 'wu-qing-yan' ; 'WongJohnson' ; 'Maggie-Ma' ; 'Nora Lee' ; 'ChanIvan'
> **Cc:** 'Joey' ; 'Frank Lu (Wei Fu)' ; 'Lai Pin Shun (Wei Fu)' ; 'Betty Hung 洪嘉珮' ; tony-choi@mvphk.com
> **Sent:** Saturday, February 24, 2007 7:38 AM
> **Subject:** Sears new request – 4 ton jack stands
>
> Dear Nora and Maggie,
>
> This is the same request from Mark's meeting recap, but I just want to bring up independently to remind you.
>
> As you may recall, Barb was concerned about the small support range of the 4-ton jack stands. We received her new request at the meeting on Wednesday that is she would like us to quote on another 4-ton jack stands which comes with 21" maximum height. (She needs the information so she can decide if it is necessary for her to make the changes).
>
> I understand Tiger is tied up with the 3-ton aluminum jack now, but please have another engineer to work on this project so we can get back to Barb soon. Thank you.
>
> Best Regards,
>
> James Wang
> SFA Companies
> Office: 816.410.5688
> Office: 816.891.6390x147
> Mobile: 816.255.0425

19/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP009238

頁 1/2

xo 1308845

**Nora Lee**

| | |
|---|---|
| From: | James Wang [jwang@shinnfuamerica.com] |
| Sent: | 2007年2月17日星期六 6:54 |
| To: | 'wu-qing-yan'; 'Maggie-Ma' |
| Cc: | 'Dennis Yu'; 'Ivan'; 'Nora Lee' |
| Subject: | RE: 50163 |

Dear Tiger,

If there is any change that needs to be made for this model; yes, sears will make a running change for the inventory. Please understand and let's solve this problem first.

Best Regards,

James Wang

**From:** wu-qing-yan [mailto:wu-qing-yan@mvphk.com]
**Sent:** Thursday, February 15, 2007 1:57 AM
**To:** Maggie-Ma; James Wang
**Cc:** Dennis Yu; Ivan; Nora Lee
**Subject:** Fw: 50163

Dear James,
原規格已下單未出貨的還有13000對，一部分已下料，一部分還未下料，究竟該如何處理，請盡快通知工廠以作庫存控制。不過我以為，已下單的最好是先出完再設變，以免庫存浪費。

> Dear Tiger:
> 1、T6374支架如果不用重新設計，只是設變支架的下挡片（只需開一小模具，增加一個冲孔加工費用），支架的最高高可以达到467mm(18 3/8")，最低高不变，为302mm(11 7/8")。
> 2、如果進行重新設計，要求支架的最高高必须达到20"（508mm），這整个支架与齿条都需重新开模）以上，就需要对支架的齿条长度增加20mm、支架板高度尺寸增加21mm，進行重新設計。支架的最低高也相应的升高，大約为323mm(12 11/16")。另外支架的運輸裝柜量也会发生变化，由原来的1224对/20"变为1050 对/20"。
>
> Thanks and Best Regards
>
> 孟希军
>
>> ----- Original Message -----
>> From: wu-qing-yan
>> To: 孟希军
>> Sent: Thursday, February 15, 2007 8:28 AM
>> Subject: Fw: 50163
>>
>> ----- Original Message -----
>> From: James Wang
>> To: '伍青 - 伍请雁' ; 'ChanIvan' ; 'Mark Yueh-Wei Fu'
>> Cc: 'Maggie-Ma' ; 'LeeNora' ; 'DENNIS'
>> Sent: Thursday, February 15, 2007 7:57 AM
>> Subject: 50163
>>
>> Dear Tiger,
>>
>> Remember previously Sears complained about the small support range of 4-ton jack stand (50163) before we received the orders. After we received the initial order, we think everything was fine until

19/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP009239

頁 2 / 2

Sears mentioned that again recently. Please let me know if there is anyway to extend the support range to at least over 20" (for maximum height)?
Here are some thoughts for you to think about this project:

1. Without working on the re-design, how high can we extend the maximum height from current model?
2. If Sears requires the maximum height needs to be at least 20", what changes need to be made?

