# *EXHIBIT T*



## MVP International Co. Limited

UNIT 1303,13/F,TOWER I,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No 3950, Humin RD , Shanghai, China / 沪市闵行区虹梅南路3950号

Hong Kong office
Tel:: (852)3187 0100
传真: (852)2565 7823
China Office
Tel:: (86)21 6489 6280
传真: (86)21 6489 4661

### PURCHASE ORDER

PURCHASE ORDER: PMI0001169
MADE DATE    : 2010-7-2
PAGES        : 2 / 9

As an agent for our overseas buyers, MVP International Co. Limited here called "the Buying Agents") confirm having placed this date the following order
with Messrs: WEI FU (TAISHAN) MACHINERY & ELECTRIC CO.,LTD.  (hereinafter referred to as "the Seller")
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

| 交货条款 Delivery Terms | : FOB GONGYI | 交货日期 Shipping Date | : 2010-9-21 |
|---|---|---|---|
| 付款条款 Payment Terms | : T/T 60 DAYS | 目 的 地 Destination Code: | |
| 提交文件 Required Document: | INV,, P/L & CARGO LOADING | 目 的 港 Port | : WILMINGTON |
| | | 运输方式 Transport | : BY SEA |

| 唛头及箱唛<br>Marks & Nos. | 产品明细及包装<br>Item Number / Description & Packing | 数量<br>Quantity | 单价<br>Unit Price | 金额<br>Amount (USD) |
|---|---|---|---|---|
| | T61200-02-10221<br>3 TON JACK STANDS | 2,170.00<br>PR | 11.92 | 25,866.40 |
| | 3 TON JACK STAND<br>FACTORY ITEM NO.: T9612<br>CUSTOMER ITEM NO,: 50159<br>CRAFTSMAN- 黑 + 红包装 (用2010年提供的新包装)<br>彩盒注有SEARS 名，地址 SEARS CODE及 UPC+<br>说明书注有SEARS 名及地址+ 警告远水体标贴<br>1 pair/1 彩盒/1 外箱<br>机座 + 齿条爪 - 黑色<br>齿条 - Craftsman 红<br>CRAFTSMAN STANDARD<br>全套包装 MODEL NO.950159<br>说明书最后一页请加印 SEARS 维修保证书<br>彩盒 UPC NO: 798263014165<br>外箱 UPC NO:00798263014165<br>ITEM NO. T9612<br>(N,W.:8.80  G.W.:9.90  MEAS:30.8x25.3x33.3)<br>End customer (SEARS) Purchase order:<br>TA7366/TA7334/TA7375/TA7340/TA7344/TA7379/TA7350/TA7357/TA73 | | | |
| | T37401-01-10211<br>4 TON JACK STANDS | 950.00<br>PR | 12.06 | 11,457.00 |
| | 4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩盒包装注有 SEARS 名，地址 SEARS<br>CODE 及 SEARS UPC + 说明书注有<br>SEARS 名及地址 + 警告远水体标贴 | | | |

Terms & Conditions
1. Delivery must be made in accordance with the dates shown on the contract, The seller will be fully responsible for all claims due to date delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives incorrect packing , quantity shortage, Trade Marks & Patent Infringement, not merchantable goods,  .etc.

Subject to Protective Order
Attorney's Eyes Only

WFT 000086



# MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No.3950, Humin RD., Shanghai, China
上海市閔行區瀧閔路3950號

Hong Kong Office
Tel:: (852)3187 0100
Fax: (852)3187 0170

China Office
Tel:: (86)21 6469 8280
Fax: (86)21 6469 4561

## COMMERCIAL INVOICE

Your Order No.: TA7366/TA7334/TA7375/TA7340/TA7344/TA7379/TA7350/TA7357/TA73

Customer name: SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD B5-162A HOFFMAN ESTATES ILLINOIS 60179
U.S.A

Shipping order: SHP000663
Invoice date: 2010-10-23
Invoice: IMK0000684
Pages: 1 / 3

