# *EXHIBIT U*



**MVP International Co. Limited**
UNIT 1303,13/F.,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG
No.3950, Humin RD., Shanghai, China 上海市闵行新闵路3950号

Hong Kong office
Tel: (852)3187 0100
传真: (852)2565 7823
China Office
Tel: (86)21 6489 8280
传真: (86)21 6489 4601

## PURCHASE ORDER

PURCHASE ORDER: PMI0001603
MADE DATE    2010-10-13
PAGES        5 / :6

As an agent for our overseas buyers,  MVP International Co. Limited  here called "the Buying Agents") confirm having
placed this date the following order
with Messrs:   WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD.   (hereinafter referred to us "the Seller")
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined
hereunder.

交货条款 Delivery Terms      FOB GONGYI
付款条款 Payment Terms       T/T 60 DAYS
提交文件 Required Document: INV., P/L & CARGO LOADING

交货日期 Shipping Date    2011-1-18
目  的  地 Destination Code:
目  的  港 Port        WILMINGTON
运输方式 Transport         BY SEA

| 唛头及箱号<br>Marks & Nos. | 产品明细及包装<br>Item Number / Description & Packing | 数量<br>Quantity | 单价<br>Unit Price | 金额<br>Amount  (USD) |
|---|---|---|---|---|
| | T3740I-01-10211 | 950.00 | 12.06 | 11,467.0[ |
| | 4 TON JACK STANDS | PR | | |
| | 4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩色包装注有  SEARS  名、地址  SEARS<br>CODE   及 SEARS UPC + 说明书注有<br> SEARS  名及地址 + 警告连本体标贴<br>1对/1彩盒/1外箱<br>1. 黄色喷涂 1235C黄色<br>2. 黑色框架<br>Craftsman Standard<br>全套包装  MODEL NO.  50163<br>说明书最后一页请加印  SEARS  维修保证书<br>彩盒  UPC NO.:798263014352<br>每外箱贴上一张外箱 UPC 电脑纹:00798263014352<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM<br>End customer (SEARS) Purchase order: TA8817/8820/8824/8831/8836/8843/8850/8863/8867 | | | 1/27出货 |
| | G63200-01-10211 | 250.00 | 122.39 | 30,597.60 |
| | 3 TON ALUMINUM JACK | PC | | |
| | 3 TON ALUMINUM GARAGE JACK<br>FACTORY ITEM NO.: G632<br>CUSTOMER ITEM NO.:50244<br>Lifting Range:  3-7/8″ 至 18-1/2″<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩色包装注有  SEARS  名、地址  SEARS CODE  及  SEARS UPC<br>说明书注有SEARS名及地址 + 警告连本体标贴<br>1 PCS /1  彩盒  /1  外箱<br>1. 侧板、顶板、后轮算盘, 提手连接套, 液压缸, 拉力杆钢头 为 Craftsman 红色<br>2. 顶盘、平衡杆黑色, 顶盖垫黑色,<br> 手柄塑管上加聚色喷漆, 泡棉套上印有白色<br>3. 顶盘座、摇臂, 支架座、屏管嘴喷亮色,<br>4. 前轮、后轮、提手、弹簧 为阴极处理拉丝铝色<br>5. 前盖、警告标贴、说明书印刷上 Craftsman Professional<br>6. 侧板印注有 Craftsman 字样的标贴.<br>7. 据背靠质盘方向贴透明底黑字的小标贴<br>Craftsman Professional ANSI 2003 Standard<br>全套包装  MODEL NO.  50244<br>说明书最后一页请加印  SEARS  维修保证书<br>彩盒  UPC NO.:798263012426<br>每外箱贴上一张外箱  UPC  电脑纹:00798263012426<br>ITEM NO. 50244 | | | |
| | | | TOTAL:<br>总折扣: | 191,745.90 |

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected  in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not
limited to claims of bad quality, defectives incorrect packing, quantity shortage, Trade Marks & Patent infringement, non merchantable goods. . etc.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP006085

D☐ P☐ Exhibit 17
Deponent LEE
Date 4/12/18 Rptr MM



## *MVP (H.K.) Industries Ltd.*

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場1樓1101室
No 3950, Humin RD., Shanghai, China
上海市滬閔路滬閔路3950號

**Hong Kong Office**
Tel:: (852)3187 0100
Fax: (852)3187 0170

**China Office**
Tel:: (86)21 6489 8280
Fax: (86)21 6489 4561

## __PURCHASE ORDER__

PURCHASE ORDER: PWK0003101
MADE DATE 2010-10-13
PAGES        5 / :6

As an agent for our overseas buyers, MVP (H.K.) Industries Ltd. (以下簡稱"買方" hereinafter called "the Buying
Agents" ) confirm having placed this date the following order with Messrs MVP INTERNATIONAL CO. LTD. (以下簡稱"賣方"
hereinafter referred to as "the Seller" )
UNIT 1303, 13/F, TOWER 1, ADMIRALTY CENTRE, 18 HARCOURT ROAD
HongKong
茲認乎列該品合同並同意其成交條款如下:
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined
hereunder:

交貨条款 Delivery Terms        FOB GONGYI                交货日期 Shipping Date        2011-1-18
付款條款 Payment Terms        T/T 60 DAYS                目 的 地Destination Code:
提交文件 Required Document:INV., P/L & CARGO LOADING        目 的 港Port        WILMINGTON
                                                        運輸方式 Transport        BY SEA

| 唛頭及箱號<br>Marks & Nos. | 產品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | 金額<br>Amount (USD) |
|---|---|---|---|---|
| | 彩盒 UPC NO : 798263013294<br>(N.W. :31.8   G.W. :33.4 MEAS:31.5x31.0x29.0)<br>End customer (SEARS) Purchase order: TA8817/8820/8824/8831/8836/8843/8850/8863/8867 | | | |
| | T37401-01-10211<br><br>4 TON JACK STANDS<br><br>T-6904<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包裝(用2010年提供的包裝)<br>彩盒包裝要注有 SEARS 名, 地址 SEARS<br>CODE 及 SEARS UPC + 說明書技有<br>SEARS 名及地址 + 警告述水体标貼<br>1对/1彩盒/1外箱<br>1. 黄色肉条 1235C黄色<br>2. 黑色底架<br>Craftsman Standard<br>全套包裝  MODEL NO. 50163<br>說明書敢后一頁請加印 SEARS 維修保证书<br>彩盒 UPC NO.:798263014352<br>每外箱貼上一张外箱 UPC 电脑皮::00798263014352<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM<br>End customer (SEARS) Purchase order: TA8817/8820/8824/8831/8836/8843/8850/8863/8867 | 950.00<br><br>PR | 12.12 | 11,514.00 |
| | G63200-01-10211<br><br>3 TON ALUMINUM JACK<br><br>G-632<br>3 TON ALUMINUM GARAGE JACK<br>FACTORY ITEM NO.:G632<br>CUSTOMER ITEM NO.:50244<br>Lifting Range:  3-7/8''  至 18-1/2''<br>Craftsman Professional 包裝(用2010年提供的包裝)<br>彩盒包裝注有 SEARS 名, 地址 SEARS CODE 及 SEARS UPC +<br>說明书注有SEARS名及地址 + 警告述本体标贴<br>1 PCS /1 彩盒 /1 外箱<br>1. 侧板, 前盖, 后轮翼板,提手连接座, 液压缸, 拉力杆组为 Craftsman 红色<br>2. 顶盖, 平衡杆原色, 顶盖喷黑色,<br>羊角管上加黑色海绵, 泡沫套上印有白色<br>3. 底盘底, 摇臂, 支架座, 前管座喷银色.<br>4. 前轮, 后轮, 提手, 柄管, 为阳极处理拉纹铝色 | 250.00<br><br>PC | 123.00 | 30,750.00 |

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but
not limited to claims of bad quality, defectives incorrect packing, quantity shortage, Trade Marks & Patent infringements, not merchantable goods,...etc.

Confidential - Attorney Eyes Only Subject to a Protective Order

SEARS, ROEBUCK & CO

**PURCHASE ORDER**

Page - 2

| ORDER DATE : 16-SEP-2010 | ORDER NO : TA8860 | JT : JIM TESSIER |
| --- | --- | --- |

**DESCRIPTION**
JACK STAND PAIR 4 TON 00950163000

ITEM CODE: 680652937393

SEASON/YEAR: 1-BASIC AND REPLENISHED
SUB-SEASON: 1B-BASIC AND REPLENISHED
CAT/SUB-CAT: 68/07
TRADEMARK: NONE
COPYRIGHT REG. NO.:
MLTP CARTON IND: 001

I 2OF 5/CARTON UPC: 00798263014352
STYLE: T6904
BRAND NAME: CRAFTSMAN PROFESSIONAL
INTL COMMODITY CODE: GD6M

| | SEARS DIV | SEARS ITEM | SEARS SKU |
| --- | --- | --- | --- |
| | 009 | 50163 | 009 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER EACHES | PER CARTON | $59.09 | 200 | 200 | $2,522.00 |
| $12.610 | $12.610 | | | | |

PER CARTON
KGS: 4.790
LBS: 10.560

CBM: 0.023
CU. FT.: 0.824

EACHES PER INNER 1
INNERS PER OUTER CARTON 1
EACHES PER MASTER SHIPPING CTN 1

OUTER CARTON DIMENSIONS
L 13.02" X W 9.92" X H 11.02"

