# *EXHIBIT W*

Operators Manual



# HEAVY DUTY JACK STANDS

Model 950163 - 4 Ton Capacity per pair

- Safety
- Operation
- Maintenance



CAUTION: Before using this product, read this manual and follow all its Safety Rules and Operating Instructions.

Sears, Roebuck and Co., Hoffman Estates, IL 60179
Visit our Craftsman website: www.sears.com/craftsman

Printed in China

SFA002815



## WARRANTY

CRAFTSMAN PROFESSIONAL WARRANTY

If this Craftsman Professional product fails due to a defect in material or workmanship within one year from the date of purchase, return it to any Sears store or other Craftsman Professional outlet in the United States for free replacement.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

Sears, Roebuck and Co., Hoffman Estates, IL 60179

## SAVE THESE INSTRUCTIONS

For your safety, read, understand, and follow the information provided with and on this product.
- The owner and operator of this equipment shall have an understanding of this jack and safe operating procedures before attempting to use. The owner and operator shall be aware that use and repair of this device may require special skills and knowledge. Instructions and safety information must be conveyed in operator's native language before the jack stands are used. If any doubt exists as to the safe and proper use of this device, remove from service immediately.
- Inspect before each use. Do not use if broken, bent, cracked, or damaged parts (including labels) are noted. Any jack stand that appears damaged in any way, operates abnormally or is missing parts, shall be removed from service immediately.
- If the jack stand has been or suspected to have been subjected to a shock load (a load dropped suddenly, unexpectedly upon it), immediately discontinue use until jack stand has been checked by a Sears or other qualified service center. It is recommended that an annual inspection be done by qualified personnel.
- Labels and Owner's Manuals are available from Sears.

## SPECIFICATIONS

| Model | Capacity | Base Size | Min. Height | Max. Height |
|---|---|---|---|---|
| 50163 | 4 Ton | 8-3/4" x 7-1/2" | 12" (305 mm) | 17-5/16" (440 mm) |



Fig. 1 Model 50163 Components

2

SFA002816

## SAFETY INSTRUCTIONS

**⚠ WARNING**

- Study, understand, and follow all instructions with and on this device before use.
- **Rated capacity is per pair!** Do not exceed rated capacity.
- Use only on hard, level surfaces capable of sustaining rated capacity loads.
- One pair per vehicle only!
- Use as a matched pair to support one end of a vehicle only.
- Support only on areas of the vehicle as specified by the vehicle manufacturer.
- No alterations shall be made to this product.
- Failure to heed product markings or warnings may result in personal injury or property damage.

- Before using this product, read this operator's manual completely and familiarize yourself thoroughly with the product and the hazards associated with its improper use.
- Install ratchet bar into frame with ratchet area of bar aligned with locking pawl (stopper).
- Move the ratchet bar to its lowest position by raising the locking handle, thereby releasing the stopper, and guiding the bar downward.
- Insert roll pin into the bottom hole of the ratchet bar to prevent inadvertent loss of the ratchet bar. (refer to Fig. 1)
- Always check the vehicle owners or service manual for location of proper lift and support points.

### BEFORE USING

- Inspect stands before each use. Do not use if bent, broken or cracked components are noted. Ensure that all parts move freely.
- Verify that the product and the application are compatible.

### DAMAGE TO JACK STANDS

If you think jack stand has been subjected to an abnormal load or shock, have it inspected for damage at a Sears Service Center before using it again.

## OPERATION

- To support load
  - Adjust height by pulling up on ratchet bar.
  - The weight of the locking handle should secure the ratchet bar in desired position. To confirm this, simply push down on the locking handle. Check to ensure ratchet bar is secure before loading.
  - Carefully position stands so that load is centered on stand's saddle.
  - Slowly lower the vehicle onto the stands.
  - Check to ensure vehicle is secure before working on, around or under. When used to support vehicle, use wheel chocks to prevent accidental movement.
- To lower load
  - With suitable jack, raise vehicle clear of stands.
  - Raise the locking handle to release stopper and allow ratchet bar to glide down to lowest position.
  - Carefully remove stands, then carefully lower vehicle with jack.
  - Ensure that all tools, equipment and personnel are clear before lowering load.

