# EXHIBIT E

1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   FREDERICK KLORCZYK, JR.,
     as co-administrator of
 4   the Estate of
     Christian R. Klorczyk,
 5   and LYNNE KLORCZYK, as
     co-administrator of the
 6   Estate of Christian R. Klorczyk,

 7
                   Plaintiffs,
 8
              vs.                       CIVIL ACTION NO.
 9                                      3:13-cv-00257-RNC

10   SEARS, ROEBUCK & CO.,
     SHINN FU CORPORATION,
11   SHINN FU COMPANY OF
     AMERICA, MVP (HK)
12   INDUSTRIES, LTD.,
     and WEI FU (TAISHAN)
13   MACHINERY & ELECTRIC
     CO., LTD.,
14
                   Defendants.
15

16          DEPOSITION OF RYAN JORGENSEN

17   produced, sworn and examined on Wednesday, the
     25th day of May, 2016, at the law offices of
18   Baker Sterchi Cowden & Rice, L.L.C., 2400
     Pershing Road, Suite 500, in the City of Kansas
19   City, in the County of Jackson, and the State of
     Missouri, before me,
20
             MARIE A. McCRACKEN, CSR, CCR, RPR
21                           of
                      McCRACKEN REPORTING
22
     a Certified Court Reporter within and for the
23   States of Missouri and Kansas.

24   Taken on behalf of Plaintiffs pursuant to Notice
     to Take Depositions.
25
```

**McCRACKEN REPORTING**
P.O. Box 520079, Independence, MO  64052
(816)  419-8224                    Fax  (816)  461-8084

```
 1    belong to any industry groups, trade
 2    associations?
 3         A.    The PALD committee.
 4         Q.    That was it?
 5         A.    That I'm part of.
 6         Q.    Any other group?
 7               MR. BROWN:  Object to form.  Are
 8    you asking about jack stands or --
 9               MR. EDINBURGH:  I'll limit it to
10    jack stands.
11         A.    No.
12         Q.    (BY MR. EDINBURGH)  Are the ASME PALD
13    safety standards voluntary standards?
14         A.    Yes.
15         Q.    Does SFA know what the maximum height of
16    the ratchet bar was for the T6904?
17         A.    I believe it was 17 and 5/16th inches.
18               MR. BROWN:  Give or take.
19         You can strike that.
20               MR. EDINBURGH:  Whatever the
21    tolerance is.
22         Q.    (BY MR. EDINBURGH)  Was the maximum
23    height of the ratchet bar of the T6904 model ever
24    changed or increased after its introduction into
25    the marketplace?
```