# EXHIBIT F

```
1:1                    UNITED STATES DISTRICT COURT
1:2                       DISTRICT OF CONNECTICUT
1:3
1:4    FREDERICK KLORCZYK, JR., as  ) Civil Action No:
       co-administrator of the     ) 3:13-cv-00257-JAM
1:5    Estate of Christian R.      )
       Klorczyk, et al.,           )
1:6                                )
                    Plaintiffs,    )
1:7                                )
       vs.                         )
1:8                                )
       SEARS, ROEBUCK AND CO.,     )
1:9    et al.,                     )
                                   )
1:10                Defendants.    )
       _____)
1:11
1:12
1:13
1:14
1:15              DEPOSITION OF JOSEPH F. ARRUDA
1:16                     Phoenix, Arizona
                          July 25, 2017
1:17                        9:18 a.m.
1:18
1:19
1:20   Prepared by:
       JEFFREY W. BARTELT, CR, RPR
1:21   Certificate No. 50363
1:22
1:23
1:24
1:25
```

| | |
|---|---|
| 77:1 | yes. |
| 77:2 | Q.  You agree with that, that the ASME PALD had |
| 77:3 | minimum safety standards? |
| 77:4 | MR. ZAKRZEWSKI:  Objection. |
| 77:5 | You can answer. |
| 77:6 | THE WITNESS:  I think that's correct. |
| 77:7 | Q.  BY MR. EDINBURGH:  And, of course, Thompson |
| 77:8 | Rivers is referring only to the 1993 standard, |
| 77:9 | right, nothing closer in time? |
| 77:10 | A.  That's correct. |
| 77:11 | Q.  So even though this is a 2014 article, they |
| 77:12 | don't talk about the 2014 ASME PALD, the 2009, 2005, |
| 77:13 | 2003; is that correct? |
| 77:14 | MR. ZAKRZEWSKI:  Objection. |
| 77:15 | You can answer. |
| 77:16 | THE WITNESS:  They don't appear to be |
| 77:17 | referencing any of those, no. |
| 77:18 | Q.  BY MR. EDINBURGH:  All right.  Let's go to |
| 77:19 | the next document from the California Fatality |
| 77:20 | Assessment & Control Evaluation Program from the |
| 77:21 | California Department of Public Health. |
| 77:22 | A.  I have it. |
| 77:23 | Q.  Do you have it? |
| 77:24 | A.  Yes, I have it. |
| 77:25 | Q.  All right.  Bear with me. |