# EXHIBIT H

Case 3:13-cv-00257-JAM Document 307-8 Filed 10/11/18 Page 1 of 4

Page 1

1             UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
2
   -------------------------------)
3  FREDERICK KLORCZYK, JR., as    )
   co-administrator of the Estate ) CIVIL ACTION NO.
4  of Christian R. Klorczyk and   ) 3:13-CV-00257-JAM
   LYNNE KLORCZYK, as             )
5  co-administrator of the Estate )
   of Christian R. Klorczyk,      )
6                                 )
              Plaintiffs,         )
7                                 )
     vs.                          )
8                                 )
   SEARS, ROEBUCK & CO., SHINN FU )
9  CORPORATION, SHINN FU COMPANY  )
   OF AMERICA, INC., MVP (HK)     )
10 INDUSTRIES, LTD., AND WEIFU    )
   (TAISHAN) MACHINERY & ELECTRIC )
11 CO., LTD.,                     )
                                  )
12            Defendants.         )
   -------------------------------)
13
14
           VIDEOTAPED DEPOSITION OF SU CHIEN CHI
15
                       VOLUME 1
16
               Wednesday, April 11, 2018
17
                    AT: 9:11 a.m.
18
                     Taken at:
19                   Taipei 101
           No. 7, Section 5, Xinyi Road
20       Xinyi District, Taipei City, 110
                      Taiwan
21
22
23
24
   Court Reporter:
25 Mark McClure, Certified Court Reporter

1  whereas the Craftsman standard requires 150 percent. So
2  after that was done, the testing standard is also
3  different.
4       And after those rods have been pressed, the
5  ASME requirement for the deviation of the difference
6  between the two heights, that value should be less than
7  3.2, and for Craftsman that deviation should be less
8  than 3.
9       Q.   Okay.
10      A.   And the second difference is regarding the
11 load for the central rod. The testing requirement for
12 ASME 2003 is for testing 150 percent, whereas Sears is
13 to test for 200 percent.
14      So after the rods have been pressed, the
15 testing standard is also different. For ASME 2003, the
16 value for the deviation should be less than 3.2, whereas
17 the value for Sears should be less than 3.
18      Q.   You testified in response to one of Attorney
19 Edinburgh's question that Weifu was an ISO-certified
20 factory. What does it mean to be an ISO-certified
21 factory?
22      A.   I believe that we all know that ISO 9001 is a
23 company-used international quality control system.
24      Simply put, we use a very good and
25 standardized process for the documentation of the system

Page 173

1    MR. ZAKRZEWSKI: Objection.

2    THE WITNESS: During the production process,
3 they were all tested. As I said earlier, this document
4 is the final product testing report, so we had to follow
5 the standard of the MIL-STD-105 testing standard for
6 random sampling; therefore, it doesn't mean that we did
7 not test the products.

8    And also, to ensure gatekeeping and quality
9 control, before the goods were shipped, we follow the
10 ISO standard and also to meet the MIL-STD-105D
11 requirements.

12 BY MR. EDINBURGH:

13    Q.  This same document -- does this document that
14 you're looking at now -- the 9532, does this document
15 reflect that Weifu jack stands, serial numbers 9618 and
16 9619 were tested?  Does this document indicate those
17 specific stands were tested, yes or no?

18    A.  You meant just within this report, right?

19    Q.  Yes, according to this document.

20    A.  No.

21    Q.  Has Weifu heard of ASME PALD 2009 for jack
22 stands?

23    MR. ZAKRZEWSKI: Objection. He can answer.

24    THE WITNESS: Yes.

25 BY MR. EDINBURGH: