# EXHIBIT K



**STATE OF CONNECTICUT**
Board of Governors for Higher Education
# UNIVERSITY OF CONNECTICUT
STORRS, CONNECTICUT, 06269-4077

*April/04/2013*
*Page 1 of 2*

Lauren DiGrazia,
University Registrar

AN OFFICIAL SIGNATURE IS WHITE WITH
A BLUE BACKGROUND.

Name        : Christian Kloroxyk
Student ID: 1582281

- - - - Degrees Awarded - - - -

Degree      : Bachelor of Science
Confer Date : 2011-05-08
Plan        : Finance

- - - - Beginning of Undergraduate Record - - - -

### Fall 2007

| Course | Description | Units | Grade |
|---|---|---|---|
| Transfer Credit from Three Rivers Community College | | | |
| Applied Toward ACES Program | | | |
| Course Trans GPA: 0.000  Transfer Totals: | | 7.0 | |

### Fall 2007  (2007-08-27 to 2007-12-15)

| Course | Description | Units | Grade |
|---|---|---|---|
| Program : ACES | | | |
| Plan    : Exploratory Major | | | |
| ECON 111 | Principles of Macroeconomics | 3.0 | A- |
| ENGL 111 | Seminar Writing thr Literature | 4.0 | B+ |
| GEOG 160 | World Regional Geography | 3.0 | B |
| INTD 180 | FYE University Learning Skills | 1.0 | A |
| INTD 182 | FYE Faculty/Student Seminar | 1.0 | C |
|  | Course Topic(s): What's the Password | | |
| MATH 105Q | Math for Business & Economics | 3.0 | B+ |
| TERM GPA : 3.280 | TERM TOTALS : | 15.0 | |
| CUM  GPA : 3.280 | CUM  TOTALS : | 22.0 | |

### Spring 2008  (2008-01-22 to 2008-05-10)

| Course | Description | Units | Grade |
|---|---|---|---|
| Program : ACES | | | |
| Plan    : Exploratory Major | | | |
| ECON 112 | Principles of Microeconomics | 3.0 | B |
| MATH 106Q | Calculus for Busi & Economics | 3.0 | A |
| PSYC 132 | General Psychology I | 3.0 | A- |
| STAT 110QC | Elem Concepts of Stats | 4.0 | B+ |
| TERM GPA : 3.485 | TERM TOTALS : | 13.0 | |
| CUM  GPA : 3.375 | CUM  TOTALS : | 35.0 | |
| Dean's List ACES | | | |

### Fall 2008  (2008-08-25 to 2008-12-13)

| Course | Description | Units | Grade |
|---|---|---|---|
| Program : ACES | | | |
| Plan    : Exploratory Major | | | |
| ACCT 2001 | Prin. of Financial Accounting | 3.0 | B |
| ARE 1150 | Prin Agricult & Resource Econ | 3.0 | A |
| GERM 1171 | The German Film | 3.0 | A- |
| HIST 1400 | Modern Western Traditions | 3.0 | B+ |
| PHIL 1104 | Philosophy and Social Ethics | 3.0 | A |
| TERM GPA : 3.600 | TERM TOTALS : | 15.0 | |
| CUM  GPA : 3.453 | CUM  TOTALS : | 50.0 | |
| Dean's List ACES | | | |

### Spring 2009  (2009-01-20 to 2009-05-09)

| Course | Description | Units | Grade |
|---|---|---|---|
| Program : Business | | | |
| Plan    : Finance Major | | | |
| ACCT 2101 | Prin. of Managerial Accounting | 3.0 | A- |
| ECON 2202 | Intermed Macroeconomic Theory | 3.0 | A- |
| GEOL 1070 | Global Chnge&Natural Disaster | 3.0 | A- |
| SOCI 1001W | Introduction to Sociology | 3.0 | B |
| TERM GPA : 3.525 | TERM TOTALS : | 12.0 | |
| CUM  GPA : 3.469 | CUM  TOTALS : | 62.0 | |

### Fall 2009  (2009-08-31 to 2009-12-19)

| Course | Description | Units | Grade |
|---|---|---|---|
| Program : Business | | | |
| Plan    : Finance Major | | | |
| BADM 3001 | Mobile Computing Lab I | 1.0 | S |
| BLAW 3175 | Legal&Ethical Environ Business | 3.0 | B+ |
| FNCE 3101 | Financial Management | 3.0 | A- |
| FNCE 3230 | Real Estate Principles | 3.0 | A |
| MGMT 3101 | Manager'l &Interpersonal Behav | 3.0 | A- |
| OPIM 3103 | Business Information Systems | 3.0 | A- |
| TERM GPA : 3.680 | TERM TOTALS : | 16.0 | |
| CUM  GPA : 3.514 | CUM  TOTALS : | 78.0 | |

