# EXHIBIT L



```
                SEARS
         880 HARTFORD TNPK  01193
              RTS 85 AND 95
         WATERFORD, CT 06385-0000
               860-447-5300

      RETAIN FOR COMPARISON WITH MONTHLY
      STATEMENT OR FOR RETURN OR EXCHANGE

             SALESCHECK #
             011935426571


     TRAN#   PG/STORE  REG#    ASSOC#
     6571    10 01193  542     4747
            RINGING ASSOC #    4747
                   SALE
     9 50163     JACK STAND MDS   39.99T
             UPC: 798263014352
         MULT CREDIT 10%         4.00-
                     SUBTOTAL   35.99
                     TAX 06.000% 2.16
   CARD TYPE: AMEX
   ACCT #: W2525/0
   AUTH CODE: 626822/E
   01/01/11           AMEX TOTAL  38.15

   RC: 1539-07..-3789-0959-0619

         CARDHOLDER ACKNOWLEDGES RECEIPT
          OF GOODS AND/OR SERVICES IN
                   AMOUNT OF
                    $38.15
          WITH AMOUNTS AS SHOWN CHARGE
          EACH CREDIT CARD IDENTIFIED
          AND AGREES TO BE BOUND BY THE
          SET FORTH IN THE CARDHOLDER
          AGREEMENT(S) WITH THE ISSUER(S)
                THOSE CREDIT CARDS.

       **************  *************
              SEARS VALUES
              YOUR FEEDBACK!
       **************  *************
        TELL US ABOUT YOUR EXPERIENCE AND YOU
        COULD WIN A $4,000 SEARS GIFT CARD.
        PLEASE VISIT OUR WEBSITE WITHIN 7 DAYS
              OF THE DATE OF PURCHASE.

              WWW.SEARSFEEDBACK.COM

        TO COMPLETE THE SURVEY YOU WILL NEED
         THE 12 DIGIT SALESCHECK NUMBER ON
                  YOUR RECEIPT.

         POR FAVOR TOMATE EL TIEMPO PARA
         PROPORCIONARNOS TU INFORMACION
          PARTICIPA EN UN SORTEO CON LA
```

RL: 1539-0700-3789-0959-0619

CARDHOLDER ACKNOWLEDGES RECEIPT
OF GOODS AND/OR SERVICES IN
AMOUNT OF
$38.15
WITH AMOUNTS AS SHOWN CHARG
EACH CREDIT CARD IDENTIFIED
AND AGREES TO BE BOUND BY THE
SET FORTH IN THE CARDHOLDER
AGREEMENT(S) WITH THE ISSUER(S
THOSE CREDIT CARDS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SEARS VALUES
YOUR FEEDBACK!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TELL US ABOUT YOUR EXPERIENCE AND YOU
COULD WIN A $4,000 SEARS GIFT CARD.
PLEASE VISIT OUR WEBSITE WITHIN 7 DAYS
OF THE DATE OF PURCHASE.

WWW.SEARSFEEDBACK.COM

TO COMPLETE THE SURVEY YOU WILL NEED
THE 12 DIGIT SALESCHECK NUMBER ON
YOUR RECEIPT.

POR FAVOR TOMATE EL TIEMPO PARA
PROPORCIONARNOS TU INFORMACION Y
PARTICIPA EN UN SORTEO CON LA
OPORTUNIDAD DE GANAR UNA TARJETA
DE REGALO SEARS DE $4000.
VISITA LA PAGINA DE INTERNET
WWW.SEARSFEEDBACK.COM

NO PURCHASE NECESSARY. VOID WHERE
PROHIBITED. ENTRIES MUST BE ENTERED
WITHIN 7 DAYS OF DATE OF PURCHASE.
ENTRANTS MUST BE 18 OR OLDER TO ENTER.
SEE COMPLETE RULES ON WEBSITE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SATISFACTION GUARANTEED
OR YOUR MONEY BACK
A RECEIPT DATED WITHIN 90 DAYS
IS REQUIRED FOR A RETURN OR EXCHANGE
WHICH WOULD BE 04/01/11. OTHER RULES
APPLY. SEE BACK OF RECEIPT FOR DETAILS.
RETURNED MERCHANDISE MUST INCLUDE ALL
COMPONENT PARTS. REFUND WILL BE ISSUED
IN THE ORIGINAL TENDER.

IN THE EVENT OF A RETURN OF
ORIGINAL QUALIFYING MERCHANDISE,
REWARD CARD(S) WILL BE DEDUCTED
FROM ANY REFUND AMOUNT.