# EXHIBIT P