# EXHIBIT R



KLORCZYK003301