# EXHIBIT S

### SFT's Directors

| Director names | May, 2007 ~ May, 2010 | May, 2010 ~ May, 2013 | June, 2013 ~ June, 2016 |
|---|---|---|---|
| Victor Hung | ✓ | ✓ | ✓ |
| Betty Hung | ✓ | | |
| Angela Hung | ✓ | | |
| Vickie Hung | ✓ | | |
| 洪瑞卿 | ✓ | | |
| 魏文三 | ✓ | | |
| 劉明澄 | ✓ | ✓ | ✓ |
| 雷李秋俐 | | ✓ | ✓ |

### MVP's Directors

| Director names | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Hung Wei I, Victor | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Hung Chia Chi, Angela | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Hung Chia Pei, Betty | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

WF has no director, but it has general manager who is Vickie Huang.

### SFA's Directors

| Director names | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Victor Hung | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Betty Hung | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Angela Hung | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Steven Huang | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Vickie Huang | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Michael Hung | ✓ | | | | | | | |
| Wan-Chien Lu | | | | | | | ✓ | ✓ |

CONFIDENTIAL

SFA003233

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Vickie Huang | <=======================WF's Legal Representative==========================> <=======================WF's General Manager==============================> <(May)=======SFC's Director===>(May) <==========================SFA's Director================================> | | | | | | | |
| Victor Hung | <=============================MVP's Director=============================> <=======================SFC's General Manager===========================> <==========================SFC's Director===============================> <==========================SFA's Director===============================> | | | | | | | |
| Betty Hung | <=============================MVP's Director=============================> <(May)=======SFC's Director===>(May) <======================SFC's Executive Vice President====================>           SFA's CEO          SFA's CEO <==========================SFA's Director===============================> | | | | | | | |
| Angela Hung | <=============================MVP's Director=============================> <(May)=======SFC's Director==>(May) <==========================SFA's Director===============================> | | | | | | | |

CONFIDENTIAL

SFA003234

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Vickie Huang | <============================WF's Legal Representative============================> <br> <(May)========SFC's Director==>(May) <br> <==================================SFA's Director==================================> | | | | | | | |
| Victor Hung | <==================================MVP's Director==================================> <br> <==================================SFA's Director==================================> <br> <==================================SFC's Director==================================> | | | | | | | |
| Betty Hung | <==================================MVP's Director==================================> <br> <(May)========SFC's Director==>(May) <br> <==================================SFA's Director==================================> | | | | | | | |
| Angela Hung | <==================================MVP's Director==================================> <br> <(May)========SFC's Director==>(May) <br> <==================================SFA's Director==================================> | | | | | | | |

**CONFIDENTIAL**

SFA003235