# EXHIBIT T

----- Original Message -----
**From:** Roger Claypool
**To:** ivan-chan@mvphk.com
**Cc:** Frank Lu MVPHK ; Joey Su ; 'Steven Huang' ; Arthur Chaykin ; tony-choi@mvphk.com ; Ting Wu ; Jemmy Tsaur
**Sent:** Thursday, January 13, 2005 8:40 AM
**Subject:** Re: Sears jack stand claim

Dear Ivan,

Thank you for the speedy reply. The purpose of the photo was to simply show factory the area of concern...that area a jury would see (albeit in hand). Although factory is absolutely qualified (much more so than we) to do failure analysis on their device, SFA doesn't expect that factory will determine how a failure occurred as our PLI events occur under conditions which are uniquely American, unfortunately. However, I will ask Ting or Jemmy to electronically forward all the photos. I think that help will answer those questions about the application and the conditions of the lift event. As a matter of fact, I don't believe the stand failed at all in this case. Again, unfortunately it will cost us $$ to prove it *didn't* fail if we choose to just go to court.

To answer your initial questions:

1. No, he did not install spring pin.
2. I don't know if higher resolution is possible. I will check with our Marketing /
    Graphics Dept. and yes, absolutely we can send those to you.

If there is anything else I can do for you in this matter, please don't hesitate to let me know. As always we are at your service, 25/8.

Best Regards, RC

----- Original Message -----
**From:** IVAN [MVP]
**To:** Roger Claypool
**Cc:** Frank Lu MVPHK ; Joey Su ; 'Steven Huang' ; Arthur Chaykin ; tony-choi@mvphk.com
**Sent:** Wednesday, January 12, 2005 9:22 PM
**Subject:** RE: Sears jack stand claim

Dear Roger,

I discussed with Wei Fu on the picture that you sent us. From the pictures and the mentioned "Irregularity", none of us could identify how the failure could occur. However, please help identify two questions raised out by factory to help us work further on it:

1. Customer should insert spring pin at the end of ratchet bar to prevent it from detaching from the base. From the pictures, we saw that ratchet bar had been detached. Did the claimant remove the Spring Pin after the incident or he didn't ever put it on?

2. The resolution of the pictures is a bit rough so the details couldn't be seen. Could you send us some higher resolution pictures?

Thank you.

Kind regards,
Ivan

-----Original Message-----
**From:** Tony Choi [mailto:tony-choi@mvphk.com]
**Sent:** Wednesday, January 12, 2005 9:47 AM
**To:** Roger Claypool; MVP HK - Ivan Chan
**Cc:** Frank Lu MVPHK; Joey Su; 'Steven Huang'; Arthur Chaykin
**Subject:** RE: Sears jack stand claim

Dear Roger,

I have got the pictures now, our team here will discuss with Wei Fu and hopefully can give you a settlement authorization as soon as possible.

Regards,
Tony


-----Original Message-----
**From:** Roger Claypool [mailto:rclaypool@shinnfuamerica.com]
**Sent:** Tuesday, January 11, 2005 10:49 PM
**To:** tony-choi@mvphk.com; MVP HK - Ivan Chan
**Cc:** Frank Lu MVPHK; Joey Su; 'Steven Huang'; Arthur Chaykin
**Subject:** Re: Sears jack stand claim

Try This. RC
----- Original Message -----
**From:** Tony Choi
**To:** Roger Claypool ; MVP HK - Ivan Chan
**Cc:** Frank Lu MVPHK ; Joey Su ; 'Steven Huang' ; Arthur Chaykin
**Sent:** Monday, January 10, 2005 6:40 PM
**Subject:** RE: Sears jack stand claim

Dear Roger,

I can't see attachment, can you save file to different format. I have to discuss with Wei Fu first.

Regards,
Tony


-----Original Message-----
**From:** Roger Claypool [mailto:rclaypool@shinnfuamerica.com]
**Sent:** Monday, January 10, 2005 10:16 PM
**To:** Tony Choi; MVP HK - Ivan Chan

**Cc:** Frank Lu MVPHK; Joey Su; 'Steven Huang'; Arthur Chaykin
**Subject:** Sears jack stand claim

Dear Tony,

You may recall an injury claim I first told you about in my e-mail of 12.07.04 involving claimant Steven Bowles and the jack stand model #50176 serial #GT0206037706. The Claimant alleges that the previously loaded ratchet bar suddenly dropped and caused the load to drop onto him, pinning him until Police and Fire Dept freed him. His claim is for medicals of >$40,000, lost wages and pain and suffering. His last request was for $125,000 and he seems pretty well stuck on that. He has already rejected any thought of <$40,000.
Thursday I went to Chicago to do a brief inspection of the product and the vehicle.
The jack stand has an irregularity which he thought contributed to the incident. Please see the circled area of the attached jpgs. Although very unlikely, I can not say that the ratchet bar did not become falsely loaded on that irregularity and then slip out of that false engagement.
Anyway, I need some settlement $$ authority from you.
My opinion is that the irregularity is very obvious when you compare the '7706 stand to it's box mate and to others (he checked some at his local Sears store; I checked 4 pcs. here at SFA). I just don't have a lot of confidence that a jury wouldn't take notice and not think badly (i.e. $$$) of us if it went to trial.

Anyway, please advise your comment.

Best Regards, RC

1097376/30145870v.1