# EXHIBIT U



Alternate groove configuration

Knurled fastener similar or

KLORCZY004882

Alter bar design.

Lever & pivot positions approx...for reference only.



07-18-05

KLORCZY004884