UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FREDERICK KLORCZYK, JR, as co-administrator of the Estate of Christian R. Klorczyk, FREDERICK KLORCZYK, Jr., individually LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk and LYNNE KLORCZYK, individually<br>                                           Plaintiffs | CIVIL ACTION NO:<br>3:13-cv-00257-RNC |
| VS. | |
| SEARS, ROEBUCK & CO., SHINN FU CORPORATION, and SHINN FU COMPANY OF AMERICA, INC.<br>                                           Defendants | OCTOBER 24, 2018 |

**NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY OF THE DEFENDANT, SEARS, ROEBUCK AND CO.**

PLEASE TAKE NOTICE, pursuant to Connecticut Practice Book §14-1, the Defendant hereby notifies that on October 15, 2018, (the "**Commencement Date**"), Sears Holdings Corporation and its debtor affiliates, one of which is the Defendant in this matter, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under Case No. 18-23538 (RDD) (the "**Bankruptcy Cases**"). A copy of the applicable [Debtor's/Debtors'] chapter 11 petitions is attached hereto as **Exhibit A**. An Affidavit of Bankruptcy, as required by Connecticut Practice Book §14-1, will be filed contemporaneously with this Notice.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the

"**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

      PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

      In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York 10153, Telephone: (212) 310-8000, Facsimile: (212) 310 8007, Ray C. Schrock P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh

      WHEREFORE, the Defendant respectfully requests the Court to order a Stay of all matters.

-2-

Dated October 24, 2018

                THE DEFENDANT
                SEARS, ROEBUCK AND CO.,

                By: Erica W. Todd-Trotta(ct13897)
                TROTTA, TROTTA & TROTTA
                900 Chapel Street, 12th floor
                P.O. Box 802
                New Haven, Connecticut 06503
                (203) 787-6756 telephone
                (203)776-4538 facsimile
                etodd@trottalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018, the foregoing was electronically filed and served by mail on anyone unable to receive notice of electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to receive notice of electronic filing as indicated in the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

                THE DEFENDANT
                SEARS, ROEBUCK AND CO.,

                By: Erica W. Todd-Trotta(ct13897)

# **EXHIBIT A**

# **Chapter 11 Petition**