## AFFIDAVIT REGARDING BANKRUPTCY

I, Stacey Leinheiser, being duly sworn, hereby depose and state as follows:

(1) I am over the age of 18, a citizen of the United States and believe in the obligations of an oath.

(2) I am Senior Counsel with Sears Holdings Corporation, which includes its subsidiaries as referenced in Exhibit A of Notice of Bankruptcy Filing and Imposition of Automatic Stay, of which the named Defendant is listed in said Exhibit.

(3) As such, I have personal knowledge of the facts contained herein.

(4) On October 15, 2018, (petition date), Sears Holdings Corporation and its various domestic operating subsidiaries (the debtors) filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code, 11 U.S.C. §§101 through 1330 in the U.S. Bankruptcy Court for the Southern District of New York, U.S. Custom House, One Bowling Green, New York, New York, 1004-1408.

(5) The petition number is 18:23537rdd.

(6) The foregoing is true and accurate to the best of my knowledge and belief.

*/s/ Stacey Leinheiser*
Stacey Leinheiser

DATED:    October 19th, 2018
Location:  Hoffman Estates, Cook County, State of Illinois

Subscribed and sworn to before me this 19th day of October, 2018.

*/s/ Nancy Ann Flores*
Commissioner of the Superior Court
Notary Public
My Commission Expires:

NANCY ANN FLORES
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 1, 2020

*Trotta, Trotta & Trotta, LLC*

ATTORNEYS AT LAW
P.O. BOX 802 • NEW HAVEN, CONNECTICUT 06503-0802 • (203) 787-6756