## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., as co-administrator of the Estate of Christian R. Klorczyk, et al., | : : : : | CIVIL ACTION NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK AND CO., et al., | : : | OCTOBER 31, 2018 |
| *Defendants*. | : : | |

### NON-SEARS' DEFENDANTS STATEMENT REGARDING CASE SCHEDULE IN RESPONSE TO COURT ORDER ECF NO. 319

The Defendants, Shinn Fu Corporation, Shinn Fu Company of America, Inc., MVP (H.K.) Industries, Ltd., and Wei Fu (Taishan) Machinery & Electric Co., Ltd. (collectively, the "Defendants"), respectfully submit this statement regarding their position as to the current case schedule and the upcoming summary judgment hearing, which is in response to the Court's October 26, 2018 Order (ECF No. 319).

In response to that Order, the Plaintiffs filed their own position statement (ECF No. 320), which prompted the undersigned counsel (Attorney Zakrzewski) to have a conference call with Plaintiffs' counsel (Attorneys Edinburgh and Orticelli). On that conference call, counsel agreed that, if the Court concurs, the case should move forward with the non-Sears Defendants filing their replies to the Plaintiffs' oppositions to their dispositive motions and their motion to preclude Plaintiffs' expert Frederick Heath within the existing November 20, 2018 deadline. Then, the case can proceed to a hearing on the pending motions, only insofar as they relate to the non-Sears Defendants, on the presently-scheduled December 13, 2018 hearing date. Counsel agreed that, at a later date, following either relief from Sears' bankruptcy stay or the conclusion of Sears' bankruptcy, Sears, Roebuck and Co. can then have the opportunity to file its own reply

briefs (which can include arguments specific to Sears, Roebuck and Co.) and have a hearing on the pending motions insofar as they relate to it.

Regarding proceedings subsequent to the Court's decision on the non-Sears Defendants' pending motions, counsel agreed that it would be helpful to have a status conference, either in person or by telephone, to discuss the best way to move forward.

        DEFENDANTS,
SHINN FU CORPORATION, SHINN FU COMPANY OF AMERICA, INC., MVP (HK) INDUSTRIES, LTD., and WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD.

By:    /s/ Steven J. Zakrzewski
Dennis O. Brown, Esq. (ct04598)
Steven J. Zakrzewski, Esq. (ct28934)
Gordon & Rees, LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
Tele: (860) 278-7511
(860) 560-0185 (fax)
dbrown@gordonrees.com
szakrzewski@gordonrees.com

**CERTIFICATE OF SERVICE**

I herby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by email, by operation of the Court's electronic filing system, and served by mail on all parties unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                /s/  Steven J. Zakrzewski
                                              Steven J. Zakrzewski