# Exhibit D

Page 348

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
    ----------------------------x
 3                               :
    FREDERICK KLORCZYK, JR., as  :
 4  Co-Administrator of the      :
    Estate of Christian R.       :
 5  Klorczyk, et al.,            :
                                 :
 6          Plaintiffs,          :   Civil Action No.
                                 :   3:13-cv-00257-JAM
 7       -vs-                    :
                                 :
 8  SEARS, ROEBUCK & CO., et al.,:
                                 :
 9          Defendants.          :
                                 :
10  ----------------------------x
11
12              VOLUME II - PAGES 348-452
13
14
                VIDEOTAPE DEPOSITION OF:
15              FREDERICK KLORCZYK, JR.
16              DATE:  JULY 12, 2016
                HELD AT:  GORDON REES SCULLY MANSUKHANI,
17              LLP, 95 GLASTONBURY BOULEVARD,
                SUITE 206, GLASTONBURY, CONNECTICUT
18
19
20
21       Reporter:  JILL I. HUDON, RPR, LSR #00082
22
23
24
25  Job No. CS2332250
```

Page 421

1    you, Fred?

2        A    No, sir.

3             MR. ELLIOTT:  Objection to the form.

4             THE WITNESS:  No, sir.  That was --

5    it's all speculation.  I believe that's what I

6    testified to previously.

7        Q    (By Mr. Brown)  I'm just trying -- just

8    trying to be clear, Fred.

9        A    I'm just trying to be clear too.

10       Q    Good.

11       A    I mean, you and I are on the same page.

12       Q    All right.

13            MR. BROWN:  And since you mentioned it,

14   I think we should mark this.  I believe this was

15   marked in your last deposition.

16            Can we make that 19?

17            THE REPORTER:  "20."

18            MR. BROWN:  "20."  That's just like me,

19   not to keep up.

20

21                        (Exhibit 20, "The Day" Article,

22                         was marked for identification.)

23

24       Q    (By Mr. Brown)  And this is the earlier "New

25   London Day" story you were talking about; is that

Page 422

1  right, Fred?

2      A    Yes, sir.  This is the fellow that came to

3  my house.  Young -- young guy.  25, maybe.  Kind of

4  like a rookie reporter, if you will, is what he struck

5  me as.  I believe he was very polite and kind.

6      Q    And I understand that you dis- -- from your

7  prior testimony, you disputed the accuracy of what he

8  quoted you as saying in this story; is that right?

9      A    Absolutely.  We can -- can we turn to that

10  page?

11     Q    Sure.

12          MR. ELLIOTT:  If he has a question,

13  he'll ask you.  Okay?

14          THE WITNESS:  Oh, I'm sorry.

15     Q    (By Mr. Brown)  If you look in the middle of

16  this page, Fred --

17     A    Yes.

18     Q    -- it says that "Fred Klorczyk said that a

19  floor jack likely failed while his son was

20  underneath -- under the car changing the oil."

21          Do you see that?

22     A    Yes, sir.

23     Q    Is that correct?  Is that what you told him?

24     A    That is totally incorrect, sir.

25     Q    You never told Mr. Johnson that.

```
 1                    STATE OF CONNECTICUT

 2              I, Jill I. Hudon, a notary public duly

 3    commissioned and qualified in and for the State of

 4    Connecticut, do hereby certify that pursuant to notice

 5    there came before me on the 12th day of July, 2016,

 6    the following named person, to wit:  FREDERICK

 7    KLORCZYK, JR., who was by me duly sworn or affirmed to

 8    testify to the truth and nothing but the truth; that

 9    he was thereupon carefully examined upon his oath and

10    his examination reduced to print under my supervision;

11    that this deposition is a true record of the testimony

12    given by the witness.

13              I further certify that I am neither attorney

14    nor counsel for nor related to nor employed by any of

15    the parties to the action in which this deposition is

16    taken, and further, that I am not a relative or

17    employee of any attorney or counsel employed by the

18    parties hereto, or financially interested in this

19    action.

20              IN WITNESS THEREOF, I have hereunto set my

21    hand this 22nd day of July, 2016.

22

23              _____

                Jill I. Hudon, Notary Public
24              LSR #00082
      My Commission Expires:
25    October 31, 2016
```