# Exhibit A

ORIGINAL

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT


  FREDERICK KLORCZYK, JR.,
  as co-administrator of
  the Estate of
  Christian R. Klorczyk,
  and LYNNE KLORCZYK, as
  co-administrator of the
  Estate of Christian R. Klorczyk,


                 Plaintiffs,

       vs.                         CIVIL ACTION NO.
                                   3:13-cv-00257-RNC

  SEARS, ROEBUCK & CO.,
  SHINN FU CORPORATION,
  SHINN FU COMPANY OF
  AMERICA, MVP (HK)
  INDUSTRIES, LTD.,
  and WEI FU (TAISHAN)
  MACHINERY & ELECTRIC
  CO., LTD.,

                 Defendants.


             DEPOSITION OF RYAN JORGENSEN

  produced, sworn and examined on Wednesday, the
  25th day of May, 2016, at the law offices of
  Baker Sterchi Cowden & Rice, L.L.C., 2400
  Pershing Road, Suite 500, in the City of Kansas
  City, in the County of Jackson, and the State of
  Missouri, before me,

         MARIE A. McCRACKEN, CSR, CCR, RPR
                         of
                  McCRACKEN REPORTING

  a Certified Court Reporter within and for the
  States of Missouri and Kansas.

  Taken on behalf of Plaintiffs pursuant to Notice
  to Take Depositions.
```

**McCRACKEN REPORTING**
P.O. Box 520079, Independence, MO  64052
(816) 419-8224                    Fax (816) 461-8084

1  Blackhawk jack stands, each type jack stand, each
2  load capacity jack stand would have their own
3  operator's or owner's manual?
4              MR. BROWN:  Object to form.
5          You can answer.
6      A.   Yes.
7      Q.   (BY MR. EDINBURGH)  Did SFA play a role
8  in determining the content of those manuals?
9      A.   No, we didn't determine content.
10     Q.   Did you review content, did SFA review
11 content?
12     A.   We -- yes.
13     Q.   I want to -- did SFA have a customer
14 service unit?
15     A.   Yes.
16     Q.   And did SFA have any phone number where
17 people could call or customers could call if they
18 had any questions or complaint about their jack
19 stands?
20     A.   Yes.
21     Q.   Okay.  Did SFA prior to March of 2011
22 receive any calls through its customer service or
23 phone numbers where individuals complained of
24 jack stand failure, jack stand collapse, jack
25 stand gave way?

1   MVP, Wei Fu or anyone else that was -- withdrawn,
2   I'll rephrase it.
3       The 50163 four-ton capacity per pair
4   Craftsman heavy duty jack stand manual,
5   operator's manual that you looked at --
6       A.  Yes.
7       Q.  -- the contents of the manual itself,
8   was that something that SFA played a role in
9   producing?
10          MS. TODD-TROTTA:  Object to form.
11  Time frame.
12          MR. CHAYKIN:  Time frame.
13      Q.  (BY MR. EDINBURGH)  Prior to 2011?
14      A.  I don't know who created this OIPM.
15      Q.  Is there any way -- are there any
16  records at SFA that you can review to determine
17  whether SFA played any role in creating this
18  manual, reviewing this manual, commenting on the
19  manual, approving the manual marked as
20  Plaintiffs' 15?
21          MS. TODD-TROTTA:  Objection to
22  form.  Time frame.
23          MR. CHAYKIN:  You can answer.
24      A.  I would assume it would be in an e-mail
25  format that was probably already given.

```
                    C E R T I F I C A T E
```

1      I, MARIE A. McCRACKEN, a Certified Court
2  Reporter within and for the States of Missouri
3  and Kansas, hereby certify that the within-named
4  witness was first duly sworn to testify the
5  truth, and that the deposition by said witness
6  was given in response to the questions
7  propounded, as herein set forth, was first taken
8  in machine shorthand by me and afterwards reduced
9  to writing under my direction and supervision,
10 and is a true and correct record of the testimony
11 given by the witness.

       I further certify that I am not a
12 relative or employee or attorney or counsel of
13 any of the parties, or relative or employee of
14 such attorneys or counsel, or financially
15 interested in the action.

       WITNESS my hand and official seal at
16 my office in said County and State, this 6th,
17 day of ____June____, 2016.

_____
MARIE A. McCRACKEN, CSR, CCR, RPR
Certified Court Reporter
Missouri #874
Kansas #0680

(Seal: MISSOURI SUPREME COURT — MARIE A McCRACKEN — CCR NO. 874 — CERTIFIED COURT REPORTER)

**McCRACKEN REPORTING**
P.O. Box 520079, Independence, MO  64052
(816) 419-8224                  Fax (816) 461-8084