# Exhibit A

Case 3:13-cv-00257-JAM   Document 325-1   Filed 11/20/18   Page 2 of 6

FREDERICK KLORCZYK, JR., ET AL. vs. SEARS, ROEBUCK AND CO., ET AL.
08/17/2016                                                    Roger D. Claypool

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4   ----------------------------------x

 5   FREDERICK KLORCZYK, JR., as

 6   co-administrator of the Estate

 7   of Christian R. Klorczyk, et al.,

 8                  Plaintiffs

 9                                         Civil Action No.

10   vs.                                   3:13-cv-00257-JAM

11

12   SEARS, ROEBUCK AND CO., et al.,

13                  Defendants

14   ----------------------------------x

15

16

17        VIDEOTAPED DEPOSITION OF ROGER D. CLAYPOOL, a

18   witness called by and on behalf of the Plaintiffs,

19   taken pursuant to applicable provisions of the Federal

20   Rules of Civil Procedure, before Nicole E. Viens, a

21   Registered Professional Reporter and Notary Public in

22   and for the State of Connecticut, at Day Pitney, 242

23   Trumbull Street, Hartford, Connecticut, on Wednesday,

24   August 17, 2016, commencing at 9:30 a.m.

25
```

Case 3:13-cv-00257-JAM   Document 325-1   Filed 11/20/18   Page 3 of 6

FREDERICK KLORCZYK, JR., ET AL. vs. SEARS, ROEBUCK AND CO., ET AL.
08/17/2016                                                    Roger D. Claypool

 1   what their claims were.  I can't find it right now
 2   so -- oh, okay.  Christopher Hastedt?
 3      A.   Hastedt.
 4      Q.   Hastedt?
 5      A.   Yes.
 6      Q.   How do you think you spell that?
 7      A.   Oh, boy, H-a-s-t-e-d-t.
 8      Q.   Okay.  And when do you think that claim was?
 9      A.   I have no idea.  Pre -- pre-Bowles, so between
10   '02 and '04 --
11      Q.   Okay.
12      A.   -- likely.
13      Q.   And this wasn't a litigated claim?
14      A.   No.  It's just a --
15      Q.   How did you find out about it?
16      A.   I believe that one came from -- I think Hastedt
17   came from CMI, from the Wal-Mart claims people, but I'm
18   not certain.
19      Q.   Okay.  And did you get any details on that
20   claim?
21      A.   I did but I wouldn't have retained any of the
22   details.  I recall some of the -- I just don't -- I
23   don't recall them.  I don't recall the details.  It was
24   a jack stand.
25      Q.   Do you have anything that could help you recall?

Case 3:13-cv-00257-JAM   Document 325-1   Filed 11/20/18   Page 4 of 6

FREDERICK KLORCZYK, JR., ET AL. vs. SEARS, ROEBUCK AND CO., ET AL.
08/17/2016                                                    Roger D. Claypool

```
 1    A.    No.
 2    Q.    Okay.
 3    A.    No.  I mean --
 4    Q.    What do you remember?
 5    A.    That it was a jack stand whose complaint was the
 6   sudden and unexpected loss of load height.
 7    Q.    You don't know any more information than that?
 8    A.    No.  I don't even remember the vehicle or the --
 9   or the -- whether it was changing oil or changing
10   shocks or just what the details of that one was.
11    Q.    You don't remember the type of vehicle?
12    A.    No.
13    Q.    You don't remember the location?
14          MR. ELLIOTT:  Objection to the form.
15          THE WITNESS:  I -- I don't remember
16        any of that.  I mean...
17    Q.    (By Mr. Zakrzewski)  You don't remember the
18   specific model of jack stand involved?
19    A.    I don't.  I don't.  I believe it was a 6902 as
20   well but I couldn't be certain.
21    Q.    You don't know how the end user was
22   purportedly using --
23    A.    No.
24    Q.    -- the jack stands at the time?
25    A.    Not off the top of my head.  And I didn't retain
```

Case 3:13-cv-00257-JAM   Document 325-1   Filed 11/20/18   Page 5 of 6

FREDERICK KLORCZYK, JR., ET AL. vs. SEARS, ROEBUCK AND CO., ET AL.
08/17/2016                                                    Roger D. Claypool

 1  any -- any detailed information on those.  These were
 2  notes I made to myself and I -- I may have details
 3  regarding the type of vehicle in my notes, but I just
 4  don't recall them because they weren't something that I
 5  would normally retain.  I mean...
 6     Q.   I'm going to ask you just a yes or no question.
 7     A.   Yes.
 8     Q.   Did you investigate that claim?
 9     A.   Yes.  Yes because I -- I would have sent them a
10  questionnaire and all of that information --
11     Q.   Okay.
12     A.   -- would have been just part of the customer --
13  or my claims file.
14     Q.   Do you remember if you received a response to
15  that questionnaire?
16     A.   I don't.
17     Q.   Okay.  So there may have been no response?
18     A.   That's true.
19     Q.   Okay.
20     A.   That's possible.
21     Q.   You never made a site visit?
22     A.   Did not, no.  It just didn't meet the criteria.
23     Q.   Okay.  Now, the next one you talked about was
24  Gwen Zinn, Z-i-n-n?
25     A.   Yes.

Case 3:13-cv-00257-JAM   Document 325-1   Filed 11/20/18   Page 6 of 6

FREDERICK KLORCZYK, JR., ET AL. vs. SEARS, ROEBUCK AND CO., ET AL.
08/17/2016                                                  Roger D. Claypool

1           REPORTER'S CERTIFICATE

2

3           I, Nicole E. Viens, Registered Professional

4    Reporter and Certified Shorthand Reporter, License No.

5    SHR.0000539, State of Connecticut, do hereby certify:

6           That the foregoing proceedings were taken before

7    me at the time and place therein set forth, at which time

8    the witness was put under oath by me;

9           That the testimony of the witness, the questions

10   propounded, and all objections and statements made at the

11   time of the examination were recorded stenographically by

12   me and were thereafter transcribed;

13          That the foregoing is a true and correct

14   transcript of my shorthand notes taken.

15          I further certify that I am not a relative or

16   employee of any attorney or the parties, nor financially

17   interested in the action.

18          I declare under penalty of perjury under the

19   laws of Connecticut that the foregoing is true and correct.

20          Dated this 23rd day of August, 2016.

21                    *Nicole E. Viens* (signature)

22          _____

23                    Nicole E. Viens, RPR, CSR
                      Notary Public
24                    My Commission Expires:
                      November 30, 2019
25