# Exhibit C

**From:** Chrishas979@aol.com
**To:** rclaypool@shinnfuamerica.com
**Sent:** Thursday, June 09, 2005 5:50 PM
**Subject:** (no subject)

**Winston WT Fly Rods best buy with free shipping!** - WT6902, 9', #6, 2, 3 1/8 oz. $545. WT6903, 9', #6, 3, 3 1/4 oz. $595. WT692FW, 9' FW, #6, 2, 3 1/8 oz. $545. WT693FW, 9' FW, #6, 3, 3 1/4 oz. $595 ...
http://www.flyfishusa.com/rods/winston-temp/01-winston-wt.htm

Roger,

  Hope you had a good weeks vacation. I appreciate your response to the case. You have had many questions I have answered honestly and tried to point out a deficiency with the product in  question. I don't like to fish and would not spend that much on a fishing pole, How is it that your model number coinsides with another companies product number. Something else you should look into I guess.

  Everything relates to jack stand #3, when the failure occurred the front supports were stable and the rear with gravity in this situation had no implied cause to the jack stand #3 to collapse.

  I understand your companies disclaimer which in my standing is another point I will try to explain. The alleged stands rated at 2 tons = 4000 lb. each. The GVW of the car is 4860lbs. With four jack stands applied it should have supported  16,000lbs I should have been safe.

  You have reviewed this complaint at your own discretion not viewing the problem. You wrote the jack stand was crushed by the Car. Jack stand 3 was the only one not underneath after the collapse. The additional three where still under the car's chassis and have no signs of damages.

Now before you file this claim ,13 -the above information provided should show a better perspective on the cuurent issue

  In past correspondence you claimed you would reimburse out of pocket expenses now it is time to let me know your intent. The product in question was faulty and collapsed, causing injury to myself.

  If the disclamer on this stand with writtten warnings that the stand is only strong enough to support one end of a vehicle at the above stated wieght, your company are already purchasing saftey equipment without the knowledge of the field use needed.

  I once told you ,you are after the needs of your Company to dismiss this claim. I hope for your sake a Car does not fall from the sky or road to cause you this much pain and greif


1. the Jack stand was not crushed by the car.
2.The car came slamming down without warring.

2