# Exhibit D

| | |
|---|---|
| **From:** | on behalf of Roger Claypool |
| **Sent:** | Wednesday, July 13, 2005 3:22 PM |
| **To:** | nora-lee@mvphk.com |
| **Cc:** | TonyChoi; Joey |
| **Subject:** | HastedtjpgII;Hastedt jpg |
| **Attachments:** | HastedtjpgII.jpg; Hastedt jpg.jpg |

Dear Nora,

Here are those pics you asked for. If you need the stands, let me know how you want to arrange the shipping.
I will store for 4 years after settlement date if you chose to send later. Please advise.

Best Regards, RC

HastedtjpgII;Hastedt jpg





PLSRFPELEVEN000051