# Exhibit E

| | |
|---|---|
| **From:** | on behalf of Roger Claypool |
| **Sent:** | Monday, June 06, 2005 2:52 PM |
| **To:** | Chrishas979@aol.com |
| **Subject:** | Letter to Hastedt2 |
| **Attachments:** | Letter to Hastedt2.doc |

Letter to Hastedt2

Dear Chris,

Attached you will find the letter which was sent in today's mail regarding your claim. I signed the original this morning after much painful consideration was given by the Claims/Legal Dept to your claim. If there is additional information that can be provided in support of your claim, please advise and we will dutifully consider additional information. When asked what your out-of-pocket expenses were, I had figured it as US$913.96. The file was reviewed and that was the consensus as well. If that is not correct (+/- US$200.00 or so), please advise and I will resubmit everything...although I believe it would be very difficult for me to successfully push for the $75,000 you requested given the medicals and misc. expenses I received. However, that is part of my job and I'm happy to try to resolve your claim if I can.

I will keep your file open as long as possible.

Best Regards,


Roger Claypool, Product Safety & Compliance Mgr.
SFA Companies, Inc.
10939 North Pomona Ave.
KCMO 64153
(816) 891-6390 ext. 165
(816) 891-6599 FAX
rclaypool@shinnfuamerica.com

Mr. Christopher Hastedt
5140 Country Road 231
Somerville, TX. 77879

June 6, 2005

      Re:  Your claim regarding the WT-6902 jack stands.

Dear Mr. Hastedt:

This letter is in reference to the claim you submitted regarding the WT-6902 jack stands. First of all, we greatly appreciate your willingness to respond to our requests for information. SFA investigates and reviews each reported accident with care and we do strive to improve our products and promote their safe use. We take injuries to any customer very seriously and we are sorry that you were hurt.

Please be advised that our response to you in this letter is based on our current assessment of the situation. We reserve the right to alter our assessment if we obtain new information or if we get new perspectives on information we already have.

After reviewing the facts of your claim, our current assessment is that two key elements contributed to your accident:

1. Four jack stands were used in an effort to simultaneously support both ends of the vehicle. The industry Standard for jack stands (ASME/ANSI PALD 2003) is very clear in its requirement that stands shall be used as a matched pair to support one end of a vehicle only and further that jack stands **shall not** be used to simultaneously support both ends or one side of a vehicle. Placing the entire vehicle on jack stands is dangerous and we are careful to warn against such misuse in both our Owners Manual and Warning Label. Based on your description, the vehicle was essentially "balanced" on those support points.
2. The rear jack stands were placed on a part of the vehicle that is designed to flex or move, independently from other components under load instead of being placed on a rigid frame member.

You indicated that the jack stands were in place for 2 weeks with no indication of a problem. Our tentative conclusion is that the load balance, at the time of your initial lifting and subsequent jack stand placement, was sufficiently disturbed to result in vehicle movement sufficient to break contact with the support points and providing the opportunity for collapse. The jack stand represented as #3 was damaged as a result of the vehicle falling on it, not because it gave out due to structural deficiency.

We know that you are probably disappointed by our assessment.  Please note that our assessment is not meant to question the quality of your skills as a mechanic. Quite simply, the jack stands were not used in accordance with the product label warnings and the user instructions.

Please carefully consider the points in this letter. If there is additional information or an extenuating circumstance you wish for us to consider, we are happy to discuss this matter further. Once again, we are truly sorry that you had this unfortunate experience and we wish you a complete and speedy recovery.  At this time, however, we cannot accept your claim for US$75,000.00.


Sincerely,



SFA Claims Department