UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FREDERICK KLORCZYK, JR., of the Estate of as co-administrator Christian R. Klorczyk, et al., | : : : | CIVIL NO. 3:13-cv-00257-JAM |
| *Plaintiffs*, | : : | |
| vs. | : : | |
| SEARS, ROEBUCK AND CO., et al., | : : | |
| *Defendants*. | : | APRIL 9, 2019 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL REPORT AND FOR APPROVAL OF DAMAGES EXPERT DISCOVERY SCHEDULE

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the Defendants, Shinn Fu Corporation, Shinn Fu Company of America, Inc., MVP (H.K.) Industries, Ltd., and Wei Fu (Taishan) Machinery & Electric Co., Ltd., together with the Plaintiffs, Frederick Klorczyk Jr. as co-administrator of the Estate of Christian R. Klorczyk and Lynne Klorczyk as co-administrator of the Estate of Christian R. Klorczyk, hereby move for an extension of time to file their joint trial memorandum, and for approval of their agreed-upon schedule for the completion of damages expert discovery.

By way of background, following the Court's decision on dispositive motions (ECF No. 329), the Court ordered the parties to submit a joint trial memorandum no later than April 29, 2019. The parties, however, through their undersigned counsel, had previously agreed to forego damages expert discovery until dispositive motions were decided, in the interest of conserving resources in the event that the case resolved at the summary judgment stage. The parties previously submitted proposed schedules (ECF No. 251) in which all parties proposed that the depositions of the Plaintiffs' damages experts, disclosure of Defendants' damages experts, and depositions of Defendants' damages experts would proceed forthwith after dispositive motions

were decided. In the Court's subsequent scheduling order, it stated: "In the event that the case is not resolved at the summary judgment stage, then the parties may at that time propose an expedited briefing schedule with respect to any expert disclosures and expert discovery on the issue of damages to be proved at trial." (ECF No. 252.) The parties later submitted another scheduling motion stating that they intended to agree on a schedule for damages expert discovery, if necessary, following the Court's ruling on dispositive motions. (ECF. No. 289.) For the foregoing reasons, and because the parties now require additional time to complete damages expert discovery before they are ready to try the case, the parties submit that good cause exists for the extension requested herein.

The Plaintiffs completed their damages expert disclosures earlier in the case, when they disclosed two damages experts: Lawrence Copp and Dr. Charles Catanese. After Plaintiffs' counsel became aware of the Court's recent decision on dispositive motions, they promptly reached out to both experts regarding deposition scheduling. Unfortunately, due to preexisting scheduling conflicts, Dr. Catanese is not available until the week of May 27th, and Mr. Copp is not available until the week of June 10th. The parties have agreed to go forward with their depositions during those weeks, and have agreed that the Defendants will disclose any damages experts within approximately thirty days thereafter, with defense damages expert depositions to follow within thirty days of disclosure, and with the parties' joint trial memorandum to be submitted within forty-five days after completion of Defendants' damages experts' depositions. The parties accordingly jointly submit the following proposed schedule for the Court's approval:

- Depositions of Plaintiffs' damages experts by June 14, 2019
- Disclosure of Defendants' damages experts and reports by July 15, 2019
- Depositions of Defendants' damages experts by August 15, 2019

- Joint trial memorandum by September 30, 2019

Further, there remain outstanding issues relating to Sears' pending bankruptcy and the automatic stay imposed with respect to Sears, Roebuck and Co., which is a Defendant in this action. Reserving all rights, the parties agree to pursue resolution of these issues no later than the proposed deadline for completing Defendants' damages experts' damages, August 15, 2019. In the event that the parties are unable to resolve the issues by that date, they will inform the Court forthwith prior to proceeding with preparation of the joint trial memorandum and trial preparation, motivated in part by their understanding and agreement that this case should be tried only once. While the parties agree that the case should not proceed to trial until the Sears bankruptcy related issues are resolved, they also agree that the remaining damages expert discovery should be completed on an expedited basis in accordance with the Court's prior order. (ECF No. 252.) Further, the parties have agreed that the punitive damages claim against Sears should be removed from the case as soon as possible, which will obviate the need for Sears to file its own reply brief and seek a separate summary judgment argument on that claim before trial if the stay against Sears is lifted or expires.

**WHEREFORE,** for the foregoing reasons, the parties respectfully request that the Court grant this Motion.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| FREDERICK KLORCZYK, JR. as co-administrator of the Estate of Christian R. Klorczyk and LYNNE KLORCZYK, as co-administrator of the Estate of Christian R. Klorczyk | SEARS, ROEBUCK AND CO., SHINN FU CORPORATION, SHINN FU COMPANY OF AMERICA, INC., MVP (HK) INDUSTRIES, LTD., and WEI FU (TAISHAN) MACHINERY & ELECTRIC CO., LTD. |

By: /s/ *Bryan J. Orticelli*
    Paul D. Williams (ct05244)
    *pdwilliams@daypitney.com*
    Bryan J. Orticelli (ct28643)
    *borticelli@daypitney.com*
    Kaitlin A. Canty (ct29074)
    DAY PITNEY LLP
    242 Trumbull St.
    Hartford, CT 06103
    (860) 275-0100
    (860) 275-0343 (fax)

    *and*

Howard S. Edinburgh
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004
(212) 271-8529
(212) 344-3333 (fax)
*hedinburgh@herzfeld-rubin.com*

Their Attorneys

By: /s/ *Steven J. Zakrzewski*
    Dennis O. Brown, Esq. (ct04598)
    Steven J. Zakrzewski, Esq. (ct28934)
    Gordon & Rees, LLP
    95 Glastonbury Blvd., Suite 206
    Glastonbury, CT 06033
    (860) 278-7448
    (860) 560-0185 (fax)
    *dbrown@gordonrees.com*
    *szakrzewski@gordonrees.com*

Their Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via U.S. mail and via electronic transmission, pursuant to Rule 5(b), Fed. R. Civ. P., on this 9th day of April, 2019.

                      /s/ *Steven J. Zakrzewski*
                      Steven J. Zakrzewski