I understand Chinese New Years is coming but if you can provide some information before that, it will be greatly appreciated. (Actually, I will have meeting with them on next Tuesday, and I know they will ask me about this project). Please help!
Best Regards,

James Wang
SFA Companies
Office:  816.410.5688
Office:  816.891.6390x147
Mobile: 816.255.0425

19/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order        MVP009240

頁 4 / 4

Cc: 'Joey Su'; 'Betty Hung ???'; '偉富 - 伍青雁'; 'Frank Lu (Wei Fu)'; 'Lai Pin Shun (Wei Fu)'; tony-choi@mvphk.com; 'Dennis Yu - SFA'
Subject: Sears 50163 (4-ton jack stand)

Dear James,
Regarding T-6904, please noted that factory reply as follow:
1. The earliest ship date for complete 6,000 pairs.
If we can place order and confirm the packing by Jan-29-07, 6000PRS can ship on Mar-13-07.

1. 2 The schedule (date and quantity) for partial shipments.
2. If we can place order and confirm the packing by Jan-29-07, 3000PRS, ship date Feb-15-07(but Sears sail date is always on Tuesday),if we arrange to ship on Feb-20-07(there is during the chines new year),Feb-27-07(GongYi port may not open).and factory cannot move up any prs to ship on Feb-13-07
3. the balance-3000PRS,ship date :Mar-13-07.
4. 
5. Regards
6. Maggie
7. 
8. 

------ Original Message ------
From: James Wang
To: 'Maggie-Ma' ; nora-lee@mvphk.com ; 'Johnson Kung' ; 'May Lee'
Cc: 'Joey Su' ; 'Betty Hung ???' ; 偉富 - 伍青雁 ; 'Frank Lu (Wei Fu)' ; 'Lai Pin Shun (Wei Fu)' ; tony-choi@mvphk.com ; 'Dennis Yu - SFA'
Sent: Wednesday, January 24, 2007 11:48 PM
Subject: (未驗ヌブ雕セ-エヒモハシ ソノトワハヌタヤサ尊ハシ )Sears 50163 (4-ton jack stand)

Dear All,

Good News!

Mark just got a phone call from Barb confirming our 4-ton jack stands (#50163) passed the testing at Sears lab (thank you, everyone!). I will follow up with Sears art department to get the approval on the packaging accordingly. However, Barb requires us to provide the shipping schedule for their initial order quantity - 6,000 pairs by tomorrow. Here is what she wants to know:

9. The earliest ship date for complete 6,000 pairs.
10. The schedule (date and quantity) for partial shipments.

Best Regards,

James Wang
SFA Companies
Office: 816.410.5688
Office: 816.891.6390x147
Mobile: 816.255.0425

19/12/2013

Confidential - Attorney Eyes Only Subject to a Protective Order      MVP009261

2013 0718 04-1

## Nora Lee

| | |
|---|---|
| From: | Dennis Yu [dyu@shinnfuamerica.com] |
| Sent: | 2007年1月17日 星期三 0:38 |
| To: | MBreckan |
| Cc: | James Wang; Ivan-chan@mvphk.com |
| Subject: | RE: 4 Ton Jack Stands - 50163 |
| Attachments: | 50163-M0.pdf |



50163-M0.pdf

Hello Mark,

I attach you the correct manual for this jack stand. Also, the max. and min. height are the ones that Kathy measured and it is changed onto the new manual.

Sorry for the inconvenience caused.

Dennis

-----Original Message-----
From: MBreckan [mailto:mbreckan@speedsite.com]
Sent: Tuesday, January 16, 2007 10:08 AM
To: Dennis Yu
Cc: James Wang
Subject: FW: 4 Ton Jack Stands - 50163
Importance: High


Dear Dennis -
As requested by James.
Please review comments from Kathy regarding 4 ton jack stand and get back to
me so I can respond to Kathy today. I will be departing my office within the
next 2 hours. Will wait for your response.
Mark


-----Original Message-----
From: Erni, Barbara [mailto:berni00@searshc.com]
Sent: Monday, January 15, 2007 4:04 PM
To: Mark Breckan - MVP
Subject: FW: 4 Ton Jack Stands - 50163
Importance: High

Mark -

I need a response regarding this NOW. We have exactly 1 month before this
stuff needs to be on the water in time for the reset. What are we
submitting
for the 4 Ton Jack??? Why did I receive something different?? Is this what
was agreed upon in the ALR??? I don't care about the manual, that can be
worked on later. But now I need confirmation, via email, as to the lifting

1

ranges and ratchet coller lock design agreed upon in the ALR. Then I need to
know, via email, if this is actually what was submitted. If not, I need to
know, via email, when we can get the correct version.

We may have just missed the window for getting this through on the reset.