Vessel & VOG: HONESTY 431
From: GONGYI, CHINA
to: WILMINGTON
Via:
Terms of payment: W/T60 DAYS
L/C issuing bank:
L/C No.:
L/C Ref No.:

Transport: BY SEA
Terms of delivery: FOB GONGYI
On Board Date or About: 2010-10-23
Cargo received date:

Carrier: APL-LINE
Currency: USD

| ShippingMarks | Item Desc | Quantity Unit | Unit price | Discount | Disc. pct. | Line Amount |
|---|---|---|---|---|---|---|
| | Sales order ....: SMK0000848 | | | | | |
| | Customer requisition: TA7366/TA7334/TA7375/TA7340/TA | | | | | |
| | G69402-01-10221<br>4 TON GARAGE JACK<br>50156<br>4 Tons/8000lbs (ANSI 2003 标准)<br>FACTORY ITEM NO.: G-69402<br>CUSTOMER ITEM NO.: 50156 | 36.00 PC | 60.06 | | % | 2,162.16 |
| | G69402-01-10221<br>4 TON GARAGE JACK<br>50156<br>4 Tons/8000lbs (ANSI 2003 标准)<br>FACTORY ITEM NO.: G-69402<br>CUSTOMER ITEM NO.: 50156 | 388.00 PC | 60.06 | | % | 23,303.28 |
| | G69402-01-10221<br>4 TON GARAGE JACK<br>50156<br>4 Tons/8000lbs (ANSI 2003 标准)<br>FACTORY ITEM NO.: G-69402<br>CUSTOMER ITEM NO.: 50156 | 388.00 PC | 60.06 | | % | 23,303.28 |
| | G69402-01-10221<br>4 TON GARAGE JACK<br>50156<br>4 Tons/8000lbs (ANSI 2003 标准)<br>FACTORY ITEM NO.: G-69402<br>CUSTOMER ITEM NO.: 50156 | 388.00 PC | 60.06 | | % | 23,303.28 |
| | T61200-02-10221<br>3 TON JACK STANDS<br>50159 | 1,950.00 PR | 12.23 | | % | 23,848.50 |
| | T61200-02-10221<br>3 TON JACK STANDS<br>50159 | 220.00 PR | 12.23 | | % | 2,690.60 |
| | T37401-01-10211<br>4 TON JACK STANDS<br>50163<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T0904<br>CUSTOMER ITEM NO.: 50163 | 950.00 PR | 12.61 | | % | 11,979.50 |

Subject to Protective Order
Attorney's Eyes Only

WFT 000104

SEARS ROEBUCK & CO.                    PURCHASE ORDER                                Page : 1

| ORDER DATE : 01-JUN-2010 | ORDER NO : TA7376 | BUYER : JT1  JIM TESSIER |
|---|---|---|
| DIV : Division 2 | DEPT NO : 010 | |

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | MVP (HK) INDUSTRIES LTD |
| ADDRESS | ROOM 1101 LIPPO SUN PLAZA |
| | 28 CANTON RD |
| | TSIM SHA TSUI |
| | KOWLOON |
| COUNTRY | Hong Kong |
| EMAIL | nora-lee@mvphk.com,sunny-sun@mvphk.com |
| VENDOR NBR | 7369 |
| TELEPHONE | |
| DUNS NBR | 01000134346 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $11,979.50 | |
| PAYMENT TO BE MADE BY : | |
| ( ) MULTIPLE PAYMENT TYPES | |
| (X) CHECK/WIRE TRANSFER | |
| Amount USD: 11,979.50 | |
| ( ) FREE GOODS | |
| Amount USD: 0.00 | |
| ( ) LETTER OF CREDIT | |
| Amount USD: 0.00 | |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |
| PAYMENT TERMS: | 60 (days) |

| FOREIGN AGENT OFFICE: | KKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |

| EACH ITEM TO BE MARKED: | MADE IN CHINA (MAINLAND) |
|---|---|
| EMBARK/GO-DOWN: | CHINA (MAINLAND) |
| FOB POINT: | CNGGY1H |
| CITY, COUNTRY: | Gongyi, China |