PACKING INSTRUCTION:
CASEPACK

QUOTA CAT#: NON QUOTA
SPECIAL TRADE INDICATOR:

CASE #
ANTI-DUMPING:
COUNTERVAILING:

FACTORY       EXPORTER

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
EACH PC PACKED IN A COLOR BOX

**SHIPPING SCHEDULE**

| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | SHW | SHW | Ocean | 02-JAN-2011 | 05-JAN-2011 | 28-FEB-2011 | X | 200 | 200 | W |

DETAIL DESCRIPTION:-
4 TON JACK STANDS
CAPACITY - 3629 KG
100% STEEL
4 TON /8,000 LBS, HEIGHT MIN 12" MAX 17 5/16"

OPC:                    1

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005959

SEARS ROEBUCK & CO                    **PURCHASE ORDER**                                    Page : 2

| ORDER DATE : 16-SEP-2010 | ORDER NO : | (01) BUYERDER |
|---|---|---|

|  |  |  | **DESCRIPTION** |
|---|---|---|---|
| ITEM CODE: 00063032393 | SEASON/YEAR: | SCALED AND | JACK STAND PAIR 4 TON 00950103308 |
|  |  | REPLENISHED |  |
| 13 OF QUOTION UPC: 042682035405Z | SUB-REASON: | 16-SAME AND |  |
|  |  | REPLENISHED |  |
| STYLE: 71204 | OXITION CAT: 6967 |  |  |
| BRAND NAME: CRAFTSMAN | TRANSMAT: NONE |  | SEARS DIV | SEARS ITEM |
|  | PROFESSIONAL |  | 602 | 009 |
| (REL COMBODY: 0GSM | COPYRIGHT REV. NO.: |  |  |  |
| CODE) | NLTP CARTON NO: 001 |  |  |  |

J37401-01-1021,

| FOB PRICE | SELL PRICE | TOTAL CARTONS | TOTAL EA | TOTAL COST OF ITEM |
|---|---|---|---|---|
| PER EACH/ES   PER CARTON | $39.96 | 250 | 200 | $2,822.50 |
| $12.910        $12.910 |  |  |  |  |

|  | FOB: 4.720 | CBM: 0.233 | PACHES PER INNER |  |
|---|---|---|---|---|
| PER CARTON | LBS: 10.560 | CU, FT.: 9.424 | INNERS PER OUTER CARTON | -1 |
| OUTER CARTON DIMENSIONS | | PACKING DISTRIBUTION: | PACHES PER MASTER SHIPPING | -1 |
| L 13.01" X W 9.64" X H 11.02" | | CASEPACK | OTH |  |

| QUOTA CATN: NON QUOTA | | CASE# | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE | ANTI-DUMPING: |  |  |  |
| INDICATOR: | COUNTERVAIL SKU: |  |  |  |

ADDITIONAL INFO:

PACKING INSTRUCTION:
EACH PO PACKED IN A COLOR BOX

| | | | | **SHIPPING SCHEDULE** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO/UNID) | DESCHARGE POINT | FINAL DEST. (ICO) | TRANS MODE | ORIGINAL SHIP DATE | REVISED REF DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (EACHES) | PAY TYPE |
| 001 |  | 3BNV | Ocean | 16-DEC-2010 | 16-DEC-2010 | 14-FEB-2011 | X |  | 200 | W |

DETAIL DESCRIPTION-
4 TON JACK STANDS
CAPACITY -3008 KG
100% STEEL
4 TON HANDLES, HEIGHT MIN 12" MAX 17 5/16"

OPG:                       x

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005918

 **MVP International Co. Limited**

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No.3950, Hmmln RD., Shanghai, China,上海市闵行区网络3950弄

Hong Kong office
Tel: (852)3187 0100
Fax: (852)2685 7823
China Office
Tel: (86)21 6489 8280
Fax: (86)21 6489 4981

## PROFORMA INVOICE
### (ORDER CONFIRMATION)

P/I NO.: SMI0000640
Date: 2010-8-26
Page: 1 / 3

Messrs.    MVP (H.K.) INDUSTRIES LTD.
           3333 BEVERLY ROAD 85-162AHOFFMAN ESTATES ILLINOIS
           60179
           U.S.A

Ship date :          2010-11-30
Terms of payment:    T/T 60 DAYS
Terms of delivery    FOB GONGYI
Validity

Your order No.      TA8406/TA8407/TA8408

Destination
Port                WILMINGTON

| Marks & Nos. | Item Number / Description & Packing | Quantity | Unit price | Discount | Amount(USD) |
|---|---|---|---|---|---|
| | G69402-01-10221 | 300.00 PC | 50.310 | | 16,093.00 |
| | 4 TON GARAGE JACK | | | | |
| | 4 Tons/8000lbs (ANSI 2003 标准) FACTORY ITEM NO.: G-69402 CUSTOMER ITEM NO.: 50156 | | | | |
| | T61200-02-10221 | 1,085.00 PR | 11.980 | | 12,998.30 |
| | 3 TON JACK STANDS | | | | |
| | T37401-01-10211 | 200.00 PR | 12.120 | | 2,424.00 |
| | 4 TON JACK STAND FACTORY ITEM NO.: T6904 CUSTOMER ITEM NO.: 50163 | | | | |
| | T30203-01-10221 | 500.00 PR | 7.850 | | 3,925.00 |
| | T30203-01-10221 | | | | |
| | 2-1/4 Ton Jack Stand FACTORY ITEM NO.: T-030203 CUSTOMER ITEM NO.: 50182 | | | | |
| | G62001-01-10221 | 200.00 PC | 89.760 | | 17,952.00 |
| | 2 TON ALUMINUM JACK | | | | |
| | 2 TON ALUMINUM JACK FACTORY ITEM NO.: G-620S CUSTOMER ITEM NO.: 50239 Lifting Range: 3-3/4"- 18-1/2" | | | | |

E. & O.E.

Conditions:
The title of goods shall not pass to us until payment has been made of the full contract price and in case of non-payment we shall entitled in repossess or times the goods or the proceeds of sale in your hands or in the hands of any liquidator or receiver.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005803



## *MVP (H.K.) Industries Ltd.*

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場1樓1101室
No.3960, Humin RD., Shanghai, China
上海市閔行區滬閔路3960號

Hong Kong Office
Tel: (852)3187 0100
Fax: (852)3187 0170
China Office
Tel: (86)21 6489 8280
Fax: (86)21 6489 4561

## PURCHASE ORDER

PURCHASE ORDER: PWK0002783
MADE DATE: 2010-8-25
PAGES: 2 / :6

As an agent for our overseas buyers, MVP (H.K.) Industries Ltd. (以下簡稱 "買方" hereinafter called "the Buying
Agents" ) confirm having placed this date the following order with Messrs MVP INTERNATIONAL CO. LTD. (以下簡稱 "賣方"
hereinafter referred to as "the Seller" )
UNIT 1303, 13/F, TOWER 1, ADMIRALTY CENTRE, 18 HARCOURT ROAD
HongKong
簽訂下列貨品合同並同意其成交條款如下:
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined
hereunder:

交貨條款 Delivery Terms    FOB GONGYI                  交貨日期 Shipping Date   2010-11-30
付款條款 Payment Terms     T/T 60 DAYS                 目 的 地 Destination Code:
提交文件 Required Document: INV, P/L & CARGO LOADING    目 的 港 Port           WILMINGTON
                                                      運輸方式 Transport      BY SEA

| 嘜頭及箱號<br>Marks & Nos. | 貨品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | 金額<br>Amount (USD) |
|---|---|---|---|---|
| | (N.W.:8.80  G.W.:9.90  MEAS:30.8x25.3x33.3)<br>End customer (SEARS) Purchase order: TA8406/TA8407/TA8408 | | | |
| | T37401-01-10211<br>4 TON JACK STANDS | 200.00<br>PR | 12.12 | 2,424.00 |
| | T-0904<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包裝(用2010年提供的包裝)<br>彩盒包裝註有 SEARS 名、地址 SEARS<br>CODE 及 SEARS UPC +  說明書註有<br>SEARS 名&地址 + 警件連本體標貼<br>1對/1彩盒/1外箱<br>1. 黃色店裝 1235C黃色<br>2. 黑色膠深<br>Craftsman Standard<br>全套包裝 MODEL NO. 50163<br>說明書最後一頁應加印 SEARS 娛修保証書<br>彩盒 UPC NO.:798263014352<br>每外箱貼上一張外箱 UPC 電腦紋:00796263014352<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.5x 23.2x26.5CM<br>End customer (SEARS) Purchase order: TA8406/TA8407/TA8408 | | | |
| | T30203-01-10221 | 500.00<br>PR | 7.85 | 3,925.00 |
| | T-930203<br>2-1/4 Ton Jack Stand<br>FACTORY ITEM NO.: T-930203<br>CUSTOMER ITEM NO.: 50182<br>Craftsman专用包装 :(用 2010 年提供之包装)<br>机座、啟動爪、齒条- 黑色<br>齒条涡上  2-1/4-Ton<br>Craftsman Standard<br>彩盒注有Sears名 Model No.: 50182  地址<br>Sears code及UPC code<br>说明书注有Sears 名+地址 Model No.50182<br>警件连本体标贴  Model No.50182<br>包装:<br>1 对 /彩盒 + 警件连本体标贴 + 纸板+说明书<br>说明书最後一页应加印  SEARS  娛修保証书 | | | |

Terms & Conditions:
1) Delivery must be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to date delivery.
2) The Buying Agents must be notified at least ONE WEEK before shipment is effected in order that an inspection of merchandise maybe carried out.
3) Although the shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives incorrect packing, quantity shortage, Trade Marks & Patent infringment, not merchantable goods, ......etc.



## MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No.3950, Humin RD., Shanghai, China
上海市閔行區滬閔路3950號

Hong Kong Office
Tel: (852)3187 0100
Fax: (852)3167 0170
China Office
Tel: (86)21 6489 8280
Fax: (86)21 6489 4561

## COMMERCIAL INVOICE

Your Order No.: TA5421/24/26/18, TA5675/99/81/8 7

| | |
|---|---|
| Customer name: SEARS, ROEBUCK AND CO. | Shipping order: SHP000037 |
| UNIT 1, 11/F LIPPO SUN PLAZA, | Invoice date: 2010-2-27 |
| NO. 28 CANTON ROAD, TSIM SHA TSUI, | Invoice: IMK0000112 |
| KOWLOON | |

| | |
|---|---|
| Vessel & VOG: YUE WAN TONG 189 062 | Transport: |
| From: GONGYI, CHINA | Terms of delivery: FOB GONGYI |
| to: SOUTHGATE | On Board Date or About: 2010-2-2 |
| Via: SAN PEDRO T300, CA | Cargo received date: 2010-2-28 |

Terms of payment: N/T60 DAYS

L/C issuing bank:

| | |
|---|---|
| L/C No.: | Carrier: APL-LINE |
| L/C Ref No.: | Currency: USD |

| | | | | |
|---|---|---|---|---|
| R | | | | |
| S  609  C | T30203-01-10220 | 500.00 | 7.23 | 3,615.00 |
| (IN TRL.) | 2-1/4 TON JACK STAND | | PR | |
| MADE IN CHINA | 50182 | | | |
| TER ORDER : | 2-1/4 Ton Jack Stand | | | |
| ...418 | 工厂型号: T-930203 | | | |
| STOCK NO. : 50182 | 客户型号: 50182 | | | |
| QUANTITY : 1 PAIR | | | | |
| CARTON NO. 1-500 OF | | | | |
| 500 | | | | |
| R | | | | |
| S  609  C | T61200-02-10220 | 600.00 | 12.23 | 7,338.00 |
| (IN TRL.) | 3 TON JACK STAND | | PR | |
| MADE IN CHINA | 50159 | | | |
| MASTER ORDER : | 3 TON JACK STAND | | | |
| TA5404 | 工厂型号: T9612 | | | |
| STOCK NO. : 50159 | 客人型号: 50159 | | | |
| QUANTITY : 1 PAIR | | | | |
| CARTON NO. 1-600 OF | | | | |
| 600 | | | | |
| R | | | | |
| S  609  C | T37401-01-10210 | 300.00 | 12.61 | 3,783.00 |
| (IN TRL.) | 4TON Jack Stand | | PR | |
| MADE IN CHINA | 50163 | | | |
| MASTER ORDER : | 4 TON JACK STAND | | | |
| TA5448 | FACTORY ITEM NO: T6904 | | | |
| STOCK NO. : 50163 | CUSTOMER ITEM NO.:50163 | | | |
| QUANTITY : 1 PAIR | | | | |
| CARTON NO. 1-300 OF | | | | |

Sales order   ...: SMK0000041
Customer requisition: TA5675/99/81/87

| | | | | |
|---|---|---|---|---|
| R | | | | |
| S  609  C | G69402-01-10220 | 224.00 | 60.06 | 13,453.44 |
| (IN TRL.) | 4 TON GARAGE JACK | | PC | |
| MADE IN CHINA | 50156 | | | |
| MASTER ORDER : | 4 TON GARAGE JACK | | | |
| TA5675 | 工厂型号: G-69402 | | | |
| STOCK NO. : 50156 | 客户型号: 50156 | | | |
| QUANTITY : 1 PC | | | | |
| CARTON NO. 1-1000 | | | | |
| OF 1000 | | | | |
| R | | | | |
| S  609  C | G69402-01-10220 | 388.00 | 60.06 | 23,303.28 |
| (IN TRL.) | 4 TON GARAGE JACK | | PC | |
| MADE IN CHINA | 50156 | | | |
| MASTER ORDER : | 4 TON GARAGE JACK | | | |
| TA5675 | 工厂型号: G-69402 | | | |
| STOCK NO. : 50156 | 客户型号: 50156 | | | |
| QUANTITY : 1 PC | | | | |
| CARTON NO. 1-1000 | | | | |
| OF 1000 | | | | |

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP004234



## MVP International Co. Limited

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No.3950, Humin RD., Shanghai, China 上海市闵行区虹梅路3950號

Hong Kong office
Tel: (852)3187 0100
Fax: (852)2565 7823
China Office
Tel: (86)21 6489 8280
Fax: (86)21 6489 4561

## PROFORMA INVOICE
### (ORDER CONFIRMATION)

P/I NO.: SMI0000706
Date: 2010-10-13
Page: 2/ 3

| Messrs. | MVP (H.K.) INDUSTRIES LTD. |
| | 3333 BEVERLY ROAD R5-162AHOFFMAN ESTATES ILLINOIS |
| | 60179 |
| | U.S.A |
| Ship date : | 2011-1-23 |
| Terms of payment: | T/T 60 DAYS |
| Terms of delivery : | FOB GONGYI |
| Validity | |

Your order No.   TA8817/8820/8824/8831/8836/8843/88
3/8867

Destination
Port        WILMINGTON

| Marks & Nos. | Item Number / Description & Packing | Quantity | Unit price | Discount | Amount( |
|---|---|---|---|---|---|
| | B70605-01-10211 | 300.00 | 8.000 | | 2, |
| | 6 TON BOTTLE JACK | PC | | | |
| | | | | | |
| | 6 TON BOTTLE JACK | | | | |
| | FACTORY ITEM NO.: B706 | | | | |
| | CUSTOMER ITEM NO.: 50282 | | | | |
| | B71205-01-10211 | 400.00 | 12.830 | | 5, |
| | 12 TON BOTTLE JACK | PC | | | |
| | | | | | |
| | 12 TON BOTTLE JACK | | | | |
| | FACTORY ITEM NO.: B712 | | | | |
| | CUSTOMER ITEM NO.: 50284 | | | | |
| | T37401-01-10211 | 950.00 | 12.120 | | 11,5 |
| | 4 TON JACK STANDS | PR | | | |
| | | | | | |
| | 4 TON JACK STAND | | | | |
| | FACTORY ITEM NO.: T6904 | | | | |
| | CUSTOMER ITEM NO.: 50163 | | | | |
| | G63200-01-10211 | 250.00 | 123.000 | | 30,7 |
| | 3 TON ALUMINUM JACK | PC | | | |
| | | | | | |
| | 3 TON ALUMINUM GARAGE JACK | | | | |
| | FACTORY ITEM NO.: G632 | | | | |
| | CUSTOMER ITEM NO.:50244 | | | | |

TOTAL:    192,705.00
TOTAL DISCOUNT:
TOTAL AMOUNT:    192,705.00

SAY TOTAL:  USD ONE HUNDRED NINETY TWO THOUSAND SEVEN HUNDRED FIVE DOLLARS ONLY.

Remarks: **THIS SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL.**

E. & O. E.

Conditions:

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP006079



## MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No.3950, Humin RD., Shanghai, China
上海市閔行區滬閔路3950號

Hong Kong Office
Tel.: (852)3187 0100
Fax: (852)3187 0170

China Office
Tel.: (86)21 6489 6280
Fax: (86)21 6489 4501

### PROFORMA INVOICE
### (ORDER CONFIRMATION)

P/I NO.: SMK0001303
Date: 2010-10-13
Page: 2 / 3

Messrs.   SEARS, ROEBUCK AND CO.
          3333 BEVERLY ROAD B5-162AHOFFMAN ESTATES ILLINOIS
          60179
          U.S.A

Ship date : 2011-1-23
Terms of payment: W/T 60 DAYS
Terms of delivery FOB CONGYI
Validity

Your order No.  TA8817/8820/8824/8831/8836/8843/88?
                7A816.3/8867
Destination
Port            WILMINGTON

| Marks & Nos. | Item Number / Description & Packing | Quantity | Unit price | Discount | Amount (USD) |
|---|---|---|---|---|---|
| | B70605-01-10211 | 300.00 PC | 8.420 | | 2,526. |
| | 6 TON BOTTLE JACK | | | | |
| | 50282 | | | | |
| | 6 TON BOTTLE JACK | | | | |
| | FACTORY ITEM NO.: B706 | | | | |
| | CUSTOMER ITEM NO.: 50282 | | | | |
| | B71205-01-10211 | 400.00 PC | 13.900 | | 5,560. |
| | 12 TON BOTTLE JACK | | | | |
| | 50284 | | | | |
| | 12 TON BOTTLE JACK | | | | |
| | FACTORY ITEM NO.: B712 | | | | |
| | CUSTOMER ITEM NO.: 50284 | | | | |
| | T37401-01-10211 | 950.00 PR | 12.610 | | 11,979. |
| | 4 TON JACK STANDS | | | | |
| | 50163 | | | | |
| | 4 TON JACK STAND | | | | |
| | FACTORY ITEM NO.: T6904 | | | | |
| | CUSTOMER ITEM NO.: 50163 | | | | |
| | G63200-01-10211 | 250.00 PC | 152.000 | | 38,000. |
| | 3 TON ALUMINUM JACK | | | | |
| | 50244 | | | | |
| | 3 TON ALUMINUM GARAGE JACK | | | | |
| | FACTORY ITEM NO.: G632 | | | | |
| | CUSTOMER ITEM NO.: 50244 | | | | |

TOTAL: 225,204.60
TOTAL DISCOUNT:
TOTAL AMOUNT: 225,204.60

SAY TOTAL:  USD TWO HUNDRED TWENTY FIVE THOUSAND TWO HUNDRED FOUR DOLLARS AND
            SIXTY CENTS ONLY.