## MAINTENANCE

To help prevent rust, wipe clean and/or blow dry after each use. Ensure locking handle moves freely under its own weight. Do not apply oil or lubricant to ANY portion of this product.

**Please note that there are no replacement parts applicable to this device.**

For after sale support and assistance:
Call 1-888-332-6419 8:00 AM - 4:45 PM CST., Monday - Friday

3

SFA002817

## Get it fixed, at your home or ours!

### Your Home

For repair – **in your home** – of all major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

**1-800-4-MY-HOME®**  Call anytime, day or night
(1-800-469-4663)  (U.S.A. and Canada)

www.sears.com   www.sears.ca

### Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call or go on-line for the location of your nearest **Sears Parts and Repair Center.**

**1-800-488-1222**   Call anytime, day or night (U.S.A. only)
www.sears.com

To purchase a protection agreement (U.S.A.)
or maintenance agreement (Canada) on a product serviced by Sears:

**1-800-827-6665** (U.S.A.)   **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:
**1-888-SU-HOGAR®**
(1-888-784-6427)

Au Canada pour service en français:
**1-800-LE-FOYER**MC
(1-800-533-6937)
www.sears.ca



© Sears Brands, LLC

® Registered Trademark / ™ Trademark / ℠ Service Mark of Sears Brands, LLC
® Marca Registrada / ™ Marca de Fábrica / ℠ Marca de Servicio de Sears Brands, LLC
MC Marque de commerce / MD Marque déposée de Sears Brands, LLC

SFA002818



# Jack Stands

## Operating Instructions & Parts Manual

| Model Number | Capacity |
|---|---|
| T-6902 | 2 Ton |
| T-6903 | 3 Ton |
| T-6904 | 4 Ton |
| T-6906 | 6 Ton |



T-6902 shown

### ⚠ ATENCIÓN
- Leer, comprender, y seguir las instrucciónes antes de utilizar el aparato.
- El manual de instrucciónes y la información de seguridad deben estar comunicado en lengua del operador antes del uso.
- No seguir estas indicaciónes puede causar daños personales o materiales.

### ⚠ WARNING



To avoid crushing and related injuries: NEVER work on, under or around a load supported only by a jack. ALWAYS use adequately rated jack stands.

Shinn Fu Company of America, Inc. © 2003
10939 N. Pomona Ave.
Kansas City, MO 64153
Phone (816)891-6390, fax (816)891-6599

SFA003315
Printed in China
OIPM#JS-03

**Save these instructions.** For your safety, read and understand the information contained within. The owner and operator of this equipment shall have an understanding of this product and safe operating procedures before attempting to use this product. Instructions and safety information shall be conveyed in the operator's native language before use of this product is authorized. If any doubt exists as to the safe and proper use of this product as outlined in this factory authorized manual, remove from service immediately. **Inspect before each use.** Do not use if broken, bent, cracked, or damaged parts (including labels) are noted. If the jack stand has been or suspected to have been subjected to a shock load (a load dropped suddenly and unexpectedly upon it), discontinue use until checked out by an authorized factory service center. It is recommended that an annual inspection be done by qualified personnel and that any missing or damaged parts, decals, warning/safety labels or signs be replaced with factory authorized replacement parts only. Any jack stand that appears to be damaged in any way, is worn or operates abnormally shall be removed from service immediately.

## PRODUCT DESCRIPTION

Pro-Lift Jack Stands are designed to safely support level, rated capacity loads, typically vehicles, for extended periods. Stamped steel construction and ductile iron ratchet bars ensure safety, strength and stability. Each comes with a ratchet/collar lock which prevents inadvertent loss of ratchet bar.