### Spring 2010  (2010-01-19 to 2010-05-08)

| Course | Description | Units | Grade |
|---|---|---|---|
| Program : Business | | | |
| Plan    : Finance Major | | | |

*(Continued on next page)*

# UNIVERSITY OF CONNECTICUT
## Key to Official Transcript

The University of Connecticut is accredited by the New England Association of Schools and Colleges. The academic calendar is based on a fourteen-week semester. One credit represents 60 minutes of lecture/discussion. 2-3 hour laboratories = 1 credit. 4 hour advanced or design labs may earn 3 credits.

### Course Numbering System (effective Summer of 2010)
- 0000-0999  For the Ratcliffe Hicks School of Agriculture only (2 yr program)
- 1000-1999  Primarily freshman and sophomore courses (previously 100-199)
- 2000-2999  Primarily sophomore level courses (200-299)
- 3000-3999  Primarily junior and senior level (previously 300 level)
- 4000-4999  Primarily senior level (previously 400 level)
- 5000 & above  Graduate and professional level (previously 300 and above)

| Undergraduate | Grades | Grade Point | Rating |
|---|---|---|---|
| Not assigned | A+ | 4.0 | Distinction |
| Excellent | A | 4.0 | |
| Excellent | A- | 3.7 | |
| Very good | B+ | 3.3 | Good Quality |
| to | B | 3.0 | |
| Good | B- | 2.7 | |
| Average | C+ | 2.3 | Below |
| to | C | 2.0 | expected |
| Fair | C- | 1.7 | standard |
| Poor to | D+ | 1.3 | Unsatisfactory |
| merely | D | 1.0 | quality |
| passing | D- | 0.7 | |
| Failure | F | 0.0 | Failure |

### Non-calculable Grades
- P@  Successful completion of a Pass/Fail course
- F@  Failure in Pass/Fail course
- S   Successful completion of a Satisfactory/Unsatisfactory course
- U   Failure in Satisfactory/Unsatisfactory course
- AU  Audit (no credit)
- W   Withdrawal from course, under provisions of undergraduate catalog
- WAU Course was dropped from Audit status after 10th week of term
- R   Verification required when work to complete a course is in progress

Blank Grade not available (e.g., course is in progress)

### Administrative Marks
- I   Incomplete
- X   Absent from final examination
- N   Turned in late (used primarily for thesis, Special Topics, Reading and Independent Study courses, Student Teaching and Clinical Internships)

Note: An administrative mark and a grade may be present together (e.g. IC, NF, IS). Incomplete is an N in computing the GPA. The "I" or "X" mark stamped when work is not completed becomes permanent. Undergraduates have one additional semester to remove an administrative mark. Graduate students have one full calendar year to remove an administrative mark.

### Institutional Recording Policies
All courses attempted are recorded except courses dropped in the first two weeks of the term and all courses in which the student was enrolled at the time of voluntary withdrawal from the University. Repeated courses (undergraduates): The University adopted a grade forgiveness policy effective summer 2002. Prior to that term the GPA reflected the grade earned in each course. Transfer Credit: GPAs of students with transferred credit are computed only on work taken at the University of Connecticut.

### Early College Experience Program
College credits earned by superior students in secondary school with University consent and guidance. See "Advanced standing for superior high school students" and course descriptions in general catalog.

### Undergraduate Academic Honors
**Dean's List:** Indicated by semester for undergraduates who (1) earned a minimum of 12 calculable credits, (2) received no grade below C (effective Fall 1984 includes courses on Pass/Fail), (3) had a minimum term GPA of 3.0 and (4) were in the upper quartile of their college or school.

**Dean's List (Part time):** following Spring semesters beginning Spring 2009, indicated undergraduates who were registered for a total of 12 calculable credits during the previous 12 months as part-time students and who met the dean's list criteria stated above.

NOTE: Undergraduate Dean's List notations are withheld pending resolution of administrative marks.

**Cum Laude Designation at Graduation:** based on the following criteria:
Cum Laude: minimum of 54 calculable credits, a 3.0 cumulative GPA and 75 percentile college class rank.
Magna cum laude: minimum 54 calculable credits, a 3.4 cumulative GPA and 85 percentile college class rank.
Summa cum laude: minimum 54 calculable credits, a 3.7 cumulative GPA and 95 percentile college class rank.

**Honors Program:** designates enrollment in a nationally-competitive academic program that is more demanding than the general University curriculum.