Barb

---

From: Guerra, Kathryn
Sent: Mon 1/15/2007 12:07 PM
To: Erni, Barbara
Subject: RE: 4 Ton Jack Stands - 50163

Hi,

A quick look at these stands shows:

1.  The included manual is not for this product. The ratchet/collar lock is for a different design (press tab). This unit is locked with a roll pin.
2.  When the roll pin is inserted, max height is 17-5/16 inches, not the 18-3/8 inches claimed. This is a big difference. You get a whopping 5-5/16 inches of lift???
3.  Minimum height claimed 11-7/8", actual 12 inches (closer).

Shall I proceed with load testing????

Kathryn Guerra

Group Engineering Manager/Product Safety

Sears Holdings Corporation

847-286-6155

2

Confidential - Attorney Eyes Only Subject to a Protective Order    MVP009365

**Nora Lee**

| | |
|---|---|
| **From:** | Ivan Chan [MVP] [ivan-chan@mvphk.com] |
| **Sent:** | 2007年1月17日星期三 18:42 |
| **To:** | maggie-ma@mvphk.com |
| **Cc:** | nora-lee@mvphk.com |
| **Subject:** | FW: 4 Ton Jack Stands - 50163 |
| **Attachments:** | RE: 4 Ton Jack Stands - 50163 |

RE: 4 Ton Jack
Stands - 50163

FYI.

-----Original Message-----
From: MBreckan [mailto:mbreckan@speedsite.com]
Sent: Wednesday, January 17, 2007 12:58 AM
To: 'Dennis Yu'
Cc: 'James Wang'; ivan-chan@mvphk.com
Subject: RE: 4 Ton Jack Stands - 50163

Dear Dennis
Thank you for your prompt response and action regarding this matter. I have already spoken with Kathy and told her that the information will sent to me and I will deliver to her today.
Mark

-----Original Message-----
From: Dennis Yu [mailto:dyu@shinnfuamerica.com]
Sent: Tuesday, January 16, 2007 10:38 AM
To: MBreckan
Cc: James Wang; ivan-chan@mvphk.com
Subject: RE: 4 Ton Jack Stands - 50163

Hello Mark,

I attach you the correct manual for this jack stand. Also, the max. and min. height are the ones that Kathy measured and it is changed onto the new manual.

Sorry for the inconvenience caused.

Dennis

-----Original Message-----
From: MBreckan [mailto:mbreckan@speedsite.com]
Sent: Tuesday, January 16, 2007 10:08 AM
To: Dennis Yu
Cc: James Wang
Subject: FW: 4 Ton Jack Stands - 50163
Importance: High

Dear Dennis -
As requested by James.
Please review comments from Kathy regarding 4 ton jack stand and get back to
me so I can respond to Kathy today. I will be departing my office within the
next 2 hours. Will wait for your response.

1

Mark

-----Original Message-----
From: Erni, Barbara [mailto:berni00@searshc.com]
Sent: Monday, January 15, 2007 4:04 PM
To: Mark Breckan - MVP
Subject: FW: 4 Ton Jack Stands - 50163
Importance: High

Mark -

I need a response regarding this NOW. We have exactly 1 month before this
stuff needs to be on the water in time for the reset. What are we submitting
for the 4 Ton Jack??? Why did I receive something different?? Is this what
was agreed upon in the ALR??? I don't care about the manual, that can be
worked on later. But now I need confirmation, via email, as to the lifting
ranges and ratchet coller lock design agreed upon in the ALR. Then I need to
know, via email, if this is actually what was submitted. If not, I need to
know, via email, when we can get the correct version.

We may have just missed the window for getting this through on the reset.

Barb

---

From: Guerra, Kathryn
Sent: Mon 1/15/2007 12:07 PM
To: Erni, Barbara
Subject: RE: 4 Ton Jack Stands - 50163


Hi,


A quick look at these stands shows:


1.      The included manual is not for this product. The ratchet/collar lock
is for a different design (press tab). This unit is locked with a roll pin.
2.      When the roll pin is inserted, max height is 17-5/16 inches, not the
18-3/8 inches claimed. This is a big difference. You get a whopping 5-5/16
inches of lift???
3.      Minimum height claimed 11-7/8", actual 12 inches (closer).

Shall I proceed with load testing????

Kathryn Guerra

Group Engineering Manager/Product Safety

Sears Holdings Corporation

847-286-6155

CONFIDENTIAL

MVP010119