FACTORY DETAILS:

| FACTORY NBR: | 028212 |
|---|---|
| NAME | WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD. |
| ADDRESS | 328 QIAO HU ROAD |
| | TAISHAN CITY |
| | GUANDONG |
| COUNTRY | China |
| TEL | 86-750-5613888 (EXT 2188/2116) |
| EMAIL | fong-hui-liong@mvphk.com |
| MID | CNWEIFU328TAI |

Subject to Protective Order
Attorney's Eyes Only

WFT 000115

SEARS ROEBUCK & CO.                                PURCHASE ORDER                                                    Page: 2

| ORDER DATE: 01-JUN-2010 | ORDER NO: TA7375 | JT1  JIM TESSIER |

**DESCRIPTION**
JACK STAND PAIR 4 TON 00950183000

- ITEM CODE: 680652932393
- SEASON/YEAR: 1-BASIC AND REPLENISHED
- SUB-SEASON: 10-BASIC AND REPLENISHED
- 12OF S/CARTON UPC: 00798263014352
- CAT/SUB-CAT: 68/07
- STYLE: T6904
- TRADEMARK: NONE
- BRAND NAME: CRAFTSMAN PROFESSIONAL
- COPYRIGHT REG. NO.:
- INTL COMMODY CODE: GDSM
- MLTP CARTON IND: 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 609 | 50163 | 000 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER EACHES | PER CARTON | $39.99 | 950 | 950 | $11,979.50 |
| $12.610 | $12.610 | | | | |

PER CARTON
- KGS: 4.790
- LBS: 10.560
- CBM: 0.023
- CU. FT.: 0.824
- PACKING INSTRUCTION: CASEPACK
- EACHES PER INNER: 1
- INNERS PER OUTER CARTON: 1
- EACHES PER MASTER SHIPPING CTN: 1

OUTER CARTON DIMENSIONS
L 13.02" X W 9.92" X H 11.02"

QUOTA CAT#: NON QUOTA
SPECIAL TRADE INDICATOR:

CASE #    FACTORY    EXPORTER
ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
EACH PC PACKED IN A COLOR BOX

**SHIPPING SCHEDULE**

| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 801 | SHW | SHW | Ocean | 28-SEP-2010 | 29-SEP-2010 | 22-NOV-2010 | X | 950 | 950 | W |

DETAIL DESCRIPTION-
4 TON JACK STANDS
CAPACITY - 3629 KG
100% STEEL
4 TON /8,000 LBS, HEIGHT MIN 12" MAX 17 6/16"

OPC:        1

Subject to Protective Order
Attorney's Eyes Only

WFT 000116



# MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No 3950, Humin RD , Shanghai, China
上海市閔行區潭嶺路3950號

Hong Kong Office
Tel:: (852)3187 0100
Fax: (852)3187 0170
China Office
Tel:: (86)21 6489 8280
Fax: (86)21 6489 4561

## PURCHASE ORDER

PURCHASE ORDER: PMK0002055
MADE DATE  : 2010-7-2
PAGES  : 2 / 9

As an agent for our overseas buyers, MVP (H.K.) Industries Ltd. ( 以下簡稱"買方" hereinafter called "the Buying Agents" ) confirm having placed this date the following order with Messrs MVP INTERNATIONAL CO. LTD. ( 以下簡稱"賣方" hereinafter referred to as "the Seller" )
UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD
HongKong
簽訂下列貨品合同並同意其成交條款如下：
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder:

交貨條款 Delivery Terms   : FOB GONGYI
付款條款 Payment Terms   : T/T 60 DAYS
提交文件 Required Document:INV., P/L & CARGO LOADING