Remarks: **THIS SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. **

E. & O.E.

Conditions:
The title of goods shall not pass to you until payment has been made of the full contract price and in case of non-payment we shall entitled to repossess or trace the
goods or the proceeds of sale in your hands or in the hands of any liquidator or receiver.

Cindy

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP006070



## MVP International Co. Limited

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No.3950, Humin RD., Shanghai, China,上海市闵行区闵商路3950号

| | |
|---|---|
| **Hong Kong office** | |
| Tel: | (852)3187 0100 |
| 传真: | (852)2566 7823 |
| **China Office** | |
| Tel: | (86)21 6489 8280 |
| 传真: | (86)21 6489 4561 |

## PURCHASE ORDER

| | |
|---|---|
| PURCHASE ORDER: | PKI0001695 |
| MADE DATE | 2010-10-13 |
| PAGES | 5 / :6 |

As an agent for our overseas buyers, MVP International Co. Limited here called "the Buying Agents" confirm having placed this date the following order

with Messrs: WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD. (hereinafter referred to as "the Seller")
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

交货条款 Delivery Terms   FOB GONGYI

交货日期 Shipping Date   2011-1-11

付款条款 Payment Terms   T/T 60 DAYS

目 的 地Destination Code:

提交文件 Required Document:INV.,P/L & CARGO LOADING

目 的 港Port   WILMINGTON

退输方式 Transport   BY SEA

| 唛头及箱说<br>Marks & Nos. | 产品明细及包装<br>Item Number / Description & Packing | 数量<br>Quantity | 单价<br>Unit Price | 金额<br>Amount (USD) |
|---|---|---|---|---|
| | T37401-01-10211 | 950.00 | 12.06 | 11,457.00 |
| | 4 TON JACK STANDS | PR | | |
| | 4 TON JACK STAND | | | |
| | FACTORY ITEM NO.: T6904 | | | |
| | CUSTOMER ITEM NO.: 50163 | | | |
| | Craftsman Professional 包装(用2010年提供的包装) | | | |
| | 彩盒包装注有 SEARS 名,地址 SEARS | | | |
| | CODE 及 SEARS UPC + 说明书注有 | | | |
| | SEARS 名及地址 + 警告连本体标贴 | | | |
| | 1对/1彩盒/1外箱 | | | |
| | 1. 黄色齿条 1235C黄色 | | | |
| | 2. 黑色框架 | | | |
| | Craftsman Standard | | | |
| | 全套包装 MODEL NO. 50163 | | | |
| | 说明书最后一页请加印 SEARS 维修保证书 | | | |
| | 彩盒 UPC号:798263014352 | | | |
| | 每外箱贴上一张外箱 UPC 电脑纹:00798263014352 | | | |
| | ITEM NO. 50163 | | | |
| | G.W.:11KGS | | | |
| | MEAS:31.8x 23.2x26.5CM | | | |
| | End customer (SEARS) Purchase order: TA8816/8819/8823/8830/8835/8843/8849/8862/8866 | | | |
| | G63200-01-10211 | 150.00 | 122.39 | 18,358.50 |
| | 3 TON ALUMINUM JACK | PC | | |
| | 3 TON ALUMINUM GARAGE JACK | | | |
| | FACTORY ITEM NO.: G632 | | | |
| | CUSTOMER ITEM NO.: 50244 | | | |
| | Lifting Range: 3-7/8" 至 18-1/2" | | | |
| | Craftsman Professional 包装(用2010年提供的包装) | | | |
| | 彩盒包装注有 SEARS 名,地址 SEARS CODE 及 SEARS UPC + | | | |
| | 说明书注有SEARS名及地址 + 警告连本体标贴 | | | |
| | 1 PCS /1 彩盒 /1 外箱 | | | |
| | 1. 侧板、前盖、后轮罩壳,提举连接臂,液压缸,拉力杆银为 Craftsman 红色 | | | |
| | 2. 顶盖、平衡杆黑色,顶盖垫黑色, | | | |
| | 手柄管上加黑色泡棉,泡棉套上印有白色 | | | |
| | 3. 底盘底、短臂,支架面,前框架银色铝色 | | | |
| | 4. 前轮、后轮,锁手、前管,为阳极处理拉丝铝色 | | | |
| | 5. 前盖、警告标贴,说明书印刷上 Craftsman Professional | | | |
| | 6. 侧板用注有 Craftsman 字样的标贴. | | | |
| | 7. 提举臂顶�have方向防透明底盖字的小标贴 | | | |
| | Craftsman Professional ANSI 2003 Standard | | | |
| | 全套包装 MODEL NO. 50244 | | | |
| | 说明书最后一页请加印 SEARS 维修保证书 | | | |
| | 彩盒 UPC号:798263012426 | | | |
| | 每外箱贴上一张外箱 UPC 电脑纹:00798263012426 | | | |
| | ITEM NO. 50244 | | | |
| | | TOTAL: | | 131,664.10 |
| | | 总扣印: | | |

**Terms & Conditions:**
1. Delivery must be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to date delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected in order that an inspection of merchandise may be carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defective incorrect packing, quantity shortage, Trade Marks & Patent infringement, not merchantable goods, ...etc.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP006041



## *MVP (H.K.) Industries Ltd.*

Hong Kong Office
Tel:: (852)3187 0100
Fax: (852)3187 0170

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室

China Office
Tel:: (86)21 6489 8280
Fax: (86)21 6489 4561

No.3950, Humin RD., Shanghai, China
上海市閔行區滬閔路3950號

## PURCHASE ORDER

PURCHASE ORDER: PMK0003103
MADE DATE        2010-10-13
PAGES            5 / :6

As an agent for our overseas buyers, MVP (H.K.) Industries Ltd. (以下簡稱"買方" hereinafter called "the Buying Agents") confirm having placed this date the following order with Messrs MVP INTERNATIONAL CO. LTD. (以下簡稱"賣方" hereinafter referred to as "the Seller")
UNIT 1303, 13/F, TOWER 1, ADMIRALTY CENTRE, 18 HARCOURT ROAD
HongKong
簽訂下列貨品合同並同意其成交條款如下:
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder:

交貨条款 Delivery Terms   FOB GONGYI
付款條款 Payment Terms    T/T 60 DAYS
提交文件 Required Document: INV., P/L & CARGO LOADING

交貨日期 Shipping Date   2011-1-11
目 的 地 Destination Code:
目 的 港 Port   WILMINGTON
運輸方式 Transport   BY SEA

| 嘜頭及箱號 Marks & Nos. | 產品明細及包裝 Item Number / Description & Packing | 數量 Quantity | 單價 Unit Price | 金額 Amount (USD) |
|---|---|---|---|---|
| | 彩盒 UPC NO : 798263013294 | | | |
| | (N.W.:31.8  G.W.:33.4 MEAS:31.5x31.0x29.0) | | | |
| | End customer (SEARS) Purchase order: TA881G/8819/8823/8830/8835/8842/8849/8862/8866 | | | |
| | T37401-01-10211 | 950.00 | 12.12 | 11,514.00 |
| | 4 TON JACK STANDS | PR | | |
| | T-6904 | | | |
| | 4 TON JACK STAND | | | |
| | FACTORY ITEM NO.: T6904 | | | |
| | CUSTOMER ITEM NO.: 50163 | | | |
| | Craftsman Professional 包裝(用2010年提供的包裝) | | | |
| | 彩盒包裝有印 SEARS 名、地址 SEARS | | | |
| | CODE 及 SEARS UPC + 說明書注有 | | | |
| | SEARS 名及地址 + 警告連本体標貼 | | | |
| | 1对/1彩盒/1外箱 | | | |
| | 1. 黃色泡条 1235C黃色 | | | |
| | 2. 聚色烤架 | | | |
| | Craftsman Standard | | | |
| | 全套包裝  MODEL NO.: 50163 | | | |
| | 說明書最后一頁讲加印 SEARS 維修保证书 | | | |
| | 彩盒  UPC NO.:798263014352 | | | |
| | 每外箱貼上一張外箱 UPC 电脑纹 :00798263014352 | | | |
| | ITEM NO. 50163 | | | |
| | G.W.:11KGS | | | |
| | MEAS:31.8x 23.2x26.5CM | | | |
| | End customer (SEARS) Purchase order: TA8816/8819/8823/8830/8835/8842/8849/8862/8866 | | | |
| | G63200-01-10211 | 150.00 | 123.00 | 18,450.00 |
| | 3 TON ALUMINUM JACK | PC | | |
| | G-632 | | | |
| | 3 TON ALUMINUM GARAGE JACK | | | |
| | FACTORY ITEM NO.:G632 | | | |
| | CUSTOMER ITEM NO.:50244 | | | |
| | Lifting Range: 3-7/8"  至 18-1/2" | | | |
| | Craftsman Professional 包裝(用2010年提供的包裝) | | | |
| | 彩盒包裝注有 SEARS 名、地址 SEARS CODE 及 SEARS UPC + | | | |
| | 說明书讲有SEARS名及地址 + 警告連本体標貼 | | | |
| | 1 PCS / 1 彩盒 /1 外箱 | | | |
| | 1. 側板、前盖、后轮翼板、吸手连接套，液压缸，拉力杆組为 Craftsman 紅色; | | | |
| | 2. 摇盘，平衡秤顏色，頂盖垫墨色, | | | |
| | 手柄管上加黑色泡棉，泡绵套上印有白色 | | | |
| | 3. 項盘座、搖臂、支架盖、前管座喷银色。 | | | |
| | 4. 前轮，后轮，提手，柄管，为用撥处理拉纹铝色 | | | |

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown on the contract, the seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected  in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defective incorrect packing, quantity shortage, trade Marks & Patent infringement, not merchandise goods...etc.