## BEFORE USE

1. Inspect stands before each use. Do not use if bent, broken or cracked components are noted. Ensure that all parts move freely.
2. Verify that the product and the application are compatible, if any doubt call Pro-Lift Customer Support @ (816)891-6390.
3. Before using this product, read the owner's manual and familiarize yourself thoroughly with the product and the hazards associated with its improper use.
4. Install ratchet bar into frame with ratchet portion of bar aligned with locking pawl (stopper).
5. Move the ratchet bar to its lowest position by raising the locking handle, thereby releasing the stopper, and guiding the bar downward.
6. Ratchet/collar lock is accomplished by simply moving the press tab (Fig. 1) inward using a suitable hammer and punch. This will effectively prevent inadvertent loss of the ratchet bar. In the case of the T-6904, tap the provided spring pin into the hole in the end of ratchet bar (Fig.2) after step 5.
7. Always check the vehicle owners or service manual for location of proper lift and support points.



Figure 1 - Typical Jack Stand Nomenclature
(with press tab)

SFA003316

2

**⚠ WARNING**

Study, understand, and follow all instructions provided with and on this device. Do not exceed rated capacity. Use only on hard, level surfaces. Center load on saddle. Use as matched pair to support one end of a vehicle only. Jack stands are not to be used to simultaneously support both ends or one side of a vehicle. No alterations shall be made to this device. Failure to heed these markings may result in personal injury and/or property damage.

**⚠ ATENCIÓN**

- Leer, comprender, y seguir las instrucciónes antes de utilizar el aparato.
- El manual de instrucciónes y la información de seguridad deben estar comunicado en lengua del operador antes del uso.
- No seguir estas indicaciónes puede causar daños personales o materiales.



Figure 2 - Typical Jack Stand Nomenclature (with pin to secure ratchet in collar)

## OPERATION

1. Adjust height by pulling up on ratchet bar.
2. The weight of the locking handle should secure the ratchet bar in desired position. To confirm this, simply push down on the locking handle. Check to ensure ratchet is secure before loading.
3. Carefully position jack stands so that load is centered on stand's saddle.
4. Slowly lower the vehicle onto the stands.
5. Check to ensure vehicle is secure before working on, around or under. When used to support vehicle, use wheel chocks to prevent inadvertent movement.

**To lower load**

1. With suitable jack, raise vehicle clear of stands.
2. Carefully release stopper and allow ratchet to glide down to lowest position.
3. Carefully remove stands, then carefully lower vehicle with lift device.
4. Ensure that all tools, equipment and personnel are clear before lowering load.

## MAINTENANCE

Periodically inspect each stand. Ensure all parts move freely. Do not apply oil or grease to any portion of this product. If rust appears, sand affected area and cover with suitable utility paint. Please note that there are no replacement parts applicable to this device.

## Storage

Store stands in upright position and in a clean, dry area.

SFA003317

## 90 DAYS LIMITED WARRANTY

For a period of ninety (90) days from date of purchase, **Shinn Fu Co. of America, Inc.** will repair or replace, at its option, without charge, any of its products which fails due to a defect in material or workmanship, or which fails to conform to any implied warranty not excluded hereby.

Performance of any obligation under this warranty may be obtained by returning the warranted product, freight prepaid, to **Shinn Fu Co. of America, Inc.** Warranty Service Department, 10939 N. Pomona Ave., Kansas City, MO 64153.

Except where such limitations and exclusions are specifically prohibited by applicable law, (1) the CONSUMER'S SOLE AND EXCLUSIVE REMEDY SHALL BE THE REPAIR OR REPLACEMENT OF DEFECTIVE PRODUCTS AS DESCRIBED ABOVE, and (2) **Shinn Fu Co. of America, Inc.** SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGE OR LOSS WHATSOEVER, and (3) THE DURATION OF ANY AND ALL EXPRESSED AND IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, IS LIMITED TO A PERIOD OF NINETY (90) DAYS FROM DATE OF PURCHASE.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

SFA003318