**Honors Scholar** (noted on diploma and degree conferral) indicates completion of all Honors Scholar Program requirements, which include superior performance in accelerated departmental courses and completion of a Senior Thesis demonstrating exceptional creativity and analytic rigor.

**University Scholar** (noted on diploma and degree conferral) indicates completion of the University Scholar Program, the most prestigious and demanding undergraduate program at the University, in which the student designates a creative plan of study under the supervision of a faculty committee.

THIS KEY PRINTED ON SECURITY PAPER WITH BLUE BACKGROUND. THE FACE OF THE TRANSCRIPT CONTAINS A COLORED BACKGROUND WITH THE UNIVERSITY SEAL.

TO TEST FOR AUTHENTICITY:
Rub moist finger or damp cloth across black print of signature.

Ink should not smear.

Original document has text that reads "COPY" when photocopied.

ADDITIONAL TESTS available upon request.



STATE OF CONNECTICUT
Board of Governors for Higher Education

# UNIVERSITY OF CONNECTICUT
STORRS, CONNECTICUT, 06269-4077

April/04/2013
Page 2 of 2

Lauren DiGrazia,
University Registrar

AN OFFICIAL SIGNATURE IS WHITE WITH
A BLUE BACKGROUND.

Name        : Christian Klorczyk
Student ID: 1582291

(Continued from previous page)

| Course | Description | Units | Grade |
|---|---|---|---|
| ANSC 1676 | Intro to Companion Animals | 3.0 | P@ |
| FNCE 3302 | Investments &Security Analysis | 3.0 | B+ |
| MGMT 3070W | Effective Business Writing | 1.0 | B+ |
| MKTG 3101 | Intro to Marketing Management | 3.0 | A- |
| OPIM 3104 | Operations Management | 3.0 | B+ |
| PHAR 1001 | Toxic Chemicals and Health | 3.0 | A |

TERM GPA : 3.554    TERM TOTALS : 16.0
CUM  GPA : 3.520    CUM  TOTALS : 94.0

### Fall 2010 (2010-08-30 to 2010-12-18)

| Course | Description | Units | Grade |
|---|---|---|---|

Program : Business
Plan    : Finance Major

| BLAW 3274 | Real Estate Law | 3.0 | A |
| FNCE 3333 | Real Estate Finance | 3.0 | B |
| FNCE 4305 | Global Financial Management | 3.0 | A |
| LING 1010 | Language and Mind | 3.0 | B |
| MGMT 4900 | Strategy, Policy and Planning | 3.0 | B+ |

TERM GPA : 3.460    TERM TOTALS : 15.0
CUM  GPA : 3.511    CUM  TOTALS : 109.0

### Spring 2011 (2011-01-18 to 2011-05-07)

| Course | Description | Units | Grade |
|---|---|---|---|

Withdrew : 2011-03-14

**Undergraduate Career Totals**

CUM  GPA : 3.511    CUM  TOTALS : 109.0

- - - - - End of Transcript - - - - -

# UNIVERSITY OF CONNECTICUT
## Key to Official Transcript

The University of Connecticut is accredited by the New England Association of Schools and Colleges. The academic calendar is based on a fourteen-week semester. One credit represents 50 minutes of lecture/discussion. 2-3 hour laboratories = 1 credit; 4 hour advanced or design labs may earn 3 credits.

### Course Numbering System (reflects Summer 2008)

| | |
|---|---|
| 0000-0999 | For the Ratcliffe Hicks School of Agriculture (formerly 1-99) |
| 1000-1999 | Primarily freshman and sophomore level (formerly 100-199) |
| 2000-2999 | Primarily sophomore level (formerly 105-199) |
| 3000-3999 | Primarily juniors and seniors level (formerly 200-299) |
| 4000-4999 | Primarily senior level (formerly 200-299) |
| 5000 & above | Graduate and professional level (formerly 300 & above) |

| Undergraduate | Grades | Grade Points | Graduate |
|---|---|---|---|
| Not assigned | A+ | 4.3 | Distinction |
| Excellent | A | 4.0 | |
| Excellent | A- | 3.7 | |
| Very good | B+ | 3.3 | Good Quality |
| to | B | 3.0 | |
| Good | B- | 2.7 | |
| Average | C+ | 2.3 | Below |
| to | C | 2.0 | expected |
| Fair | C- | 1.7 | standard |
| Poor to | D+ | 1.3 | Unsatisfactory |
| merely | D | 1.0 | quality |
| passing | D- | 0.7 | |
| Failure | F | 0.0 | Failure |