交貨日期 Shipping Date  : 2010-9-21
目 的 地 Destination Code:
目 的 港 Port  : WILMINGTON
運輸方式 Transport  : BY SEA

| 嘜頭及箱號<br>Marks & Nos. | 貨品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | 金額<br>Amount (USD) |
|---|---|---|---|---|
| | T91200-02-10221<br>3 TON JACK STANDS<br>T-9612<br>3 TON JACK STAND<br>FACTORY ITEM NO.: T9612<br>CUSTOMER ITEM NO.: 50159<br>CRAFTSMAN 黑 + 紅包裝（用2010年提供的新包裝）<br>彩盒注有SEARS 名，地址 SEARS CODE及 UPC+<br>說明書注有SEARS 名及地址+ 警告遠水体标貼<br>1 pairs/1 彩盒/1 外箱<br>机座 + 齿条爪 - 黑色<br>齿条 - Craftsman 紅<br>CRAFTSMAN STANDARD<br>全套包裝 MODEL NO.950159<br>說明書最後一頁請加印 SEARS 維修保証書<br>彩盒 UPC NO: 798263014185<br>外箱 UPC NO:00798263014185<br>ITEM NO. T9612<br>(N.W.:8.80  G.W.:9.90  MEAS:30.8x25.3x33.3)<br>End customer (SEARS) Purchase order:<br>TA7366/TA7334/TA7375/TA7340/TA7344/TA7379/TA7350/TA7357/TA73 | 2,170.00<br>PR | 11.98 | 25,996.60 |
| | T37401-01-10211<br>4 TON JACK STANDS<br>T-6904<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包裝(用2010年提供的包裝)<br>彩盒包裝注有 SEARS 名，地址 SEARS | 950.00<br>PR | 12.12 | 11,514.00 |

Terms & Conditions.
1. Delivery must be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is affected in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives incorrect packing , quantity shortage, Trade Marks & Patent infringement, not merchantable goods,  etc.


Subject to Protective Order
Attorney's Eyes Only

WFT 000096

# MVP International Co. Limited

Tel:(852)3187 0100 Fax:(852)2565 7823
Tel:(86)750-5613888 Fax:(86)750 5613288

16/F, SUP Tower, 75-83 King's Road, North Point, Hong Kong
328 Qiao Hu Road, Tai Shan City, Guang Dong, China

买卖合同
**PURCHASE CONTRACT**

合同號碼 Contract No: 307925 (I)
合同成立日期 Dated: 14/11/2007
頁次 Page: 5

MVP International Co. Ltd. 以下簡稱 "买方" 與
As an agent for our overseas buyers, MVP International Co., Limited (hereafter called "the Buying Agents") confirm having placed this date the following order with Messrs: **WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD. 328 QIAO HU ROAD, TAISHAN CITY, GUANGDONG, CHINA Tel: 86-750-5613880 Fax: 86-750-5613288**

以下簡稱 "賣方" (hereinafter referred to as "the Seller")
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

| 價格條件 Price Terms | FOB GONGYI | 交貨日期 Shipping Date: | 24/12/2007 |
|---|---|---|---|
| 付款條件 Payment Terms | T/T 60 DAYS | 目的地 Destination: | TF 15 |
| 提交文件 Required Documents | INV, P/L & CARGO LOADING | 運送方式 Shipping method / Forwarder: | |

| 嘜頭及箱號 Marks & Nos. | 產品明細及包裝 Item Number / Description & Packing | 數量 Quantity | 單價 Unit Price | 金額 (USD) Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 黑 + 黃 包裝<br>彩盒包裝注有 SEARS 名, 地址 SEARS<br>CODE 及 SEARS UPC + 說明書法有<br>SEARS 名及地址 + 警告港本體標貼<br>1 對 /1 彩盒 /1 外箱<br>1 黃色齒條 1235C 黃色<br>2 黑色框架<br>Craftsman Standard<br>全套包裝 MODEL NO. 50163<br>說明書最后一頁請加印 SEARS 維修保證書<br>彩盒 UPC NO.:798263014352<br>每外箱貼上一張外箱 UPC 電腦紙 :079826304359<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM | 1,759.000<br>PRS | 9.4400 | 16,604.9600 |