## MVP International Co. Limited

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG
No.3960, Humin RD., Shanghai, China 上海市闵行区浦江镇3960號

Hong Kong office
Tel: (852)3187 0100
传真: (852)2598 7023
China Office
Tel: (86)21 6489 0200
传真: (86)21 6489 4661

## PURCHASE ORDER

| PURCHASE ORDER: | PMI0001697 |
|---|---|
| MADE DATE | 2010-10-13 |
| PAGES | 5 / :5 |

As an agent for our overseas buyers,  MVP International Co. Limited  here called "the Buying Agents") confirm having
placed this date the following order
with Messrs:  WEI FU (TAISHAN) MACHINERY & ELECTRIC CO.,LTD.   (hereinafter referred to as "the Seller")
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined
hereunder.

交货条款 Delivery Terms       FOB GONGYI
付款条款 Payment Terms       T/T 60 DAYS
提交文件 Required Document: INV.,P/L & CARGO LOADING

交货日期 Shipping Date   2011-1-4
首 的 地Destination Code:
目 的 港Port         WILMINGTON
运输方式 Transport     BY SEA

| 唛头及箱号<br>Marks & Nos. | 产品明细及包装<br>Item Number / Description & Packing | 数量<br>Quantity | 单价<br>Unit Price | 金额<br>Amount (USD) |
|---|---|---|---|---|
| | T37401-01-10211 | 200.00 | 12.06 | 2,412.00 |
| | 4 TON JACK STANDS | PR | | |
| | | | | |
| | 4 TON JACK STAND | | | |
| | FACTORY ITEM NO.: T6904 | | | |
| | CUSTOMER ITEM NO.: 50163 | | | |
| | Craftsman Professional 包装(用2010年提供的包装) | | | |
| | 彩盒包装(贴有 SEARS 名, 地址 SEARS | | | |
| | CODE 及 SEARS UPC + 说明书)贴有 | | | |
| | SEARS 名及地址 / 警告标示水体标贴 | | | |
| | 1双/1彩盒/1外箱 | | | |
| | 1. 黄色齿条 1235C黄色 | | | |
| | 2. 墨色挡铁 | | | |
| | Craftsman Standard | | | |
| | 全套包装 MODEL NO. 50163 | | | |
| | 说明书+每后一页请加印 SEARS 维修保证书 | | | |
| | 彩盒 UPC NO.:7982630014352 | | | |
| | 每外箱贴上一张外箱 UPC 电脑纹 :0079826301435Z | | | |
| | ITEM NO. 50163 | | | |
| | G.W.:11KGS | | | |
| | MEAS:31.8x 23.2x26.5CM | | | |

| | TOTAL: | 47,670.70 |
|---|---|---|
| | 总折扣: | |
| | 总金额: | 47,670.70 |

SAY TOTAL:  USD FORTY SEVEN THOUSAND SIX HUNDRED SEVENTY DOLLARS AND SEVENTY CENTS ONLY.

WEI FU (TAISHAN) MACHINERY & ELECTRIC CO
328 QIAO HU ROAD
TAI SHAN, China

电话:
传真:

供应商代垫包运费, 再向MVP收取.
盖章及签名

MVP International Co. Limited
UNIT 1303, 13/F, TOWER 1, ADMIRALTY
CENTRE, 18 HARCOURT ROAD, HONG KONG

电话: (852)3187 0100
传真: (852)3187 0170

盖章及签名

Heather 10/13

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown on the contract. The Seller will be fully responsible for all claims due to this delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected  in order that an inspection of merchandise can be carried out.
3. Although the Shipment has been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not
limited to claims of bad quality, defectives inserted packing,  quantity shortage, Trade Marks & Patent infringement, not merchantable goods, ...etc

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005999



## MVP International Co. Limited

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No.3960, Humin RD., Shanghai, China上海市闵行区莘阳路3960号

**Hong Kong office**
Tel: (862)3187 0100
传真: (862)2565 7823
**China Office**
Tel: (86)21 6469 8280
传真: (86)21 6469 4581

## PURCHASE ORDER

PURCHASE ORDER: PM10001605
MADE DATE          2010-10-13
PAGES              5 / 6

As an agent for our overseas buyers, MVP International Co. Limited here called "the Buying Agents") confirm having placed this date the following order
with Messrs:  WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD.  (hereinafter referred to as "the Seller")
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined
hereunder.

交货条款 Delivery Terms    FOB GONGYI
付款条款 Payment Terms     T/T 60 DAYS
提交文件 Required Document:INV.,P/L & CARGO LOADING

交货日期 Shipping Date    2010-12-21
目 的 港Destination Code:
目 的 港Port           WILMINGTON
运输方式 Transport      BY SEA

| 唛头及箱号<br>Marks & Nos. | 产品项细及包装<br>Item Number / Description & Packing | 数量<br>Quantity | 单价<br>Unit Price | 金额<br>Amount (USD) |
|---|---|---|---|---|
| | T37401-01-10211 | 200.00 | 12.06 | 2,412.0 |
| | 4 TON JACK STANDS | PR | | |
| | 4 TON JACK STAND<br>FACTORY ITEM NO.: TG904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩盒包装注有 SEARS 名, 地址; SEARS<br>CODE 及 SEARS UPC + 说明书注有<br>SEARS 名及地址,警告连本体标贴<br>1对/1彩盒/1外箱<br>1. 黄色贷条 1235C黄色<br>2. 黑色框架<br>Craftsman Standard<br>全套包装 MODEL NO. 50163<br>说明书最后 页请加印 SEARS 维修保证书<br>彩盒 UPC NO.:798263014382<br>每外箱贴上一张外箱 UPC 电脑款 :00798263014362<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.5CM<br>End customer (SEARS) Purchase order: TA8813 TA8826 TA8832 TA8838 TA8845 TA8861 TA8855<br>TA8858 TA88 | | | |
| | G63200-01-10211 | 160.00 | 122.39 | 18,368.60 |
| | 3 TON ALUMINUM JACK | PC | | |
| | 3 TON ALUMINUM GARAGE JACK<br>FACTORY ITEM NO.: G632<br>CUSTOMER ITEM NO.:50244<br>Lifting Range: 3-7/8" 至 18-1/2"<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩盒包装注有 SEARS 名, 地址; SEARS CODE 及 SEARS UPC +<br>说明书注有SEARS名及地址. + 警告连本体标贴<br>1 PCS /1 彩盒 /1 外箱<br>1. 侧板, 顶盖, 后轮翼底, 提手连按钮盒, 液压缸, 拉力扭组为 Craftsman 红色<br>2. 顶盘, 平衡杆星色, 顶盘轴星色,<br>手柄管上加黑色泡棉, 泡棉套上印有白色<br>3. 承重轮, 摇臂, 支架盖, 销镀清银铬色.<br>4. 前轮, 后轮, 摇手, 前轮盖为镀锌锌铝色<br>5. 前底, 警告标贴, 说明书印刷上 Craftsman Professional<br>6. 侧板用注有 Craftsman 字样的标贴.<br>7. 摇臂承重处方角连明底部字的小标贴<br>Craftsman Professional ANSI 2003 Standard<br>全套包装 MODEL NO. 50244<br>说明书最后一页请加印 SEARS 维修保证书<br>彩盒 UPC NO.:798263012426<br>每外箱贴上一张外箱 UPC 电脑款 :00798263012426<br>ITEM NO. 50244 | | | |
| | | | TOTAL: | 54,554.50 |
| | | | 总折扣: | |

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is affected in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not
limited to claims of bad quality, defections, incorrect marking, penalty shortage. Trade Marks & Patent infringement and unmerchantable goods.