### Non-calculable Grades

| | |
|---|---|
| P@ | Successful completion of course on Pass/Fail |
| F@ | Failure in Pass/Fail course |
| S | Successful completion of Satisfactory/Unsatisfactory course |
| U | Failure in Satisfactory/Unsatisfactory course |
| AU | Audit (no credit) |
| W | Withdrawal from course after second week of semester |
| WAU | Course was changed from credit to audit after the 2nd week of term |
| R | Verifies required registration in related non-credit courses |

Blank Grade not submitted by printing date of transcript

### Administrative Marks

| | |
|---|---|
| I | Incomplete |
| X | Absent from final examination |
| N | Limited or no attendance in course; also, prior to Fall 1977 verifies required registration in graduate Special Readings 398/498, Thesis/Dissertation Prep. 399/499, Clinical Internship 495 |

Note: An administrative mark and an earned grade printed together (e.g. "IC," "NF," "IS") constitute a final grade, not a temporary one. The "I" or "X" mark standing alone indicates that a course has not been completed. Undergraduates who do not resolve an administrative mark by a prescribed deadline record an administrative failure, e.g. "IF," "XF," "IU," "NF."

### Institutional Recording Policies
All courses attempted are recorded, except courses dropped in the first two weeks of the term and all courses in which the student was enrolled at the time of voluntary withdrawal from the University. Repeated courses (undergraduates): The University adopted a grade forgiveness policy effective summer 2002. Prior to that term the GPA reflected the grade earned in each course. Transfer Credit: GPAs of students with transferred credit are computed only on work taken at the University of Connecticut.

### Early College Experience Program
College credits earned by superior students in secondary school with University consent and guidance. See "Advanced standing for superior high school students" and course descriptions in general catalog.

### Undergraduate Academic Honors:

Dean's List: Indicated by semester for undergraduates who (1) earned a minimum of 12 calculable credits, (2) received no grade below C (effective Fall 1984 includes courses on Pass/Fail), (3) had a minimum term GPA of 3.0 and (4) were in the upper quartile of their college or school.

Dean's List (Part-time) following Spring semesters beginning Spring 2009. Indicated undergraduates who were registered for a total of 12 calculable credits during the previous 12 months as part-time students and who met the dean's list criteria stated above.

NOTE: Undergraduate Dean's List notations are withheld pending resolution of administrative marks.

Cum Laude Designation at Graduation: based on the following criteria -
Cum Laude: minimum of 54 calculable credits, a 3.0 cumulative GPA and 75 percentile college class rank.
Magna cum laude: minimum 54 calculable credits, a 3.4 cumulative GPA and 85 percentile college class rank.
Summa cum laude: minimum 54 calculable credits, a 3.7 cumulative GPA and 95 percentile college class rank.

Honors Program designates enrollment in a nationally competitive academic program that is more demanding than the general University curriculum.

Honors Scholar posted with degree conferral indicates completion of all Honors Scholar Program requirements, which include superior performance in accelerated departmental courses and completion of a senior thesis demonstrating exceptional creativity and analytic rigor.

University Scholar posted with degree conferral indicates completion of a University Scholar Program, the most prestigious and demanding undergraduate program at the University, in which the student designates a creative plan of study under the supervision of a faculty committee.

THIS KEY REFLECTS GRADING SYSTEMS IN CURRENT USE
TRANSCRIPT IS VALIDATED BY UNIVERSITY REGISTRAR'S FACSIMILE SIGNATURE IN UPPER LEFT CORNER

TO TEST FOR AUTHENTICITY: [illegible] authentic watermarks MUST be visible from both sides when held in front of a light source. [illegible] The fund of this document is printed with the name of the institution appearing in reversed printed white type.

UNIVERSITY OF CONNECTICUT [illegible] UNIVERSITY OF CONNECTICUT • UNIVERSITY OF CONNECTICUT • UNIVERSITY OF CONNECTICUT • UNIVERSITY OF CONNECTICUT • UNIVERSITY OF CONNECTICUT [illegible]

ADDITIONAL TESTS: [illegible] the institution name and the words COPY COPY COPY appear over the face of the entire document. [illegible] This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. [illegible] ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

# EXHIBIT L

KLORCZYK002805

Confidential - Subject to Protective Order

Sep 27 14 01:52p   Inspection & Testing LLC   8604424815   p.11

# University of Connecticut

Be it known that

## Christian Richard Klorczyk

having satisfied the requirements for the Degree of

### Bachelor of Science

Finance

in the

### School of Business

has been admitted to that degree with all the related honors, privileges, and obligations. In recognition we present the seal of the University and the signatures as authorized by the Board of Trustees.

Given at Storrs, in the State of Connecticut, on the Eighth day of May, Two Thousand and Eleven.

_____
Dean, School of Business

_____
President of the University

_____
President of the Board of Trustees