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown on the contract. The seller shall be fully responsible for all claims due to late delivery.
2. The buying agents must be notified at least ONE WEEK before shipment is effected in order that an inspection of merchandise may be carried out.
3. Although the shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives, incorrect packing, quantity shortages, Trade Mark & Patent infringement, not merchantable goods ... etc.

# MVP International Co. Limited

香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
Unit 1101 Lippo Sun Plaza, 28 Canton Road, Tsim Sha Tsui, Kowloon H.K.
上海市閔行區滬閔路3950號
No 3950, Humin RD., Shanghai, China

Tel:(852) 3187 0100   Fax:(852) 2565 7823
Tel:(86) 21 64898280   Fax:(86) 21 64894561

買賣合同
**PURCHASE CONTRACT**

合同號碼 Contract No.: 30924 0 ()
合同成立日期 Dated: 17/02/2009
頁次 Page: 2

MVP International Co. Ltd. 以下簡稱 " 買方 " ) 與

As an agent for our overseas buyers, MVP International Co. Limited, (hereafter called "the Buying Agents" ) confirm having placed this date the following order with Messrs. WEI FU (TAISHAN) MACHINERY &
ELECTRIC CO., LTD. 328, QIAO HU ROAD, TAISHAN CITY
GUANGDONG, CHINA Tel: 86-750-5615888 Fax: 86-750-5613288 ........................ (hereinafter referred to as "the Seller")

(以下簡稱 " 賣方 " )
裝計下列貨品並同意其嚴謹交條款規定
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

價格條件 Price Terms: FOB TAISHAN
付款條件 Payment Terms: T/T 60 DAYS
交貨文件 Required Documents: INV., P&L/CARGO LOADING

交貨日期 Shipping Date: 18/03/2009
目的地 Destination: HTP
運送方式 Shipping method/Forwarder: BY SEA

| 嘜頭及箱號<br>Marks & Nos. | 產品明細及包裝<br>Item Number/Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | (USD) 金額<br>Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.:50163<br>Craftsman Professional 黑 + 黃<br>彩盒包裝註有 SEARS 名,地址 SEARS<br>CODE 及 SEARS UPC + 說明書註有<br>SEARS 名及地址 + 警告基本體標貼<br>1 對 /1 彩盒 /1 外箱<br>1. 黃色箭條 1235C 黃色<br>2. 黑色框架<br>Craftsman Standard<br>全膠包裝 MODEL NO. 50163<br>說明書最後一頁請加印 SEARS 總修保證書.<br>影像 UPC NO.:798263014352<br>每外箱貼上一張外箱 UPC 鐳射紋 :107982630 14352<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM | 1,170.000<br>PRS | 13.4300 | 15,713.1000 |
| | Total : | | | 44,530.7000 |

Say Total : USD FORTY FOUR THOUSAND FIVE HUNDRED THIRTY DOLLARS AND CENTS SEVENTY ONLY

# MVP International Co. Limited

Tel:(852) 3187 0100  Fax:(852) 2565 7823
Tel:(86) 21 64898280  Fax:(86) 21 64894561

香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
Unit 1101 Lippo Sun Plaza, 28 Canton Road, Tsim Sha Tsui, Kowloon, H.K.
上海市閔行區漕寶路3950號
No 3950, Humin RD., Shanghai, China

買賣合同
## PURCHASE CONTRACT

合同號碼 Contract No: 309240 ()
合同成立日期 Dated: 17/02/2009
頁次 Page: 2

MVP International Co. Ltd. 以下簡稱"買方")與

As an agent for our overseas buyers, MVP International Co. Limited. (hereafter called "the Buying Agents") confirm having placed this date the following order with Messrs. WEI FU (TAISHAN) MACHINERY &