Confidential - Attorney Eyes Only Subject to a Protective Order                    MVP005909



## MVP (H.K.) Industries Ltd.

UNIT I, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No,3969, Humin RD., Shanghai, China
上海市閔行區滬閔路3969號

**Hong Kong Office**
Tel: (852)3187 0100
Fax: (852)3187 0170

**China Office**
Tel: (86)21 8489 8280
Fax: (86)21 8489 4681

## PACKING LIST

| | |
|---|---|
| *Your Order No.* : | TA8813 TA8826 TA8832 TA8839 TA8846 TA8851 TA8865 TA8868 |

*Customer name:* SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD B6-162A HOFFMAN ESTATES ILLINOIS 60179
U.S.A

*Shipping order:* SHP000798
*Invoice date:* 2010-12-30
*Invoice:* INK0000818
*Pages:* 3 /    3

*Vessel & VOy:* APL  COLORADO  V.012-1
*From:* GONGYI, CHINA
*to:* WILMINGTON
*Via:*

*Transport:* BY SEA
*Terms of delivery:* FOB GONGYI
*On Board Date or About:* 2010-12-30
*Cargo received date:*
*Payment:* W/T60 DAYS

*L/C issuing bank:*
*L/C No. :*
*L/C Ref No. :*

*Carrier:* APL-LINE

| | | | | |
|---|---|---|---|---|
| T37401-01-10211 | 200.00 | 200.00 | 9.80 | 33.30 X 25.20 X 28.00 |
| 50163 | 1.00 | PR | 10.80 | |
| 4 TON JACK STANDS | | | | |
| 4 TON JACK STAND | | | | |
| FACTORY ITEM NO. : T6904 | | | | |
| CUSTOMER ITEM NO. : 50163 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 8,860.00 | |
| Subtotal, | 200.00 | 1,200.00 | 10,010.00 | 20,847.50 | 26.48 |
| Total | 1,725.00 | 2,150.00 | 22,777.50 | | 52.50 |

For and on behalf of
MVP (H.K.) INDUSTRIES LTD.

Authorized Signature

Authorized Signature

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005880



SEARS ROEBUCK & CO.                    PURCHASE ORDER.                                          Page 1?

ORDER DATE: 16-SEP-2010    ORDER NO.                            EXT. PATH/FILES.

ITEM CODE: 600020332765          SEASON/YEAR                    DESCRIPTION
                                 NON-SEASON                     JACK STAND PAIR 4 TON 00302103000
SPECIFICATION (PO): 00200202412 NDATE/ENDD: DATE?
STYLE?: T9306                    TRADEMARK: NONE                SEARS DIV                SEARS SKU
BRAND NAME: CRAFTSMAN            COPYRIGHT REG. NO.:            008                      000
PROFESSIONAL
INTL COMMODITY                   MLTD CARTON MIN: 000
CODE:

                                                                   T3740l — 01 — l02ll

        TOP PRICE             SELL PRICE          TOTAL CARTON              TOTAL EA          TOTAL COST OF ITEM
   FOR FACTORY — PER CARTON      $99.00            .000                     .000               $7,266.00
   $12,800            $12,619

PER CARTON       KGM:  4.700       CBM:  0.033          CARTNS PER INNER:
                 LBS: 10.000       CU. FT.:  0.424      INNER PER OUTER CARTON:  1
OUTER CARTON DIMENSIONS           PACKING INSTRUCTION:   CARTNS PER MASTER SHIPPING:  1
L 10 07" X W 02" XH 11.02"        CASEPACK               OTH

ORDER DATE: MON DD/YYYY                                 CASES             FACTORY             EXPORTER
SPECIAL TRADE                         ANTI-DUMPING:
INDICATOR:                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTION:
EACH PG PACKED IN A COLOR BOX

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (FOB/SCD) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | INSTORE DATE | FLOAT INDICATOR | CARTONS | QUANTITY MACHINE | PAY TYPE |
| 101 |  | 0100 | Ocean | 20-DEC-2010 | 20-DEC-2010 | 21-FEB-2011 | X | 000 |  |  |

DETAIL DESCRIPTION:
4 TON JACK STAND
CAPACITY: 3628 KG
100% STEEL
4 TON /8,000 LBS / HIGHT MIN 12" MAX 17 5/16"

OPC1                    1

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005872



**MVP International Co. Limited**
UNIT 1303, 13/F, TOWER 1, ADMIRALTY CENTRE, 18 HARCOURT ROAD, HONG KONG
Hong Kong office
Tel: (852)3187 0100
传真: (852)2865 7623
China Office
Tel: (86)21 6409 0280
传真: (86)21 6409 4561

# PURCHASE ORDER

PURCHASE ORDER: PM10001688
MADE DATE: 2010-10-13
PAGES: 1

As an agent for our overseas buyers, MVP International Co. Limited here called (the Buying Agents) confirm having placed this date the following order with Messrs. WEI TIU (TAISHAN) MACHINERY & ELECTRIC CO., LTD. (hereinafter referred to as the Sellers) who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

交货条款 Delivery Terms: FOB CONGYI
付款条款 Payment Terms: T/T 60 DAYS
提交文件 Required Document: INV., P/L & CARGO LOADING
交货日期 Shipping Date: 2010-12-21
目的地 Destination Code:
目的港 Port: WILMINGTON
运输方式 Transport: BY SEA

| 唛头及箱号 Marks & Nos. | 货品号/描述及包装 Item Number / Description & Packing | 数量 Quantity | 单价 Unit Price | 金额 Amount (USD) |
|---|---|---|---|---|
| | T37401-01-102(J)<br>4 TON JACK STANDS<br><br>4 TON JACK STAND<br>FACTORY ITEM NO.: T0904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩盒包装往有 SEARS 名, 地址 SEARS<br>CODE 及 SEARS UPC + 说明书注有<br>SEARS 名及地址 + 警告注本价标贴<br>1对/1彩盒/1外箱<br>1. 黄色油漆 1236C黄色<br>2. 黑色底架<br>Craftsman Standard<br>全套包装: MODEL NO.: 50163<br>说明书放后一页请加印 SEARS 维修保证书<br>彩盒 UPC NO: 079826301 4352<br>外箱贴上 张外箱UPC 电脑纹 (00798263014352<br>ITEM NO.: 50163<br>G.W.: 11KGS<br>MEAS: 31.8x 23.2x28.5CM | 600.00<br>PR. | 12.06 | 7,236.00 |

TOTAL: 47,648.70
总折扣:
总金额: 47,548.70

SAY TOTAL: USD FORTY SEVEN THOUSAND FIVE HUNDRED FORTY EIGHT DOLLARS AND SEVENTY CENTS ONLY

WEI TIU (TAISHAN) MACHINERY & ELECTRIC CO.
320 QIAO HU ROAD
TAI SHAN, China
电话:
传真:

MVP International Co. Limited
UNIT 1303, 13/F, TOWER 1, ADMIRALTY CENTRE, 18 HARCOURT ROAD, HONG KONG
电话: (852)3187 0100
传真: (852)3187 0170

盖章及签名
供应商代垫已运费, 可向MVP收取

盖章及签名

Terms & Conditions:
1. Delivery must be made in accordance with the dates shown in the contract. The seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected, in order that an inspection of merchandise can be carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives, incorrect packing, quantity shortage, Trade Marks & Patent infringement, non-merchantable goods, etc.



## MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No.3650, Humin RD., Shanghai, China
上海市閔行莘庄閔朱路3650號

Hong Kong Office
Tel.: (852)3187 0100
Fax: (852)3187 0170
China Office
Tel.: (86)21 6489 8280
Fax: (86)21 6489 4561

PA NO.: SMK0001300
Date: 2010-10-13
Page: 2 / 2

## PROFORMA INVOICE
### (ORDER CONFIRMATION)

| | |
|---|---|
| Messrs. | SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD B5-162AHOFFMAN ESTATES ILLINOIS<br>60179<br>U.S.A |
| Ship date : | 2010-12-26 |
| Terms of payment: | H/T 60 DAYS |
| Terms of delivery | FOB GONGYI |
| Validity | |

| | |
|---|---|
| Your order No. | TA8812 TA8827 TA8839 TA8846 TA8856<br>TA8869 |
| Destination | |
| Port | WILMINGTON |

| Marks & Nos. | Item Number / Description & Packing | Quantity | Unit price | Discount | Amount (USD |
|---|---|---|---|---|---|
| | T37401-01-10211<br>4 TON JACK STANDS | 600.00<br>PR | 12.610 | | 7,566 |
| | 50163<br>4 TON JACK STAND<br>FACTORY ITEM NO. : 76904<br>CUSTOMER ITEM NO. : 50163 | | | | |

| | | |
|---|---|---|
| | TOTAL : | 51,028.05 |
| | TOTAL DISCOUNT : | |
| | TOTAL AMOUNT : | 51,028.05 |

SAY TOTAL:  USD FIFTY ONE THOUSAND TWENTY EIGHT DOLLARS AND FIVE CENTS ONLY.

Remarks: **THIS SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL. **

For and on behalf of
MVP (H.K.) Industries Ltd.

Authorized Signature

E. & O.E.

Conditions:
The title of goods shall not pass to you until payment has been made of the full contract price and in case of non-payment we shall entitled to repossess or trace the
goods or the proceeds of sale in your hands or in the hands of any liquidator or receiver.

Cindy

Confidential - Attorney Eyes Only Subject to a Protective Order



## MVP International Co. Limited

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No.3660, Humin RD., Shanghai, China.上海虎闵行/第3660路/3050号

Hong Kong office
Tel: (852)3167 0100
传真: (852)2665 7823
China Office
Tel: (86)21 6489 8280
传真: (86)21 6489 4581

## PURCHASE ORDER

PURCHASE ORDER: PHI0001513
MADE DATE        2010-8-25
PAGES            2 / :6

As an agent for our overseas buyers, MVP International Co.,Limited here called "the Buying Agents") confirm having placed this date the following order
with Messrs:   WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD.   (hereinafter referred to as "the Seller")
Who hereby accept the same and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder.