ELECTRIC CO., LTD. 328 QIAO HU ROAD, TAISHAN CITY
GUANGDONG, CHINA Tel: 86-750-5613888 Fax: 86-750-5613208
(以下簡稱"賣方")
(hereinafter referred to as "the Seller")

賣方下列買品合同條款及其條文條款如下
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

價格條件 Price Terms: FOB TAISHAN
付款條件 Payment Terms: T/T 60 DAYS
交貨日期 Shipping Date: 18/03/2009
目的地 Destination: HUD

提交文件 Required Documents: INV., P&L/CARGO LOADING
運送方式 Shipping method / Forwarder: BY SEA

| 嘜頭及箱號 Marks & Nos. | 產品明細及包裝 Item Number / Description & Packing | 數量 Quantity | 單價 Unit Price (USD) | 金額 Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional  黑 + 黃  包膜<br>彩盒包膜注有 SEARS 名、地址 SEARS<br>CODE 及 SEARS UPC + 說明書注有<br>SEARS 名及地址 + 警告運本鐵樣貼<br>1 對 /1 彩盒 /1 外箱<br>1. 黃色膠條 1295C 黃色<br>2. 黑色棍架<br>Craftsman Standard<br>金葉包裝 MODEL NO. 50163<br>說明書最后一頁請加印 SEARS 總參保證書<br>彩盒 UPC NO.:798263014352<br>每外箱貼上一張外箱 UPC 條碼紋:10798263014352<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM | 1,170.000<br>PRS | 13.4300 | 15,713.1000 |
| | Total: | | | 44,530.7000 |

Say Total: USD FORTY FOUR THOUSAND FIVE HUNDRED THIRTY DOLLARS AND CENTS SEVENTY ONLY

Confidential - Attorney Eyes Only Subject to a Protective Order

WFT003918

## MVP International Co. Limited

Tel:(852) 3187 0100  Fax:(852) 2565 7823
Tel:(86) 21 64898280  Fax:(86) 21 64894561

香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
Unit 1101 Lippo Sun Plaza,28 Canton Road,Tsim Sha Tsui,Kowloon H.K.
上海市閔行區濱湖路3950號
No 3950,Humin RD., Shanghai,China

### 買 賣 合 同
### PURCHASE CONTRACT

合同號碼 Contract No: 309242 ()
合同成立日期 Dated: 18/02/2009

MVP International Co. Ltd. 以下簡稱 "買方" 與

頁次 Page 5

As an agent for our overseas buyers, MVP International Co.,Limited. (hereafter called "the Buying Agents") confirm having placed this date the following order with Messrs. WEI FU (TAISHAN) MACHINERY &
ELECTRIC CO., LTD. 328 QIAO HU ROAD, TAISHAN CITY
GUANGDONG, CHINA Tel: 86-750-5613888 Fax: 86-750-5613268

以下簡稱 "賣方")
(hereinafter referred to as "the Seller")

茲經下買賣雙方同意照其成交條款如下
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

價格條件 Price Terms: FOB GONGYI
付款條件 Payment Terms: T/T 60 DAYS
提文文件 Required Documents: INV., P/L & CARGO LOADING

交貨日期 Shipping Date: 1/04/2009
目的地 Destination: BUD
運送方式 Shipping method / Forwarder: BY SEA

| 嘜頭及箱號 Marks & Nos. | 商品明細及包裝 Item Number / Description & Packing | 數量 Quantity | 單價 Unit Price (USD) | 金額 Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 黑+黃<br>彩紙包裝注有 SEARS 名、地址 SEARS<br>CODE 比 SEARS UPC + 說明書法有<br>SEARS 名及地址 + 警告過本體標貼<br>1 澳 /1 彩盒 /1 外箱<br>1 黃色圖條 1235C 黃色<br>2 黑色框架<br>Craftsman Standard<br>全套包裝 MODEL NO. 50163<br>說明書最后一頁請加印 SEARS<br>彩盒 UPC NO.:798263014352<br>每外箱貼上一張外箱 UPC 成箱嘜頭 0798263014359<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8n 23.2x26.5CM | 380.000<br>PRS | 13.4300 | 5,103.4000 |