交货条款 Delivery Terms    FOB GONGYI                          交货日期 Shipping Date    2010-11-30
付款条款 Payment Terms    T/T 60 DAYS                         目 的 地 Destination Code:
                                                              目 的 港 Port           WILMINGTON
装交文件 Required Document：INV. ,P/L & CARGO LOADING           运输方式 Transport       BY SEA

| 唛头及箱号<br>Marks & Nos. | 産品明细及包装<br>Item Number / Description & Packing | 数量<br>Quantity | 单价<br>Unit Price | 金額<br>Amount (USD) |
|---|---|---|---|---|
| | T3740L-01-10211 | 200.00 | 12.06 | 2,412.00 |
| | 4 TON JACK STANDS | PR | | |
| | 4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包装(用2010年提供的包装)<br>彩盒包装注有 SEARS 名,地址 SEARS<br>CODE 及 SEARS UPC + 说明书注有<br>SEARS 名及地址 + 警告连本体标签<br>1对/1彩盒/1外箱<br>1. 黄色齿条 1235C黄色<br>2. 黑色底脚<br>Craftsman Standard<br>金塑包装 MODEL NO. 50163<br>说明书最后一页请加印 SEARS 维修保证书<br>彩盒 UPC NO.:7982630143S2<br>每外箱贴上一张外箱 UPC 电脑贴 :0079B2630143S2<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x28.5CM<br>End customer (SEARS) Purchase order: TA8406/TA8407/TA8408 | | | |
| | T30203-01-10221 | 500.00 | 7.81 | 3,905.00 |
| | T30203-01-10221 | PR | | |
| | 2-1/4 Ton Jack Stand<br>FACTORY ITEM NO.: 7-930203<br>CUSTOMER ITEM NO.: 50182<br>Craftsman的用包装 :( 用 2010 年提供之包装)<br>机座, 启动爪, 齿条－ 黑色<br>齿条颜色 2-1/4-Ton<br>Craftsman Standard<br>彩盒注有Sears名 Model No.: 50182  地址<br>Sears code及UPC code<br>说明书注有Sears 名+地址 Model No.50182<br>警告连本体标签 NO.: 50182<br>包装:<br>1 对 /彩盒 + 警告遮本体标贴 + 防潮珠 + 纸板+说明书<br>说明书最级一页请加印 SEARS 维修保证书<br>外箱 UPC CODE : 00798263014161<br>彩盒 UPC NO.:79825301416l<br>CRAFTSMAN STANDARD<br>工厂型号 : 7-930203<br>End customer (SEARS) Purchase order: TA8406/TA8407/TA8408 | | | |

Terms & Conditions:
1. Delivery sees to be made in accordance with the dates shown on the contract. The seller will be fully responsible for all claims due to date delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected  in order that an inspection of merchandise may be carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives inworis packing, quantity shortage, Trade Marks & Patent infringement, not merchantable goods, ...etc.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005807



## MVP International Co. Limited

UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD,HONG KONG

No.3960, Humin RD., Shanghai, China.上海市闵行区诸闵路3960号

Hong Kong office
Tel.: (852)3187 0100
Fax: (852)2685 7823

China Office
Tel.: (86)21 6489 8280
Fax: (86)21 6489 4591

## PROFORMA INVOICE
### (ORDER CONFIRMATION)

P/I NO.: SMI0000639
Date: 2010-8-25
Page: 1 / 2

Messrs.

MVP (H.K.) INDUSTRIES LTD.
3333 BEVERLY ROAD B5-192AHOFFMAN ESTATES ILLINOIS
60179
U.S.A

Ship date : 2010-11-23
Terms of payment: T/T 60 DAYS
Terms of delivery FOB GONGYI
Validity

Your order No.    TA8406/TA8407/TA8408

Destination
Port        WILMINGTON

| Marks & Nos. | Item Number / Description & Packing | Quantity | Unit price | Discount | Amount(USD) |
|---|---|---|---|---|---|
| | G69402-01-10221 | 300.00 | 50.310 | | 15,093.00 |
| | 4 TON GARAGE JACK | PC | | | |
| | 4 Tons/80001bs (ANSI 2003 标准) | | | | |
| | FACTORY ITEM NO.: G-69402 | | | | |
| | CUSTOMER ITEM NO.: 50156 | | | | |
| | T61200-02-10221 | 750.00 | 11.980 | | 8,985.00 |
| | 3 TON JACK STANDS | PR | | | |
| | T37401-01-10211 | 200.00 | 12.120 | | 2,424.00 |
| | 4 TON JACK STANDS | PR | | | |
| | 4 TON JACK STAND | | | | |
| | FACTORY ITEM NO.: T6904 | | | | |
| | CUSTOMER ITEM NO.: 50163 | | | | |
| | T30203-01-10221 | 500.00 | 7.850 | | 3,925.00 |
| | T30203-01-10221 | PR | | | |
| | 2-1/4 Ton Jack Stand | | | | |
| | FACTORY ITEM NO.: T-930203 | | | | |
| | CUSTOMER ITEM NO.: 50182 | | | | |
| | B70605-01-10211 | 300.00 | 8.000 | | 2,400.00 |
| | 6 TON BOTTLE JACK | PC | | | |
| | 6 TON BOTTLE JACK | | | | |
| | FACTORY ITEM NO.: B706 | | | | |
| | CUSTOMER ITEM NO.: 50282 | | | | |

| | | |
|---|---|---|
| TOTAL AMOUNT: | | 32,827.00 |
| TOTAL DISCOUNT: | | |
| TOTAL: | | 32,827.00 |

SAY TOTAL:  USD THIRTY TWO THOUSAND EIGHT HUNDRED AND TWENTY SEVEN
DOLLARS ONLY.

E. & O.E.

Conditions:
The title of goods shall not pass to you until payment has been made of the full contract price and in case of non-payment we shall entitled to repossess or trace the
goods or the proceeds of sale in your hands or in the hands of our liquidator or receiver.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005769



## MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No.3950, Humin RD., Shanghai, China.
上海市閔行區滬閔路3950號

Hong Kong Office
Tel: (852)3167 0100
Fax: (852)3167 0170
China Office
Tel: (86)21 6409 8280
Fax: (86)21 6409 4581

## PURCHASE ORDER

PURCHASE ORDER: PMK0002782
MADE DATE        2010-8-25
PAGES            2 / :4

As an agent for our overseas buyers, MVP (H.K.) Industries Ltd. (以下簡稱"買方" hereinafter called "the Buying
Agents") confirm having placed this date the following order with Messrs MVP INTERNATIONAL CO. LTD. (以下簡稱"賣方")
hereinafter referred to as "the Seller")
UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD
HongKong
賀訂下列貨品合同並同意其成交條款如下：
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined
hereunder:

| | |
|---|---|
| 交貨系款 Delivery Terms    FOB GONGYI | 交貨日期 Shipping Date   2010-11-23 |
| 付款條款 Payment Terms    T/T 60 DAYS | 目 的 地 Destination Code: |
| 提交文件 Required Document:INV, P/L & CARGO LOADING | 目 的 港 Port          WILMINGTON |
| | 運輸方式 Transport       BY SEA |

| 嘜頭及編號<br>Marks & Nos. | 運品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | 金額<br>Amount (USD) |
|---|---|---|---|---|
| | (N.W.:8.80  G.W.:9.90  MEAS:30.8x25.3x33.3)<br>End customer (SEARS) Purchase order: TA8406/TA8407/TA8408 | | | |
| | T37401-01-10211 | 200.00 | 12.12 | 2,424.00 |
| | 4 TON JACK STANDS | PR | | |
| | T-0904<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T-0904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包裝(用2010年提供的包裝)<br>彩盒包裝註有 SEARS 名。地址  SEARS<br>CODE 及 SEARS UPC + 說明書註有<br>SEARS 名及地址 + 警告連本體標貼<br>1對/1彩盒/1外箱<br>1. 黃色膠條 1235C黃色<br>2. 黑色底裝<br>Craftsman Standard<br>全套套膠版 MODEL NO. 50163<br>說明書最後一頁須加印 SEARS 維修保証书<br>彩盒 UPC NO.:798263014352<br>条外箱貼上·張外箱 UPC 電脑紋 :00798263014352<br>ITEM NO. 50163<br>G.W.:11KGS<br>MEAS:31.8x 23.2x26.8CM<br>End customer (SEARS) Purchase order: TA8406/TA8407/TA8408 | | | |
| | T30203-01-10221 | 500.00 | 7.85 | 3,925.00 |
| | T30203-01-10221 | PR | | |
| | T-930203<br>2-1/4 Ton Jack Stand<br>FACTORY ITEM NO.: T-930203<br>CUSTOMER ITEM NO.: 50182<br>Craftsman专用包裝：( 用 2010 年提供之包裝)<br>扎盘，齿切爪，盘条 - 黑色<br>底条条上 - 2-1/4-Ton<br>Craftsman Standard<br>彩盒注有Sears名 Model No.: 50182   地址<br>Sears code及UPC code<br>説明书註有Sears 名+地址 Model No.50182<br>警告连本体标贴  NO.: 50182<br>包装:<br>1 对 / 彩盒 + 警告连本体标贴 + 纸板+说明书<br>说明书最後一页须加印 SEARS 维修保证书 | | | |

Terms & Conditions:
1. Delivery must be made in accordance with the dates stated on the contract. The seller will be fully responsible for all claims due to late delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected in order that an inspection at merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defective incorrect packing, quantity shortage, Trade Marks & Patent infringement, non merchantable goods ...etc.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005766