Confidential - Attorney Eyes Only Subject to a Protective Order

WFT003956

# MVP International Co. Limited

香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
Unit 1101 Lippo Sun Plaza,28,Canton Road,Tsim Sha Tsui,Kowloon H.K.
上海市閔行區滬閔路3950號
No 3950,Humin RD., Shanghai,China

Tel:(852) 3187 0100   Fax:(852) 2565 7823
Tel:(86) 21 64898280   Fax:(86) 21 64894561

買賣合同
## PURCHASE CONTRACT

合同號碼 Contract No.: 309245 ()
合同成立日期 Dated: 10/02/2009
頁次 Page: 3

MVP International Co. Ltd. 以下簡稱 "買方" 興
As an agent for our overseas buyers, MVP International Co.Limited. ( hereafter called "the Buying Agents" ) confirm having placed this date the following order with Messrs. WEI FU (TAISHAN) MACHINERY &
LECTRIC CO., LTD. 328 QIAO HU ROAD, TAISHAN CITY
UANGDONG, CHINA TEL: 86-750-5613888 FAX: 86-750-5613280   (以下簡稱 "賣方")
(hereinafter referred to as "the Seller")
茲者下列貨品茲合同並依此產交貨茲款
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

價格條件 Price Terms: FOB GONGYI
付款條件 Payment Terms: T/T 60 DAYS
提交文件 Required Documents: INV., P/L & CARGO LOADING

交貨日期 Shipping Date: 22/04/2009
目的地 Destination: HUD
運送方式 Shipping method / Forwarder: BY SEA

| 嘜頭及箱號<br>Marks & Nos. | 產品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | (USD) 金額<br>Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.:50163<br>Craftsman Professional 黑 + 黃 包裝<br>彩盒包裝注有 SEARS 名、地址 SEARS<br>CODE 及 SEARS UPC + 說明書注有<br>SEARS 名及地址 + 警告連本體極貼<br>1 對 /1 彩盒 /1 外箱<br>1    黃色對底 1235C 黃色<br>2    黑色框架<br>Craftsman Standard<br>全套包裝 MODEL NO. 50163<br>說明書最后 気箭加印 SEARS 維修保證書<br>彩盒 UPC NO.:790263014352<br>每外箱貼上一張外箱 UPC 電腦紋<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM | 200.000<br>PRS | 13.4300 | 2,686.0000 |

AMENDMENT

# MVP International Co. Limited

Tel:(852) 3187 0100  Fax:(852) 2563 7823
Tel:(86) 21 64898280  Fax:(86) 21 64894561

香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
Unit 1101 Lippo Sun Plaza, 28 Canton Road, Tsim Sha Tsui, Kowloon H.K.
上海市閔行區華園路3950號
No 3950, Humin RD., Shanghai, China

買賣合同
## PURCHASE CONTRACT

合同號碼 Contract No: 309352 ()
合同成立日期 Dated: 10/04/2009
頁次 Page: 2

MVP International Co. Ltd. 以下簡稱 "買方" 與
As an agent for our overseas buyers, MVP International Co. Limited, (hereafter called "the Buying Agents") confirm having placed this date the following order with Messrs: WEI FU (TAISHAN) MACHINERY &
ELECTRIC CO., LTD. 328 QIAO HU ROAD, TAISHAN CITY
GUANGDONG, CHINA Tel: 86-750-5613888 Fax: 86-750-5613288
以下簡稱 "賣方"
(hereinafter referred to as "the Seller")
茲於下列其商品貨品經雙方議定交貨狀況於
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