## MVP (H.K.) Industries Ltd.

UNIT 1, 11/F LIPPO SUN PLAZA, NO. 28 CANTON ROAD, TSIM SHA TSUI, KOWLOON
香港九龍尖沙咀廣東道28號力寶太陽廣場11樓1101室
No.3950, Humin RD;, Shanghai, China
上海市閔行區虎民路3950號

**Hong Kong Office**
Tel.: (852) 3187 0100
Fax: (852) 3187 0170
**China Office**
Tel.: (86)21 6489 8280
Fax: (86)21 6489 4591

### PURCHASE ORDER

PURCHASE ORDER: PMK0002054
MADE DATE    : 2010-7-2
PAGES        : 2 / 8

As an agent for our overseas buyers, MVP (H.K.) Industries Ltd.（以下簡稱"買方" hereinafter called "the Buying Agents"）confirm having placed this date the following order with Messrs MVP INTERNATIONAL CO. LTD.（以下簡稱"賣方" hereinafter referred to as "the Seller"）
UNIT 1303,13/F,TOWER 1,ADMIRALTY CENTRE,18 HARCOURT ROAD
HongKong
茲訂下列貨品合同並同意其成交條款如下：
Who hereby accept the order and agree to fulfill it strictly in accordance with the terms and conditions outlined hereunder:

| | |
|---|---|
| 交貨條款 Delivery Terms   : FOB GONGYI | 交貨日期 Shipping Date   : 2010-9-14 |
| 付款條款 Payment Terms   : T/T 60 DAYS | 目 的 地 Destination Code: |
| 提交文件 Required Document:INV., P/L & CARGO LOADING | 目 的 港 Port   : WILMINGTON |
| | 運輸方式 Transport   : BY SEA |

| 嘜頭及箱號<br>Marks & Nos. | 產品明細及包裝<br>Item Number / Description & Packing | 數量<br>Quantity | 單價<br>Unit Price | 金額<br>Amount  (USD) |
|---|---|---|---|---|
| | T61200-02-10221<br>3 TON JACK STANDS<br>T-9612<br>3 TON JACK STAND<br>FACTORY ITEM NO.: T9612<br>CUSTOMER ITEM NO.: 50159<br>CRAFTSMAN 黑 + 紅包裝（用2010年提供的新包裝）<br>彩盒貼有SEARS 名，地址 SEARS CODE及 UPC+<br>說明書注有SEARS 名及地址+ 警告連本体標貼<br>1 pair/set 彩盒/1外箱<br>机臂 + 倚条爪 - 黑色<br>倚条 - Craftsman 红<br>CRAFTSMAN STANDARD<br>全套包裝 MODEL NO.950159<br>說明书是最後一页请加印 SEARS 维修保证书·<br>彩盒 UPC NO: 798263014185<br>外箱  UPC NO:00798263014185<br>ITEM NO.T9612<br>(N.W.:8.60  G.W.:9.90  MEAS:30.8x25.3x33.3)<br>End customer (SEARS) Purchase order: TA7358/TA7370/TA7374/TA7339/TA7343/TA7378/TA7355/TA7365 | 1,085.00<br><br>PR | 11.98 | 12,998.30 |
| | T37401-01-10211<br>4 TON JACK STANDS<br>T-6904<br>4 TON JACK STAND<br>FACTORY ITEM NO.: T6904<br>CUSTOMER ITEM NO.: 50163<br>Craftsman Professional 包裝(用2010年提供的包裝)<br>彩盒包裝注有 SEARS 名，地址 SEARS | 600.00<br><br>PR | 12.12 | 7,272.00 |

**Terms & Conditions :**
1. Delivery must be made in accordance with  the dates shown on the contract. The seller will be fully responsible for all claims due to date delivery.
2. The Buying Agents must be notified at least ONE WEEK before shipment is effected  in order that an inspection of merchandise maybe carried out.
3. Although the Shipment may have been inspected prior to delivery, the Seller shall be fully responsible for all claims made by the overseas buyers including but not limited to claims of bad quality, defectives insound packing , quantity shortage, Trade Marks & Pasent Infringement, not merchandisable goods, ...etc.

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005618

>01 1
>014010911161?

MVP (H.K.) Industries Ltd.
UNIT 1, 11/F LIPPO SUN PLAZA,
NO. 28 CANTON ROAD, TSIM SHA
TSUI,
KOWLOON



Telephone . . . . . . . : (852)3187 0100
Fax . . . . . . . . . . : (852)3187 0170
Giro . . . . . . . . . :
Registration . . . . . :

SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD B6-
162HOFFMAN ESTATES ILLINOIS
60179
U.S.A

# Invoice

Number . . . . . . . . : IMK0000650
Date . . . . . . . . . : 2010-10-12
Page . . . . . . . . . : 1 of 1
Sales order . . . . . : SMK0000849
Requisition . . . . . : TA7367/TA7335/TA7370
Your ref. . . . . . . :
Our ref. . . . . . . . : Sunny
Payment . . . . . . . : 60 DAYS
Invoice account . . . : C00102

| Item number | Description | QuantityUnit | Unit priceDisc. | Discount | Amount |
|---|---|---|---|---|---|
| Sales order SMK0000849 Customer C00102 Delivery address 3333 BEVERLY ROAD B6-162 | | | | | |
| G63402-01-10221 | 4 TON GARAGE JACK | 1,200.00PC | 60.0600 | | 72,072.00 |
| 761200-02-10221 | 3 TON JACK STANDS | 2,170.00PR | 12.2300 | | 26,539.10 |
| T37401-01-10211 | 4 TON JACK STANDS | 950.00PR | 12.6100 | | 11,979.50 |
| T30203-01-10221 | 3 TON JACK STANDS | 950.00PR | 7.2300 | | 6,868.50 |
| G62001-01-10221 | 2 TON ALUMINUM JACK | 840.00PC | 111.6000 | | 93,660.00 |
| G63200-01-10211 | 3 TON ALUMINUM JACK | 250.00PC | 152.0000 | | 38,000.00 |
| 870605-01-10211 | 6 TON BOTTLE JACK | 300.00PC | 8.4200 | | 2,526.00 |
| Sales order SMK0000970 Customer C00102 Delivery address 3333 BEVERLY ROAD B6-162 | | | | | |
| 870205-01-10211 | 2 TON BOTTLE JACK | 400.00PC | 5.5700 | | 2,228.00 |
| 871205-01-10211 | 12 TON BOTTLE JACK | 400.00PC | 13.9000 | | 5,560.00 |

THIS SHIPMENT DOES NOT CONTAIN ANY SOLID WOOD PACKING MATERIAL.
COUNTRY OF ORIGINAL: CHINA

For and on behalf of
MVP (H.K.) INDUSTRIES LTD.

| Sales balance | Total Discount | Misc. charges | Sales tax | Round-off | Total |
|---|---|---|---|---|---|
| 259,433.10 | | | | | 259,433.10 USD |

Payment per       2010-12-11

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005532

# MVP International Co. Limited

INTERNATIONAL CO. LIMITED 香港九龍尖沙咀廣東道28號力寶廣場自第1101室
Unit 1101 Lippo Sun Plaza,28 Canton Road,Tsim Sha Tsui,Kowloon H.K.
上海市閔行區華銀路3950號
No.3950,Hunin RD., Shanghai,China

Tel:(852) 3187 0100   Fax:(852) 3187 017(
Tel:(86) 21 64898280   Fax:(86) 21 6489456

ADDRESS

l 130? 13/F, Tower 1, Admiralty

e, 18 Harcourt Road, Hong Kong

## INVOICE

Invoice No.: X 81000207
Date:
Page: 29/06/2010
2

srs. MVP (H.K.) INDUSTRIES LTD.
UNIT 1, 11/F LIPPO SUN PLAZA,
NO.28 CANTON ROAD,
KOWLOON, HONG KONG.

: termsVICTOR HUNG
ient terms FOB GONGYI
C.O.D.
rance to be effected by
No.                    BUYER

ng Bank

Your Order No.
Date-Ordered  226487
                    8/04/2010
Invoice of

Shipped from
         to   GONGYI,TAISHAN,CHINA
Destination
Per s.s.     WIMINGTON,CA
             APL TEXAS V.010-1

Sailing on / about
             29/06/2010

| Marks & Nos. | No.of Cartons | Description & Packing | Quantity | Unit Price | Amount FOB |
|---|---|---|---|---|---|
| | | | | | USD |
| R` | 200 | T37401-01-10211 | 200.00 | 12.1200 | 2,424.0000 |
| S    609    C | | 4TON Jack Stand | PS | | |
| (IN TRI.) | | | | | |
| MADE IN CHINA | | 4 TON JACK STAND | | | |
| MASTER ORDER:TA6829 | | FACTORY ITEM NO.: T6904 | | | |
| STOCK NO.:50163 | | CUSTOMER ITEM NO.: 50163 | | | |
| QUANTITY:1PR | | | | | |
| CARTON NO.1-200 OF 200 | | | | | |
| | | FOB GONGYI | | Total | 50,318.3000 |

Total : USD FIFTY THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND THIRTY CENTS ONLY
try Of Origin : CHINA
rks :

```
PAYMENT APPROVAL
With PO & Invoice no.
Sears U100001 76 / X81000207
Checked By:          Reviewed By:
Approved By:         Authorized By:
Remarks:   J/B : 6/29
```

for and on behalf of:
MVP INTERNATIONAL CO. LIMITED:

                    Authorised Signatory

xxiox√ 02!9
odiquoity

E.&.O.E.

tions:

Confidential - Attorney Eyes Only Subject to a Protective Order

MVP005161