價格條件 Price Terms: FOB GONG YI
付款條件 Payment Terms: T/T 60 DAYS
交貨日期 Shipping Date: 13/05/2009
目的地 Destination: HUD

報交文件 Required Documents: INV., P/L & CARGO LOADING
運送方式 Shipping method / Forwarder: BY SEA

| 嘜頭及箱號<br>Marks & Nos. | 產品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | (USD) 金額<br>Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 黑 + 黃<br>影盒包裝注有 SEARS 名、地址 SEARS<br>CODE 及 SEARS UPC + 說明書注有<br>SEARS 名及地址 + 警告連本體標貼<br>1 對 /1 影盒 /1 外箱<br>1 黃色齒條 1235C 黃色<br>2 黑色框架<br>Craftsman Standard<br>全裹包裝 MODEL NO. 50163<br>說明書最后一頁請加印 SEARS 繼後保證書<br>影盒 UPC NO.: 798263014352<br>每外箱貼上一張外箱 UPC 條膠紙: 10798263014359<br>ITEM NO. 50163<br>G.W.: 11KGS<br>MEAS: 31.8x 23.2x26.5CM | 1,460,000<br>PRS | 13.4300 | 19,607.8000 |

Confidential - Attorney Eyes Only Subject to a Protective Order

WFT004027

## MVP International Co. Limited

Tel:(852) 3187 0100  Fax:(852) 2565-7823
Tel:(86) 21 64898280  Fax:(86) 21 64894961

Unit 1101 Lippo Sun Plaza, 28 Canton Road, Tsim Sha Tsui, Kowloon H.K.
上海市閔行區顧閔路3950號
No 3950, Humin RD., Shanghai, China

買賣合同
**PURCHASE CONTRACT**

合同號碼 Contract No: 30931.6
合同成立日期 Dated: 27/03/200?
買次 Page: 5

MVP International Co. Ltd. 以下簡稱 "買方" 與
As an agent for our overseas buyers, MVP International Co.Limited, (hereafter called "the Buying Agents") confirm having placed this date the following order with Messrs.
WEI FU (TAISHAN) MACHINERY &
ELECTRIC CO., LTD. "328 QIAO HU ROAD, TAISHAN CITY
GUANGDONG, CHINA Tel: 86-750-5613800 Fax: 86-750-5613288
(hereinafter referred to as "the Seller")
暨其等同意並承諾完全遵照其書面合約條款辦理
who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

價格條件 Price Terms: FOB GONGYI
付款條件 Payment Terms: T/T 60 DAYS
提交文件 Required Documents: INV., P/L & CARGO LOADING

交貨日期 Shipping Date: 3/06/2009
目的地 Destination: HUD
運送方式 Shipping method / Forwarder: BY SEA

| 嘜頭及箱號 Marks & Nos. | 產品明細及包裝 Item Number / Description & Packing | 數量 Quantity | 單價 Unit Price | (USD) 金額 Amount |
|---|---|---|---|---|
| | T37401-01-10210<br>4TON Jack Stand<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 揚+黃 包裝<br>彩盒包裝注有 SEARS 名、地址 有 SEARS<br>CODE 及 SEARS UPC + 說明書注有<br>SEARS 名及地址 + 臀台連本體貼膠貼<br>1 對 /1 彩盒 /1 外箱<br>1. 黃色撐條 1235C 黃色<br>2. 黑色框架<br>Craftsman Standard<br>全套包裝 MODEL NO. 50163<br>說明書最后一頁請加印 SEARS 維修保證書<br>彩盒 UPC NO.:798263014352<br>每外箱貼上一張外箱 UPC 鶥腸紋:10798263014359<br>ITEM NO. 50163<br>G.W. :11KGS<br>MEAS:31.0x 23.2x26.5CM | 400,000<br>PKS | 13.4300 | 5,372,000 |

Confidential - Attorney Eyes Only Subject to a Protective Order

WFT004074